DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR

<u>ALAN GREENBAUM</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Alan Greenbaum, an Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts, declare as follows:

1. I am an Assistant Field Office Director ("AFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE"). I have held this position since August 2017.

2. In my official duties as an AFOD in Burlington, Massachusetts, I am responsible for managing the detention of individuals in order to initiate removal proceedings or to effectuate removal orders and for scheduling and execution of removal orders for aliens in ICE custody. I am familiar with ICE policies and procedures for detaining individuals as well as releasing individuals from ICE custody.

3. As an AFOD for ICE ERO Boston, I am also responsible for communicating and providing guidance as it relates to the transfer of detainees between detention facilities within the Boston AOR and out of the Boston AOR for various reasons including to effectuate removal from the United States.

4. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records,

including the Enforce Alien Removal Module ("EARM") and PLAnet. EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. These databases are the electronic records ordinarily relied upon to ascertain an alien's immigration and criminal history, current case status, and plans for removal, if any.

5. I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other ICE employees, employees of ICE contract facilities, and information portals maintained and relied upon by ICE in the regular course of business.

6. The below table lists the names, date of departure, scheduled date or removal and country of removal for detainees currently at Wyatt facility in Central Falls, Rhode Island. Each of these detainees has a final order of removal.

| Detainee Name | Date of Departure from Wyatt | Date of Removal from the U.S. | Country Removed To: | Travel Document obtained as of 5/20/20 |
|---|---|---|---|---|
| Sales, Marcelo | 5/26/2020 | 5/28/2020 | Brazil | TD Received |
| Viera, Rodolfo De Araujo | 5/26/2020 | 5/28/2020 | Brazil | TD Received |
| Miranda, Willian | 5/26/2020 | 5/28/2020 | Brazil | TD Received |
| Pena-Tejada, Joel Alberto | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| Diaz-Carela, Camepo Armando | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| Pichardo Perez, Alejandro | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| DeJesus Sanchez, Epifanio | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| Aponte-Jimenez, Jose Alberto | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |

| Andujar Ruiz, Jairo Samuel | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| Arias, Rafael Danillo | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| Catalino-Arias, Alfredo | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Expected 5/22/2020 |
| Cortorreal, Cesario | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Expected 5/22/2020 |
| Estrella, Genarao Antonio | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| Lara-Baez, Pedro Luiyi | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| Reyes Castro, Wilberd Armando | 5/26/2020 | 6/2/2020 | Dominican Rep. | TD Received |
| Dzib-Medina, Antonio Jesus | 5/26/2020 | 5/26/2020 | Mexico | Not Required |

7. ICE is currently either in possession of or expects to be in possession of a travel document by May 26, 2020, for each of the individuals listed in the table in paragraph 5. If ICE is unable to obtain a travel document for any of the individuals in paragraph 5 by May 26, the detainee will not be transferred on that date and will remain at Wyatt pending removal on the next available flight.

8. On May 26, 2020, ICE will transport each of the detainees listed above to Pease International Airport, Portsmouth, New Hampshire by ground transport for a flight to Alexandria, Louisiana, that is expected to depart in the morning.

9. In accordance with ERO Boston procedures, all detainees will be required to wear a facial mask covering at all times during transportation between the facility and Pease International Airport. In accordance with ICE's COVID guidance, all persons onboard the charter flight will wear surgical masks and be symptom screened, including body temperature checks. Any individuals exhibiting COVID-19 symptoms are excluded from

the flight and tested for the disease. ICE charter flights can accommodate up to 130 deportees, depending on the aircraft used, and would be staffed by ICE personnel, including a nurse and a contract flight crew.

10. Upon arrival to Alexandria, LA, the detainees will be placed in the Alexandria Staging Facility pending ultimate removal. The ultimate means of effectuating the removal will be an ICE charter flight from Alexandria, Louisiana, to the destination country scheduled for the second date noted in the above table for departure from the U.S.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the twentieth day of May, 2020

Alan Greenbaum
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts