# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OSCAR YANES, GAGIK MKRTCHIAN,** and **WENDELL BAEZ LOPEZ**, on behalf of themselves and all those similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>**DANIEL W. MARTIN**, Warden, Donald W. Wyatt Detention Facility; **CHAD F. WOLF**, Acting Secretary, U.S. Department of Homeland Security; **MATTHEW T. ALBENCE**, Acting Director, U.S. Immigration and Customs Enforcement; **TODD M. LYONS**, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and **CENTRAL FALLS DETENTION FACILITY CORPORATION**,<br><br>Respondents-Defendants. | Civil Action No. 1:20-cv-00216 |

## SUPPLEMENTAL NOTICE OF THIRD SET OF
## PROPOSED CLASS MEMBERS FOR BAIL HEARINGS

Pursuant to this Court's Text Order dated June 1, 2020, and Order dated June 2, 2020 (Dkt. No. 59), Petitioners hereby confirm the language access needs of the third set of ten (10) class members Petitioners consider a high priority for the bail hearings:

1. Michael Farrier (*no interpreter*)
2. Adao Da Silva Junior Nascimento **(Portuguese interpreter)**
3. Eladio Puig Medina **(Spanish interpreter)**
4. Michal Lasota (*no interpreter*)
5. Lascelles Clue (*no interpreter*)

1

6. Brian Buhamiizo (*no interpreter*)

7. Suleiman Yussuf (*no interpreter*)

8. Pablo Amaral (*no hearing- Released by ICE*)

9. Israel Jimon Ajqui **(Spanish interpreter)**

10. Dmitry Kosorukov **(Spanish interpreter)**

Dated: June 5, 2020                              Respectfully Submitted,

/s/ Deborah S. Gonzalez
Deborah S. Gonzalez, Esq., Bar No. 7931
Roger Williams University School of Law
Cooperating Attorneys, American Civil
Liberties Union Foundation of Rhode Island
1 Empire Street, Suite 435
Providence, RI 02903
T: 401-486-7230 (C)
dgonzalez@rwu.edu

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 5, 2020, I electronically filed the foregoing document with the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that the parties or their counsel of record registered as ECF Filers will be served by the CM/ECF system, and paper copies will be sent to those indicated as non-registered participants, if any.

                /s/ Deborah S. Gonzalez
                Deborah S. Gonzalez