UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| YANES, et. al,<br>    Petitioners | )<br>)<br>) |
| v. | )   No. 1:20-cv-00216-MSM-PAS<br>) |
| MARTIN, et. al<br>    Respondents | )<br>) |

## ORDER

During several hearings in this case, the Court and parties have addressed the sealing of documents containing certain categories of information. This Order sets forth the Court's rulings and directs the parties to take action accordingly.

1. The only records that may be filed under seal in this case are records that are solely dedicated to the medical condition, diagnosis, status, or concerns of identifiable detainees. Those records, when filed, shall be accompanied by a motion to seal that asserts that all, or nearly so, of the contents of the document concerns such medical information.

2. All documents that are not filed under seal shall, in accordance with LR Gen 102(a) and Fed. R. Civ. P. 5.2(a), redact the following personal identifiers: social security or taxpayer identification numbers, dates of birth, the names of individuals known to be minors, or financial account numbers. It is the responsibility of the party filing such documents to ensure appropriate redaction.

3. Records that do not contain medical information connected to an identifiable detainee shall not be filed under seal, absent compelling circumstances. In that event, the party proffering the document shall file an appropriate motion setting forth the reasons why sealing is required in accordance with LR Gen 102(b)(1).

4. Due to the COVID-19 pandemic that has closed the courthouse to the public, the Court suspends the limitations on remote electronic access to case files set out in Fed. R. Civ. P. 5.2(c) in this case until further order of the Court. The Court finds that the public interest is not served by applying the ordinary prohibition on remote electronic access in Fed. R. Civ. P. 5.2(c) for the duration of the time that the Courthouse remains closed.

Therefore, the parties are required, no later than the end of the day on Tuesday, June 9, to review all documents they have filed. In the event a document has personal identifiers covered by LR Gen 102(a) and Fed. R. Civ. P. 5.2(a), the document shall be refiled in a version redacting those identifiers. In the event a document has been filed that contains both medical and non-medical information, the document shall be refiled, not under seal, in a version that redacts the medical information. Documents filed previously that are unredacted but contain personal identifiers or medical information will remain filed under seal, but the public shall have access to the redacted versions.

Going forward, documents filed by the parties shall conform to the above.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge
June 7, 2020