IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OSCAR YANES, GAGIK MKRTCHIAN,** and **WENDELL RAFAEL BAEZ LOPEZ**, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>v.<br><br>**CHAD WOLF**, Acting Secretary, U.S. Department of Homeland Security; **MATTHEW T. ALBENCE**, Acting Director, U.S. Immigration and Customs Enforcement; **TODD LYONS**, Acting Field Office Director, U.S. Immigration and Customs Enforcement; **DANIEL W. MARTIN**, Warden, Donald W. Wyatt Detention Facility; and **CENTRAL FALLS DETENTION FACILITY CORPORATION**,<br><br>*Respondents-Defendants.* | Civil Action No. 1:20-cv-00216 |

**PARTIALLY-REDACTED SUPPLEMENTAL BAIL APPLICATIONS**

Petitioners-Plaintiffs hereby submit the attached, partially-redacted supplemental bail applications and exhibits. Per the Court's June 7 Order (Dkt. No. 94), the discussion of medical information in the enclosed has been redacted. Unredacted versions of the supplemental bail applications and selected medical records are being filed separately under seal.

1

Dated: June 9, 2020                                Respectfully Submitted,

/s/ Morgan Russell
Morgan Russell
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
T: 415-343-0770
IRP_MR@aclu.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2020, I electronically filed the foregoing document with the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that the parties or their counsel of record registered as ECF Filers will be served by the CM/ECF system, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Morgan Russell
Morgan Russell
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
T: 415-343-0770
IRP_MR@aclu.org