# Eladio PUIG MEDINA

### *Biographical Information*

- Mr. Puig Medina is a 42-year-old from the Dominican Republic.
- Mr. Puig Medina has lived in the United States since 2006. Prior to his detention, he lived in Rhode Island with his parents, Eladio and Nilda Puig Medina.

### *Immigration History, Current Procedural Posture of Removal Proceedings, Bond History*

- Mr. Puig Medina entered ICE custody on May 19, 2020 from the custody of the US Marshal's Service. He has since been detained at the Wyatt under 1226(c).
- Mr. Puig Medina is still waiting for immigration court to schedule an initial hearing for him. Accordingly, he does not have a final order of removal.

### *If Released*

- If released, Mr. Puig Medina's mother will pick him up and bring him back to the family home at 499 Douglas Avenue, Providence, RI 02908 where he will remain. [*See* Exhibit A (Declaration)].
- The family home is sufficient to allow Mr. Puig Medina to maintain social distancing and abide by any conditions the Court or ICE may impose. *Id.*
- Mrs. Puig Medina will take all necessary steps to ensure Mr. Puig Medina's compliance with any conditions imposed by the Court or ICE. Mrs. Puig Medina has confirmed that she will run errands from Mr. Puig Medina and that he will have his own bedroom for self-quarantining, thus enabling Mr. Puig Medina to isolate himself from the community and other members of the household for 14 days. *Id.*

### *Medical Conditions*

- [REDACTED]

### *Criminal History*

- Mr. Puig Medina has no history of violence, and has only been convicted of two non-violent offenses.
- Mr. Puig Medina was arrested on May 5, 2009 and entered a *nolo contendere* plea to an amended charge of Maintaining a Common Nuisance. He was placed on probation for five years, and was entirely compliant with all probationary requirements.
- Mr. Puig Medina was then arrested almost ten years later on March, 23, 2018, and pled guilty on January 1, 2020, to Conspiracy to Possess with Intent to Distribute Fentanyl. After his arrest Mr. Puig Medina remained detained at Wyatt, but did not apply to the court for pretrial release. On May 18, 2020, he was sentenced to time served with no probation or conditions put on his release.

- Mr. Puig Medina has never missed a court date for either offense. He has also been discipline free for the entirety of his time at the Wyatt. [*See* Exhibit B (Presentencing Report), at page 2].

*Other Relevant Considerations*

- Mr. Puig Medina was the primary caretaker of his parents, both of whom are in their 70s. Mr. Puig Medina's commitment to his parents demonstrates his commitment to remain in his community and see his case through.
- Mr. Puig Medina has been sober for over two years and is committed to living a drug-free and law-abiding life.