# Exhibit A

Declaration of Dalia Safadi

1. My name is Dalia Safadi, and I am over the age of 18.

2. I submit this declaration in support of the bail hearing for Mr. Eladio Puig Medina, who is currently being detained by Immigration and Customs Enforcement ("ICE") at the Donald W. Wyatt Detention Facility ("Wyatt") in Central Falls, Rhode Island.

3. On or about June 7, 2020, I talked by phone with Mrs. Nilda Puig Medina, Mr. Puig Medina's mother, who represented enthusiasm in receiving Mr. Puig Medina back in their family home at 499 Douglas Avenue, Providence, RI 02908 and will provide housing for Mr. Puig Medina indefinitely.

4. Mrs. Puig Medina has represented to me that their home has sufficient room for Mr. Puig Medina to quarantine for 14 days. Her son has always lived in their family home and will return to his own bedroom, where he will be able to exercise social distancing and abide by any conditions imposed by the Court or ICE.

5. Mrs. Puig Medina also represented to me that she will take all necessary steps to ensure Mr. Puig Medina's compliance with any conditions imposed by the Court or ICE. She has confirmed that she will be responsible for running errands in the home and will provide for Mr. Puig Medina, enabling him to isolate from the community and other members of the household for 14 days.

I declare under penalties of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 7th day of June, 2020, in Toledo, Ohio.

/s/ Dalia Safadi
Dalia Safadi