# Exhibit B

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **PRESENTENCE INVESTIGATION REPORT** |
| | ) | |
| | ) | Docket No.:　0103 1:18CR00106-03-JJM |
| **Raul　Ocasio** | ) | |
| | ) | |

**Prepared for:**　　The Honorable John J. McConnell, Jr.
　　　　　　　　　Chief U.S. District Judge　　**Sentence Date:** April 10, 2020

**Prepared by:**　　Timothy G. Donohue
　　　　　　　　　U.S. Probation Officer

**Assistant U.S. Attorney**　　　　　　　**Defense Counsel**
Paul F. Daly Jr. & Milind M. Shah　　　John L. Calcagni III
50 Kennedy Plaza, 8th Floor　　　　　One Custom House Street Suite 300
Providence, RI 02903　　　　　　　　Providence, RI 02903
401-709-5000　　　　　　　　　　　401-351-5100
milind.shah@usdoj.gov　　　　　　　jc@calcagnilaw.com


**Offense:**　　　　　　**Count 1**:　Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or more of Fentanyl, in violation of 21 U.S.C. §§ 846 and 21 U.S.C. § 841(a)(1), (b)(1)(A), a Class A felony / mandatory 10 years to life imprisonment / at least 5 years to life supervised release / $10,000,000 fine.
　　　　　　　　　　(Class A Felony)

**Restitution:**　　　　Pursuant to Title 18, U.S.C. § 3663.

**Special Assessment:**　$100.

**Date of Arrest:**　　　March 23, 2018.

**Release Status:**　　　Detained since March 23, 2018.

**Plea:**　　　　　　　Pled guilty to Count One of the Indictment on January 30, 2020.

**Detainers or**　　　　None.
**Pending Charges:**

**Codefendants:**　　　Audi　Diaz　- 0103 1:18CR00106-1-JJM
　　　　　　　　　　Jose　Lopez　- 0103 1:18CR00106-2-JJM
　　　　　　　　　　Gary　Tavares　- 0103 1:18CR00106-4-JJM

**Related Cases:**　　　Ramon　Delossantos - 0103 1:18CR00088; Rinaxo M. Rufino - 0103 1:17CR00079-02; Gary Tavares - 0103 1:18CR0044; Michael Albanese - 0103 1:18CR00056; Raymond Briere - 0103 1:17CR00111; Julio Santos

**Date Report Prepared:** 3/27/20

Police seized $630 from a Ford Taurus on the premise and $370 from the person of Reyes. Swahn was charged with possession of heroin, Reyes was charged with unlawful delivery of heroin, Ocasio was charged with possession with intent to deliver cocaine, and Torres was charged with possession with intent to deliver heroin.

### Criminal History Computation

62. The defendant has 1 criminal convictions; therefore, he has 1 criminal history points. According to the Sentencing Table (Chapter 5, Part A), 0-1 criminal history points establishes a criminal history category of I.

### Other Criminal Conduct

| Date of Arrest | Charge | Agency | Disposition |
|---|---|---|---|
| 63. 05/05/2009 (Age 30) | Count 1: Man/Del/Poss W/Int I/II N/Dep; Docket No.: 62-2009-06233 | Sixth Division District Court, Providence, RI | 11/16/2009: Dismissed by Judge |

The defendant was represented by counsel. A Criminal Complaint charges that on May 4, 2009, the defendant did possess with intent to deliver cocaine. Court records confirm this case was dismissed on November 16, 2009.

### Pending Charges

64. None.

### Institutional Adjustment

65. According to a correspondence dated February 18, 2020, and received from Wyatt Detention Facility, Mr. Ocasio has been discipline free since he was detained at their facility on March 23, 2018. The letter notes the defendant has been respectful toward peers and staff.

## PART C. OFFENDER CHARACTERISTICS

### Personal and Family Data

66. The defendant was personally interviewed on February 11, 2020, at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island, in the presence of counsel, Attorney Grace Dzilenski, on behalf of Attorney John L. Calcagni, III. Because he is not conversant in the English language, Spanish interpreter Jose Kleinberg, assisted for the interview. The defendant's parents, Eladio Puig and Nilda Puig Medina, confirmed information for this personal section of this report. A Spanish speaking U.S. Probation officer assisted for the verification interview with Mr. Puig's parents.