## Lascelles Clue

*Biographical Information*

- Mr. Clue is a 39-year-old immigrant from Jamaica. He has been living in the United States since the age of 7. He moved to Connecticut in 2006 and lived there until 2011, when he was incarcerated.
- In 2008, Mr. Clue married Kelly Clue, and together they have three children and three stepchildren. Mr. Clue lived with his family, all of whom are U.S. citizens, until he was incarcerated. Mr. Clue is very close with his mother, who lives in the United States as well.
- Prior to being incarcerated, Mr. Clue worked for UPS and had just received a landscaping license to start his own business.
- Mr. Clue's family has actively participated in his immigration case and has supported his efforts to successfully vacate several of his criminal convictions.

*Immigration History, Current Procedural Posture of Removal Proceedings, Bond History*

- Mr. Clue became a legal permanent resident in 2008.
- On April 1, 2020, Mr. Clue was released from state custody to ICE. He is being detained under 8 U.S.C. § 1231, pursuant to a final order of removal entered on July 3, 2014.
- On May 22, 2020, Mr. Clue's immigration attorney filed a petition to re-open his immigration case, which remains pending.

*If Released*

- If released, Mr. Clue's wife, Kelly Clue, would pick him up and he would reside with her at 15 Gabriel Circle, Apt 2, New Milford CT. [*See* Exhibit A (Declaration of Delaram Takyar)] where he will remain.
- There is a spare bedroom at that home and Mr. Clue would be able to self-isolate and abide by any conditions the Court may impose. *Id.*
- Mr. Clue he will abide by all guidelines. Mrs. Clue will take all steps she can to ensure Mr. Clue complies with the Court or ICE's conditions, including running all errands for him. *Id.*

*Medical Conditions*

- [REDACTED]

*Criminal History*

- Mr. Clue was convicted of several crimes that have since been vacated, and attended all of his scheduled court appearances. Prior to his arrest on November 11, 2009—for charges that have since been vacated—Mr. Clue had no criminal record.
- On October 3, 2019, Mr. Clue's criminal convictions for home invasion, first degree robbery, third degree assault, threatening in the second degree, and larceny in the fourth and fifth degree were vacated following habeas proceedings. [*See* Exhibit F

(Memorandum on Order to Vacate Criminal Charges)]. The court found that "[t]he only description of the perpetrator was that the victim 'thought' he was African-American, there is nobody who can place the petitioner anywhere in the area at the time of the offense, there are two witnesses who can place him elsewhere, and there is no scientific evidence tying him directly to the scene of the crime." *Id.* at 8-9. The court held that it was objectively unreasonable that Mr. Clue's attorney failed to include statements from key alibi witnesses, including one who could testify that a separate person, Ricky Lee, attempted to sell the witness a laptop under suspicious circumstances soon after the robbery. *Id.* at 10. Ricky Lee also gave a statement that he sold Mr. Clue the laptop that Mr. Clue had been charged with stealing. [*See* Exhibit G (Ricky Lee Testimony)]. The state has declined to appeal the vacatur of those prior convictions.

- On November 11, 2009, at the same time that Mr. Clue was arrested on since-vacated charges, he was charged and later convicted with marijuana possession.
- After he was arrested in November 2009 on the charges that have since been vacated, Mr. Clue was arrested for a robbery that took place on May 18, 2009. He pled guilty to robbery in the first degree on November 1, 2011, but has since filed an additional habeas petition because he pled guilty under advice of counsel and did not understand the implications of this plea for his immigration status. He maintains that he did not commit the crime.
- After the above-referenced convictions were vacated, Mr. Clue posted bond to be released. At the time of his release, ICE took him in to custody.

*Other Relevant Considerations*

- Mr. Clue is committed to remain in his community and see his immigration case through. Mr. Clue has been a model inmate and detainee. He has not had any disciplinary write-ups and worked as a barber for DOC while incarcerated.
- While incarcerated, Mr. Clue participated in and completed two rehabilitation programs: Thresholds, a course in decision-making and life-planning skills, and People Empowering People, a program administered by the University of Connecticut that emphasizes community development and personal empowerment. [*See* Exhibit H (DOC Rehab Program Certificates)]. Additionally, Mr. Clue enrolled in and completed coursework to earn a Ministry Diploma. [*See* Exhibit I (PMI Center for Biblical Studies Transcript)].