# Exhibit A

<u>Declaration of Delaram Takyar</u>

1. My name is Delaram Takyar, and I am over the age of 18.

2. I submit this declaration in support of the bail hearing for Mr. Lascelles Clue, who is currently detained by Immigration and Customs Enforcement ("ICE") at the Donald W. Wyatt Detention Facility ("Wyatt") in Central Falls, Rhode Island.

3. On June 5, 2020, I talked by phone with Mr. Clue's wife, Kelly Clue, who represented enthusiasm in receiving Mr. Clue back in her home at 15 Gabriel Circle, Apt 2, New Milford CT and providing housing for Mr. Clue indefinitely.

4. Mrs. Clue has represented to me that the apartment has sufficient room for Mr. Clue to quarantine for 14 days.  He will have his own bedroom and be able to exercise social distancing.

5. Mrs. Clue also represented to me that she will be responsible for running errands in the home and will provide for him.  She will take all steps she can to ensure that Mr. Clue is compliant with the Court or ICE's conditions.

   I declare under penalties of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge

   Executed on this 7th day of June, 2020, in New York City, New York.

/s/ Delaram Takyar
Delaram Takyar

1