# Exhibit G

**STATEMENT UNDER OATH**

Case #: 
Page: 1 of 2

Statement of: Ricky Andre Lee
Date: 6/4/2019  Time: 3:20 pm Hrs.
Birth: 1/29/1993  Age: 26  Date of
S.S.#: ___-__-____  reside
at: _____ make this following statement without fear, threat, or promise.

In November of 2009, I had known Lascellus Cruz for a short period of time. I am not sure how I met him, but I would see him around the streets. He was also a musician and I hung out with him at his recording studio a few times.

During this time, I sold drugs to a tall Black man near Spring Street in Danbury. He paid for it with a silver Dell Laptop. I had no need for this laptop and sold it a day or two later to Lascellus.

The facts stated in the above sworn statement under oath are true and if not I would be in violation of Connecticut General Statutes 53a-156 Perjury which is a class "D" felony.

Signed (X): Ricky Lee
Witness: _____
Witness: _____
Subscribed and sworn to me this 4th day of June, 2019.
My Commission expires: 08, 31, 2021