# Exhibit H

# THRESHOLDS

## Certificate of Attainment

This is to certify that **LaScelles Clue**  372393

has completed a course in decision-making and life-planning skills

December 3, 2013
*Date*

Warden B*[signature]*
*Warden, Cheshire Correctional Institution*

*[signature]* Rena S.
*Thresholds President*

Robert S. *[signature]*

Barbara S. *[signature]*
*Group Teachers*

**Thresholds, Volunteers in Decisional Education, Inc.**



# UCONN | UNIVERSITY OF CONNECTICUT

**COLLEGE OF AGRICULTURE, HEALTH AND NATURAL RESOURCES**

*Hereby Certifies*

## Lascelles Clue

*Successfully Completed*

# PEP

**People Empowering People**

A UCONN EXTENSION PROGRAM

372393

July 2nd, 2016

*Robert S.*
PEP CI Facilitator

*Cathleen J. Love*
Department of Extension, Educator


Warden, Cheshire Correctional Inst.