# Exhibit I

```
BUB-                                                                                                BUB-
                                                                                                    BXS-
                                                                                                    HB-
LASCELLES CLUE 372393                           PMI                                                 SWRDS-
CHESHIRE CI                              POB 177 - BATTLE CREEK MI 49016-0177 - PmiMinistries.com
900 HIGHLAND AVE                                        STUDENT TRANSCRIPT
CHESHIRE CT 06410
```

| DATE | 8/28/15 | TRNSFR | 0 | PMI EVANG: | | DEGREE \ | DEGREE \ | DEGREE \ |
|---|---|---|---|---|---|---|---|---|
| ENROLL | 12/27/12 | EARNED | 15 | LICENSED: | | DEGREE \ | DEGREE \ | DEGREE \ |
| MAJOR | Ministry | TOTAL | 15 | ORDAINED: | DATE | COLLATERAL READING | | Pass/Fail |
| DATE | COURSE TITLE | | HOURS | GRADE | | THRU THE BIBLE: | | |

| DATE | COURSE TITLE | HOURS | GRADE | DATE | | |
|---|---|---|---|---|---|---|
| Comp | Bible Talks | PASS | A | 3/23/14 | 1st year | PASSING |
| | **1st Year** | | | | 2nd year | |
| 8/27/13 | The Church and Its Lord | 6 | A- | | 3rd year | |
| 3/23/14 | Church Organization and Ldrshp | 6 | A- | 8/28/15 | **MAP MEETINGS** | CLEVELAND MORRISON |
| 8/28/15 | Acts and Ministry | 3 | B | 10/23/13 | 1st year | PASSING |
| | Moses Style Ministry | [3] | | | 2nd year | |
| | Church People and their Problems | [6] | | | 3rd year | |
| | Sharing Jesus | [3] | | | | |
| | Preaching the Bible | [3] | | STATUS | **MINISTRY: COLLATERAL PROJECTS** | |
| | | | | | Paying the Pastor- Dr. Mike Johnston | |
| | **2nd Year** | | | | Women Pastors and Preachers- Dr. Mike Johnston | |
| | Bible Doctrines | [3] | | | House to House Soul Winning- Dr. Tom Malone | |
| | Overview of Ministry/Ldrship Dev 10 | [6] | | | Why I Preach Against Sin- Dr. John R. Rice | |
| | Security of our Salvation | [3] | | | Guidelines For Church Ushers-Dr. Terry | |
| | Last Days False Prophets | [3] | | | The Fall of a Preacher and His Restoration- Dr. Rice | |
| | OT Survey | [6] | | | New Evangelicalism- Dr. Hutson | |
| | NT Survey | [6] | | | Who Is A Fundamentalist- Dr. Hutson | |
| | Ministry Project | [3] | | | | |
| | Ordination Preparation Grad Pak | 0 | | | | |
| | **Ministry Diploma** (Degree Op | 15 | | | | |
| | **3rd Year (M.Div Opt)** | | | | | |
| | Galatians | [3] | | | | |
| | Intro to Dispensational Theology | [3] | | | | |
| | Rapture and Revelation | [3] | | | | |
| | Israel in Prophecy | [3] | | | | |
| | **OPTIONS: Choose One** | | | | | |
| OPTION | [ ] Creation Apologetics | [6] | | | | |
| OPTION | [ ] Biblical Counseling | [6] | | | | |
| | How to Study and Teach the Bible | [3] | | | | |
| | Church Development | [3] | | | | |
| | Collateral Reading | [6] | | | | |
| | Adv Ministry Diploma (M.Div. opti | 0 | | | | |

**MAP MEETING SUBMISSIONS:**
YOU'LL NEED TO INCLUDE YOUR MAP REPORTS FROM MEETINGS HELD FROM ONE
COURSE TO THE NEXT, IE, IF YOU SUBMIT A COURSE THIS MONTH AND WAIT 2 MONT
SEND ANOTHER, SEND 2 MONTHS WORTH OF MAP MEETINGS.

**THREE STEP MAILING INSTRUCTIONS:**
1 COVER LETTER IN EACH ENVELOPE YOU MAIL TO PMI
    Include every course and collateral reading in the envelope
    Include your Thru the Bible progress report
1 TITLE PAGE FOR EACH COURSE IN EACH ENVELOPE
1 ASSIGNMENT VERIFICATION FORM SIGNED FOR EACH COURSE STUDIED
MAP Reports for all MAP meetings held since last course submission

THE BEST WAY TO ASSEMBLE YOUR COLLATERAL READING TRACT REPORTS
ORDER THEY ARE PRESENTED ON P2.

08/28/15 GREAT GOOD BROTHER. KEEP IT UP!

**COLLATERAL READING ASSIGNMENT:**
Return ASAP to receive credit!
THRU THE BIBLE: provide progress updates w/ea course.
TRACTS: study and summarize all enclosed in about 100 words ea
Not interested in opinion- Read-summarize.
BOOKS/BOOKLETS: see assignments in the booklet.

SHALOM, DR. MIKE 2 TIM 2:2
PS: BE SURE TO TURN IN YOUR THRU THE BIBLE REPORTS AS WELL
AS YOUR MAP REPORTS

GISTRAR APPROVED
H SCHOOL SEAL HERE

*Study to shew thyself approved unto God, a workman that needeth not to be ashamed, rightly dividing the word of truth (2 Tim. 2:15)*