UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br><br>20-CV-216-MSM-PAS |

## NOTICE OF FILING OF SUPPLEMENTAL BAIL SUBMISSIONS REGARDING DETAINEE LASCELLES CLUE

The Federal Respondents respectfully submit the attached Exhibits, which are additional, underlying materials relevant to the Court's determination of whether bail is appropriate for detainee Lascelles Clue, currently scheduled for a bail hearing on Thursday, June 11, 2020. The Federal Respondents are providing these materials as soon as practicable so that they are available to the Court and to counsel for Petitioners in advance of this bail hearings for this detainee, and respectfully request that the Court deem them timely filed, *nunc pro tunc*, in supplementation of their opposition (Docket No. 72).

1

| Attachment: | Description of Exhibit |
|---|---|
| 1 | Clue Exhibit A – Immigration Records |
| 2 | Clue Exhibit B – Criminal Records |
| 3 | Clue Exhibit C – Police Reports |

Dated: Providence, Rhode Island
      June 10, 2020

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

By: */s/ Bethany N. Wong*
   ZACHARY A. CUNHA (Bar No. 7855)
   RICHARD B. MYRUS
   BETHANY N. WONG
   Assistant U.S. Attorneys
   50 Kennedy Plaza, 8th Floor
   Providence, RI 02903
   Tel: (401) 709-5040 / Fax: (401) 709-5001
   Zachary.Cunha@usdoj.gov

**CERTFICATE OF SERVICE**

    I hereby certify that, on June 10, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

                     By:   */s/ Bethany N. Wong*
                            Bethany N. Wong
                            Assistant United States Attorney