U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
450 MAIN ST., ROOM 628
HARTFORD, CT 06103

ID# 379393

In the Matter of:                          Case No.: A087-312-452
CLUE, LASCELLES ANTHONY

                                           IN REMOVAL PROCEEDINGS
RESPONDENT

ORDER OF THE IMMIGRATION JUDGE

Upon the basis of respondent's admissions, I have determined that the respondent is subject to removal on the charge(s) in the Notice to Appear.

Respondent has made no application for relief from removal.

It is HEREBY ORDERED that the respondent be removed from the United States to JAMAICA on the charge(s) contained in the Notice to Appear.

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in INA section 237(a), who willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General shall be fined and/or imprisoned for up to ten years. Further, any alien who willfully fails or refuses to depart from the United States pursuant to a final removal order or present for removal at the time and place required by the Attorney General shall pay a civil penalty of not more than $500 to the Commissioner for each day the alien is in violation of this section.

                                           MICHAEL W. STRAUS
                                           Immigration Judge
                                           Date: Jul 3, 2014
Appeal: NO APPEAL (A/I/B)   Reserved by respondent
Appeal Due By: Aug 4, 2014

---
                    CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)   PERSONAL SERVICE (P)
TO:   [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [ ] Alien's ATT/REP   [ ] DHS
DATE: 7/3/14                BY: COURT STAFF
  Attachments:  [ ] EOIR-33   [ ] EOIR-28   [ ] Legal Services List   [ ] Other
---

Form EOIR 7 - 4T (REMOVAL Order)

| U.S. Department of Homeland Security | Subject ID : 343410655 | **Record of Deportable/Inadmissible Alien** |
|---|---|---|

| Family Name (CAPS) CLUE, | First LASCELLES | Middle ANTHONY | Sex M | Hair BLK | Eyes BRO | Cmplxn DRK |
|---|---|---|---|---|---|---|
| Country of Citizenship JAMAICA | Passport Number and Country of Issue | File Number HAR1206000047 087 312 452 | Height 71 | Weight 175 | Occupation | |
| U.S. Address 22 MORRIS STREET DANBURY, CONNECTICUT, | | | Scars and Marks | | | |
| Date, Place, Time, and Manner of Last Entry Unknown Date, UNK, EWI | | Passenger Boarded at | F.B.I. Number 314234FD5 | ☒ Single  ☐ Divorced  ☐ Married  ☐ Widower  ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | Method of Location/Apprehension CST 511.2.1 | | | |
| Date of Birth  Age: 31 | Date of Action 06/04/2013 | Location Code HAR/BOS | At/Near See I-831 | Date/Hour 06/11/2012 09:22 | | |
| City, Province (State) and Country of Birth JAMAICA | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By D06020 MOORE | | | |
| NIV Issuing Post and NIV Number | Social Security Account Name | | Status at Entry PWA Other | Status When Found IN INSTITUTION | | |
| Date Visa Issued | Social Security Number | | Length of Time Illegally in U.S. Not Applicable | | | |
| Immigration Record POSITIVE - See Narrative | Criminal Record See Narrative | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | Number and Nationality of Minor Children None | | | |
| Father's Name, Nationality, and Address, if Known CLUE, MICHAEL  NATIONALITY: JAMAICA | | Mother's Present and Maiden Names, Nationality, and Address, if Known ELLIS, FAY NATIONALITY: UNITED STATES | | | | |
| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative | | | |
| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
FIN: 1074644403
NCIC Level 1


Current Criminal Charges
------------------------
08/17/2012 - 8 USC 1227 - DEPORTABLE ALIEN


Current Administrative Charges
------------------------------
06/04/2013 - 237a2Aii - CONVICTION OF TWO CRIMES INVOLVING MORAL TURPITUDE
06/11/2012 - 237a2Aiii - Aggravated Felony: 101(a)(43)(F) Crime Of Violence
06/11/2012 - 237a2Aiii - Aggravated Felony: 101(a)(43)(G) Theft or Burglary Offense with Minimum One Year
Imprisonment


Previous Criminal History
-------------------------
On 01/22/2010, the subject was arrested for the crime of "Robbery - Residence-Weapon" which resulted in a
conviction on 11/01/2011. The subject was sentenced to 0 year(s), 0 month(s), 0 day(s).

