| | | |
|---|---|---|
| JD-CR-71 LP REV. 7-05 | **STATE OF CONNECTICUT** | DOB: [redacted] |
| ORIGINAL INFORMATION: NO | **SUPERIOR COURT** | DISPOSITION DATE: 11/01/11 |
| COURT DATE: 01/22/2010  AT: DBD - DANBURY JD | | DOCKET NO.: DBD-CR10-0137678-S |

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

**CLUE LASCELLES ANTHONY**

22 MORRIS STREET, DANBURY, CT 06810

Did commit the offenses recited below:

**Count: 1** ROBBERY 1ST DEG-DANGEROUS INST    Type/Class: F/B   At: DANBURY
On or About: 05/18/2009    In Violation Of CGS/PA No: 53a-134(a)(3)

**Count: 2** THREATENING 2ND DEG    Type/Class: M/A   At: DANBURY
On or About: 05/18/2009    In Violation Of CGS/PA No: 53a-62

**Count: 3** LARCENY 2ND DEG    Type/Class: F/C   At: DANBURY
On or About: 05/18/2009    In Violation Of CGS/PA No: 53a-123

SEE OTHER SHEETS FOR ADDITIONAL COUNTS  X    DATE: 1/10/11

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE) (DATE)
BOND: $50000  SURETY: PS   ELECTION: (blank)
REDUCTION: 2/15/11 ?

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE / NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | 11/01/11 | Alford GY | | GY | FCW | | 11 years ELSA 2 years 5 years probation — Consecutive to current sent. |
| 2 | | | | | Nolle | | |
| 3 | | | | | Nolle | | |

| DATE | OTHER COURT ACTION | JUDGE | CONTINUANCES DATE | PURPOSE | REASON |
|---|---|---|---|---|---|
| 1/21/11 | Continue to 2/1/11 due to court scheduling | Reynolds, J | 1. 2/1/11 | Jur | 1/4/11 DE |
| 1/25/11 | Motion for Consolidation | | 2. 2/4/11 | Jury | |
| 2/1/11 | Case continued off record due to weather | Reynolds, J | 3. 2/8/11 | C | |
| | | | 4. 2/10/11 | C | |
| 2/15/11 | Bond increased to $55,000 c/s | Pavia, J | 5. 6/8/11 | X-awk | |
| 6/8/11 | motion for continuance granted Continued to 7/1/11 | Reynolds, J | 6. 7/1/11 | X-awk | |
| | | | 7. 8/24/11 | Jury | |
| 7/1/11 | App waived. - 1hr notice sent. | Reynolds, J | 8. 10/5/11 | Jury Acc/rej | |
| 11/01/11 | PPEWD. PSI WAIVED. | Reynolds, J | 9. 1/18/11 | Jury | |
| | Cont pg 2 | | 10. 10/27/11 | Jury | |

FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | SEE REVERSE SIDE

PROSECUTOR ON ORIGINAL DISPOSITION: S. Hodge
REPORTER ON ORIGINAL DISPOSITION: J. Fenton / K. Scheider
SIGNED CLERK: CTex
SIGNED JUDGE: [signature]

**STATE OF CONNECTICUT
SUPERIOR COURT
RECORDS CENTER**

APR 10 2012

**CERTIFIED COPY**
BY: [signature]
TITLE: Admin Assistant

| JD-CR-71 LP REV. 7-05 | | | STATE OF CONNECTICUT | DOB: ▮ |
|---|---|---|---|---|
| ORIGINAL INFORMATION: | COURT DATE: | AT: | SUPERIOR COURT | DISPOSITION DATE: |
| NO | 01/22/2010 | DBD - DANBURY JD | | DOCKET NO.: DBD-CR10-0137678-S |

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that

**CLUE LASCELLES ANTHONY**

22 MORRIS STREET, DANBURY, CT 06810

Did commit the offenses recited below:
CONSPIRACY TO COMMIT    Type/Class: F/B
Count: 4 ROBBERY 1ST DEG-DANGEROUS INST    53a-134(a)(3) At: DANBURY
On or About: 05/18/2009    In Violation Of CGS/PA No: 53a-48

SEE OTHER SHEETS FOR ADDITIONAL COUNTS    DATE 1/10/11    SIGNED (PROSECUTING AUTHORITY) [signature]

**COURT ACTION**

DEFENDANT ADVISED OF RIGHTS BEFORE PLEA
(JUDGE)    (DATE)
☐ ATTY.  ☐ PUB. DEFENDER    GUARDIAN

BOND: $50000    SURETY: PS    REDUCTION:    B.O.    ☐ CASH    APPEAL
ELECTION: ☐ COURT  ☐ JURY    ELECTION WITHDRAWN DATE    ☐ SEIZED PROPERTY

| COUNT NO. | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT FINDING | FINE | JAIL | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 4 | | | | | | | Nolle | |

| DATE | OTHER COURT ACTION | JUDGE |
|---|---|---|
| 11/01/11 | cont. recomended sent: 11 years els/A 2years 5 years probation Consecutive to current sent. | Reynolds J. |
| | PLEA MADE VOL... ... INTELL. W/ADV. OF COUNSEL IN FULL AWARE. OF CONSEQ. FACT BASIS FOUND. GLTY PLEA ACCPTD AND REC. FIND. OF GLTY MADE | |
| | Condition No contact with victim No contact with James Hamed. | |

