

# CITY OF DANBURY
### DANBURY, CONNECTICUT 06810

**DEPARTMENT OF POLICE**
**375 MAIN STREET**

PATRICK A. RIDENHOUR, CHIEF
SHAUN J. MCCOLGAN, DEPUTY CHIEF
(203) 797-4614

RE:   Lascelles Clue
DOB:

To whom it may concern:

This is to certify that a check of the criminal record files of the Danbury Police Department disclosed the following criminal record for the above named person. This check is based on the criminal records of the Danbury Police Department and shows only that this person has been arrested within the City of Danbury <u>only</u>.

| ARREST DATE | CHARGE | DISPOSITION |
|---|---|---|
| 11/11/09 | Larceny 5th | 6ms 03/29/11 |
| 01/22/10 | Robbery 1 | 10y cn 11/20/12 |
|  | Home Invasion | 13y 10y parole |
|  | Assault 3rd | 1yr cs |
|  | Threatening | 1y cn |
| 11-11-09 | Poss. Marijuana | 1y 3-29-11 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

It is strongly recommended that the person applying for a criminal record background check also file for a State Police Bureau of Identification Criminal History Conviction Request. This form is available at the Danbury Police Department Records Division or you can download at www.State.CT.US/dps

K. Cole

# Danbury Police Department
## INCIDENT REPORT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|
| 11/10/09, Tue | 15:25 | | Home Invasion Robbery | Ofc. Bell | Initial | 09-10998 |

| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | | APT NO / LOCATION | |
|---|---|---|---|---|---|---|
| 11/10/2009 | | | | | | |

STATUS CODE  C - Complainant  A - Arrestee  J - Juvenile  M - Missing  S - Suspect  V - Victim  W - Witness  I - Interviewed  O - Other

| # | STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | AGE | PHONE | STREET | CITY | ST | REG # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | V | | | | | | | | | | | | |
| 02 | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |

| # | STATUTE 1 | OFFENSE 1 | # | STATUTE 2 | OFFENSE 2 | # | STATUTE 3 | # | STATUTE 4 |
|---|---|---|---|---|---|---|---|---|---|

ARRESTS

### INCIDENT DETAILS

On 11-10-09 at 1525hrs., I was dispatched to ▇ in reference to a home invasion robbery. I spoke with victim ▇ who stated that on 11-10-09 at approx. 1520hrs., she was inside her home when she heard a knock at the front door. ▇ opened the front door and saw a male suspect(black hoodie, black ski mask, dark pants) standing in the doorway. He forced his way through the threshold of the front door by holding a knife to the left side of ▇ neck and forcing her backwards with his other hand. ▇ lost her balance and fell into a nearby chair. The suspect said to her, "Give me your money". ▇ told him that she did not have any money. The suspect forced her out of her chair by pulling on her left arm against her will and forced her into the kitchen. ▇ sat down in her wheel chair which was in the kitchen. The suspect began poking the knife into the left side of her neck and said, "I'm not foolin', you'll be dead before sundown." The suspect saw her purse

| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | | | | |
|---|---|---|---|---|
| SUBSCRIBED AND SWORN TO BEFORE ME | SIGNED OFFICER | | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | FOLLOW-UP ACTIONS BY |
| THIS 10th DAY OF November 2009 | Ofc. Bell | NOTARY PUBLIC  ☐ 1-24 CGS | RECORD CREATION DATE & TIME: 11/10/2009  5:33:36 PM | |
| REVIEWED FIELD SUPV | | | SHIFT COMM | PG 1 OF 2 |

