Case 1:20-cv-00026-MSM-PAS Document 36-19 Filed 06/19/20 Page 1 of 8 PageID #: 847
Case 1:20-cv-00121-MSM-PAS Document 37-19 Filed 06/19/20 Page 1 of 8 PageID #: 1196

<font color=purple>(Applicable Party)</font> Filed 05/26/20 Page 1 of 8 PageID #: 1196

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

| 05/20/2020 12:14 EDT | Generated By: KELSEY LEYDON | Page 1 of 8 |

| REQUEST | | |
|---|---|---|
| **Request Message Detail** | **Date and Time** | **Seq** |
| 2L01NN50271475.QR.MAICE01T0.FBI/524897EH0.PUR/C.ATN/LEYDON, KELSEY M | 05/20/2020 12:14:08 | 50271475 |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| III | 05/20/2020 12:14:08 | Unacknowledged |

```
FL01NN50271475
MAICE01T0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/524897EH0. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI           - FBI/524897EH0
 CALIFORNIA    - STATE ID/CA35100134
 RHODE ISLAND  - STATE ID/RI10419413
END
```

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 05/20/2020 12:14:11 | Unacknowledged |

**For Official Use Only / Law Enforcement Sensitive**

Case 1:20-cv-00023-MSM-PAS Document 36-19 Filed 06/19/20 Page 2 of 8 PageID #: 848
Case 1:20-cv-00026-MSM-PAS Document 37-19 Filed 06/19/20 Page 2 of 8 PageID #: 848
<font color=purple>(Applicable Party)</font>   Filed 05/26/20   Page 2 of 8 PageID #: 1197

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

05/20/2020 12:14 EDT           Generated By: KELSEY LEYDON           Page 2 of 8

```
CR.CAIII0000
09:14 05/20/2020 43043
09:14 05/20/2020 09571 MAICE01T0
*NN50271475
TXT
HDR/2L01NN50271475
ATN/LEYDON, KELSEY M
*********************   CRIMINAL HISTORY RECORD   **********************

**************************   Introduction   **************************

This rap sheet was produced in response to the following request:

State Id Number          35100134 ()
Purpose Code             C
Attention                LEYDON, KELSEY M

The information in this rap sheet is subject to the following caveats:

RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
CERTIFICATION PURPOSES(CA; 2020-05-20)

** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV(CA; 2015-04-10)


**************************   IDENTIFICATION   **************************

Subject Name(s)

DEPINA, STEVE WONDER
DEPINA, STEVE WONDER SANTOS  (AKA)

Subject Description

FBI Number              State Id Number
524897EH0               35100134


Sex                     Race
Male                    White

Height                  Weight                    Date of Birth
5'08"                   190

Hair Color              Eye Color
Black                   Brown

Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
TAT R SHLD              ,


Place of Birth          Citizenship               Ethnicity
PORTUGAL                PORTUGAL                  Hispanic Or Latino



***********************   CRIMINAL HISTORY   ***********************

=============================== Cycle 001 ===============================
Earliest Event Date    2011-10-30
-------------------------------------------------------------------------
Arrest Date            2011-10-30
Arrest Case Number     11-0907
Arresting Agency       CA0280300 CAPDSAINT HELENA
Subject's Name         DEPINA,STEVE WONDER SANTOS
Arrest Type            JUVENILE RECORD
Comment(s)             ARREST/DETAINED/CITED
Charge                 1
           Statute     NO ARREST RECEIVED ( )
  State Offense Code   00001
          Severity     Other
Charge                 2
           Statute     INDECENT EXPOSURE (314 PC )
  State Offense Code   36017
          Severity     Misdemeanor
-------------------------------------------------------------------------
Court Disposition      (Cycle 001)
Court Case Number      17010001
Final Disposition Date 2012-04-25
```

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Holand Security**
**NNSV Query Result**

