**Manuel De Regla Florentino-Soto**

*Biographical Information*

- Mr. Florentino-Soto is a 40-year-old immigrant from the Dominican Republic, who prior to detainment, lived in Providence with his girlfriend and youngest child (age 3), both U.S. Citizens. He has six other children from a previous relationship (ages 5, 7, 13, 14, 15, and 18). They are all U.S. citizens.
- Mr. Florentino-Soto has lived in the United States since 2002.
- Mr. Florentino's family has actively participated in his immigration case and supported his efforts to remain in the United States.

*Immigration History, Current Procedural Posture of Removal Proceedings, Bond History*

- Mr. Florentino-Soto was ordered excluded in 1996, then reentered in 2002, and has been here ever since, residing and caring for his children.

*If Released*

- If released, Mr. Florentino-Soto's U.S. citizen niece, Tashy C. Melo Pimentel, will pick him up from Wyatt Detention Center and bring him back to the family's home at 42 Meadow Lane, Apt. 6, Bridgewater, MA 02324, where he will remain. (*See* Exh. A – Declaration of Deborah S. Gonzalez).
- Ms. Melo Pimentel's home is sufficient to allow Mr. Florentino-Soto to maintain social distancing and abide by any conditions the Court may impose.
- Ms. Melo Pimentel will take all steps she can to ensure Mr. Florentino-Soto complies with the Court or ICE's conditions.

*Medical Conditions*

- Under the CDC's guidelines, Mr. Florentino-Soto is at higher risk of severe illness if he becomes infected by COVID-19. As reflected in the attached medical records, Mr. Florentino-Soto was diagnosed with diabetes at the Wyatt on or about May 5, 2020, after lab results indicated high levels of hemoglobin. (*See* Exh. B – Select Wyatt Medical Records at 1-2). Dr. Blanchett, the Wyatt medical doctor, documented the diagnosis in his notes on May 7, 2020. *Id.* at 3. However, upon request and receipt of additional discovery of medical records that ran through treatment of June 11, 2020, at the Wyatt, it appears as though the medical staff at the Wyatt have not ordered blood testing since the diagnosis was made. Additionally, it does not appear from the records, that Mr. Florentino-Soto's blood sugar has been checked daily. (*See generally* Exh. C – Supplemental Wyatt Medical Records; Florentino-Soto Medical File, Dkt. No. 48-3).
- Mr. Florentino-Soto is also at higher risk of severe illness from COVID-19 because he has been diagnosed with hypertension. (*See* Exh. B at 3). He has been prescribed several medications as treatment, as well as under instructions to have his blood pressure monitored on a regular basis. (*See* Exh. C at 4).

1

*Criminal History*

- On or about May 29, 2019, Mr. Florentino-Soto was charged in federal court with re-entry and false claim to citizenship for benefits. He was convicted to serve 12 months.
- On or about April 24, 2019, Mr. Florentino-Soto was charged with simple assault and battery domestic in Providence against the mother of his youngest child. He appeared in court and was granted bail.
- Prior to this offense, Mr. Florentino-Soto was charged on October 9, 2008 with receipt of stolen goods over $1500, which started in Providence District Court and was transferred to Superior Court as a felony. This charge was dismissed on April 8, 2010.
- On April 7, 2007, Mr. Florentino-Soto was charged with assault and battery domestic in Providence. This charge was dismissed.
- In 2004, Mr. Florentino-Soto was charged with drug trafficking in Fall River. Mr. Florentino-Soto was granted bail but didn't not show up in court again until on or about February 2019, when he wanted to clean up his criminal record. It is noteworthy to mention that notwithstanding that Mr. Florentino-Soto absconded the case in Fall River from 2004, he nevertheless surrendered to the Fall River Court to clear the pending criminal case.
- Subsequently to surrendering in Fall River, Mr. Florentino-Soto caught the charge of assault and battery domestic in Providence in April of 2019.
- Mr. Florentino-Soto had been attending his hearings in Fall River and Providence. However, during a hearing in Fall River sometime in May of 2019, ICE and the U.S. Marshalls arrested Mr. Florentino-Soto in court on an indictment for the May 2019 federal charges referenced above. (*See* Exh. D – Declaration from Attorney Albert Medici).
- As a result of his arrest and detention by the U.S. Marshalls, Mr. Florentino-Soto was unable to attend hearings at the Fall River Court on the pending drug charges, or the Providence Court on the pending assault and battery domestic charges, and as such warrants were issued and are pending in both courts.
- Should Mr. Florentino-Soto be released he intends clear up his outstanding warrants.

*Other Relevant Considerations*
- Mr. Florentino-Soto has a strong relationship with all seven of his U.S. citizen children.
- Before being detained Mr. Florentino-Soto was active in his community as a business owner. He owned Manny Properties, LLC and Manny's Towing in Providence, RI.
- Mr. Florentino-Soto also attended church and often donated to Iglesia Cristiana Rio de Vida in Providence, RI.