# Exhibit B

**Filed Under Seal**

Case 1:20-cv-00216-MSM-PAS   Document 158-2 (Case Participants) (Applicable Party)   Filed 06/11/20   Page 2 of 4 PageID #: 9835
Case 1:20-cv-00216-MSM-PAS   Document 48-3 (Case Participants) (Applicable Party)   Filed 06/01/20   Page 11 of 57 PageID #: 4472
View Report Page 1 of 3

| Patient Name | Sex | Age | D.O.B. | Patient # | Admit Date | Print Date |
|---|---|---|---|---|---|---|
| FLORENTINO SOTO, MANUEL | M | 33 | 10/11/1986 | D01254056 | 05/02/20 | 05/05/20 |

Phone: (401)721-0353 Address: 950 HIGH STREET CENTRAL FALLS RI 02863

| Test | Results | Abnormal Results | Normals |
|---|---|---|---|

Time Since Patient's Last Meal:
Date/Time Specimen Collected:   05/02/2020 11:15AM

### *** CHEMISTRY ***

| Test | Results | Abnormal Results | Normals |
|---|---|---|---|
| GLUCOSE | 87 | | 70 - 99 MG/DL |
| BUN | 10 | | 6 - 20 MG/DL |
| CREATININE | 0.85 | | 0.8 - 1.40 MG/DL |
| BUN/CREAT RATIO | 11.8 | | |
| CALCIUM | 9.1 | | 8.5 - 10.5 MG/DL |
| OSMOLALITY | 281.5 | | 270 - 290 mOsm/kg |
| SODIUM | 142 | | 135 - 146 MEQ/L |
| POTASSIUM | 4.9 | | 3.5 - 5.4 MEQ/L |
| CHLORIDE | 105 | | 96 - 106 MEQ/L |
| CARBON DIOXIDE | 28 | | 19 - 32 MEQ/L |
| TOTAL PROTEIN | 7.5 | | 6.1 - 8.3 GM/DL |

NORMALS FOR PATIENTS LYING DOWN COULD BE AS MUCH AS 0.7 GM/DL LOWER.

| Test | Results | Abnormal Results | Normals |
|---|---|---|---|
| ALBUMIN | 4.6 | | 3.5 - 5.2 GM/DL |
| GLOBULIN | 2.9 | | 2.1 - 4.1 GM/DL |
| A/G RATIO | 1.6 | | |
| AST (SGOT) | 31 | | 9 - 50 U/L |
| H ALT (SGPT) | | 83 | 5 - 50 U/L |
| H ALKALINE PHOSPHATASE | | 148 | 39 - 118 U/L |
| TOTAL BILIRUBIN | 0.2 | | 0.0 - 1.2 MG/DL |
| ANION GAP | 9 | | 4 - 20 MEQ/L |
| eGFR | 114 | | >60 ML/MIN/1.73M |

*[handwritten annotation: "Some liver enzymes are ↑"]*

NOTE: EGFR IS CALCULATED BY THE CKD-EPI EQUATION. FOR MORE INFORMATION, GO TO HTTP://WWW.KIDNEY.ORG/PROFESSIONALS.
NOTE: IF PATIENT IS AFRICAN-AMERICAN MULTIPLY RESULT BY 1.159

| Test | Results | Abnormal Results | Normals |
|---|---|---|---|
| TSH | 2.91 | | 0.400 - 4.100 uIU/ML |

### *** HEMATOLOGY ***

| Test | Results | Abnormal Results | Normals |
|---|---|---|---|
| H HEMOGLOBIN A1C | | 6.5 | <5.7 % |

***HEMOGLOBIN A1C DEGREE OF GLUCOSE CONTROL
<5.7 DECREASED RISK OF DIABETES
5.7-6.4 INCREASED RISK OF DIABETES

*[handwritten annotation: "diabetes mellitus"]*

Displayed 05/05/2020    Final Report

**DONALD WYATT DETENTION CTR**
**950 HIGH STREET**
**CENTRAL FALLS, RI 02863**

**East Side Clinical Laboratory**
Dedicated Service Since 1949
Walther M. Pfeifer, MD, FCAP, Laboratory Director
10 Risho Avenue,
East Providence, RI 02914

# East Side Clinical Laboratory

10 Risho Avenue East Providence, RI 02914
Phone (401)455-8400
CAP #3130001, CLIA #41D0083868   Walther M. Pfeifer, MD, FCAP, Laboratory Director

**REPORT STATUS: Final**

## SPECIMEN INFORMATION
- Specimen: D01142948
- E Order:
- Collected: 04/23/2020 08:35AM
- Received: 04/23/2020 07:13PM
- Released: 04/23/2020 08:09PM
- Reported: 04/29/2020 09:40PM
- Amended:
- Released By: AMN,FUL

## PATIENT INFORMATION
- FLORENTINO SOTO, MANUEL
- DOB: 10/11/1986   Age: 33 Years
- Gender: M
- Fasting:
- ID: 2021796
- Phone: (401)721-0353

