# Exhibit C

**Filed Under Seal**


Bed B



# RHODE ISLAND
## STATE HEALTH LABORATORIES

50 Orms Street
Providence, RI 02904
Phone: (401) 222-5600
**CLIA # 41D0709206**

---

**ATTN:** Blanchette, Edward A
D Wyatt Detention Facil-91190
950 High Street
Central Falls, RI 02863

**Patient:** FLORENTINO-SOTO, MANUEL
, RI

**Med Rec #:** 2773470   12132-070
**Birthdate:** 10/11/1979   40 years   Male
**Chart #:**
**Accession #:** RI-20-036236
**Ordering Medical Provider:** Blanchette, Edward A

Copied to:

---

### Microbiology

| | | | |
|---|---|---|---|
| Procedure: | CDC 2019 Novel Coronavirus rRT-PCR | Collected Date: | 5/4/2020 17:01 EDT |
| Source: | Nasopharyngeal Swab | Start Date/Time: | 5/4/2020 17:01 EDT |
| | | Accession: | RI-20-036236 |

***FINAL REPORTS***
Final Report                                              Verified Date/Time: 5/5/2020 11:38 EDT
SARS-CoV-2 RNA not detected by rRT-PCR
NOTE:
The Centers for Disease Control (CDC) 2019 Novel Coronavirus Real-Time RT-PCR Diagnostic
Panel is intended for the in vitro qualitative detection of 2019-nCoV (SARS-CoV-2) RNA in
upper and lower respiratory specimens from individuals meeting COVID-19 clinical and/or
epidemiological criteria. The 2019-nCoV rRT-PCR Assay is only for use under a Food and
Drug Administration Emergency Use Authorization. The performance characteristics of the
assay were verified by the RISHL. Results should be used in conjunction with the patient's
 clinical symptoms, medical history, and other clinical/laboratory findings to determine
an overall clinical diagnosis. Negative results do not preclude infection with SARS-CoV-2.
 Test parameters have not been validated for screening in asymptomatic patients.
Provider Fact Sheet: https://www.fda.gov/media/134920/download
Patient Fact Sheet: https://www.fda.gov/media/134921/download

---

For test methodology information and reporting requirements refer to
http://www.health.ri.gov/programs/laboratory/biological/about/specimensubmission/

**Patient Name:** FLORENTINO-SOTO, MANUEL           **Printed:** 5/5/2020 12:00 EDT           Page 1 of 1

# RIDOH State Medical Laboratories Test Requisition

50 Orms St., Providence, RI 02904-2222
401-222-5600; Fax: 401-222-6985; TTY: 800-745-5555
www.health.ri.gov

Affix RISHL sticker here.

## Client

- **Name:** WYATT
- **Address:** 950 High St Central Falls RI 02863
- **RISHL client #:**
- **Phone:** (401) 721-0353

## Provider

Enter information as it appears on State medical license
- **Name:** Edward Blanchette
- **Phone:** (401) 721-0353
- **Fax:** (401) 205-1589
- **NPI:** 1306001508
- **OTHER Report to (pediatric lead only):**

## Patient

- **Last name:** Florentino-Soto
- **First name:** Manuel
- **Address:**
- **Phone:** (401) 721-0353
- **DOB:** 10/11/79
- **Male:** M
- **Female:**
- **MRN:**
- **Ethnicity:** Hispanic
- **Race:** Hispanic
- **Language:**
- **Parent name (Lead only):**

## Insurance

- **Insured's name:**
- **Insurance company:**
- **Address:**
- **ICD-10 code:**
- **Policy number:**

## Specimen Information

(For collection guidance: http://www.health.ri.gov/programs/laboratory/biological/about/specimensubmission/)

- **Collection date:** 5/4/20  1126
- **Specimen type:** NP

### Pre-approval required; call 401-222-2577
- Biothreat Agent rule-out or confirmation (including Ebola)
- Chikungunya Serology
- Dengue Serology
- Measles PCR
- MERS CoV PCR
- Mumps PCR
- Norovirus PCR (outbreaks)
- Varicella Zoster PCR
- West Nile Virus Serology
- Zika Serology and PCR

### Pre-approval required; call 401-222-5606
- Cyanide (Blood)
- Heavy Metals Panel (Blood)
- Toxic Element Panel (Urine)
- Toxic Element Expanded Panel (Urine)
- Volatile Organic Compounds (Serum)

### Microbiology
- AFB Isolate ID (including regulatory compliance)
- AFB Smear and Culture
- Bacterial Isolate (ID/confirmation)
- Bacterial Isolate (regulatory compliance) (excludes AFB, Enteric and CRE/CRPA Isolates)
- Blood Parasite (ID/Confirmation)
- CRE/CRPA Isolate
- Enteric Pathogen Isolate
- Influenza PCR (Sentinel Providers Only)
- Pertussis PCR
- Primary Specimen (note test request on comment line)
- TB PCR
- CDC Send-out (note test request on comment line)
- Comments/Other test requests:

### Sexually Transmitted Infections
- Chlamydia/Gonorrhea/Trichomoniasis
- Chlamydia/Gonorrhea
- HIV/Hepatitis C virus
- Hepatitis C virus
- HIV
- Syphilis
- Trichomoniasis

### Toxicology
- Lead Screen
- Lead Diagnostic
- Fentanyl Analog Panel
- Opioids Panel

**COVID-19**

## For State Health Laboratory Use Only

- **Date received:**
- **Received by:**

Red/SST   Serum   Lav.   Gray   Urine   Respiratory Swab   Stool   CSF   Isolate   Other: _____

