UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br><br>20-CV-216-MSM-PAS |

## STATUS REPORT

The Federal Respondents respectfully submit this status report to advise the Court and the parties of an addition to the number of detainees in ICE custody at the Wyatt facility. Specifically, earlier today, counsel were advised that one individual previously in the custody of the United States Marshals Service and already detained at the facility was transferred into the custody of ICE. This brings the total number of ICE detainees at the facility to 37, as of this writing.

| A# | Name | Age | Immigration Detention Status | Final Order of Removal | Country of Citizenship |
|---|---|---|---|---|---|
| 209242899 | MENDEZ-AQUINO, ENEL | 30 | 8 U.S.C. § 1231 | Yes | Dom. Rep. |

1

With this filing, the Federal Respondents provide the following documents as exhibits:

(1) Criminal history for this detainee;

(2) Underlying judgment of conviction in *United States v. Enel Alfredo Mendez-Aquino,* 19-CR-10272-MLW (D.Mass.);

(3) Order of removal noting failure to appear.

The Federal Respondents are also filing, under cover of a separate motion to seal, the Wyatt medical records pertaining to this individual.

Dated June 11, 2020

        Respectfully submitted,

        AARON L. WEISMAN
        United States Attorney

        _/s/ Zachary A. Cunha_
        Zachary A. Cunha (Bar No. 7855)
        Bethany N. Wong
        Richard B. Myrus
        Assistant U.S. Attorneys
        United States Attorney's Office
        50 Kennedy Plaza, 8th Floor
        Providence, RI 02903
        401-709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 11, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

        By:   _/s/ Zachary A. Cunha_
                Zachary A. Cunha
                Assistant United States Attorney