**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

06/11/2020 19:11 EDT  Generated By: JENNIFER SARAVIA  Page 1 of 4

| REQUEST | | |
|---|---|---|
| **Request Message Detail** | **Date and Time** | **Seq** |
| 2L01NN92974324.QR.MAICE01T0.FBI/3K8W609T6.PUR/C.ATN/SARAVIA, JENNIFER E | 06/11/2020 19:10:51 | 92974324 |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| III | 06/11/2020 19:10:51 | Acknowledged |
| <td colspan="3">FL01NN92974324<br>MAICE01T0<br>THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR<br>RECORD REQUEST FOR FBI/3K8W609T6. INDIVIDUAL'S RECORD WILL BE<br>COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:<br> FBI          - FBI/3K8W609T6<br> MASSACHUSETTS - STATE ID/MA21167141<br>END</td> | | |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 06/11/2020 19:10:53 | Acknowledged |

**For Official Use Only / Law Enforcement Sensitive**

```
CR.MAIII0000
16:10 06/11/2020 22015
16:10 06/11/2020 20870 MAICE01T0
*NN92974324
TXT
HDR/2L01NN92974324
ATN/SARAVIA, JENNIFER E
***********************  CRIMINAL HISTORY RECORD  ***********************

Data As Of              2020-06-11

***************************  Introduction  ***************************

This rap sheet was produced in response to the following request:

FBI Number              3K8W609T6
State Id Number         MA21167141 ()
Purpose Code            C
Attention               SARAVIA, JENNIFER E

The information in this rap sheet is subject to the following caveats:


***************************  IDENTIFICATION  ***************************

Subject Name(s)

MENDEZ-AQUINO, ENEL ALFREDO
MENDEZ-AQUINO, ENEL ALFREDO  (AKA)

Subject Description

                        State Id Number
                        MA21167141 (MA)


Sex                     Race
Male                    Unknown

Height                  Weight                  Date of Birth
5'10" (2019-06-11)      230 (2019-06-11)

Hair Color              Eye Color
Black (2019-06-11)      Brown (2019-06-11)

Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
Unknown Code            TAT SHLD,
Unknown Code            TAT FARM,


Place of Birth
Dominican Republic
Employment
Employment as of        2019-06-11
Occupation              MUSICIAN
Employer                SELF-EMPLOYED
Residence
Residence as of         2019-06-11
                        ***UNKNOWN***  LAWRENCE,MA 01840




***************************  CRIMINAL HISTORY  ***************************

=============================== Cycle 001 ===============================
Earliest Event Date    2019-06-11
-------------------------------------------------------------------------
Arrest Date             2019-06-11
Arresting Agency         NORTH ANDOVER PD
Subject's Name          MENDEZ-AQUINO, ENEL ALFREDO
       Charge Literal   COURTESY BOOKING
            Severity    Unknown
***************************  INDEX OF AGENCIES  ***************************

Agency                  NORTH ANDOVER PD; ;


    * * * END OF RECORD * * *
    * * * END OF RECORD * * *
```

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

06/11/2020 19:11 EDT — Generated By: JENNIFER SARAVIA — Page 3 of 4

| RESPONSE | | |
|---|---|---|
| Source | Date and Time | Status |
| Nlets | 06/11/2020 19:10:52 | Acknowledged |

