UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203

SCANNED

Law Office of Arturo Rodriguez III
Rodriguez III, Arturo
1431 CABLE RANCH RD APT 1105
San Antonio, TX  78245

IN THE MATTER OF              FILE A 209-242-899       DATE: Oct 24, 2017
MENDEZ-AQUINO, ENEL ALFREDO

\_\_ UNABLE TO FORWARD - NO ADDRESS PROVIDED

\_\_ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
   IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
   WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
   SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
   YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
   MUST BE MAILED TO:    BOARD OF IMMIGRATION APPEALS
                         OFFICE OF THE CLERK
                         5107 Leesburg Pike, Suite 2000
                         FALLS CHURCH, VA  22041

\_\_ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
   OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
   THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
   WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
   SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
   8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
   TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:
                         IMMIGRATION COURT
                         JFK FEDERAL BLDG., ROOM 320
                         BOSTON, MA  02203

✓ OTHER: _____

                                              COURT CLERK           OCT 25 2017 AM 08:09
                                              IMMIGRATION COURT                     FF

CC:

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
JFK FEDERAL BLDG., ROOM 320
BOSTON, MA  02203

In the Matter of:                           Case No.: A209-242-899
MENDEZ-AQUINO, ENEL ALFREDO

                                            Docket: BOSTON, MASSACHUSETTS
RESPONDENT

                                            IN REMOVAL PROCEEDINGS

10/11/17 9:30 AM

ORDER OF THE IMMIGRATION JUDGE

On , at , pursuant to proper notice, the above
entitled matter was scheduled for a hearing before an Immigration Judge for
the purpose of hearing the merits relative to the RESPONDENT request
for relief from removal. However,

(X)     the respondent was not present.

( )     the respondent's representative was present; however, the
        respondent was not present.

(X)     neither the respondent nor the respondent's representative was
        present.

Therefore, in the absence of any showing of good cause for the respondent's
failure to appear at the hearing concerning the request for relief, I find that
the respondent has abandoned any and all claim(s) for relief from removal.

Wherefore, the issue of removability having been resolved, it is HEREBY ORDERED
for the reasons set forth in the Department of Homeland Security
charging document that the respondent be removed from the United States to
DOMINICAN REPUBLIC.

                                    MATTHEW J. D'ANGELO
                                    Immigration Judge
                                    Date: Oct 18, 2017

---

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)  PERSONAL SERVICE (P)  OCT 25 2017 AM 08:09
TO:  [X] ALIEN  [ ] ALIEN c/o Custodial Officer  [X] Alien's ATT/REP  [ ] DHS
DATE: _____ BY: COURT STAFF _____
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

Form EOIR 36 - 7T (FTA)