## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL RAFAEL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,

*Petitioners-Plaintiffs,*

v.

CHAD WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; and CENTRAL FALLS DETENTION FACILITY CORPORATION,

*Respondents-Defendants.*

Civil Action No. 1:20-cv-00216

## PARTIALLY-REDACTED SUPPLEMENTAL BAIL APPLICATIONS

Petitioners-Plaintiffs hereby submit the attached, partially-redacted supplemental bail

applications and exhibits.  Per the Court's June 7 Order (Dkt. No. 94), the discussion of medical

information in the enclosed has been redacted.  Unredacted versions of the supplemental bail

applications and selected medical records are being filed separately under seal.

1

Dated: June 14, 2020                          Respectfully Submitted,


/s/ Morgan Russell
Morgan Russell
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
T: 415-343-0770
IRP_MR@aclu.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2020, I electronically filed the foregoing document with the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that the parties or their counsel of record registered as ECF Filers will be served by the CM/ECF system, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Morgan Russell
Morgan Russell
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
T: 415-343-0770
IRP_MR@aclu.org