# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OSCAR YANES, GAGIK MKRTCHIAN,** and **WENDELL BAEZ LOPEZ**, on behalf of themselves and all those similarly situated, Petitioners-Plaintiffs, v. **DANIEL W. MARTIN**, Warden, Donald W. Wyatt Detention Facility; **CHAD F. WOLF**, Acting Secretary, U.S. Department of Homeland Security; **MATTHEW T. ALBENCE**, Acting Director, U.S. Immigration and Customs Enforcement; **TODD M. LYONS**, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and **CENTRAL FALLS DETENTION FACILITY CORPORATION**, Respondents-Defendants. | Civil Action No. 1:20-cv-00216 |

## LIST OF EXHIBITS FOR BAIL HEARING APPLICATION FOR PETITIONER-PLAINTIFF GARYL ALEXIS

| DESIGNATION | DESCRIPTION |
|---|---|
| Exhibit A | Declaration of Garyl Alexis |
| Exhibit B | Declaration of Myrlande Alexis |
| Exhibit C | Declaration of Collin W. Park |
| Exhibit D | Letter from Joanne Pierre-Louis |
| Exhibit E | Letter from Vivaldi Demas |