# Exhibit A

## DECLARATION OF GARYL ALEXIS

1. My true and complete name is Garyl Alexis. I was born on November 4, 1989, in Port-au-Prince, Haiti. I came to the United States when I was four years old, and I have never returned to Haiti.

2. I have lived in Connecticut my whole life since then, and I do not speak Haitian Creole or French.

3. I have no family members in Haiti who could support me there. My grandmother lived there for a while, but she now lives in the United States, along with my father, who is a U.S. citizen, my four U.S. citizen siblings, and almost all of my cousins and uncles and aunts. Most of them are citizens or permanent residents, though some have Temporary Protected Status.

4. Although I am told that I have an aunt in Haiti, my father's half-sister, my family does not keep in touch with her or trust her. I have an uncle who was sent back to Haiti years ago, too, but the last we heard, he had fled Haiti to live in Santo Domingo. I do not know either one of them.

5. Throughout my life, I have lived with my aunt Myrlande Alexis, a U.S. citizen, who I call my mom. I haven't had any contact with my biological mother for years, and she has never played a role in my life. I do not know where she lives or how to get in touch with her.

6. Life in the United States has been good to me in many ways. I have grown up around my whole extended family, and I have been able to be part of that community for many years.

7. But living here has also been difficult for me. I didn't know that I wasn't a citizen or permanent resident until I graduated from high school and had to start thinking about college and work, and that was a really difficult realization.

8. I was lucky enough to get Temporary Protected Status in 2010, so I could work for a while, and when I had that opportunity, I worked as hard as I could. When my TPS expired, I gave my aunt money to reapply, but a lawyer told us to wait to apply for DACA instead, so I could leave the country and become a permanent resident. But I didn't get DACA, and when I applied to TPS again, the time to reregister had expired.

9. So, I've had to make do without work authorization for a long time. I've done my best. I've worked odd jobs and taken classes at Gateway Community College, and I've tried to

make myself useful in other ways. I cared for my aunt Myrlande when she was sick with cancer, and I've volunteered coaching basketball. I've always tried to make it a priority to guide my siblings and cousins and to help them achieve more than they thought they could do.

10. I am scared of returning to Haiti. Coming here at four years old, I don't even know the country. I just know that I'm going to really stick out and that's going to have consequences.

11. I'm scared that the Haitian government will throw me in jail when I return, and I don't know how I'll survive that. Those jails aren't like the jails in Connecticut. If I get out, I don't know where I'll go or how I'll get a job or how I'll feed myself. I don't know who would hire someone who doesn't speak the language. I know that people will look at me and see that I'm American and hate me for what I had when I lived here. I know they will blame me and accuse me of terrible things because they think that I must have done something terrible to get sent back there.

12. I know that I have made some mistakes in my life and hung out with the wrong people sometimes, but I've always tried to be a good person and I hope that the court will see the letters of my friends and family and neighbors and recognize that.

13. I hope that the court will also understand what I'm going back to, and how I don't stand a chance if I end up there.

*I, Garyl Alexis, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.*

Executed on September 12, 2019.

_____
Garyl Alexis