# Exhibit C

<u>Declaration of Collin W. Park in Support of Bail Application of Garyl Alexis</u>

1. My name is Collin W. Park, and I am over the age of 21.

2. I am an attorney at the law firm of Morgan, Lewis & Bockius LLP in Washington, DC. I am a member in good standing of the District of Columbia and the Commonwealth of Virginia Bars. I submit this declaration in support of the bail hearing for Mr. Garyl Alexis, who is currently detained by Immigration and Customs Enforcement ("ICE") at the Donald W. Wyatt Detention Facility ("Wyatt") in Central Falls, Rhode Island.

3. On June 6, 2020, I spoke by phone with Ms. Myrlande Alexis and Ms. Margarette Lemeau, Mr. Alexis's aunts. I was informed that, should Mr. Alexis be released, either Ms. Lemeau or Ms. Alexis will pick him up from Wyatt and bring him to Ms. Lemeau's home at 140 Emerald Pl., Stratford, CT 06614, where he will remain.

4. Ms. Lemeau confirmed that, if released, Mr. Alexis will reside at her home with her, her husband, and their two children (Mr. Alexis's cousins) at the above address. She confirmed that her home is sufficient to allow Mr. Alexis to maintain social distancing and abide by any conditions the Court may impose.

5. Ms. Lemeau confirmed that she will take all steps she can to ensure Mr. Alexis complies with the Court or ICE's conditions. She confirmed that she and her family are available to run errands for Mr. Alexis, and provide him with meals, to ensure that he isolates himself from the community as well as from other members of the household while he is under quarantine for at least 14 days. Also, Ms. Lemeau and Ms. Alexis confirmed that additional support will be provided by Ms. Myrlande Alexis, who live nearby at 238 Canaan Rd., Stratford, CT 06614, and Mr. and Mrs. Ferrer and Evelyn Alexis, Mr. Alexis's father and stepmother, who also reside nearby at 100 Yarwood St., Stratford, CT 06615.

6. On June 5, 2020, I spoke by phone with Mr. Garyl Alexis. 

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 9th day of June, 2020, in McLean, Virginia.

/s/ Collin W. Park
Collin W. Park