# Exhibit E

Friday, December 28, 2018

To Whom It May Concern,

I am writing this letter on behalf of one of my friends, Garyl Alexis.

I have known Garyl for close to twenty years and though we are not related biologically I view him as a brother. Garyl and I grew up attending the Schilo Seventh-Day Adventist church together in Stamford, Connecticut for all of our childhood and teenage years. We were both involved and became leaders in activities led by the youth department such as choir, youth church programs, camping, and the church basketball team.

For as long as I have known Garyl I have always admired his ability to make genuine connections with people, especially young people. Over the years Garyl has formed great relationships with the youth of our church and always made it his goal to encourage them in all their dreams and aspirations. Garyl was always willing to lend a hand for anyone in need of help or even a listening ear when someone was in need of advice. These are just a few of the qualities that I have always noticed and admired about Garyl's character.

Garyl and I also served as co-captains for the church basketball team for several years. Our team participated twice a year in the Christian Basketball Tournament in Stamford, Connecticut. This purpose of this tournament was to bring churches together from multiple denominations all for one great cause. This cause was to raise money for Haiti which had been ravaged by an earthquake in 2010 that left the country in ruins. Garyl took pride in playing in each one of these tournaments and representing our church. Garyl was one of the main leaders on our team and I always remember how he motivated myself and the other team members with his fearless style of play. Garyl would never back down from any challenge the game presented. He would always demand to guard the best player on the opposing team and would never shy away from taking crucial shots with the game on the line. His confidence and relentless energy only motivated us to be the best we can be.

Today I work as a School Social Worker in an inner city middle school in Waterbury, Connecticut. In my position, I work with many youth who are troubled and face a lot of hardship in their personal lives. I have had the opportunity to serve as a positive role model to many of the youth that I currently work with. I have found that my students generally have much more success when they can identify with an adult who has a genuine interest in their life and things they struggle with. I was able to learn this concept that has made such a difference in my career as a School Social Worker in part because of seeing how Garyl interacted and cared for the young people in our church.

I am writing this letter highlighting the experiences I've been so fortunate to share with Garyl as a testament of his true character. I am confident that if given the opportunity to remain in the United States, Garyl will be able to successfully reintegrate into his community and be a productive member of our society. I truly believe this is possible because of the wonderful family and support system Gary has here in the United States. While Haiti is Garyl's place of birth, Garyl was raised here in America and is unfamiliar with Haiti. I do fear that if sent back there without his family and any other support Garyl would be put in a dangerous position. I am well aware that Garyl has made some poor decisions recently but I truly believe that at his core he is an outstanding person capable of making amends for the mistakes he has made if given the opportunity.

If you have any further questions or would wish to speak to me please feel free to please feel free to contact me at (203) 524-5109 or via email at

Sincerely,

Vivaldi Demas, LMSW