IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OSCAR YANES, GAGIK MKRTCHIAN,** and **WENDELL RAFAEL BAEZ LOPEZ**, on behalf of themselves and all those similarly situated, <br><br> *Petitioners-Plaintiffs,* <br><br> v. <br><br> **CHAD WOLF**, Acting Secretary, U.S. Department of Homeland Security; **MATTHEW T. ALBENCE**, Acting Director, U.S. Immigration and Customs Enforcement; **TODD LYONS**, Acting Field Office Director, U.S. Immigration and Customs Enforcement; **DANIEL W. MARTIN**, Warden, Donald W. Wyatt Detention Facility; and **CENTRAL FALLS DETENTION FACILITY CORPORATION**, <br><br> *Respondents-Defendants.* | Civil Action No. 1:20-cv-00216 |

**MOTION TO SEAL <u>UNREDACTED</u> SUPPLEMENTAL BAIL APPLICATIONS AND MEDICAL RECORDS FOR CLASS MEMBERS**

Pursuant to the Court's June 7 Order (Dkt. No. 94) concerning sealing and redaction of documents, Petitioners-Plaintiffs hereby move to seal the attached <u>unredacted</u> versions of the supplemental bail applications for class members as well as selected medical records and other exhibits consisting of personal medical information.

1

Dated: June 14, 2020	Respectfully Submitted,

                                              /s/ Morgan Russell
                                              Morgan Russell
                                              American Civil Liberties Union Foundation,
                                              Immigrants' Rights Project
                                              39 Drumm Street
                                              San Francisco, CA 94111
                                              T: 415-343-0770
                                              IRP_MR@aclu.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2020, I electronically filed the foregoing document with the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that the parties or their counsel of record registered as ECF Filers will be served by the CM/ECF system, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Morgan Russell
Morgan Russell
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
T: 415-343-0770
IRP_MR@aclu.org