# Exhibit C

**FILED UNDER SEAL**

Place Label Here

**VERNON JERVIS**       DOB 06/02/81
A214843695    29512    INTAKE 04/14/20

**DONALD W. WYATT DETENTION FACILITY**
**PHYSICAL ASSESSMENT**
Appendix D

MEDS: Keppra 1500 BID    ALL: NKDA

TYPE OF ASSESSMENT: ☐ INITIAL  OTHER

Reviewed intake screenings and available test results. ☐ Yes ☐ No

FAMILY HISTORY: F=FATHER, M=MOTHER, B=BROTHER, S=SISTER
- TB
- CANCER
- KIDNEY DISEASE
- MENTAL ILLNESS
- HYPERTENSION
- HEPATITIS
- ASTHMA
- SICKLE CELL
- DIABETES
- ANEMIA
- HIV+
- EPILEPSY
- SEIZURES
- HEART DISEASE

**VITAL SIGNS**
HT ___ WT ___ BP ___
PULSE ___ RESP ___ TEMP ___

**PAST MEDICAL HISTORY**
H/o Accident England TBI
Coma 9 months

**SURGICAL HISTORY**
Plate in head
on Keppra 1500mg BID - Seizures

REVIEW OF SYSTEMS: ☐ Negative

| System | Item | Normal/Not Present Please ✓ | Abnormal Please Comment |
|---|---|---|---|
| SKIN: | Color, Condition, Turgor, Recent Injury, Tattoos, Scars | | Chart Review only - Ø Contact - exam deferred 2° Covid |
| HEAD: | Hair, Scalp (pediculi) | | |
| EARS: | Appearance, Canals | | |
| MOUTH: | Throat, Tongue, Tonsils | | |
| NOSE: | Obstruction, Drainage | | |
| NECK: | Veins, Mobility, Thyroid, Carotids, Lymph nodes | | |
| CHEST (BREASTS): | Configuration, Auscultation, Respiration's, Cough/Sputum | | |
| HEART: | Auscultation, Radial pulse, Apical pulse, Rhythm | | |
| ABDOMEN: | Shape, Bowel Sounds, Palpation, Hernia | | |
| SPINE: | | | |
| NEUROLOGICAL: | Reflexes | | |
| GENITAL/URINARY: | Lesions, Discharge | | |
| RECTAL EXAM (50 yrs. old and older): | Hemorrhoids, Anal Warts, Stool for Occult Blood + | | |
| EXTREMITIES: | Pulses, Edema, Joints | | |

**IMMUNIZATION STATUS**
Date of last Tetanus shot: ___
Date of last HIV test: ___
Date of last HEP C test: ___
HEP A Vaccine ☐ Yes ☐ No   HEP B Vaccine ☐ Yes ☐ No

**TB SCREENING**
Current PPD - Date Given: Ø  4/14/2020
Results and Date: ___
Follow-up scheduled: ☐ Not Indicated ☐ Yes

**ORAL SCREENING**
Pain/Discomfort: ☐ Yes ☐ No
Condition of teeth: ☐ Poor ☐ Fair ☐ Good
Condition of gums: ☐ Poor ☐ Healthy
False teeth: ☐ Partial Plate ☐ Upper ☐ Lower

**VISION (SNELLEN CHART)**
Right: ___ with glasses ___
Left: ___ with glasses ___

**FEMALES ONLY**
LMP: ___  G ___ P ___
Pap Smear: ___

**OTHER**
Suicide Attempt: ☐ Yes ☐ No    Suicide ideation: ☐ Yes ☐ No
Stabbings: ☐ Yes ☐ No    GSW: ☐ Yes ☐ No
ETOH Use: ☐ Yes ☐ No    IVDU: ☐ Yes ☐ No
Smoking: ☐ Yes ☐ No
Family Contact: ☐ Yes ☐ No

**COMMENTS**
Chart Review only -
- Covid test ordered by Dr Blackett
(-) exam - Review only

**REFERRAL**
Review chart
- Needs Health covid testing
TBI - s/p Accident

**ASSESSED BY:**
Physician/N.P. Signature: _Alan M_ ___
Date: 5/9/2020

G:\Support Services\POLICIES\400--Care\407.doc March 2019     P.

Case 1:20-cv-00216-MSM-PAS Document 174-4 (Case Participants) (Applicable Party) Filed 06/14/20 Page 3 of 3 PageID #: 10342

Appendix A

# DONALD W. WYATT DETENTION FACILITY
## PHYSICIAN'S ORDERS

Name: **VERNON JERVIS**
A214843695  29512
DOB 06/02/81
INTAKE 04/14/20

D.O.B. 6/2/81

Allergies: Penicillin

| Check box as order is noted | (Date &Time) |
|---|---|
| Noted by: [signature]<br>Date: 4/14/20<br>Time: 8:20pm | 4/14/20 7:34pm Lori Lapotti RN<br><br>Keppra 1,500 mg PO BID X 90 days. D/C<br><br>M.D. Signature [signature] Date 4/15/2020 |
| Noted by: [signature]<br>Date: 4/14/20<br>Time: 8:35pm | 4/14/20 7:34pm Lori Lapotti RN<br><br>Cotton trunk pay for seizure disorder SMP 1 year<br><br>M.D. Signature [signature] Date 4/15/2020 |
| Noted by: [signature]<br>Date: 4/14/20<br>Time: 9pm | 4/14/20 9pm<br><br>Motrin 600mg PO BID PRN X 60 days R/T back pain per protocol<br><br>[signature]<br><br>M.D. Signature [signature] Date 4/15/2020 |
| Noted by:<br>Date:<br>Time: | (Date &Time)<br><br>M.D. Signature _____ Date _____ |