**Ernesto Sam Gonzalez**

*Biographical Information*

- Mr. Sam Gonzalez is a 31-year-old immigrant from Guatemala. He is married to Andrea Sam Ixcuna and they have four children together, ages 7, 8, 9, and 13. His family has supported his efforts to remain in the United States.
- Prior to his detention, Mr. Sam Gonzalez lived in the United States for seven years and was the primary source of income for his family.
- Before being detained, Mr. Sam Gonzalez worked for CG Drywall LLC, in Providence, which is owned by Cesar Gutierrez.  Mr. Gutierrez and his wife Evilin Reyes describe Mr. Sam Gonzalez as hard-working, dependable, and devoted to his family. *See* Exhibit A, Letter of Support from Cesar Gutierrez and Evilin Reyes.

*Removal Proceedings*

- On November 12, 2019, ICE took Mr. Sam Gonzalez into custody. He has been detained at Wyatt since then.
- Mr. Sam Gonzalez was ordered removed by the Immigration Judge on April 8, 2020, following the denial of his asylum application. Mr. Sam Gonzalez appeared *pro se* in his asylum proceedings, but he has since retained an immigration lawyer.

*Proposals for Release*

- If Mr. Sam Gonzalez is released, he can stay at the home of his employers and friends, Mr. Gutierrez and Ms. Reyes. Ms. Reyes would pick Mr. Sam Gonzalez up and bring him back to her and her husband's apartment at 69 Burnett Street, 2nd Floor, Providence, Rhode Island 02907, where he would quarantine and remain. *See* Exhibit B, Declaration of Meagan DeSimone.
- At that home, Mr. Sam Gonzalez will be able to self-isolate in his own room and abide by any conditions the Court may impose. *Id.*
- Ms. Reyes will ensure that Mr. Sam Gonzalez complies with the Court and ICE's conditions. *Id.*
- Alternatively, Mr. Sam Gonzalez is willing to be housed at OpenDoors if released. OpenDoors operates a 14-unit housing facility at 700 Plainfield Street, Providence, Rhode Island, and provides structured, transitional housing for formerly incarcerated individuals. *See* Declaration of Nick Horton, Dkt. No. 61-6. OpenDoors can provide support and additional monitoring of conditions upon Mr. Sam Gonzalez's release, including facilitating his participation in a court-approved batterer's intervention program, *see* Declaration of Nick Horton, Dkt. No. 175-4, as well as ensuring his abstinence from alcohol if so ordered by the Court, *see* Supplemental Declaration of Nick Horton, Dkt. No. 184. OpenDoors is also equipped to handle Spanish-speaking tenants. *Id.*
- Mr. Sam Gonzalez is committed to attending an alcohol treatment and/or domestic violence intervention program as part of his release, whether facilitated through OpenDoors or while staying with Mr. Gutierrez and Ms. Reyes.

*Medical Conditions*

- [REDACTED]

*Criminal History*

- Mr. Sam Gonzalez has not been convicted of any crime, and his only pending charges are misdemeanors.
- Mr. Sam Gonzalez is currently charged with three offenses arising from two arrests for domestic assaults in October 2019. His first arrest occurred on October 5, 2019, for simple domestic assault/battery. He was released after the first arrest and attended all court appearances.
- Mr. Sam Gonzalez's second arrest occurred on October 25, 2019, this time for simple domestic assault/battery and violation of a no contact order. Mr. Sam Gonzalez was about to be released following his second arrest when he was detained by ICE.
- Mr. Sam Gonzalez's wife describes him as a caring, attentive father. She has expressed her desire to have Mr. Sam-Gonzalez released and denies any fear of her husband being released. *See* Exhibit E, Declaration of Andrea Sam Ixcuna.