# Exhibit A

We give our consent to Ernesto Sam Gonzales who is a good man and good worker. Ernesto never failed to get his job done and he was never tardy. He was always worried that he might have missed jobs because he had a family to take care of and support. He is a good parent because every week that he collected his check, he made sure to ask for me or my husband's favor to help him send money to his family in Guatemala. When 2 of Ernesto's children and his wife migrated to the U.S, he went through the impossible to make sure that they lived happily and healthy. Ernesto, his 2 children, and his wife visited us frequently since they lived close to me and my family and we could see that they enjoyed themselves. Me and my husband Cesar Gutierrez are available to help and support the needs that include accommodation in our apartment. Ernesto works for us at: CG Drywall llc Providence, Rhode Island

Cesar Gutierrez +1 (401-286-9474) and Evilin Reyes +1 (401-390-5056)

Sincerely, Cesar Gutierrez and Evilin Reyes

_____          _____
Signature                                              Signature