# Exhibit E

## DECLARATION OF ANDREA SAM IXCUNA

1. I, Andrea Sam Ixcuna, am over the age of 18.

2. I am submitting this declaration in support of my husband Ernesto Sam Gonzalez's release from the Wyatt detention facility.

3. Ernesto Sam Gonzalez and I have been together for such a long time that I do not remember the exact number of years. In that time, we have had four children, ages 8, 9, 11, and 13. Two of them live in the United States and two are back in Guatemala. He treats our children very well, and they miss him. He would take them to school, read to them, and help me take care of them.

4. Ernesto was the provider in our family. He worked hard to provide what my children and I needed. He was a really great help to our family. Whenever he could, he would spend the money he made on food or clothes or other things for my children and me. I would not have been able to take care of our children without him.

5. I am in no way afraid of my husband. There is no reason for me to feel uneasy around him. He really is a good man. Before he was detained, he took care of us. All I want is for Ernesto to be released from the detention facility.

6. I declare that the above is true and accurate to the best of my knowledge.

*Andrea Sam Ixcuna*
Andrea Sam Ixcuna

### Certificate of Translation

I, Romeo Sosa, am competent to translate from English to Kiche and Kiche to English and I translated the above to Andrea Sam Ixcana via telephone conference on June 14, 2020 and that she confirmed the above to be true and accurate.

/s/ Romeo Sosa