UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BOSTON, MA

FILE: A216-305-146

IN THE MATTER OF:

SAM GONZALES, ERNESTO

RESPONDENT

IN REMOVAL PROCEEDINGS

## ORDER OF THE IMMIGRATION JUDGE
## WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

__✓__ ORDERED that the request for a change in custody status be denied.

_____ ORDERED that the request be granted and that respondent be:

_____ released from custody on his own recognizance

_____ released from custody under bond of $_____

__✓__ OTHER  DHS has met burden as to danger

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: ✓ waived -- reserved

BOSTON -- BOSTON DETAINED

Date: Feb 12, 2020

FURLONG, JOHN M., JR.
Immigration Judge

XS

Waived by Both