STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

DISTRICT COURT

NO CONTACT ORDER - DOMESTIC

☐ Second Division  ☐ Third Division  ☐ Fourth Division  ☒ Sixth Division

State of Rhode Island
v.
Defendant Ernesto Gonzales

Case Number 61-19-1242

Bureau of Criminal Identification Number

Date of Birth

Law Enforcement Agency PPD

It is hereby ORDERED

that the above-named Defendant is enjoined and restrained from any contact with the alleged victim _____, whose date of birth is _____. It is further ordered that the Defendant shall not harass, interfere with, molest, or threaten the victim in any manner, directly or indirectly. This Order is effective immediately and shall remain in effect until court ordered.

☒ A violation of this Order will subject the violator to possible arrest and further action by the court.

☒ A violation of the Order is a criminal offense under G.L. 1956 § 12-29-4 and will subject the violator to arrest.

A person subject to this Order who possesses, transports, or receives any firearms or ammunition may be subject to federal prosecution under 18 U.S.C.A. § 922(g)(8), punishable by up to ten (10) years in prison.

Signature of the Defendant
X Ernesto Sant

Address:

Entered as an Order of the court on 12-6-19.

_____ Date
_____ Judicial Officer

Copy 1 – Court    Copy 2 – Defendant    Copy 3 – Victim    Copy 4 – Police

DC-27 (revised October 2017)

