| U.S. Department of Homeland Security | Subject ID : 367057038 | | Record of Deportable/Inadmissible Alien |
|---|---|---|---|

| Family Name (CAPS) SAM GONZALES, ERNESTO | First | Middle | Sex M | Hair BRO | Eyes BRO | Cmplxn LBR |
|---|---|---|---|---|---|---|

| Country of Citizenship GUATEMALA | Passport Number and Country of Issue 601078465 GUATEMALA | File Number PRO2010000149 216 305 146 | Height 65 | Weight 140 | Occupation Construction |
|---|---|---|---|---|---|

| U.S. Address 78 Ford St. 2nd Floor Providence, RHODE ISLAND, 02909 | Scars and Marks See Narrative |
|---|---|

| Date, Place, Time, and Manner of Last Entry Unknown Date, UNK, WI - Without Inspection | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension NCA NA |
|---|---|

| Date of Birth   Age: 30 | Date of Action 11/12/2019 | Location Code PRO/BOS | At/Near See I-831 | Date/Hour 11/12/2019 16:32 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth San Andres SAJCABAJA, GUATEMALA | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By See Narrative |
|---|---|---|---|

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|

| Immigration Record NEGATIVE | Criminal Record See Narrative |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children None |
|---|---|

| Father's Name, Nationality, and Address, if Known SAM, ANDRES  NATIONALITY: GUATEMALA | Mother's Present and Maiden Names, Nationality, and Address, if Known GONZALES, TERESA NATIONALITY: GUATEMALA |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 1296483189                     Left Index fingerprint                     Right Index fingerprint

OTHER ALIASES KNOWN BY:
-----------------------------------
Gonzales, Ernesto

SCARS MARKS AND TATTOOS
-----------------------
SCAR POCKMARKS - Scar Right cheek, pock mark.
None Visible - No Tattoos.

...(CONTINUED ON I-831)

| Alien has been advised of communication privileges    11/12/19 (Date/Initials) | A7426 CRAWFORD Deportation Officer (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: A-file | Received: (Subject and Documents) (Report of Interview) Officer: A7426 CRAWFORD on: November 12, 2019                    (time) Disposition: Warrant of Arrest/Notice to Appear Examining Officer: RAMOS, J 7862 |
|---|---|

Form I-213 (Rev. 08/01/07)

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>SAM GONZALES, ERNESTO | File Number<br>216 305 146<br>Event No: PRO2010000149 | Date<br>11/12/2019 |

Subject Health Status
----------------
The subject does not claim good health. Please contact your local IHSC health care staff member for additional information. Subject claims to have Gastritis.


Current Criminal Charges
------------------------
11/12/2019 - 8 USC 1227 - DEPORTABLE ALIEN


Current Administrative Charges
------------------------------
11/12/2019 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)


Previous Criminal History
-------------------------
On 10/25/2019, the subject was arrested for the crime of "Domestic Violence" which is still pending.

On 10/25/2019, the subject was arrested for the crime of "Violation of a Court Order" which is still pending.

On 10/05/2019, the subject was arrested for the crime of "Domestic Violence" which is still pending.


Records Checked
---------------
NLETS Pos
NCIC Pos
O Neg
CIS Neg
CLAIM Neg
EARM Neg


ARRESTING AGENTS
----------------
J 4818 MADER
J 7862 RAMOS
B6519 MBYE
A7426 CRAWFORD

At/Near
-------
Providence, RI


Record of Deportable/Excludable Alien:
SAM GONZALES, Ernesto, herein referred to as Subject, was encountered on 10/28/2019 at the ACI Cranston, RI during foreign born inmate screenings.

| Signature<br><br>A7426 CRAWFORD | Title<br><br>Deportation Officer |
|---|---|

2 of 5 Pages

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>SAM GONZALES, ERNESTO | File Number<br>216 305 146<br>Event No: PRO2010000149 | Date<br>11/12/2019 |

ALIENGE & REMOVABILITY: On October 28, 2019 Deportation Officer (DO) Maher interviewed subject at the ACI in Cranston, RI. Officer Maher displayed his agency issued credentials, and asked to speak to subject regarding his identity, nationality, & criminal history. Subject freely admitted that he would speak to DO Maher. Subject claims to be a citizen and national of Guatemala who crossed the border unlawfully in Arizona sometime in 2011. DO Maher lodged a detainer and I-200 immigration arrest warrant at the ACI.

IMMIGRATION HISTORY: System checks indicate no legal or lawful crossings into the United States. Subject claims to have entered the United States unlawfully by crossing the United States border with Mexico somewhere in Arizona in 2011. Subject claims that he was not inspected at a Port of Entry. System checks indicate negative applications for subject.

DERIVATIVE CITIZENSHIP DATA: Subjects' mother, Tereza Gonzales, is a citizen & national of Guatemala. System checks for mother negative. Subjects' father, Andres Sam-Sam, is a citizen & national of Guatemala. System checks for father negative. Derivative citizenship non-applicable.

