# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## DISTRICT COURT

### NO CONTACT ORDER - DOMESTIC

☐ Second Division  ☐ Third Division  ☐ Fourth Division  ☒ Sixth Division

**State of Rhode Island**
v.
**Defendant:** Ernesto Gazales

**Case Number:**

**Bureau of Criminal Identification Number:**

**Law Enforcement Agency:** PPD

**Date of Birth:** [redacted]

It is hereby ORDERED

that the above-named Defendant is enjoined and restrained from any contact with the alleged victim, _____, whose date of birth is _____. It is further ordered that the Defendant shall not harass, interfere with, molest, or threaten the victim in any manner, directly or indirectly. This Order is effective immediately and shall remain in effect until _court ordered_.

☒ A violation of this Order will subject the violator to possible arrest and further action by the court.

☒ A violation of the Order is a criminal offense under G.L. 1956 § 12-29-4 and will subject the violator to arrest.

A person subject to this Order who possesses, transports, or receives any firearms or ammunition may be subject to federal prosecution under 18 U.S.C.A. § 922(g)(8), punishable by up to ten (10) years in prison.

**Signature of the Defendant:** _Ernesto J m_   **Date:** 10/26/19

**Address:**

Entered as an Order of the court on 10/26/19.

_R. Alves, JP_
Judicial Officer

Copy 1 – Court   Copy 2 – Defendant   Copy 3 – Victim   Copy 4 – Police

DC-27 (revised October 2017)

