Printed on 06/08/2020 at 11:29 AM

**6th Division District Court**

### Case Summary

#### Case No. 61-2019-11242

11/26/2019    Bench Warrant Issued

---

### Hearings

10/09/2019   **Arraignment**   (9:00 AM)   (Judicial Officer: Woodcock-Pfeiffer, Pamela)
*Hearing Concluded*

10/23/2019   **Pretrial Conference**   (9:00 AM)   (Judicial Officer: Goldman, Brian A.)
*Hearing Continued*

10/28/2019   **Presented as a Violator**   (9:00 AM)   (Judicial Officer: Jabour, Christine S.)
10/28/2019 Reset by Court to 10/28/2019
*Hearing Concluded*

11/06/2019   *CANCELED* **Pretrial Conference**   (9:00 AM)   (Judicial Officer: Goldman, Brian A.)
*Presented as a Violator*

11/12/2019   **Bail Violation Hearing**   (9:00 AM)   (Judicial Officer: Caruolo, James J.)
*Admits to Violation*

11/26/2019   **Pretrial Conference**   (9:00 AM)   (Judicial Officer: Pirraglia (Retired), Robert K.)
*Defendant Does not Appear*

---

### Bond Settings

10/06/2019   **Bond Setting**
 Personal Recognizance $5,000.00 Any
Conditions:
     - Domestic No Contact Order

10/28/2019   **Amended Bond Setting**
Held Without Bail

11/12/2019   **Bond Setting**
 Personal Recognizance $5,000.00 Any
Conditions:
     - Domestic No Contact Order

11/26/2019   **Bond Setting**
Held Without Bail

Printed on 06/08/2020 at 11:29 AM