[redacted]

| | |
|---|---|
| 0/28/2019 | No Contact Order |
| 0/28/2019 | Remand Issued |
| 1/12/2019 | Remand Issued |
| 1/12/2019 | Writ of Habeas Corpus Issued |
| 1/12/2019 | Entry of Appearance |

<div style="text-align:center">

**6th Division District Court**

**Case Summary**

**Case No. 61-2019-12045**

</div>

| | |
|---|---|
| 11/26/2019 | Bench Warrant Issued |

## Hearings

10/28/2019  **Arraignment**  (9:00 AM)   (Judicial Officer: Jabour, Christine S.)
    *Hearing Concluded*

11/12/2019  **Trial**  (9:00 AM)   (Judicial Officer: Caruolo, James J.)
    *Hearing Concluded*

11/26/2019  **Pretrial Conference**  (9:00 AM)   (Judicial Officer: Pirraglia (Retired), Robert K.)
    *Defendant Does not Appear*

## Bond Settings

10/28/2019  **Amended Bond Setting**
    Surety $2,000.00 (@10%  $200.00) Any
    Conditions:
        - Domestic No Contact Order

11/12/2019  **Bond Setting**
    Personal Recognizance $2,000.00 Any
    Conditions:
        - Domestic No Contact Order

11/26/2019  **Bond Setting**
    Held Without Bail