## WITNESS STATEMENT

CCR# 19-109186

Time 11:05
Date 10/25/19
Place 78 Ford Flr 2

I, _____, voluntarily, without threats or promises, make the following statements:

Q: What is your name?
A: Melina Parkinson

Q: What is your present address?
A: 78 Ford St. Flr 2

Q: What is your present phone number?
A: 573-647-6523

Q: [redacted]th?
A: [redacted]

Q: What is your occupation?
A: Subway Sandwich maker

Around 11 this evening, I started to hear an argument break out between my two neighbors, [redacted] and Nelson(?). This argument quickly got very loud and I soon heard the sounds of banging against walls, muffled/choking screaming. My boyfriend Jordan opened our door to see if everyone was okay. The couple was in a locked room belonging to them, while the kids stood in the kitchen crying.

Signature: [signed] 10/25/19



# Special Victims Unit
# Witness Statement

Time and date of incident: 10/25/19 2302hrs  Statement Date/Time: 10/25/19 2302hrs

Place of occurrence: 79 Ford St.

CCR #: 19-109186

Your Name: ███████  Your DOB: unknown D.O.B

Your Address: 79 Ford St  Your Telephone #: ███████

Suspect's Name: Sam Gonzalez  Suspect's DOB: ███████

Suspect's Address: 79 Ford St  Suspect's Telephone #:

Place Defendant Frequents: The above address

Witness Information:

Describe what happened in detail: (include weapons used, injuries sustained, your relationship to the defendant) I was home when Sam Gonzalez arrived to the house drunk, at approximately 10:40pm. He then started a verbal argument with me, at which point he then grabbed me by my hair. I would also want to add that I am currently 2 month pregnant.

Ptlm Ramos filled out witness statement for ███████ because she was unable to because was unable to read and write.

Complainant signature: A I S       (Continued on Other Side) ☐Yes ☐No

Investigating officer signature: ███████

# WITNESS STATEMENT

CCR# 19-109186

Time 11:05
Date 10/25/19
Place 178 Ford st Floor 2

I, _____, voluntarily, without threats or promises, make the following statements:

Q: What is your name?
A: Jordan Zarokostas

Q: What is your date of birth?
A: [redacted]

Q: What is your present address?
A: 83 Francis Ave Pawtucket RI

Q: What is your occupation?
A:

Q: What is your present phone number?
A: 401 9358108

heard pushing screaming and choking

Signature: _____ 10/25/19



# Special Victims Unit
# Witness Statement

Time and date of incident: 2133 10/5/19   Statement Date/Time: 2133 10/5/19

Place of occurrence: 78 Ford St

CCR #: 19-101582

Your Name: ███   Your DOB: ███

Your Address: 78 Ford St Prov RI   Your Telephone #: ███

Suspect's Name: Ernesto Gonzales   Suspect's DOB: ███

Suspect's Address: 78 Ford St Prov RI   Suspect's Telephone #:

Place Defendant Frequents:

Witness Information:

Describe what happened in detail: (include weapons used, injuries sustained, your relationship to the defendant) I was home and my husband came home intoxicated, we were in a verbal argument because he was talking to another female. He became upset and stepped on his own phone breaking the screen. He became aggressive and grabbed me by the neck. I then scratched his face.

Patrolman Malloy completed this witness statement.

Complainant signature: AIS

(Continued on Other Side)  ☐ Yes  ☒ No

Investigating officer signature: [signature] #311