# Providence Incident Report

## Summary

| | | |
|---|---|---|
| **Print Date/Time:** 11/14/2019 08:32 | | Providence Police Department |
| **Login ID:** lprete | **ORI Number:** | RI0040900 |
| **Case Number:** 2019-00101586 | | |

## Case

| | | | |
|---|---|---|---|
| **Case Number:** 2019-00101586 | | **Incident Type:** | Assault,Simple |
| **Location:** 78 FORD ST | | **Occurred From:** | 10/05/2019 21:33 |
| Providence, RI 02907 | | **Occurred Thru:** | 10/05/2019 21:33 |
| **Reporting Officer ID:** 17083 – Malloy | | **Disposition:** | |
| | | **Disposition Date:** | |
| | | **Reported Date:** | 10/05/2019 21:33 Saturday |

## Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13B | 11-5-3/A | DOMESTIC-SIMPLE ASSAULT/BATTERY | 1 |

## Subjects

| Type | No. Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|
| Suspect | 1 GONZALES, ERNESTO | 78 FORD ST 2nd Fl Providence, RI 02907 | | White | Male | 30 |
| Victim | 1 ████████ | 78 FORD ST Providence, RI 02907 | | White | Female | 27 |

## Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| 103544 A | GONZALES, ERNESTO | 78 FORD ST Providence, RI 02907 | 10/05/2019 21:33 | Taken Into Custody | 30 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

## Vehicles

| No. Role | Vehicle Type | Year Make | Model | Color | License Plate State |
|---|---|---|---|---|---|

## Case Narrative 19-101586

On October 5, 2019 at approximately 2133 hours, Police were dispatched to the area of 78 Ford St for a report of male subject who was hit by his wife. Upon arrival, police observed a male subject, later identified as Ernesto Gonzales-DOB █████ standing on the sidewalk in front of the above mentioned address with several scratches on his face. Gonzales was also observed to be highly intoxicated with bloodshot eyes and lack of balance. Police attempted to speak with him but had difficulty understanding due to the language barrier. With the little information that was gathered, police were told that his wife had assaulted him and she was still upstairs.

Police proceeded upstairs to the apartment and made contact with the female subject, later identified as █████████████ DOB █████████████████, who was sitting on the floor with her children (approx. 6 yrs and 12 yrs of age), crying hysterically. Again, due to the language barrier, police could not fully understand the situation, but █████ began pointing to her neck. With this gesture, police responded back downstairs and handcuffed Gonzales and seated him the rear of the marked police cruiser pending the investigation.

Car 293 Patrolman Torres responded to the scene and was able to translate. █████ stated to police that Gonzales came home heavily intoxicated. █████ had found out that he had been with another female and they began arguing. Gonzales became upset and stepped on his own phone causing the screen to smash. Gonzales pushed him so he would stop smashing the phone when he then grabbed her by the neck, █████ quickly began scratching his face in self-defense at which point he let go. Gonzales then went downstairs and called police.

Police observed redness to the right side of neck but no serious injuries. █████ stated she he only grabbed her by the neck for a brief moment but did not actually choke her.

Rescue responded and treated Gonzales for his injuries and was later transported to Central Station where he will be held. Police completed a witness statement and DV/SA form for Ixcuna.

Car 245 Sgt. Sollitto was on scene.

This information will be forwarded to SVU for further investigation and charging.

# Providence Incident Report

## Summary

**Print Date/Time:** 11/14/2019 08:33
**Login ID:** lprete
**Case Number:** 2019-00109186

**ORI Number:**

Providence Police Department
RI0040900

### Case

| | |
|---|---|
| **Case Number:** 2019-00109186 | **Incident Type:** Assault,Simple |
| **Location:** 78 FORD ST 2nd Fl | **Occurred From:** 10/25/2019 23:02 |
| Providence, RI 02907 | **Occurred Thru:** 10/25/2019 23:02 |
| **Reporting Officer ID:** 18167 - Ramos | **Disposition:** |
| | **Disposition Date:** |
| | **Reported Date:** 10/25/2019 23:02 Friday |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13B | 11-5-3/A | DOMESTIC-SIMPLE ASSAULT/BATTERY | 1 |
| 2 | State | 90Z | 12-29-4/A | VIOLATION -NO CONTACT ORDER | 1 |

### Subjects

| Type | No. Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|
| Suspect | 1  GONZALES, ERNESTO | 78 FORD ST 2nd Fl Providence, RI 02907 | | White | Male | 01/12/1989 30 |
| Victim | 1 | ▮▮▮▮ | ▮▮▮▮ | White | Female | ▮▮▮ 27 |
| Witness | 1  PARKINSON, MELINA | 78 FORD ST 2ND Providence, RI 02907 | (573)647-6523 | White | Female | 05/27/1998 21 |
| Witness | 2  Zarokostas, Jordan | 83 FRANCIS ST Pawtucket, RI 02860 | | White | Male | 10/12/1996 23 |

