UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br><br>20-CV-216-MSM-PAS |

## **NOTICE**

On June 10, 2020, the Court inquired regarding alcohol and related counselling services available to all detainees, including ICE detainees, at the Wyatt, as well as the status of group alcohol counselling meetings. By text order, the Court subsequently directed the parties to make a filing on this issue relative to Detainee Michael Lasota, however Mr. Lasota was subsequently administratively released. As Petitioners inquired earlier today on this issue, however, the Federal Respondents are today filing the attached declarations of Ronald LaBonte, Nicole Rodrigues, and Kristen Damaso.

1

Dated June 18, 2020

                                              Respectfully submitted,

                                              AARON L. WEISMAN
                                              United States Attorney

                                              */s/ Bethany N. Wong*
                                              Zachary A. Cunha (Bar No. 7855)
                                              Bethany N. Wong
                                              Richard B. Myrus
                                              Assistant U.S. Attorneys
                                              United States Attorney's Office
                                              50 Kennedy Plaza, 8th Floor
                                              Providence, RI 02903
                                              401-709-5000


## CERTFICATE OF SERVICE

     I hereby certify that, on June 18, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

                                       By:    */s/ Bethany N. Wong*
                                                      Bethany N. Wong
                                                      Assistant United States Attorney