## DECLARATION OF RONALD LABONTE, HSA, CCHP

I, Ronald LaBonte, HSA, CCHP, Health Services Administrator of the Donald W. Wyatt Detention Facility ("Facility") pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years old and competent to testify as to the matters set forth in this Declaration.

2. I am the Facility's Health Services Administrator and a Certified Correctional Health Professional (CCHP). I have over 25 years of service experience in health care within the correctional environment.

3. I offer this Declaration to generally describe the Facility's alcohol detoxification process.

4. Depending on the patient, and the quantity of alcohol consumed, we have a protocol we follow.

5. Patients are assessed for different symptoms including vital signs, gastrointestinal distress, level of consciousness, ability to sleep, sweats, shakes, and speech.

6. Depending on the severity of the symptoms, we use medications that are in the benzodiazepine class, normally Ativan and/or Librium. These medications mimic alcohol in the body allowing the internal organs to adapt to the absence of alcohol.

7. Patients are often provided support for diarrhea with Imodium, and pain is managed with Motrin (Tylenol is contraindicated due to effects on liver).

8. The provider is kept informed as to the detoxification progress and the patient will

be sent to local emergency resources if his or condition deteriorates.

Executed on June 11, 2020.

_____
Ronald LaBonte, HSA, CCHP,
Health Services Administrator