## DECLARATION OF NICOLE RODRIGUES

I, Nicole Rodrigues, Mental Health Director of the Donald W. Wyatt Detention Facility ("Facility") pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years old and competent to testify as to the matters set forth in this Declaration.

2. As the Facility's Mental Health Director, I am responsible for, among other things, ensuring our detainees receive the mental health services they request or require.

3. These services include, but are not limited to, talk therapy, group therapy (when available), and providing workbooks upon request on specific issues such as Cognitive Behavioral Therapy (CBT), criminal thinking, sex offender rehabilitation, and substance abuse.

4. The Facility's Spanish-speaking mental health counselor conducts rounds in Mr. ▮▮▮▮ unit (J-2) every Tuesday and Thursday (and also sometimes Friday) for five hours each day. During these sessions, detainees are free to speak with the counselor on any topic they wish as it relates to their well-being. Based on my review of ▮▮▮▮

5. Finally, I reviewed the Facility's kiosk request manager which is where detainees can request health services or express other needs. ▮▮▮▮

Executed on June ___, 2020.

_____
Nicole Rodrigues, Mental Health Director,
Donald W. Wyatt Detention Facility