# DECLARATION OF KRISTEN DAMASO

I, Kristen Damaso, Programs Director of the Donald W. Wyatt Detention Facility ("Facility") pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years old and competent to testify as to the matters set forth in this Declaration.

2. As the Facility's Programs Director, I am responsible for, among other things, planning, coordinating, and running the Facility's various programs available to detainees.

3. Prior to the coronavirus pandemic, the Facility welcomed Alcoholics Anonymous volunteers generally on a weekly basis to run meetings in the Facility and to meet the needs of the detainees. However, unfortunately, with the onset of the pandemic, the Facility has had to temporarily suspend its outside programs in an effort to minimize the number of outside individuals entering the Facility.

4. The Facility used to have a contract with a division of University of Rhode Island (URI) which provided Anger Management/Substance Abuse programs for the detainees. This contract expired earlier this year, but URI unexpectedly chose not to renew the contract. As the Facility began seeking a replacement vendor for these services, the pandemic occurred which has impacted the Facility's ability to find and secure a replacement vendor for these programs.

5. Notwithstanding the pandemic, it remains a priority for the Facility to find a replacement for these programs as quickly as possible.

Executed on June 18, 2020.

_____
Kristen Damaso, Programs Director, Donald W. Wyatt Detention Facility