UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br><br>20-CV-216-MSM-PAS |

### ORDER SETTING CONDITIONS OF BAIL FOR CLASS MEMBER RONNY MONTENEGRO-BORJA

Pursuant to, and in accordance with, this Court's findings on the record at a bail hearing held in this matter on June 22, 2020 with respect to a request for temporary release from custody at the Wyatt Detention Facility owing to COVID-19, made on behalf of ICE Detainee RONNY MONTENEGRO-BORJA, the Court ORDERS that Mr. Montenegro-Borja is to be released by 12:00 PM on JUNE 23, 2020, pursuant to the following release plan:

    A. Designated Residence/Address for 14 Day Quarantine Period:

       __3 Botsford Street, Meriden, CT 06451_____

    B. Custodian during 14 Day quarantine period:
        a. Name:   __Haydee Rodriguez_____
        b. Phone number:__413-417-4609_____

      c.  Email:  __haydee1997@icloud.com__

  C.  Designated Residence/Address after 14 Day Quarantine Period: _____same_____

  D.  Custodian after 14 Day quarantine period:
     a.  Name:   ___same___
     b.  Phone number:_____
     c.  Email:_____

Your release is subject to following conditions:

1) You shall not commit any offense in violation of federal, state, or local law while on release in this case;

2) If the Court orders you to surrender, you will do so at the date, time, and location set by the Court;

3) Upon release from custody, you are to follow Centers for Disease Control ("CDC") recommended precautions for the quarantine of individuals who may have been exposed to COVID-19, including to stay at home for 14 days after leaving the facility;

4) During and after the 14-day quarantine, you shall adhere to all applicable CDC recommended social-distancing guidelines and other orders and recommendations issued by federal, state, or local governments designed to limit the spread of COVID-19;

5) During the period of your release, you are subject to, and shall abide by, all DHS/ICE/ERO Orders of Recognizance/Supervision unless such orders conflict with the orders of this Court. Your DHS/ICE/ERO Order of Recognizance/Supervision may include, but is not limited to, electronic monitoring;

6) You shall ask for the Court's permission to change the designated place or residence unless your situation requires the immediate change of the designated place (e.g., for safety reasons). In the latter case, you shall immediately advise the Court, counsel for petitioners/plaintiffs, and the U.S. Attorney in writing;

7) You shall be subject to home, video, or telephone visits by ICE (or a contractor hired by ICE) to confirm your compliance with the terms and conditions of this bail order. You shall appear for office visits at ICE (or the ICE contractor's office) as required by ICE;

8) You shall provide to Immigration and Customs Enforcement, a valid passport or travel document and provide any assistance deemed necessary by DHS/ICE ERO in facilitating your removal from the United States, if requested to do so;

9) You shall comply with any departure plan developed by DHS/ICE/ERO;

10) Special Conditions (if any):

    a. You will have no contact with the mother of your child, directly or indirectly, personally or through third parties, except that your mother may have contact with the mother of your child to facilitate your visitation with your child as permitted by any family court order permitting you visitation;

    b. You will appear before any court in which you are ordered to appear in any ongoing proceeding.

SO ORDERED THIS 22nd DAY OF JUNE, 2020

_____
HON. MARY S. McELROY
UNITED STATES DISTRICT JUDGE