IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OSCAR YANES, GAGIK MKRTCHIAN,** and **WENDELL RAFAEL BAEZ LOPEZ**, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>v.<br><br>**CHAD WOLF**, Acting Secretary, U.S. Department of Homeland Security; **MATTHEW T. ALBENCE**, Acting Director, U.S. Immigration and Customs Enforcement; **TODD LYONS**, Acting Field Office Director, U.S. Immigration and Customs Enforcement; **DANIEL W. MARTIN**, Warden, Donald W. Wyatt Detention Facility; and **CENTRAL FALLS DETENTION FACILITY CORPORATION**,<br><br>*Respondents-Defendants.* | Civil Action No. 1:20-cv-00216 |

### SUPPLEMENT TO BAIL REQUEST OF ELADIO PUIG MEDINA

In advance of Mr. Eladio Puig Medina's bail hearing on June 26, 2020, Petitioners-Plaintiffs hereby submit the attached Supplemental Declaration of Nick Horton, Co-Executive Director of OpenDoors. As an alternative to residing with his mother, Mr. Puig Medina is willing to be housed through the OpenDoors Program if released. OpenDoors operates a 14-unit housing facility at 700 Plainfield Street, Providence, Rhode Island, and provides structured, transitional housing for formerly incarcerated individuals. *See* Supplemental Declaration of Nick Horton, at ¶¶ 1–2. OpenDoors can provide support and additional monitoring of conditions upon Mr. Puig

1

Medina's release, including conducting random drug screenings and facilitating his participation in a substance abuse treatment program. *Id.* ¶¶ 12–14, 19–21. OpenDoors is also equipped to handle Spanish-speaking tenants. *Id.* ¶ 16.

Mr. Puig Medina is committed to attending a drug treatment program as part of his release, whether facilitated through OpenDoors or while staying with his family.

Dated: June 25, 2020                                    Respectfully Submitted,

/s/ Lindsey Kaley
Lindsey Kaley
American Civil Liberties Union Foundation,
Center for Liberty
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-549-2500
lkaley@aclu.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, I electronically filed the foregoing document with the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that the parties or their counsel of record registered as ECF Filers will be served by the CM/ECF system, and paper copies will be sent to those indicated as non-registered participants, if any.

/s/ Lindsey Kaley
Lindsey Kaley
American Civil Liberties Union Foundation,
Center for Liberty
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-549-2500
lkaley@aclu.org
