UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br><br>20-CV-216-MSM-PAS |
|---|---|

## NOTICE OF NEW ICE DETAINEE ADMISSION AND DETAINEE RELEASE

The Federal Respondents respectfully submit this notice to advise the Court and Petitioners that, earlier today, counsel were advised that one additional individual taken into ICE custody has been transferred into the Wyatt facility. The new detainee is:

| A# | Name | Age | Immigration Detention Status | Final Order of Removal | Country of Citizenship |
|---|---|---|---|---|---|
| 070397299 | Al-Mayahi, Majed | 57 | 8 U.S.C. § 1231 | Yes | Iraq |

1

As exhibits to this Notice, the Federal Respondents are providing the following documents:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Combined Criminal History: Dwayne D. Coke |
| B | Combined Criminal History: Majed Al Mayahi |
| C | Criminal History: Christian Granda Quizhpi |
| D | Police Report: Christian Granda Quizhpi |
| E | Docket: Rhode Island v. Quizhpi, 62-2020-04122 |

Finally, the Federal Respondents note that ICE has determined that it will administratively release one of the three detainees recently taken into custody at Wyatt and noted in Friday's filing with the Court: Selvin Escoto-Martinez. Mr. Escoto-Martinez will be released on an ICE order of supervision as soon as he provides requested housing and transportation details. There are accordingly now 25 ICE detainees at Wyatt, but that number will drop to 24 once Mr. Escoto-Martinez is released. The Federal Respondents will supplement their filings with any medical information for these detainees once it is received from the Wyatt facility.

Dated July 6, 2020

    Respectfully submitted,

    AARON L. WEISMAN
    United States Attorney

    */s/ Zachary A. Cunha*
    Zachary A. Cunha (Bar No. 7855)
    Bethany N. Wong
    Richard B. Myrus
    Assistant U.S. Attorneys
    United States Attorney's Office
    50 Kennedy Plaza, 8th Floor
    Providence, RI 02903
    401-709-5000

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on July 6, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

           By:  */s/ Zachary A. Cunha*
              Zachary A. Cunha
              Assistant United States Attorney