UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br><br>20-CV-216-MSM-PAS |

## NOTICE OF NEW ICE DETAINEE (USMS TO ICE TRANSFER)

The Federal Respondents respectfully submit this notice to advise the Court and the parties of an addition to the number of detainees in ICE custody at the Wyatt facility. Specifically, counsel have been advised that one individual previously in the custody of the United States Marshals Service and already detained at the facility was transferred into the custody of ICE:

| A# | Name | Age | Immigration Detention Status | Final Order of Removal | Country of Citizenship |
|---|---|---|---|---|---|
| 075870518 | PEREZ-ORTEGA, RAMIRO | 43 | 8 U.S.C. § 1231 | Yes | Guatemala |

1

With this filing, the Federal Respondents provide the following documents as exhibits:

A) Criminal history for this detainee;

B) Underlying judgment of conviction in *United States v. Perez-Ortega,* 20-CR-39-MSM (D.R.I.);

The Federal Respondents will file, under cover of a separate motion to seal, the Wyatt medical records pertaining to this individual once those are received.

Dated July 8, 2020

    Respectfully submitted,

AARON L. WEISMAN
United States Attorney

_/s/ Zachary A. Cunha_
Zachary A. Cunha (Bar No. 7855)
Bethany N. Wong
Richard B. Myrus
Assistant U.S. Attorneys
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000

## CERTIFICATE OF SERVICE

I hereby certify that, on July 8, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

By: _/s/ Zachary A. Cunha_
Zachary A. Cunha
Assistant United States Attorney