UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br><br>20-CV-216-MSM-PAS |

**NOTICE OF FOUR NEW ICE DETAINEE ADMISSIONS AND ONE USMS TRANSFER**

The Federal Respondents respectfully submit this notice to advise the Court and Petitioners that counsel have been advised that four additional individuals taken into ICE custody have been transferred into the Wyatt facility, and a fifth individual already in custody at the facility (Mr. Baez) has been transferred from USMS to ICE custody. This brings the total number of ICE detainees at the facility to 30 as of this writing.[1] The new detainees' information is as follows:

---

[1] As noted in the Federal Respondents July 6, 2020 filing (Docket 290), one newly admitted detainee, Selvin Escoto-Martinez, who was slated for administrative release, was in fact released.

1

| A# | Name | Age | Immigration Detention Status | Final Order of Removal | Country of Citizenship |
|---|---|---|---|---|---|
| 215557816 | Homem, Fernando DeOliveira | 35 | 8 U.S.C. § 1226(a) | No | Brazil |
| 043325971 | Baez, Twalso | 37 | 8 U.S.C. § 1231 | Yes | Dom. Rep. |
| 093334599 | Salgado, Luis | 28 | 8 U.S.C. § 1226(c) | No | Mexico |
| 209450744 | Franco Lara, Cesar | 36 | 8 U.S.C. § 1226(c) | No | Dom. Rep. |
| 209450744 | Perez-Santiago, Rafael | 53 | 8 U.S.C. § 1226(c) | No | Dom. Rep. |

As exhibit to this Notice, the Federal Respondents are providing the following documents, including a supplemental declaration from Alan Greenbaum regarding new admissions to Wyatt:

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Supplemental Declaration of Alan Greenbaum Regarding New Admissions to Wyatt |
| B. | Supplemental Declaration of Ronald LaBonte |
| C | Criminal History: Homem, Fernando DeOliveira |
| D | Criminal History: Salgado, Luis |
| E | Criminal History: Baez, Twaldo |
| F | Criminal History: Franco-Lara, Cesar |
| G | Criminal History: Perez-Santiago, Rafael |

The Federal Respondents are in the process of obtaining any relevant medical records for these detainees, and will supplement their filings with that information once it is received.

Dated July 13, 2020

    Respectfully submitted,

    AARON L. WEISMAN
    United States Attorney

    _/s/ Zachary A. Cunha_ _____
    Zachary A. Cunha (Bar No. 7855)
    Bethany N. Wong
    Richard B. Myrus
    Assistant U.S. Attorneys
    United States Attorney's Office
    50 Kennedy Plaza, 8th Floor

                                                  Providence, RI 02903
                                                  401-709-5000

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 13, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

                                        By:    */s/ Zachary A. Cunha*
                                                      Zachary A. Cunha
                                                      Assistant United States Attorney