UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>   *Petitioners-Plaintiffs*,<br><br>  -v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>   *Respondents-Defendants*. | Civil Action No.<br>20-CV-216-MSM-PAS |

## **NOTICE OF WYATT ICE DETAINEE TRANSFERRED TO USMS CUSTODY**

The Federal Respondents respectfully submit this notice to advise the Court and Petitioners that one detainee who was recently taken into custody by ICE and lodged at the Wyatt (*See* Docket No. 319), Luis Salgado, has been transferred into the custody of the United States Marshals Service, although, at least for the present, he remains at the Wyatt facility. Mr. Salgado had previously been noticed for execution of his order of removal on July 21, 2020 (*see* Docket No. 320), but has been transferred to USMS custody in light of the fact that he has been criminally

charged by complaint in this District in *United States v. Salgado,* 20-MJ-55-PAS.  This transfer brings the total number of ICE detainees at the facility to 28 as of this writing.[1]

Dated July 17, 2020

                                                  Respectfully submitted,

                                                  AARON L. WEISMAN
                                                  United States Attorney

                                                  */s/ Zachary A. Cunha*
                                                  Zachary A. Cunha (Bar No. 7855)
                                                  Bethany N. Wong
                                                  Richard B. Myrus
                                                  Assistant U.S. Attorneys
                                                  United States Attorney's Office
                                                  50 Kennedy Plaza, 8th Floor
                                                  Providence, RI 02903
                                                  401-709-5000

## CERTIFICATE OF SERVICE

     I hereby certify that, on July 17, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

                                            By:    */s/ Zachary A. Cunha*
                                                       Zachary A. Cunha
                                                       Assistant United States Attorney

---

[1] As per the Federal Respondents' July 8, 2020 filing (Docket 291), Manuel de Regla Florentino-Soto left the facility for execution of his order of removal on July 14, 2020.