UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br>20-CV-216-MSM-PAS |

### NOTICE OF PROPOSED EXECUTION OF ORDERS OF REMOVAL

Pursuant to this Court's Order dated May 19, 2020 (Docket No. 17), Respondents Wolf, Albence, and Lyons ("the Federal Respondents") hereby respectfully provide notice of their intent to carry out, on the schedule detailed below, the removal of the following detainees presently held at the Wyatt facility pursuant to 8 USC § 1231 pending final removal from the United States:

| Detainee Name | Age | Date of Departure from Wyatt | Date of Removal from the U.S. | Country Removed To: |
|---|---|---|---|---|
| Baez Rodriguez, Twaldo | 37 | 7/28/2020 | Week of 8/3 | Dom. Rep. |
| Puig Medina, Eladio | 42 | 7/28/2020 | Week of 8/3 | Dom. Rep. |

1

Dated: Providence, Rhode Island
       July 22, 2020

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

By: */s/ Zachary A. Cunha*
ZACHARY A. CUNHA (Bar No. 7855)
RICHARD B. MYRUS
BETHANY N. WONG
Assistant U.S. Attorneys
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5040 / Fax: (401) 709-5001
Zachary.Cunha@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on July 22, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

By: */s/ Zachary A. Cunha*
Zachary A. Cunha
Assistant United States Attorney