On 11/11/2009, the subject was arrested for the crime of "Larceny" which resulted in a conviction on
03/29/2011. The subject was sentenced to 0 year(s), 0 month(s), 0 day(s).


...(CONTINUED ON I-831)
```

D06020 MOORE
Deportation Officer

| Alien has been advised of communication privileges _____ (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| A-File | Officer: D06020 MOORE |
| SDDO | on: June 4, 2013 _____ (time) |
|  | Disposition: Warrant of Arrest/Notice to Appear |
| OCC | Examining Officer: DAVID OSTROBINSKI |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**  Continuation Page for Form __I-213__

| Alien's Name<br>**CLUE, LASCELLES ANTHONY** | File Number<br>087 312 452<br>Event No: HAR1206000047 | Date<br>06/11/2012 |
|---|---|---|

On 11/11/2009, the subject was arrested for the crime of "Burglary - Forced Entry-Residence" which resulted in a conviction on 03/29/2011. The subject was sentenced to 0 year(s), 0 month(s), 0 day(s).

On 11/11/2009, the subject was arrested for the crime of "Assault" which resulted in a conviction on 03/29/2011. The subject was sentenced to 0 year(s), 0 month(s), 0 day(s).

On 11/11/2009, the subject was arrested for the crime of "Robbery" which resulted in a conviction on 03/29/2011. The subject was sentenced to 0 year(s), 0 month(s), 0 day(s).

On 11/11/2009, the subject was arrested for the crime of "Marijuana - Possession" which resulted in a conviction on 03/29/2011. The subject was sentenced to 0 year(s), 0 month(s), 0 day(s).

On 11/11/2009, the subject was arrested for the crime of "Obscene Communication" which resulted in a conviction on 03/29/2011. The subject was sentenced to 0 year(s), 0 month(s), 0 day(s).


**Records Checked**
----------------
CIS Pos
CLAIM Pos
EARM Neg
TECS Neg


**At/Near**
------------------------------------
Cheshire, CT


**Record of Deportable/Excludable Alien:**
**ENCOUNTER:**

The subject came to the attention of the Hartford-DRO CAP unit while incarcerated by the Connecticut Department of Correction at Cheshire Correctional Institute in Cheshire, CT.  At the time of encounter the subject was serving a sentence in the State of Connecticut related to a conviction for robbery.

**ALIENAGE:**

The subject is a native of and a citizen of Jamaica who record checks show is a Lawful Permanent Resident of the United States.  There is no evidence in the subject?s file pertaining to application for naturalization to become a United States citizen.

**DERIVATIVE CITIZENSHIP DATA:**

Both of the subject?s parents are natives of Jamaica. The subject?s mother, Fay ELLIS (A74 847 079), appears to be a naturalized United States citizen effective May 4, 2007 (when the subject was twenty-six years of age).  The name that was provided as being that of the subject?s father was searched in system indices with negative results.

As the subject had already exceeded the statutory age of eighteen years old at the time of

| Signature<br><br>D06020 MOORE | Title<br><br>Deportation Officer |
|---|---|

_____2_____ of _____4_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form __I-213__ |
|---|---|---|
| Alien's Name<br>**CLUE, LASCELLES ANTHONY** | File Number<br>087 312 452<br>Event No: HAR1206000047 | Date<br>06/11/2012 |

his mother?s naturalization the subject shows no potential claims of being a derivative citizen of the United States.

ENTRY DATA:

The subject entered the United States at or near an unknown place on or about an unknown date and without the benefit of having been inspected by an immigration authority.  On the subject?s I-485 Application to Register Permanent Residence or Adjust Status the subject claims to have entered the United States sometime around September 9, 1995 near New York, NY.

PURPOSE OF ENTRY/IMMIGRATION DOCUMENTS:

The subject entered the United States with the intention of establishing a residence.

IMMIGRATION HISTORY:

09/09/1995: Claims entry to the United States near New York, NY (EWI)

03/01/2005: Listed as beneficiary on I-130 Petition for Alien Relative based on mother

09/09/2008: I-485 approved by CIS under Section 245 (F1-6)

CRIMINAL HISTORY:

FBI#314234FD5
CT SID#: CT01227008
CT Inmate#:372393
Release Date:12/21/2026

Arrest Date: 01/22/2010
Arresting Agency: Danbury (CT) Police Department
Offense(s)/Statute(s):1.) Robbery 1st Degree (C.G.S./P.A. No: 53a-134(a)(3))
Case Number: 07457540
Disposition/Date/Court: 11/01/2011 ? Danbury (CT) Judicial District Court
Sentence: 11 years jail (suspended after 2 years) and 5 years probation

Arrest Date: 11/11/2009
Arresting Agency: Danbury (CT) Police Department
Offense(s)/Statute(s):1.) Home Invasion (C.G.S./P.A. No: 53a-100aa)
2.) Robbery 1st Degree (C.G.S./P.A. No: 53a-134(a)(3))
3.) Assault 3rd Degree (C.G.S./P.A. No: 53a-61a)
4.) Threatening 2nd Degree (C.G.S./P.A. No: 53a-62)
Case Number: 07457038
Disposition/Date/Court: 03/29/2011 ? Danbury (CT) Judicial District Court
Sentence: 13 years jail and 10 years special parole for home invasion, 10 year jail for robbery, 1 year jail each for assault and threatening

***Appeal of criminal conviction listed above was dismissed by the State of Connecticut Appellate Court. See State of Connecticut v. Lascelles Anthony Clue, AC 33365, dated 11/20/2012.***

Arrest Date: 11/11/2009
Arresting Agency: Danbury (CT) Police Department

| Signature<br>D06020 MOORE | Title<br>Deportation Officer |
|---|---|

___3___ of ___4___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>**CLUE, LASCELLES ANTHONY** | File Number<br>087 312 452<br>Event No: HAR1206000047 | Date<br>06/11/2012 |