CONTINUANCES: DATE | PURPOSE | REASON (1–10)

FINE PAID | RECEIPT NO. | MITTIMUS DATE | TRIAL TOWN | ☐ SEE REVERSE SIDE

PROSECUTOR ON ORIGINAL DISPOSITION | REPORTER ON ORIGINAL DISPOSITION | SIGNED CLERK | SIGNED JUDGE

# SUBSTITUTE INFORMATION
JD-CR-71 Rev. 8-08

**STATE OF CONNECTICUT — SUPERIOR COURT**

**DISPOSITION DATE:** 3/29/11

## TITLE, ALLEGATION AND COUNTS

**STATE OF CONNECTICUT VS. (Name of accused):** CLUE, Lascelles Anthony
**G.A. NO.:** 3
**DOCKET NO.:** DBDCR09-137088-S
**ADDRESS:** 22 Morris Street, Danbury, CT 06810
**TO BE HELD AT (Town):** Danbury

The undersigned Prosecuting Authority of the Superior Court of the State of Connecticut charges that:

**FIRST COUNT — DID COMMIT THE OFFENSE OF:** Home Invasion
- AT (Town): Danbury
- ON OR ABOUT (Date): 11/10/2009
- IN VIOLATION OF GENERAL STATUTE NO.: 53a-100aa

**SECOND COUNT — DID COMMIT THE OFFENSE OF:** Robbery in the First Degree
- AT (Town): Danbury
- ON OR ABOUT (Date): 11/10/2009
- IN VIOLATION OF GENERAL STATUTE NO.: 53a-134(a)(3) SH

**THIRD COUNT — DID COMMIT THE OFFENSE OF:** Assault of an Elderly Person in the Third Degree
- AT (Town): Danbury
- ON OR ABOUT (Date): 11/10/2009
- IN VIOLATION OF GENERAL STATUTE NO.: 53a-61a

☒ SEE OTHER SHEET(S) FOR ADDITIONAL COUNTS
**DATE:** 11/19/09
**SIGNED (Prosecuting Authority):** [signature]

**CONTINUED TO / PURPOSE / REASON:**
- 12/17/09 X  5/10 X  2/1/11 J
- 1/5/10 X  6/2 X
- 1/13/10 X  7/23/10 X
- 2/2/10 X  9-3-10 Jur
- 2/23/10 X  10/15 Jury
- 3/10/10 X  11/9/10 Jury
- 3/29/10 X  1/7/11 Jur

## COURT ACTION

**BOND:** 15,000 C/S
**SURETY:** ☐ 10%  ☐ CASH
**ELECTION:** ☐ CT  ☒ JY

**DEFENDANT ADVISED OF RIGHTS BEFORE PLEA (JUDGE) (DATE):**
☐ ATTORNEY  ☐ PUB. DEFENDER  ☐ GUARDIAN
**BOND CHANGE:**
**SEIZED PROP. INVENTORY NO.:**

| COUNT | PLEA DATE | PLEA | PLEA WITHDRAWN DATE | NEW PLEA | VERDICT/FINDING | FINE | REMIT | ADDITIONAL DISPOSITION |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/3/09 | NG | 2/8/11 | NG | GY | $ F/cw | $ | 13 years to serve; 10 years mandatory minimum; 10 years Special Parole w/ recommended cond. |
| 2 | | | 2/8/11 | NG | GY | $ | $ | 10 years to serve concurrent w/ count 1 |
| 3 | | | 2/8/11 | NG | GY | $ | $ | 1 year to serve mandatory minimum consecutive to count 1 |

*CERTIFIED COPY SEAL AFFIXED MAY 24 2013  STATE OF CONNECTICUT SUPERIOR COURT GEOGRAPHICAL AREA #3 AT DANBURY  By: [signature]*

**DATE / OTHER COURT ACTION / JUDGE**

- 12/21/09 — Motion for Bond Reduction; Mot return seized property to owner.
- 1/5/10 — Mot for Ret. of Seized Property to Owner — granted; D's fingerprint expert to be present when laptop fingerprinted before ret. to rightful owner; def. counsel to provide expert name to state by 1/12/10 — Mot for Bond Reduction — denied; Mot for Transfer of Evidence filed. Appt. [illegible] expert name provide by 1/12/10 to state by def. counsel

**RECEIPT NO.:**
**COST:** ☐ IMP  ☐ NCI
**BOND INFORMATION:** ☐ BOND FORFEITED  ☐ FORFEITURE VACATED  ☐ FORFEITURE VACATED AND BOND REINSTATED
**APPLICATION FEE — RECEIPT NO. IF PAID:**  CIRCLE ONE: W  I  Q
**PROGRAM FEE — RECEIPT NO. IF PAID:**  CIRCLE ONE: W  I  Q
**PROBATION FEE — RECEIPT NO. IF PAID:**  CIRCLE ONE: W  I  Q

**PROSECUTOR ON ORIGINAL DISPOSITION:** Hodge
**REPORTER/MONITOR ON ORIG. DISP.:** Everard
**SIGNED (Clerk):** Schanul
**SIGNED (Judge):** [signature]

☒ SEE BACK OF PAGE 1 — See 2nd page