# Danbury Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | | INVESTIGATING OFFICER | | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|---|---|
| 11/10/09, Tue | 15:25 | | Home Invasion Robbery | | Ofc. Bell | | Initial | 09-10998 |
| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | | | APT NO / LOCATION | | |
| 11/10/2009 | | | ▮ | | | ▮ | | |

located on the kitchen table and tried forcing it open, ripping the handles away from the side of the bag in the process. The suspect then opened the purse and removed cash amounting to approx. $150 in US currency. The suspect picked up ▮ laptop computer (DELL Inspiron, serial # HY74CHI, $700 value) off of the kitchen table and disconnected the power cord. The suspect opened the rear door and fled the house with the money and laptop in an unknown direction. ▮ called Danbury PD immediately after this incident. Sgt. Krupinsky and other officers responded to the scene and set up a perimeter. ▮ CSP K-9 responded and attempted to track the suspect with negative results. Danbury PD Evidence Tech Ofc. Catutti responded and processed the scene and took a picture of ▮ neck. ▮ suffered a minor cut to her left neck (approx. 1/4" long and 1/32" deep). The cut did not require medical evaluation. Danbury PD Det. Carroccio and Det. Sgt. Salazar responded to the scene to interview ▮.
Case referred to Detective Bureau.

| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | | | | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | FOLLOW-UP ACTIONS BY |
|---|---|---|---|---|---|
| SUBSCRIBED AND SWORN TO BEFORE ME | | | SIGNED OFFICER | RECORD CREATION DATE & TIME: | |
| THIS 10th DAY OF November 2009 | | NOTARY PUBLIC ☐ | Ofc. Bell | 11/10/2009   5:33:36 PM | |
| | | 1-24 CGS | | | |
| REVIEWED FIELD SUPV | | | | SHIFT COMM | PG 2 OF 2 |

# Danbury Police Department
## INCIDENT REPORT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|
| 01/22/10, Fri | | | Arrest Warrant | Det Dan Trompetta | Initial | 09-4800 |

| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | | | APT NO / LOCATION |
|---|---|---|---|---|---|---|
| 01/22/2010 | | 22 | Morris St | | | |

STATUS CODE  C - Complainant  A - Arrestee  J - Juvenile  M - Missing  S - Suspect  V - Victim  W - Witness  I - Interviewed  O - Other

| # | STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | AGE | PHONE | STREET | CITY | ST | REG # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | A | Clue | Lascelles | M | B | | | | 22 Morris St | Danbury | CT | | |
| 02 | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |

ARRESTS

| # | STATUTE 1 | OFFENSE 1 | # | STATUTE 2 | OFFENSE 2 | # | STATUTE 3 | # | STATUTE 4 |
|---|---|---|---|---|---|---|---|---|---|

### INCIDENT DETAILS

On this date, 22 January 2010, Detectives Martin, Trompetta and Mable went to 22 Morris St. Danbury, Connecticut to serve an arrest warrant on Lascelles CLUE the resident of the first floor apartment. At approximately 0745 hours, the detectives, knocked on the rear access door which was partially open. Detective Trompetta yelled "hello, police" and Clue walked into the kitchen area which put him in the direct view of the officers. Clue was told he was under arrest and taken into custody without incident. Bond was pre set at Danbury Superior Court at $50,000.00.

Lascelles Clue, asked" what are these charges from"? Det Trompetta told Clue from when you and Jim Hamed were at Barnes and Noble in May. Clue responded "I don't remember anything about that".

These charges are a result of investigation into a car jacking robbery on 18 May 2009.

| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | SIGNED OFFICER | | |
|---|---|---|---|
| SUBSCRIBED AND SWORN TO BEFORE ME | Det Dan Trompetta | | |
| THIS 22nd DAY OF January | NOTARY PUBLIC ☐ | 1-24 CGS ☐ | |
| REVIEWED FIELD SUPV | | SHIFT COMM | |
| | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | RECORD CREATION DATE & TIME: 1/22/2010  8:26:07 AM | FOLLOW-UP ACTIONS BY |
| | | | PG 1 OF 1 |

© 2003 NexGen Solutions LLC

# Danbury Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|
| 01/22/10, Fri | 07:45 | | Arrest Warrant Service | Det. Ethan Mable 515 | Suppl | 2009-04800 |

| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | APT NO / LOCATION |
|---|---|---|---|---|
| 01/25/2010 | | | 22 Morris St. Danbury, Ct | 1st. Fl. |