| | | |
|---|---|---|
| 05/20/2020 12:14 EDT | Generated By: KELSEY LEYDON | Page 3 of 8 |

```
Court Agency            CA0 CAJVNAPA
Subject's Name          DEPINA,STEVE WONDER SANTOS
Charge                  1
           Statute      INDECENT EXPOSURE (314.1 PC )
  State Offense Code    36018
           Severity     Unknown
        Disposition     (DISMISSED/FURTHERANCE OF JUSTICE)
Charge                  2
           Statute      DISORDERLY CONDUCT:SOLICIT LEWD ACT (647(A) PC )
  State Offense Code    36020
           Severity     Unknown
        Disposition     (WARDSHIP MISDEMEANOR)
    Court Comment       COURT ACTION
-----------------------------------------------------------------
Sentencing              (Cycle 001)
Sentence                FINE; PROGRAM; COSTS; RESTN
============================ Cycle 002 ==============================
Earliest Event Date     2011-11-02
-----------------------------------------------------------------
Arrest Date             2011-11-02
Arrest Case Number      0201133607-11-0907
Arresting Agency        CA028043G CAPRNAPA CO JUV HALL
Subject's Name          DEPINA,STEVE WONDER
Arrest Type             JUVENILE RECORD
Comment(s)              ARREST/DETAINED/CITED
Comment(s)              PHOTO AVAILABLE
Charge                  1
           Statute      INDECENT EXPOSURE (314.1 PC )
  State Offense Code    36018
           Severity     Misdemeanor
        Disposition     (REL/REF TO JUV AUTH)
============================ Cycle 003 ==============================
Earliest Event Date     2015-04-10
-----------------------------------------------------------------
Arrest Date             2015-04-10
Arrest Case Number      J-201133607
Arresting Agency        CA028013G CAPRNAPA
Subject's Name          DEPINA,STEVE WONDER
Arrest Type             JUVENILE RECORD
Comment(s)              ARREST/DETAINED/CITED
Charge                  1
           Statute      NO ARREST RECEIVED ( )
  State Offense Code    00001
           Severity     Other
Charge                  2
           Statute      MODIFY COURT ORDER:COMMITMENT/PROB/ETC (777 WI )
  State Offense Code    08023
           Severity     Other
-----------------------------------------------------------------
Court Disposition       (Cycle 003)
Court Case Number       JV17010
Final Disposition Date  2015-06-15
Court Agency            CA0 CAJVNAPA
Subject's Name          DEPINA,STEVE WONDER
Charge                  1
           Statute      MODIFY COURT ORDER:COMMITMENT/PROB/ETC (777 WI )
  State Offense Code    08023
           Severity     Unknown
        Disposition     (WARDSHIP MISDEMEANOR)
    Court Comment       COURT ACTION
-----------------------------------------------------------------
Sentencing              (Cycle 003)
Sentence                006 DAYS JUVENILE HALL; PROGRAM

********************  NON CRIMINAL INFORMATION  ********************

**********************  INDEX OF AGENCIES  **********************

Agency                  CAPRNAPA; CA028013G;
-----------------------------------------------------------------
Agency                  CAPDSAINT HELENA; CA0280300;
-----------------------------------------------------------------
Agency                  CAPRNAPA CO JUV HALL; CA028043G;
-----------------------------------------------------------------
Agency                  CAJVNAPA; CA0;

   * * * END OF RECORD * * * </NLETS>
```

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

05/20/2020 12:14 EDT  Generated By: KELSEY LEYDON  Page 4 of 8

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 05/20/2020 12:14:11 | Unacknowledged |

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

05/20/2020 12:14 EDT        Generated By: KELSEY LEYDON        Page 5 of 8

```
CR.RIIII0000
09:14 05/20/2020 06763
09:14 05/20/2020 09570 MAICE01T0
*NN50271475
TXT
HDR/2L01NN50271475
ATN/LEYDON, KELSEY M
**********************  CRIMINAL HISTORY RECORD  **********************

**************************  Introduction  **************************

This rap sheet was produced in response to the following request:

Subject Name(s)
State Id Number         RI10419413 (RI)
Purpose Code            C
Attention               LEYDON, KELSEY M

The information in this rap sheet is subject to the following caveats:

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME A NEW COPY
SHOULD BE REQUESTED FOR SUBSEQUENT USE. RELEASE OF THIS INFORMATION IS
MADE PURSUANT TO R.I. GEN. LAWS SECTION 38-2-2(D)(4) UPON RECEIPT OF AN
INDIVIDUAL'S WRITTEN AUTHORIZATION. DISSEMINATION OF THIS INFORMATION
IS PROHIBITED. (RI)

**************************  IDENTIFICATION  **************************

Subject Name(s)

SANTOS DEPINA, STIVE

Subject Description

FBI Number              State Id Number
524897EH0               10419413 (RI)
Social Security Number


Sex                     Race
Male                    White

Height                  Weight                      Date of Birth
5'08"                   185

Hair Color              Eye Color
Brown                   Brown


Place of Birth
CV
Employment
Occupation
Employer                UNKNOWN
Residence
Residence as of         2017-12-28
                         197 HARRISON,



************************  CRIMINAL HISTORY  ************************

============================== Cycle 001 ==============================
Tracking Number         54011938
Earliest Event Date     2017-12-27

-----------------------------------------------------------------------
Arrest Date             2017-12-27
Arresting Agency        408 PAWTUCKET
Charge                  1
        Charge Literal  SEXUAL ASSAULT -1ST DEGREE
              Statute   (11-37-2 )
              Severity  FELONY
-----------------------------------------------------------------------
Court Disposition       (Cycle 001)
Final Disposition Date  2019-09-11
Charge                  1
        Charge Literal  FELONY ASSAULT/ DANG. WEAPON OR SUBSTANCE
    Charge Description  COURT CASE: P1-2018-0858A
```