## ORDERING PHYSICIAN
DONALD WYATT DETENTION CTR

### CLIENT INFORMATION
DONALD WYATT DETENTION CTR   1033194105
950 HIGH STREET
CENTRAL FALLS, RI 02863

Notes and Instructions:

| Test Name | IN Range | OUT Range | Reference Range | |
|---|---|---|---|---|
| **BASIC METABOLIC PANEL** | | | | |
| HI ➡ GLUCOSE | | 200 | 70 - 99 | MG/DL |
| BUN | 20 | | 6 - 20 | MG/DL |
| CREATININE | 1.00 | | 0.8 - 1.40 | MG/DL |
| eGFR | 98 | | >60 | ML/MIN/1.73M |
| NOTE: EGFR IS CALCULATED BY THE CKD-EPI EQUATION. FOR MORE INFORMATION, GO TO HTTP://WWW.KIDNEY.ORG/PROFESSIONALS. | | | | |
| NOTE: IF PATIENT IS AFRICAN-AMERICAN MULTIPLY RESULT BY 1.159 | | | | |
| BUN/CREAT RATIO | 20.0 | | | |
| CALCIUM | 8.9 | | 8.5 - 10.5 | MG/DL |
| OSMOLALITY | 287.7 | | 270 - 290 | mOsm/kg |
| SODIUM | 140 | | 135 - 146 | MEQ/L |
| POTASSIUM | 5.2 | | 3.5 - 5.4 | MEQ/L |
| CHLORIDE | 99 | | 96 - 106 | MEQ/L |
| CARBON DIOXIDE | 27 | | 19 - 32 | MEQ/L |
| ANION GAP | 14 | | 4 - 20 | MEQ/L |
| **CBC (W DIFF AND PLATELET)** | | | | |
| WBC | 6.9 | | 4.0 - 10.0 | THOUS/uL |
| RBC | 5.39 | | 4.7 - 6.1 | MILLION/uL |
| HEMOGLOBIN | 14.8 | | 14.0 - 18.0 | G/DL |
| HCT | 46.2 | | 42 - 52 | % |
| MCV | 85.7 | | 80 - 100 | FL |
| MCH | 27.5 | | 27 - 34 | PG |
| MCHC | 32.0 | | 31 - 36 | G/DL |
| RDW-SD | 38.9 | | 35 - 46 | FL |
| PLATELET | 308000 | | 150000 - 400000 | |
| ABSOLUTE NEUTROPHILS | 3.26 | | 2.0 - 8.0 | THOUS/uL |
| NEUTROPHILS | 47.3 | | 40 - 70 | % |
| LYMPHOCYTES | 35.8 | | 20 - 45 | % |
| MONOCYTES | 11.2 | | 1 - 12 | % |
| EOSINOPHILS | 4.7 | | 0 - 5 | % |
| BASOPHILS | 0.9 | | 0 - 2 | % |
| IMMATURE GRANULOCYTES | 0.1 | | 0 - 0.75 | % |

*Handwritten annotation: "Noted FB"*

| D01142948: Final Results | FLORENTINO SOTO, MANUEL | Page: 1 of 1   (END OF REPORT) |

# DONALD W. WYATT DETENTION FACILITY
## PROGRESS NOTES

Name: Florentino Soto Manuel    ID# 12132070    Allergies: NKDA

| Date | Time | Notes |
|---|---|---|
| 4/29/20 | 9pm | Dt seen in HSU with continued complaints of headache, body ache, feeling weak, dizzy, and genrally unwell and unlike he's ever felt. BS 146 VS 137/89 HR 66 RR 18 spO2 97% RA temp 97.7 Dt states continued headaches not relieved by current medication. ___ RN |
| 5/3/20 | 0918 | D/T seen by medical during sick call. D/T c/o headache, body aches, chills, weakness and trouble sleeping. VS BP 155/107, HR 86, T 98.0, RR 17, SpO2 97% RA. D/T stated he hasn't been taking his lisinopril at bedtime due to him feeling dizzy in the past. D/T made aware that his other BP medication hygrotin was discontinued and that he could still take the lisinopril 20mg qHS. Dr. Blanchette notified new orders obtained for COVID NP swab tommorow. Will continue to monitor. ___ RN |
| 5/5/20 | 3-11 | Detainee seen for a nursing sick call. Detainee c/o headache denies other symptoms. Detainee encouraged to utilize pain meds as prescribed. ___ RN |
| 5/7/2020 | | MD Note   33 year-old Hispanic man - HTN, New dx diabetes |
| | Wt - 232 lbs | s/ The pt c/o episodic headaches - has both Tylenol & Naproxen ordered for HA -- but feels he needs more medication or "stronger medication" -- may add muscle relaxant but nothing else -- BP has been high & pt has been taking only lisinopril -- will add HCTZ + amlodipine later if needed |
| | BP - 152/92 | o/ The pt was also found to have frank Diabetes Mellitus but does not require additional meds at this time for his DM at this stage |
| | | A\ Adjustments to be made to both anti-HTN & H.A. meds |
| | | P/ see MD orders   Federik Blanchette MD |