Appendix A

# DONALD W. WYATT DETENTION FACILITY
## PHYSICIAN'S ORDERS

Name: Florentino-Soto, Manuel  D.O.B. 10/16/73

ID# A074235784   Allergies NKDA

| Check box as order is noted | (Date & Time) 6/8/20 9pm |
|---|---|
| Noted by: | |
| | Salt H2O rinse BID x 5 days per protocol [signature] |
| Date: Time: | |
| | M.D. Signature [signature] RN  Date 6/9/2020 |

| Check box as order is noted | (Date & Time) |
|---|---|
| Noted by: | |
| Date: Time: | |
| | M.D. Signature ____  Date ____ |

| Check box as order is noted | (Date & Time) |
|---|---|
| Noted by: | |
| Date: Time: | |
| | M.D. Signature ____  Date ____ |

| Check box as order is noted | (Date & Time) |
|---|---|
| Noted by: | |
| Date: Time: | |
| | M.D. Signature ____  Date ____ |

Appendix A

# DONALD W. WYATT DETENTION FACILITY
## PHYSICIAN'S ORDERS

Name: Florentino Soto, Manuel                    D.O.B. _____

ID#: 12132-070                    Allergies: NKDA

| Check box as order is noted | (Date &Time) |
|---|---|
| Noted by: [signature]  Date: 5/4/20  Time: 10:00 | 5/4/20  COVID19 NP SWAB  T.O. DR Blanchette  [signature] RN  M.D. Signature [Edwd Blanchette]  Date 5/4/2020 |
| Noted by: [signature]  Date: 5-7-20  Time: 1030p | (Date & Time)  ① HCTZ 25mg po qhs × 90 days  ② Amlodipine 10mg po qhs × 90 days  ③ Please D/C Lisinopril order of 4/5/2020  ④ Lisinopril 40mg po qhs × 90 days  ⑤ Please obtain BP weekly × 3 in June 2020 & have me review the results  M.D. Signature [Edward Blanchette]  Date 5/7/2020 |
| Noted by: [signature]  Date: 6/1/2020  Time: 3-11 | (Date &Time) 6/1/2020 3-11  Tylenol 650 mg PO BID1PRN × 60 days  Amlodipine 10MG PO QHS × 90 days  HCTZ 25MG 1TPO QHS × 90 days  Lisinopril 40MG PO QHS × 90 days  Calcium Carb 500mg 2TPO BID × 90 days  Naproxen 500mg PO QH BID1PRN × 90 days  M.D. Signature [Edwd Blanchette MD]  Date 6/9/2020 |
| Noted by: [signature]  Date: 6/1/2020  Time: 3-11 | (Date &Time) 6/1/2020 3-11  Claritin 10mg PO QHS × 90 days  DC previous orders from 5/7/2020 - noted incomplete  M.D. Signature [Edwd Blanchette]  Date 6/9/2020 |

# DONALD W. WYATT DETENTION FACILITY
## PROGRESS NOTES

Name: Florentino-Soto, Manuel   ID= A074235784   Allergies: NKDA

| Date | Time | Notes |
|---|---|---|
| 6/1/20 | 5:45p | P/t transferred from Marshal's to ICE custody on 5/26/20. P/t name remains the same. Old records transferred to ICE chart at this time per HSA Ron Laborde. —C.G. RN |
| 6/8/20 | 8:30p | P/t c/o sore throat, seen in medical exam rm. T- 97.1 Encourages p/t to drink warm liquids & gargle c warm salt H₂O x 5 days. Instructed p/t to f/u c MW if condition continues or worsens. No redness or inflammation noted. T. Horne RN |
| 6/10/20 | 6:30p | P/t seen in medical unit stating he would like sleeping pills 2° insomnia. Placed on mental health list for referral. T. Horne RN |

## DONALD W. WYATT DETENTION FACILITY
### PROGRESS NOTES

Name: **Florentino Soto Manuel**  ID# **12132070**  Allergies: **NKDA**

| Date | Time | Notes |
|---|---|---|
| 4/29/20 | 9pm | Dt seen in HSU with continued complaints of headache, body ache, feeling weak, dizzy, and genrally unwell and unlike he's ever felt. BS 146 VS 137/89 HR 66 RR 18 spo2 97% RA temp 97.7 Dt states continued headaches not relieved by current medication. — RN |
| 5/3/20 | 0918 | D/T seen by medical during sick call. D/T c/o headache, body aches, chills, weakness and trouble sleeping. VS BP 155/107, HR 86, T 96.0, RR 17, SpO2 97% RA. D/T stated he hasnt been taking his lisinopril at bedtime due to him feeling dizzy in the past. D/T made aware that his other BP medication hygroton was discontinued and that he could still take the lisinopril 20mg QHS. Dr Blanchette notified new orders obtained for COVID NP swab tommorrow. Will continue to monitor. — RN |
| 5/5/20 | 3-11 | Detainee seen for a nursing sick call. Detainee c/o headache denies other symptoms. Detainee encouraged to utilize pain meds as prescribed. /RN |
| 5/7/2020 | | MD Note  33 year-old Hispanic man  HTN, New dx diabetes  Wt-232 lbs  s/ The pt c/o episodic headaches - has both Tylenol & Naproxen ordered for HA — but feels he needs more medication  BP-152/92  or "stronger medication" — may add muscle relaxant but nothing else — BP has been high + pt has been taking only lisinopril — will add HCTZ + Amlodipine later if needed  o/ The pt was also found to have frank Diabetes Mellitus but does not require additional meds at this time for his DM at this stage  A/ Adjustments to be made to both Anti-HTN & H.A. meds  P/ see MD orders  — Blanchette MD |