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

06/11/2020 19:11 EDT            Generated By: JENNIFER SARAVIA            Page 4 of 4

```
CR.WVFBINF00
16:10 06/11/2020 81153
16:10 06/11/2020 20869 MAICE01T0
*NN92974324
TXT
HDR/2L01NN92974324
ATN/SARAVIA, JENNIFER E
**********************  CRIMINAL HISTORY RECORD   ***********************


***************************  Introduction  ****************************

This rap sheet was produced in response to the following request:

FBI Number              3K8W609T6
Request Id              NN92974324
Purpose Code            C
Attention               SARAVIA, JENNIFER E

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
3K8W609T6 Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2020-06-11)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2020-06-11)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2020-06-11)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA IN CODIS -
DO NOT COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - -(US; 2020-06-11)


***************************  IDENTIFICATION  **************************

Subject Name(s)

MENDEZ-AQUINO, ENEL ALFREDO
MENDEZ AQUINO, ENEL A   (AKA)
MENDEZ-AGUINO, ENEL ALFREDO   (AKA)
MENDEZ-AQUINO, ENEL   (AKA)
UNKNOWN, X   (AKA)

Subject Description

FBI Number              State Id Number
3K8W609T6               MA21167141 (MA)

Miscellaneous Numbers
209242899                                       AR
1207328867                                      FN

Sex                     Race
Male                    White

Height                  Weight                  Date of Birth
5'11"                   205                     [REDACTED]

Hair Color              Eye Color               Fingerprint Pattern
Black                   Brown                   LSAUAUAULSLSAUAUAULS (Other)

Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
TAT FARM                , TATTOO ON FOREARM: NONSPECIFIC
TAT SHLD                , TATTOO ON SHOULDER: NONSPECIFIC


Place of Birth          Citizenship
Dominican Rep           Unknown
                        Dominican Rep

Fingerprint Images

Photo Images
Photo Image Available
```

**For Official Use Only / Law Enforcement Sensitive**

```
Capture Date                   2016-06-07
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2019-06-11
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2019-06-11
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2019-06-11
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2020-06-09
(No Photo Image Transmitted  )

DNA Data
DNA Information Available     VAFBIDN00
(No DNA Detail Transmitted  )


*************************   CRIMINAL HISTORY   *************************

=============================== Cycle 001 =============================
Earliest Event Date    2016-06-07
-----------------------------------------------------------------------
Arrest Date            2016-06-07
Arrest Case Number     CBLRN017060816230228
Arresting Agency       TXCBP2800 CBP-BPS-CKPT C 29 LAREDO
Subject's Name         MENDEZ-AQUINO,ENEL ALFREDO
Charge                 1
        Charge Literal  ALIEN INADMISSIBILITY UNDER SECTION 212
             Severity  Unknown
=============================== Cycle 002 =============================
Earliest Event Date    2019-06-11
-----------------------------------------------------------------------
Arrest Date            2019-06-11
Arrest Case Number
Arresting Agency       MAFBIBS00 FBI-BOSTON CHELSEA
Subject's Name         MENDEZ-AGUINO,ENEL ALFREDO
Charge                 1
        Charge Literal  3599-DANGEROUS DRUGS
             Severity  Unknown
=============================== Cycle 003 =============================
Earliest Event Date    2020-06-09
-----------------------------------------------------------------------
Arrest Date            2020-06-09
Arrest Case Number     6675026770
Arresting Agency       RIICE0000 ICE/ERO PROVIDENCE PROVIDENCE
Subject's Name         MENDEZ-AQUINO,ENEL ALFREDO
Charge                 1
        Charge Literal  2016-06-07 212A7AII IMMIGRANT WITHOUT AN
                        IMMIGRANT VISA
             Severity  Unknown
*************************   INDEX OF AGENCIES   *************************

Agency                 CBP-BPS-CKPT C 29; TXCBP2800;
Agency Email Address
Address
                       11119 MCPHERSON RD
                       LAREDO, TX 78045

-----------------------------------------------------------------------
Agency                 FBI-BOSTON; MAFBIBS00;
Agency Email Address
Address
                       201 MAPLE ST
                       CHELSEA, MA 02150-1821

-----------------------------------------------------------------------
Agency                 ICE/ERO PROVIDENCE; RIICE0000;
Agency Email Address
Address
                       200 DYER ST
                       PROVIDENCE, RI 029033902


     * * * END OF RECORD * * * </NLETS>
```

**For Official Use Only / Law Enforcement Sensitive**