CRIMINAL HISTORY: Subject was arrested by Providence, RI Police Department on 10/26/19 for Domestic Violence. Subject being held at ACI without bail and has hearing at 6th District Court on 10/28/2019.

GANG INFO: Subject claims he is not involved in any gang related activity.

CREDIBLE FEAR: Subject makes no claim of fear of returning to Guatemala.

MILITARY SERVICE: Subject makes no claim of US Military service.

HEALTH: Subject claims good health & is not taking any medications.

CHILD/CUSTODY ISSUE: Subject claims two minor Guatemalan children here in Rhode Island & none in Guatemala.

RECOMMENDATION: WA /NTA - Detain in the custody of the service until hearing with Immigration Judge.

MISCELLANEOUS: During interview at ACI, subject had in his possession his Guatemalan Birth Certificate, Guatemalan National ID, & a valid Guatemalan Passport (#601078465), which is now in ICE custody. I200/I247 will be lodged at both the ACI & 6th District Court.

Record of Deportable/Excludable Alien:
Subject: SAM GONZALES, Ernesto (DOB 12/1/1989).
COC/COB: Quiche, Guatemala.
Action: Arrest / Notice to Appear / Detained.
INA section: 212(a)(6)(A)(i) Entry w/o Inspection.
A# 216 305 146.
FBI# 3EVAHPJWX.

ENCOUNTER:
On 11/12/2019 Subject was arrested by Providence, RI ICE/ERO Fugitive Operations as he exited the 6th District Court House in Providence, RI. A detainer had previously been lodged but it was not honored by the RI Sheriffs and subject was released to the street. Subject was arrested by Deportation Officers Crawford, Mader, Mbye and SDDO Ramos.

| Signature<br>A7426 CRAWFORD | Title<br>Deportation Officer |
|---|---|

3 of 5 Pages

U.S. Department of Homeland Security                               Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| SAM GONZALES, ERNESTO | 216 305 146<br>Event No: PRO2010000149 | 11/12/2019 |

**ALIENAGE:**
Alienage and removability had previously been established by Deportation Officer Maher during a CAP interview at the ACI. Subject was also interviewed again by DO Crawford at the time of arrest. Subject stated that he entered the US without inspection along the US/Mexico border in 2011 on foot after paying a smuggler $4,000. Subject stated that both his mother (Teresa Gonzales) and father (Andres Sam) are both citizens and nationals of Guatemala and have never been to the US. Subject does not appear to derive US citizenship.

**IMMIGRATION HISTORY:**
Subject claims to have entered the US at an unknown place on an unknown date on foot across the US/Mexico sometime in 2011. Subject states that he has never filed for any immigration status and has no benefit applications pending. A Query of DHS Databases by DO Crawford including PCQS, CIS, and CLAIMS confirm subject has no benefit applications pending on his behalf.

**CRIMINAL HISTORY:**
FBI# ████████
SID# RI10431298.

10/5/2019 Arrested by Providence, RI Police for Domestic Assault. No Contact Order issued. Case # 61-2019-11242 Pending.

10/25/2019 Arrested by Providence, RI Police for Domestic Assault and Criminal Violation of No Contact Order. Case # 61-2019-12045 Pending.

**GANG / TERRORIST AFFILIATION:**
None found.

**CREDIBLE / REASONABLE FEAR:**
Subject makes no claim of fear of returning to Guatemala.

**MILITARY SERVICE:**
Subject states that he has never served in the military.

**CHILD CARE/CUSTODY ISSUES:**
Subject has 2 Guatemalan citizen children in the US, both of whom are in the custody of their mother in Providence, RI.

**MEDICAL HISTORY:**
Subject claims to have Gastritis, but does not take any medication.

**IDENTIFYING MARKS / TATTOOS:**
Subject has a scar/pock mark under his right eye / cheek area. Subject has no tattoos.

**RECOMMENDATION / DISPOSITION:**
Removal proceedings initiated this date. Subject issued a Notice to Appear before an Immigration Judge (I-862). Subject was also served an I-200, I-286, I-826, change of address for mand a list of legal services. Subject does not speak English. The DHS Language Line (Lionbridge) was used for a Spanish interpreter. Subject refused to sign any legal paperwork without an attorney present except for his Notice of Custody Determination (I-286) to request bond. Subject held in ERO custody without bond at the Wyatt Detention Center in Central Falls, RI.