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| 103903 A | GONZALES, ERNESTO | | 10/26/2019 23:02 | Taken into Custody | 30 |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. Item No. |
|---|---|---|---|---|---|---|

### Vehicles

| No. Role | Vehicle Type | Year Make | Model | Color | License Plate State |
|---|---|---|---|---|---|

## Domestic

On October 26, 2019, at approximately 2302hrs, Police were dispatched to 78 Ford St. for a Domestic Disturbance. Upon arrival, Police were approached by two witness outside the residence Melina Parkinson (D.O.B ████████, 573-647-6523), and Jordan Zarkokostas (D.O.B ████████ 401-935-8108), who stated to Police that they live inside the residence when they overheard a physical altercation between Ernesto Gonzalez (D.O.B ████████), and ████████ (UNKNOWN D.O.B.), while they were in the other bedroom. Parkinson stated to Police that she heard an argument that quickly got really loud between Ernesto and ████████ that followed by a banging noise against the walls that sounded like a muffled choking noise and screaming. Police were then directed to the third floor apartment.

Police made their way upstairs to the third floor and observed the door being open. Police made their way inside the residence and observed ████████ in the kitchen with her two kids, ████████ (13 years-of-age) and ████████ (6 years of age) who were observed to be scared and crying. ████████ pointed to Police the bedroom that Ernesto was located in, at which point Police then approached the bedroom door that was closed at the time. Police knocked on the door which was then opened by Ernesto, Police immediately Placed handcuffs (DL) on Ernesto and conducted a pat down for Officer Safety who was then placed in the rear of a marked cruiser.

████████ stated that she and Ernesto were involved in a verbal altercation after he arrived home drunk from work. ████████ then stated that Ernesto began to physically assault her by pulling her by her hair. ████████ also stated to Police that she is currently two month pregnant.

████████ refused a medical attention but did fill out a DV/SA form long with a witness statement.

It should be noted that Police did not observe any marks or bruises on Andrea at the time of the Incident.

It should be noted that Ernesto has a Restraining Order no Contact Order case# 61-2019-11242 that was issued 10/6/2019 with the above victim.

Ernesto was transported to Central Station where he will be held till the next session of 6TH District Court.

Sgt. Muldoon was notified.

TOT SVU.

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

# DISTRICT COURT

## NO CONTACT ORDER - DOMESTIC

☐ Second Division    ☐ Third Division    ☐ Fourth Division    ☑ Sixth Division

| State of Rhode Island | Case Number |
|---|---|
| **v.** | |
| **Defendant** *Ernesto Gonzalez* | **Bureau of Criminal Identification Number** |
| **Law Enforcement Agency** *PPD* | **Date of Birth** ▮▮▮▮▮ |

### It is hereby
### ORDERED

that the a▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ained and restrained from any contact with the alleged victim ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ whose date of birth is ▮▮▮▮▮▮▮. It is further ordered that the Defendant shall not harass, interfere with, molest, or threaten the victim in any manner, directly or indirectly. This Order is effective immediately and shall remain in effect until _____ *court ordered* .

☑ A violation of this Order will subject the violator to possible arrest and further action by the court.

☑ A violation of the Order is a criminal offense under G.L. 1956 § 12-29-4 and will subject the violator to arrest.

**A person subject to this Order who possesses, transports, or receives any firearms or ammunition may be subject to federal prosecution under 18 U.S.C.A. § 922(g)(8), punishable by up to ten (10) years in prison.**

| Signature of the Defendant | Date |
|---|---|
| | *10/26/12* |
| **Address:** | |

| Entered as an Order of the court on | |
|---|---|
| *10/26/19* | *R. Allen, In* |
| | Judicial Officer |

Copy 1 – Court      Copy 2 – Defendant      Copy 3 – Victim      Copy 4 – Police

DC-27 (revised October 2017)



STATE OF RHODE ISLAND     AND PROVIDENCE PLANTATIONS

# DISTRICT COURT

## X Providence/Bristol County
Garrahy Judicial Complex
One Dorrance Plaza
Providence, Rhode Island 02903
*(401) 458-5400 Voice

## __ Newport County
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840
*(401) 841-8350 Voice

## __ Kent County
Noel Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886
*(401) 822-6750 Voice

## __ Washington County
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879
*(401) 782-4131 Voice

RHODE ISLAND          :

V.                    :          COMPLAINT NO. ___61-19-12045___

 Gonzales           :

## NOTICE OF MISDEMEANOR COURT DATES

ollowing court dates have been set on the above-named case:

~~Trial Conference Date~~  VBL1 T  11-12-19  Courtroom  4E

l Date _____  Courtroom _____

### All Court Dates at 9:00 A.M.

OU DO NOT APPEAR, A WARRANT WILL BE ISSUED AND YOU WILL BE
ESTED AND YOU WILL OWE BAIL MONEY AND A $125 WARRANT FEE
THE STATE !