```
Offense(s)/Statute(s):1.) Larceny 5th Degree (C.G.S./P.A. No: 53a-125a)
Case Number: 07457032
Disposition/Date/Court: 03/29/2011 ? Danbury (CT) Judicial District Court
Sentence: 6 months jail

Arrest Date: 11/11/2009
Arresting Agency: Danbury (CT) Police Department
Offense(s)/Statute(s):1.) Possession of Marijuana (C.G.S./P.A. No: 53a-279(a))
Case Number: 07457029, 07457031
Disposition/Date/Court: 03/29/2011 ? Danbury (CT) Judicial District Court
Sentence: 6 months jail

CREDIBLE/REASONABLE FEAR:

The subject made no claim to have fear of being returned to his native country.

MILITARY SERVICE:

The subject made no claim of having served in any branch the United States military.

CHILD CARE/CUSTODY ISSUE:

The subject has no known child care issues.

MEDICAL HISTORY:

The subject made no claim to having medical issues.

RECOMMENDATION/DISPOSITION:

The subject appears amenable to removal under INA 237(a)(2)(A)(iii) as defined under both
INA 101(a)(430(F) as it relates to a crime of violence and INA 101(a)(43)(G) as it relates
to a theft offense.  It is recommended that the subject be placed in INA 240 Removal
Proceedings and be served with an I-200 Warrant of Arrest and I-862 Notice to Appear.