During an execution of an arrest warrant for Lascelles Clue, On 1/22/10 at 0745 hr., Det. Trompetta, Det. Martin and I observed several bags of garbage throughout both the kitchen and the (enclosed) back porch of the apartment. Kelly Slavin, Lascelles' girlfriend, said that the *"dumpster was full."* The apartment appeared to be unsanitary for the three children who live in the home. We did not observe the rest of the apartment. We told Ms. Slavin to clean the apartment as soon as possible.

Later that morning, DCF Social Worker Investigator Christine Eager called me. Invest. Eager had worked on Slavin's earlier DCF case from 11/09. That referral was also made by this Detective (DPD Case # 09-11041). Invest. Eager told me that Ms. Slavin had contacted her about Mr. Clue's arrest. I told Ms. Eager about the latest conditions and she agreed that a new report should be made.

I later made an oral report to the DCF hotline and spoke with DCF hotline worker Rebecca Pye. On 1/25/10, I completed and mailed the DCF-136 form (copy attached). **Case closed with arrest.**

**THIS IS A SUPPLEMENT TO THE ORIGINAL REPORT.**

| SUBSCRIBED AND SWORN TO BEFORE ME | SIGNED OFFICER | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | RECORD CREATION DATE & TIME: | FOLLOW-UP ACTIONS BY |
|---|---|---|---|---|
| THIS 25th DAY OF January 2010 □ NOTARY PUBLIC □ 1-24 CGS | Det. Ethan Mable 515 | Social Service | 1/25/2010  8:35:08 PM | Investigator |

THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT.

REVIEWED FIELD SGT.

SHIFT COMM

PG 1 OF 1

© 2003 NexGen Solutions LLC

# Danbury Police Department
## INCIDENT REPORT

Case 1:20-cv-00216-MSM-PAS   Document 127-3 (Case Participants)   Filed 06/10/20   Page 6 of 12 PageID #: 7996

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|
| 05/18/09 | 13:01 | | ROBBERY/LARCENY | Ofc. Adam Lawler 592 | Initial/Close | 09-4800 |

| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | | APT NO / LOCATION | |
|---|---|---|---|---|---|---|
| 05/18/2009 | | 15 | Backus Avenue | | | |

STATUS CODE  C - Complainant  A - Arrestee  J - Juvenile  M - Missing  S - Suspect  V - Victim  W - Witness  I - Interviewed  O - Other

| # | STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | AGE | PHONE | STREET | CITY | ST | REG # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | C | Tucker | Bryan | M | W | | | 648-2050 | 2 Lakeview Drive | Danbury | CT | | |
| 02 | W | Tucker | Bryan | M | W | | | | | | | | |
| 03 | A | Hamed | James John | M | W | | | | 11 Crane Street | Danbury | CT | | |
| 04 | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |

### ARRESTS

| # | STATUTE 1 | OFFENSE 1 | # | STATUTE 2 | OFFENSE 2 | # | STATUTE 3 | # | STATUTE 4 |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 53a-122 | Larceny 1st; MV Theft | | | | | | | |
| 3 | 53a-134 | Robbery 1st | | | | | | | |
| 3 | 53a-48/122 | Conspiracy to Commit Larceny 1st | Nolle | | 10-1-34-54 | 12-1-09 | | | |
| 3 | 53a-48/134 | Conspiracy to Commit Robbery 1st | Nolle | | | 12-1-09 | | | |