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

05/20/2020 12:14 EDT         Generated By: KELSEY LEYDON              Page 6 of 8

```
                  Statute    (11-5-2 )
                 Severity    FELONY
              Disposition    ( 2019-09-11; ; 5 YRS PROB/SS)
Charge                2
           Charge Literal    SEXUAL ASSAULT - 3RD DEGREE
       Charge Description    COURT CASE: P1-2018-0858A
                  Statute    (11-37-6 )
                 Severity    FELONY
              Disposition    ( UNKNOWN; NOLO PLEA; 5 YRS PROB/SS)
************************    INDEX OF AGENCIES    *************************

Agency                      PAWTUCKET; 408;

----------------------------------------------------------------------
Agency                      UNKNOWN; ;


     * * * END OF RECORD * * *
```

| **RESPONSE** | | | |
|---|---|---|---|
| **Source** | **Date and Time** | | **Status** |
| Nlets | 05/20/2020 12:14:10 | | Unacknowledged |

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

05/20/2020 12:14 EDT                    Generated By: KELSEY LEYDON                    Page 7 of 8

```
CR.WVFBINF00
09:14 05/20/2020 45260
09:14 05/20/2020 09568 MAICE01T0
*NN50271475
TXT
HDR/2L01NN50271475
ATN/LEYDON, KELSEY M
**********************   CRIMINAL HISTORY RECORD    **********************

**************************   Introduction   **************************

This rap sheet was produced in response to the following request:

FBI Number            524897EH0
Request Id            NN50271475
Purpose Code          C
Attention             LEYDON, KELSEY M

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
524897EH0 Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2020-05-20)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2020-05-20)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2020-05-20)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - -(US; 2020-05-20)


**************************   IDENTIFICATION   **************************

Subject Name(s)

DEPINA, STEVE WONDER
DEPINA, STEVE   (AKA)
DEPINA, STIVE W   (AKA)
SANTOS DE PINA, STIVE   (AKA)
SANTOS DE PINA, STIVE WONDER   (AKA)
SANTOS DEPINA, STIVE   (AKA)

Subject Description

FBI Number            State Id Number
524897EH0             CA35100134 (CA)
                      RI10419413 (RI)

Social Security Number
███████████

Miscellaneous Numbers
060821554                                        AR

Sex                   Race
Male                  White

Height                Weight                     Date of Birth
5'08"                 190                        ███████████

Hair Color            Eye Color                  Fingerprint Pattern
Black                 Brown                      LSLSLSAUAULSLSLSLSLS (Other)

Scars, Marks, and Tattoos
Code                  Description, Comments, and Images
TAT R SHLD            , TATTOO ON RIGHT SHOULDER


Place of Birth        Citizenship
Portugal              Unknown
                      United States
                      Portugal
                      Cape Verde Islands
```

**For Official Use Only / Law Enforcement Sensitive**

## U.S. Customs and Border Protection
## U.S. Department of Homeland Security
## NNSV Query Result

05/20/2020 12:14 EDT        Generated By: KELSEY LEYDON        Page 8 of 8

```
Fingerprint Images

Photo Images
Photo Image Available
Capture Date                   2020-03-04
(No Photo Image Transmitted  )

Caution Information

Registered Sex Offender    POLICE DEPARTMENT PAWTUCKET (RI0040800) 2019-09-12 AGENCY CASE 19-5891-OF
NIC/X323267828
REGISTERED AS - DEPINA,STIVE
REGISTRY EXPIRATION - 2034/09/11


************************   CRIMINAL HISTORY   ************************

=============================== Cycle 001 ===============================
Earliest Event Date    2020-03-04
-------------------------------------------------------------------
Arrest Date            2020-03-04
Arrest Case Number     6592275673
Arresting Agency       RIICE0000 ICE/ERO PROVIDENCE PROVIDENCE
Subject's Name         SANTOS DE PINA,STIVE WONDER
                       DEPINA,STEVE
Charge                 1
          Charge Literal 2020-01-30 237A2AIII AGGRAVATED FELONY:
                         101(A)(43)(A) MURDER, RAPE OR SEXUAL ABUSE OF A
                         MINOR
                Severity Unknown
************************   INDEX OF AGENCIES   ************************

Agency                 POLICE DEPARTMENT; RI0040800;
Agency Email Address
Address
                       121 ROOSEVELT AVE
                       PAWTUCKET, RI 028602129

-------------------------------------------------------------------
Agency                 ICE/ERO PROVIDENCE; RIICE0000;
Agency Email Address
Address
                       200 DYER ST
                       PROVIDENCE, RI 029033902


    * * * END OF RECORD * * * </NLETS>
```