| Signature | Title |
|---|---|
| A7426 CRAWFORD | Deportation Officer |

4 of 5 Pages

| U.S. Department of Homeland Security | | Continuation Page for Form I-213 |
|---|---|---|
| Alien's Name<br>SAM GONZALES, ERNESTO | File Number<br>216 305 146<br>Event No: PRO2010000149 | Date<br>11/12/2019 |

```
Other Identifying Numbers
-----------------------------------
ALIEN-216305146
State Criminal Number/State Bureau Number-RI10431298 (RHODE ISLAND UNITED STATES)
Inmate Number - State Prison-160821 (RHODE ISLAND UNITED STATES)
   COMMENT: ACI#
Foreign Identification Number-1685495571414 (GUATEMALA)
   COMMENT: GUATE. NAT'L ID
```

| Signature<br>A7426 CRAWFORD | Title<br>Deportation Officer |
|---|---|

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security    Subject ID : 367057038    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| GONZALES-SAM, ERNESTO | | | M | | | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| GUATEMALA | 601078465 GUATEMALA | PRO2010000149<br>216 305 146 | | | |

U.S. Address

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| | | 3EVAHPJWX | |

Number, Street, City, Province (State) and Country of Permanent Residence

Method of Location/Apprehension

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| Age: 30 | 10/28/2019 | PRO/BOS | | |

| City, Province (State) and Country of Birth | AR [X] | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| San Andres Sajcabaja, GUATEMALA | | | |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record | Number and Nationality of Minor Children |
|---|---|---|
| NEGATIVE | See Narrative | None |

Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| SAM, ANDRES NATIONALITY: GUATEMALA | GONZALES, TEREZA NATIONALITY: GUATEMALA |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☐ Yes [X] No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|
| None Claimed | | | |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|
| | | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

```
Subject Health Status
-----------------
The subject claims good health.


Current Administrative Charges
------------------------------
10/28/2019 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)


Previous Criminal History
-------------------------
No Crimes selected for inclusion on the I-213.
Records Checked
---------------
NLETS Pos
NCIC Pos
O Neg
CIS Neg
CLAIM Neg
EARM Neg


Record of Deportable/Excludable Alien:

...(CONTINUED ON I-831)
```

C 7780 MAHER
Deportation Officer
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges _____ (Date/Initials)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: C 7780 MAHER |
| | on: October 28, 2019    (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: NELLIGAN, M 4307 |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security                     Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| GONZALES-SAM, ERNESTO | 216 305 146<br>Event No: PRO2010000149 | 10/28/2019 |

GONZALES-SAM, Ernesto, herein referred to as Subject, was encountered on 10/28/2019 at the ACI Cranston, RI during foreign born inmate screenings.

ALIENGE & REMOVABILITY: On October 28, 2019 Deportation Officer Maher interviewed subject at the ACI in Cranston, RI. Officer Maher displayed his agency issued credentials, & asked to speak to subject regarding his identity, nationality, & criminal history. Subject freely admitted that he would speak to me. Subject claims to be a citizen and national of Guatemala who crossed the border unlawfully in Arizona sometime in 2011.

IMMIGRATION HISTORY: System checks indicate no legal or lawful crossings into the United States. Subject claims to have entered the United States unlawfully by crossing the United States border with Mexico somewhere in Arizona in 2011. Subject claims that he was not inspected at a Port of Entry. System checks indicate negative applications for subject.

DERIVATIVE CITIZENSHIP DATA: Subjects' mother, Tereza Gonzales, is a citizen & national of Guatemala. System checks for mother negative. Subjects' father, Andres Sam-Sam, is a citizen & national of Guatemala. System checks for father negative. Derivative citizenship non-applicable.

CRIMINAL HISTORY: Subject was arrested by Providence, RI Police Department on 10/26/19 for Domestic Violence. Subject being held at ACI without bail and has hearing at 6th District Court on 10/28/2019.

GANG INFO: Subject claims he is not involved in any gang related activity.

CREDIBLE FEAR: Subject makes no claim of fear of returning to Guatemala.

MILITARY SERVICE: Subject makes no claim of US Military service.

HEALTH: Subject claims good health & is not taking any medications.

CHILD/CUSTODY ISSUE: Subject claims two minor Guatemalan children here in Rhode Island & none in Guatemala.

RECOMMENDATION: WA /NTA - Detain in the custody of the service until hearing with Immigration Judge.

MISCELLANEOUS: During interview at ACI, subject had in his possession his Guatemalan Birth Certificate, Guatemalan National ID, & a valid Guatemalan Passport (#601078465), which is now in ICE custody. I200/I247 will be lodged at both the ACI & 6th District Court.

Other Identifying Numbers
-------------------------------------
ALIEN-216305146
State Criminal Number/State Bureau Number-RI10431298 (RHODE ISLAND UNITED STATES)
Inmate Number - State Prison-160821 (RHODE ISLAND UNITED STATES)
  COMMENT: ACI#
Foreign Identification Number-1685495571414 (GUATEMALA)
  COMMENT: GUATE. NAT'L ID

| Signature | Title |
|---|---|
| C 7780 MAHER | Deportation Officer |

2 of 2 Pages

Form I-831 Continuation Page (Rev. 08/01/07)