You have also been referred to the Public Defender's Office to determine
u are eligible to be represented by one of their lawyers. **Their offices are located on
irst floor of each courthouse listed above. GO THERE AS SOON AS POSSIBLE!

(401) 458-3050 Providence/Bristol County
(401) 841-8320 Newport County

**(401) 822-6875 Kent County
**(401) 782-4180 Washington County

ORDERED:
JEANNE E. LaFAZIA
CHIEF JUDGE

JED: ✗ Fr ICr to consuler
_____
(Defendant)

mmodation for a disability is necessary, please contact the specific District Court Clerk's Office at the
: numbers listed above as soon as possible. TTY users through Rhode Island Relay at 7-1-1 or
5-5555 (TTY) to voice number.

### Online Detainee Locator System
### PRIVACY NOTICE
**\* \* \* \* This notice is not applicable to detainees under the age of 18. \* \* \* \***

U.S. Immigration and Customs Enforcement (ICE) will include limited personal information about you in the Online Detainee Locator System, a publicly searchable Internet database. While any person can use the Detainee Locator, it is intended to assist family members, friends, and legal representatives in locating persons who are in ICE custody.

The following personal information will be made available in the Detainee Locator: your full name, your year of birth, your country of birth, your custodial status ("in custody" or "not in custody"), and your current detention facility. The Detainee Locator also provides the address, phone number, and website for your current detention facility, and contact information for the ICE Enforcement and Removal Operations (ERO) office that is handling your immigration case.

People using the Detainee Locator may search for you by entering your country of birth, and either your Alien Registration Number (A-Number) <u>or</u> your first and last name. To search the Detainee Locator by name, the name entered must be an *exact match* to your name in the Detainee Locator. **It is important that you tell relatives your two names that appear in the locator system.**

**Disclosure of Your Information:** Information about you in the Detainee Locator will be shared with any person who conducts a search using your A-Number and/or exact first/last name, and your country of birth. Your information will remain in the Detainee Locator while you are in ICE custody and for 60 days after you are released from ICE custody (for any reason) or removed from the United States.

**Note:** Under Federal law (8 U.S.C. § 1367(a)(2) and (b)(4)), ICE may not disclose information relating to any individual who has a pending or approved petition for benefits under the Violence Against Women Act (VAWA), or a pending or approved request for a T Visa *(trafficking victim)* or a U Visa *(victim of certain crimes)* without first obtaining that individual's consent to the disclosure. Accordingly, ICE will not place any information about you into the Detainee Locator if you have a pending or approved VAWA petition or request for T or U Visa, unless you consent. <u>Please notify the ICE officer if you have a pending or approved VAWA petition or request for T or U Visa.</u> You will be asked to sign a separate form indicating whether you consent to disclosing your information to third parties through the Detainee Locator.

**Authority:** Collection and use of your information in this manner is authorized by the Immigration and Nationality Act and the Illegal Immigration Reform and Immigrant Responsibility Act (Title 8, United States Code), and the Homeland Security Act (P.L. 107-296).

6th Division District Court

## Case Summary

Case No. 61-2019-11242

| | | | |
|---|---|---|---|
| State of Rhode Island v. Ernesto Gonzales | | § | Location: **6th Division District Court** |
| | | § | Filed on: **10/07/2019** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: Misdemeanor Case Status: **10/07/2019** Open |
|---|---|---|---|---|---|
| Jurisdiction: **Providence Police Department** | | | | | |
| 1. Domestic Violence - Simple Assault and/or Battery - 1st Offense | 11-5-3(b) and 12-29(a)(1) | M | 10/05/2019 | 10/07/2019 | |
| Arrest | | | | | |

---

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **State of Rhode Island** | |
| **Defendant** | **Gonzales, Ernesto** DOB: ▮▮▮▮▮ SID: 10431298 | **MCKITTRICK, JULIANA** *Retained* |
| **Agency** | **PROVIDENCE POLICE DEPARTMENT** SID: @11806264 | |