Other Identifying Numbers
---------------------------------
ALIEN-087312452
Inmate Number - State Prison-372393
   COMMENT: CT DOC
State Criminal Number/State Bureau Number-CT01227008
   COMMENT: CT SID
```

| Signature<br>D06020 MOORE | Title<br>Deportation Officer |
|---|---|

__4__ of __4__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE OF IMMIGRATION REVIEW
UNITED STATES IMMIGRATION COURT
HARTFORD, CONNECTICUT

File:   A087 312 452

In the Matter of                        )
                                        )
Lascelles Anthony CLUE                  )
                                        )
                                        )
Respondent                              )

APPLICATION:        Request for Stay

ON BEHALF OF RESPONDENT:                          ON BEHALF OF THE DHS:
Andrew Bloomberg
Hacking Law Practice
10900 Manchester Road, Suite 203
St. Louis, MO 63122

    Respondent was charged in the Notice to Appear (NTA) with being subject to removal based on a conviction on March 29, 2011 for home invasion and robbery first degree and another conviction on November 1, 2011 for robbery first degree. The proceedings were conducted via televideo from the Cheshire Correctional Facility while the respondent was serving his sentence. He first appeared on December 12, 2013 and his case was continued to April 10, 2014 for him to obtain counsel. On April 10, 2014, respondent appeared without counsel and the Court took pleadings and found that he was removable as charged and inquired about claim to US citizenship. The respondent expressed a fear of returning to Jamaica and the matter was continued to July 3, 2014 for him to file the Form I-589. The respondent failed to file the I-589 and, on July 3, 2014, the Court ordered his removal to Jamaica. Respondent reserved appeal, but no appeal was ever filed.

    On May 22, 2020, the Court received a motion to reopen and stay. The record reflects that, on October 3, 2019, the Tolland Superior Court granted a habeas petition based on ineffective assistance of counsel which vacated his conviction dated March 29, 2011. The respondent's motion indicates that "efforts to challenge his November 1, 2011 conviction are underway currently." It indicates that respondent was transferred from State to ICE custody on April 2, 2020 and that removal is imminent. Respondent seeks a stay and reopening sua sponte.

    The Court reviewed the record of proceedings. While the respondent is no longer removable for his March 29, 2011 conviction, he remains removable as an aggravated felony

crime of violence under 18 USC 16(a) for his November 1, 2011 conviction. The motion mentions efforts to challenge that conviction, but provides no evidence. The respondent has had almost nine years to challenge that conviction. The Court finds insufficient basis to grant a stay considering these circumstances. He remains removable as charged and has no relief from removal.

ORDER

Respondent's motion for stay is denied.

May 26, 2020
Date

Michael Straus
Immigration Judge

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
450 MAIN ST., ROOM 628
HARTFORD, CT  06103

Hacking Law Practice
Bloomberg, Andrew John
10900 Manchester Rd.
Suite 203
SAINT LOUIS, MO  63122

In the matter of          File A 087-312-452        DATE: May 26, 2020
CLUE, LASCELLES ANTHONY
#372393

\_\_ Unable to forward - No address provided.
\_\_ Attached is a copy of the decision of the Immigration Judge. This decision is final unless an appeal is filed with the Board of Immigration Appeals within 30 calendar days of the date of the mailing of this written decision. See the enclosed forms and instructions for properly preparing your appeal. Your notice of appeal, attached documents, and fee or fee waiver request must be mailed to:     Board of Immigration Appeals
                                Office of the Clerk
                                5107 Leesburg Pike, Suite 2000
                                Falls Church, VA 22041
\_\_ Attached is a copy of the decision of the immigration judge as the result of your Failure to Appear at your scheduled deportation or removal hearing. This decision is final unless a Motion to Reopen is filed in accordance with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. § 1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. § 1229a(b)(5)(C) in removal proceedings.  If you file a motion to reopen, your motion must be filed with this court:
                                IMMIGRATION COURT
                                450 MAIN ST., ROOM 628
                                HARTFORD, CT  06103
\_\_ Attached is a copy of the decision of the immigration judge relating to a Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. § 1208.31(g)(1), no administrative appeal is available. However, you may file a petition for review within 30 days with the appropriate Circuit Court of Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

\_\_ Attached is a copy of the decision of the immigration judge relating to a Credible Fear Review. This is a final order. No appeal is available.

_X_ Other: IJ ORDER ATTACHED.

                                          SD_____
                                          COURT CLERK
                                          IMMIGRATION COURT           FF

     cc:  DHS OFFICE OF CHIEF COUNSEL
          450 MAIN ST, RM 483
          HARTFORD, CT, 06103