### INCIDENT DETAILS

On the above date and time Ofc. Rink and I were dispatched to Barnes and Noble located at 15 Backus Avenue for a complaint of a carjacking. On arrival we located the complainant, ███████████ and the witness Bryan Tucker. ███████████ stated to Ofc. Rink and I that his vehicle was car jacked by a white male, he identified as James Hamed, and an unknown black male. ███████████ stated that James Hamed put a gun to his back and grabbed him by the neck and threatened him, and that the black male pulled out a knife and also threatened to steal the car. ███████████ described the vehicle as a black Subaru Impreza bearing CT registration 965WHH, and stated that the black male drove away with the vehicle. ███████████ stated that James Hamed got into an older model black sedan vehicle, with a covered license plate. A BOLO for that vehicle was dispatched over the air. The vehicle is estimated to be valued between $12,000.00 and $14,000.00 dollars according to Edmunds.com, a vehicle appraisal website.

| | SIGNED OFFICER | | | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | RECORD CREATION DATE & TIME: | FOLLOW-UP ACTIONS BY |
|---|---|---|---|---|---|---|
| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | Ofc. Adam Lawler 592 | | | | 5/18/2009   3:15:57 PM | |

| SUBSCRIBED AND SWORN TO BEFORE ME | | | SHIFT COMM | | PG | OF |
|---|---|---|---|---|---|---|
| THIS 18th DAY OF May 2009 | NOTARY PUBLIC | 1-24 CGS | | | | |

REVIEWED FIELD SUPV

© 2003 NexGen Solutions LLC

# Danbury Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|---|
| 05/18/09, Mon | 13:01 | | ROBBERY/LARCENY | | Ofc. Adam Lawler 592 | Initial/Close | 09-4800 |

| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | | APT NO / LOCATION | | |
|---|---|---|---|---|---|---|---|
| 05/18/2009 | | 15 | Backus Avenue | | | | |

▓▓▓ stated in a written sworn statement that he was trying to sell a car stereo, which had been installed in the Subaru Impreza, to James Hamed. ▓▓▓ stated that he took his friend Bryan Tucker to meet James at Barnes and Noble. ▓▓▓ stated that when he and Bryan arrived they saw James with an unknown black male. ▓▓▓ stated that they listened to music and tested the stereo for about thirty minutes. ▓▓▓ stated that James told him that he had a gun and grabbed him around his neck. ▓▓▓ stated that James pulled out a gun and stuck it in his back. ▓▓▓ stated that James told him that he had a gun and grabbed him around his neck. ▓▓▓ stated that James demanded the stereo from him and ▓▓▓ refused. ▓▓▓ stated that the black male then pulled out a serrated silver knife and told ▓▓▓ they were taking the car. ▓▓▓ stated that they then both got in the car, and that the black male was driving. ▓▓▓ stated that they drove away. ▓▓▓ described as a black older model sedan with a covered license plate.

Bryan Tucker stated that he was inside Barnes and Noble at the time of the car jacking, but had been outside listening to music with James Hamed, the black male, and ▓▓▓ Bryan stated that he set up the meeting between ▓▓▓ and James because James told him he was interested in buying the stereo Daniel was selling.

Investigation revealed that James Hamed was currently staying at 11 Crane Street Danbury, CT. James was located at that address and a show-up identification was performed by the victim, ▓▓▓ positively identified James Hamad during the show-up as the one who stole his car, and was with the black male. At this time, James Hamed was placed under arrest and transported to 375 Main St. without incident.

James Hamed was read his miranda rights by Det. Lerose. James Hamed voluntarily agreed to provide Det. Lerose and I with a written statement concerning this incident. James stated in a written sworn statement that he went to Barnes and Noble with a black male subject, only known to him as Kevin, also known as "brains," and is from Queens, NY. James stated that he was going to buy a stereo system from ▓▓▓ James stated that Kevin asked to test drive the Subaru. James stated that Kevin then test drove the car and James left the scene and was unaware that Kevin drove the car away and stole it. James stated to Det. Lerose that Kevin brandished a plastic handgun.