---

### Case Events

| | |
|---|---|
| 10/07/2019 | Order Accepted into BCI |
| 10/07/2019 | Criminal Complaint Filed |
| 10/07/2019 | No Contact Order |
| 10/07/2019 | Bail and Recognizance Conditions |
| 10/07/2019 | Notice of Court Date |
| 10/09/2019 | Not Guilty Plea Entered |
| 10/09/2019 | Referred to the Public Defender |
| 10/09/2019 | Waiver of Jury Trial |
| 10/09/2019 | No Contact Order |
| 10/23/2019 | Entry of Appearance |
| 10/28/2019 | 46G Violation Filed |
| 10/28/2019 | Remand Issued |
| 10/28/2019 | Writ of Habeas Corpus Issued |
| 11/12/2019 | Remand Issued |

---

### Hearings

10/09/2019 **Arraignment** (Judicial Officer: Woodcock-Pfeiffer, Pamela)

Printed on 11/13/2019 at 1:52 PM

## Case Summary

### Case No. 61-2019-11242

*Hearing Concluded*

10/23/2019   **Pretrial Conference**   (Judicial Officer: Goldman, Brian A.)
                 *Hearing Continued*

10/28/2019   **Presented as a Violator**   (Judicial Officer: Jabour, Christine S.)
                 10/28/2019 Reset by Court to 10/28/2019
                 *Hearing Concluded*

11/06/2019   *CANCELED* **Pretrial Conference**   (Judicial Officer: Goldman, Brian A.)
                 *Presented as a Violator*

11/12/2019   **Bail Violation Hearing**   (Judicial Officer: Caruolo, James J.)
                 *Admits to Violation*

11/26/2019   **Pretrial Conference**

---

## Bond Settings

---

10/06/2019   **Bond Setting**
                 Personal Recognizance $5,000.00 Any
                 Conditions:
                     - Domestic No Contact Order

10/28/2019   **Amended Bond Setting**
                 Held Without Bail

11/12/2019   **Bond Setting**
                 Personal Recognizance $5,000.00 Any
                 Conditions:
                     - Domestic No Contact Order

         Printed on 11/13/2019 at 1:52 PM

6th Division District Court

## Case Summary

Case No. 61-2019-12045

| | | | |
|---|---|---|---|
| State of Rhode Island v. Ernesto Gonzales | § | Location: | **6th Division District Court** |
| | § | Filed on: | **10/26/2019** |

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | Case Type: | Misdemeanor |
|---|---|---|---|---|---|---|
| | | | | | Case Status: | **10/26/2019  Open** |

Jurisdiction: **Providence Police Department**

| | | | | | |
|---|---|---|---|---|---|
| 1. Domestic Violence - Simple Assault and/or Battery - 1st Offense | 11-5-3(b) and 12-29(a)(1) | M | 10/25/2019 | 10/26/2019 | |
|    Arrest | | | | | |
| 2. Domestic Violence - Criminal Violation of No Contact Order - 1st Offense | 12-29-4 | M | 10/25/2019 | 10/26/2019 | |
|    Arrest | | | | | |

---

### Party Information

| | | |
|---|---|---|
| **Plaintiff** | **State of Rhode Island** | |
| **Defendant** | **Gonzales, Ernesto** | **CASEY, MARTINE** |
| | DOB: ▓▓▓▓▓▓ | *Public Defender* |
| | SID: 10431298 | |
| **Agency** | **PROVIDENCE POLICE DEPARTMENT** | |
| | SID: @11806264 | |

---

### Case Events

| | |
|---|---|
| 10/26/2019 | Criminal Complaint Filed |
| 10/28/2019 | Order Accepted into BCI |
| 10/28/2019 | Order Accepted into BCI |
| 10/28/2019 | Not Guilty Plea Entered |
| 10/28/2019 | Referred to the Public Defender |
| 10/28/2019 | Waiver of Jury Trial |
| 10/28/2019 | No Contact Order |
| 10/28/2019 | Remand Issued |
| 11/12/2019 | Remand Issued |
| 11/12/2019 | Writ of Habeas Corpus Issued |
| 11/12/2019 | Entry of Appearance |

---

### Hearings

10/28/2019   **Arraignment**   (Judicial Officer: Jabour, Christine S.)
         *Hearing Concluded*

Printed on 11/13/2019 at 3:40 PM

## Case Summary

### Case No. 61-2019-12045

11/12/2019  **Trial** (Judicial Officer: Caruolo, James J.)
*Hearing Concluded*

11/26/2019  **Pretrial Conference**

---

## Bond Settings

---

10/28/2019  **Amended Bond Setting**
Surety $2,000.00 (@10%  $200.00) Any
Conditions:
- - Domestic No Contact Order

11/12/2019  **Bond Setting**
Personal Recognizance $2,000.00 Any
Conditions:
- Domestic No Contact Order