James Hamed was charged in violation of CT general statutes ▓▓▓ 53a-134; Robbery 1st. James is currently being held on a $50,000.00 bond. This case has been forwarded to the Detective Bureau and Det. Lerose for further investigation.

| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | | | SIGNED OFFICER | Ofc. Adam Lawler 592 | | |
|---|---|---|---|---|---|---|
| SUBSCRIBED AND SWORN TO BEFORE ME | | | | | | |
| THIS 18th DAY OF May 2009 | | | NOTARY PUBLIC ☐ | 1-24 CGS ☐ | | |

| REVIEWED FIELD SUPV | | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | RECORD CREATION DATE & TIME: 5/18/2009 3:15:57 PM | FOLLOW-UP ACTIONS BY | PG OF |
|---|---|---|---|---|---|

SHIFT COMM

© 2003 NexGen Solutions LLC

# Danbury Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|---|
| 05/18/09, Mon | 13:01 | | ROBBERY/LARCENY | | Ofc. Adam Lawler 592 | Initial/Close | 09-4800 |

| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | APT NO / LOCATION |
|---|---|---|---|---|
| 05/18/2009 | | 15 | Backus Avenue | |

The vehicle was entered as stolen into COLLECT/NCIC (OCA # 01367/MSG #9141056).
This case has been forwarded to the Detective Bureau and Det. Lerose for further investigation.

| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | | | SIGNED OFFICER | | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | RECORD CREATION DATE & TIME: | | FOLLOW-UP ACTIONS BY |
|---|---|---|---|---|---|---|---|---|
| SUBSCRIBED AND SWORN TO BEFORE ME | | | Ofc. Adam Lawler 592 | | | 5/18/2009 | 3:15:57 PM | |
| THIS 18th DAY OF | May | 2009 | NOTARY PUBLIC | 1-24 CGS | | | | |
| REVIEWED FIELD SUPV | | | SHIFT COMM | | | | PG OF | |

© 2003 NexGen Solutions LLC

# Danbury Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|
| 05/18/09, Mon | 01:27 | | ROBBERY/LARCENY | Ofc Lyder | Suppl | 09-4800 |

| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | | APT NO / LOCATION |
|---|---|---|---|---|---|
| 05/19/2009 | | 15 | Backus Avenue | | |

On 5/19/09 at approximately 01:27 hrs. while on patrol I observed a vehicle parked in the lot of 51 Kenosia Ave., Urology Associates. Upon further investigation I observed that the windows of the vehicle were open and the vehicle appeared unoccupied. I entered the license plate, CT. Reg # 965WHH, into NCIC/Collect and the vehicle came back as having been stolen at gunpoint on 5/18/09 from 15 Backus Ave. I approached the vehicle and observed that it was unoccupied and observed a knife on the front passenger seat. There didn't appear to be any keys in the vehicle. I contacted dispatch to verify that this was in fact the vehicle in question from a car jacking that occurred on 5/18/09. Det. Lerose was notified and wanted the vehicle brought to Danbury Police Headquarters to be processed for fingerprints. PO Bardelli was dispatched to the scene to photograph the vehicle prior to it being towed to Danbury Police HQ for processing.

The stolen motor vehicle was canceled in NCIC/Collect OCA # 01373, MSG # 9141706.

Case under investigation.

| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | SIGNED OFFICER | | | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | FOLLOW-UP ACTIONS BY |
|---|---|---|---|---|---|
| SUBSCRIBED AND SWORN TO BEFORE ME | | | Ofc Lyder | RECORD CREATION DATE & TIME: | |
| THIS 19th DAY OF May 2009 | NOTARY PUBLIC | 1-24 CGS | | 5/18/2009  3:15:57 PM | |
| REVIEWED FIELD SUPV | SHIFT COMM | | | | PG   OF |

# DANBURY POLICE DEPARTMENT
DANBURY, CONNECTICUT

## STOLEN VEHICLE REPORT

| DATE OF INCIDENT | DAY | TIME OF INCIDENT | DATE OF REPORT | TIME OF REPORT | TYPE OF INCIDENT | APARTMENT NO./LOCATION | TOWN CODE | INTERSECTING STREET NAME AND TYPE | INCIDENT CODE | INVESTIGATING OFFICER | REFERRALS | COURT NO. | DIVISION | CAR NO. | COMPLAINT NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/09 | Mon | 1301 | 5/18/09 | 1301 | CarJacking | — | 034 | — | CarJacking | Lawler | — | SA2 | 2A | 33 | 09-4800 |

| STREET NO. | STREET NAME AND TYPE |
|---|---|
| 15 | Backus Ave. |

STATUS CODE: C = COMPLAINT - V = VICTIM - A = ARRESTEE - AX = ARRESTEE DANGEROUS - W = WANTED ON WARRANT - J = JUVENILE REFERRED - O = OTHERS - M = MISSING

| Status | LAST NAME | FIRST NAME | MIDDLE INITIAL | SEX | RACE | DATE OF BIRTH MONTH/DAY/YEAR | TELEPHONE | ADDRESS | REG. # |
|---|---|---|---|---|---|---|---|---|---|
| V | | | | M | W | | | | |

DETAILS

- **YEAR** 2007
- **MAKE** Subaru
- **APPROX. TIME VEHICLE STOLEN** 1301
- **MODEL** Impreza
- **STYLE** 4 Door Sedan
- **LOCATION** 15 Backus Ave
- **COLOR** Blk
- **KEYS** In Car
- **VEHICLE TOWED?** ☐ YES ☒ NO   **BY:** —
- **STATE & REG.** CT
- **V.I.N.** JF16D61667H517510
- **VALUABLES IN CAR** Stereo/baby car seat
- **WEAPONS IN CAR** No   **TYPE** —
- **NO. OF PLATES** 2
- **REGISTERED TO:** Generali, Domenic, L or Generali, Jane
- **OCA NO.** 01367   **CONN. MSG. NO.** 9/4/056   **CANCELLATION DATE** —   **CANCELLATION NO.** —
- **REMARKS** Taken in a Car Jacking. B/M w/ Hoodie. Handgun and Knife displayed. Accomplice Arrested

THE FOLLOWING SPACE TO BE USED ONLY WHEN VEHICLE REPORTED STOLEN AND RECOVERED AT THE SAME TIME

- **RECOVERY INFO: DATE** — **TIME** — **LOCATION** —
- **RECOVERED BY: OWNER** /or/OFFICER — **CAR NO.** —
- **OWNER NOTIFIED**
- **OTHER REMARKS**

| TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|
| — | — | — |

# Danbury Police Department
## INCIDENT REPORT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|
| 11/11/09, Wed | 21:09 | 18f | Poss - Marijuana | Ofc. John Basile 597 | Initial | 2009-11035 |

| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | | APT NO / LOCATION | |
|---|---|---|---|---|---|---|
| 11/11/2009 | | | Morris St./west St. | | | |

STATUS CODE  C - Complainant  A - Arrestee  J - Juvenile  M - Missing  S - Suspect  V - Victim  W - Witness  I - Interviewed  O - Other

| # | STATUS | LAST NAME | FIRST (M.I.) | SEX | RACE | DOB | AGE | PHONE | STREET | CITY | ST | REG # | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | A | Clue | Lascelles | M | B | | | 203-300-5042 | 22 Morris St | Danbury | CT | 699-XFK | CT |
| 02 | | | | | | | | | | | | | |
| 03 | | | | | | | | | | | | | |
| 04 | | | | | | | | | | | | | |
| 05 | | | | | | | | | | | | | |
| 06 | | | | | | | | | | | | | |
| 07 | | | | | | | | | | | | | |
| 08 | | | | | | | | | | | | | |
| 09 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |

## ARRESTS

| # | STATUTE 1 | OFFENSE 1 | # | STATUTE 2 | OFFENSE 2 | # | STATUTE 3 | # | STATUTE 4 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 14-36a | Op w/o license | 1 | 21a-279(c) | Poss Marijuana | 1 | 3/9a-1 | | |

## INCIDENT DETAILS

On 11/11/09 at approximately 2109 hrs I was assisting the detective bureau in serving a search warrant on 22 Morris St. I was instructed to look for a black Chevy Lumina bearing CT registration 699-XFK because the Detective bureau had a search warrant for that vehicle also. The search warrant of the residence produced a laptop computer that was taken in a previous robbery that the operator of the Lumina is also a suspect in. Minutes later the vehicle in question was seen heading eastbound on Tomlinson Ave. Detectives Lerose and Monroe pulled out of a parking spot on Tomlinson Ave. and followed the vehicle to the intersection of Morris St. and West St. where I was able to stop the vehicle. A felony stop was performed due to the fact that the suspect had used a knife in committing the crimes. The driver of the vehicle, later identified as Lascelles Clue, was pulled from the vehicle and immediately handcuffed. Clue was patted down for our safety and after his pockets were searched incident to arrest. I found a small clear plastic ziploc baggy containing a green leafy substance in Clue's right front change pocket of his jeans. I asked

| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | SIGNED OFFICER | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | FOLLOW-UP ACTIONS BY |
|---|---|---|---|
| | Ofc. John Basile 597 | | |

| SUBSCRIBED AND SWORN TO BEFORE ME | | | | RECORD CREATION DATE & TIME: | |
|---|---|---|---|---|---|
| THIS 11th DAY OF November 2009 | X NOTARY PUBLIC | X 1-24 CGS | | 11/11/2009  11:22:35 PM | |

| REVIEWED | | SHIFT COMM | | PG 1 OF 2 |
|---|---|---|---|---|

# Danbury Police Department
## INCIDENT REPORT NARRATIVE SUPPLEMENT

| INCIDENT DATE | TIME | CODE | TYPE OF INCIDENT | | INVESTIGATING OFFICER | REPORT TYPE | INCIDENT # |
|---|---|---|---|---|---|---|---|
| 11/11/09, Wed | 21:09 | 18f | Poss - Marijuana | | Ofc. John Basile 597 | Initial | 2009-11035 |
| DATE OF REPORT | LOCATION OF INCIDENT | STREET NO | STREET NAME | | | APT NO / LOCATION | |
| 11/11/2009 | | | Morris St./west St. | | | | |

Clue what was in the baggy and he stated "I like to smoke a little weed." Clue also stated that he did not have a license which a later NCIC query confirmed. Clue was then detained in my cruiser and Detectives Lerose and Monroe searched the vehicle. The search of the vehicle found a pair of black and orange gloves that were found in the back seat, a black hat also found in the back seat, a black Polo brand jacket found in the trunk and a black wool hat with two eye holes that was also found in the trunk.

    Lascelles Clue was transported to headquarters and processed without incident. Clue was charged with CGS; 14-36a Operating without a license, 21a-279(c) Possession of marijuana. Clue was also charged with 53a-125 Larceny 4th stemming from the search warrant of the residence. See Detective Mable's report for further details(09-11041). The bag of green leafy substance was brought back to booking and tested positive for marijuana. The bag of marijuana was then entered into evidence. Clue is currently being held on a $1500.00 bond for case #09-11035 and a $5000.00 bond for case #09-11041. Case closed with arrest.

| THIS REPORT IS SIGNED UNDER THE PENALTIES PROVIDED BY STATE LAW FOR MAKING A FALSE STATEMENT. | | | |
|---|---|---|---|
| SUBSCRIBED AND SWORN TO BEFORE ME | | SIGNED OFFICER | |
| THIS 11th DAY OF November 2009   [X] NOTARY PUBLIC   [X] 1-24 CGS | | Ofc. John Basile 597 | |
| REVIEWED FIELD SUPV | | SHIFT COMM | |
| | DISTRIBUTION (FOR USE BY SHIFT COMM ONLY) | RECORD CREATION DATE & TIME: 11/11/2009   11:22:35 PM | FOLLOW-UP ACTIONS BY   PG 2 OF 2 |