IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OSCAR YANES, GAGIK MKRTCHIAN,** and **WENDELL RAFAEL BAEZ LOPEZ**, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>v.<br><br>**CHAD WOLF**, Acting Secretary, U.S. Department of Homeland Security; **MATTHEW T. ALBENCE**, Acting Director, U.S. Immigration and Customs Enforcement; **TODD LYONS**, Acting Field Office Director, U.S. Immigration and Customs Enforcement; **DANIEL W. MARTIN**, Warden, Donald W. Wyatt Detention Facility; and **CENTRAL FALLS DETENTION FACILITY CORPORATION**,<br><br>*Respondents-Defendants.* | Civil Action No. 1:20-cv-00216 |

## UNOPPOSED MOTION TO AMEND DETAINEE'S DESIGNATED RESIDENCE

On June 12, 2020 this Court granted the bail request of class member Misael Maldonado Reyes (Dkt. No. 165) ("Order of Release"). Therein, the Order of Release instructs "You shall ask for the Court's permission to change the designated place or residence unless your situation requires the immediate change of the designated place (e.g., for safety reasons)." Mr. Maldonado Reyes hereby seeks the Court's permission to amend his designated place of residence. Respondents do not oppose this request. In particular, Mr. Maldonado Reyes seeks permission to amend his designated place of residence because his sister and appointed

1

custodian, Margarita Maldonado Reyes, will be moving out of her current apartment on July 31, 2020 and into a larger apartment to accommodate the needs of her family, including Mr. Maldonado Reyes.

The address identified as Mr. Maldonado's designated place of residence in the Order of Release is 137 Eutaw Street, Apartment 1, East Boston, Massachusetts (old residence). Mr. Maldonado Reyes will be relocating to 33 Emerald St, First Floor, Medford, Massachusetts (new residence). Petitioner requests that going forward the Court recognize his new address at 33 Emerald St, First Floor, Medford, Massachusetts as his designated place of residence according to his Order of Release. All other terms of release remain in place.

Dated: July 27, 2020

David C. Fathi**
Eunice H. Cho**
American Civil Liberties Union Foundation,
National Prison Project
915 15th St. NW, 7th Floor
Washington, DC 20005
T: 202-548-6616
dfathi@aclu.org
ECho@aclu.org

Omar Jadwat*
Michael K.T. Tan*
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
T: 212-549-2660
ojadwat@aclu.org
mtan@aclu.org

Respectfully Submitted,

s/ Natalie A. Bennett
Deborah S. Gonzalez, Esq., Bar No. 7931
Jared Goldstein*
Roger Williams University School of Law
Cooperating Attorneys, American Civil
Liberties Union Foundation of Rhode Island
1 Empire Street, Suite 435
Providence, RI 02903
T: 401-486-7230 (C)
dgonzalez@rwu.edu
jgoldstein@rwu.edu

Susan Baker Manning*
Natalie A. Bennett*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
T: 202-739-3000
susan.manning@morganlewis.com
natalie.bennett@morganlewis.com

| | |
|---|---|
| Morgan Russell*<br>American Civil Liberties Union Foundation,<br>Immigrants' Rights Project<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: 415-343-0770<br>IRP_MR@aclu.org | James P. Looby*<br>Alborz Hassani*<br>Morgan, Lewis & Bockius LLP<br>77 West Wacker Drive \| 5th Floor<br>Chicago, IL 60601<br>T: 312-324-1000<br>james.looby@morganlewis.com<br>al.hassani@morganlewis.com |
| Lindsey Kaley*<br>American Civil Liberties Union Foundation,<br>Center for Liberty<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: 212-549-2500<br>lkaley@aclu.org | Stephanie Faraci*<br>Morgan, Lewis & Bockius LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>T: 617-341-7700<br>stephanie.faraci@morganlewis.com |

*Counsel for Petitioners*

*\*Admitted Pro Hac Vice*
*\*\*Admitted Pro Hac Vice; not admitted in D.C., practice limited to federal courts*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 27, 2020, a true and correct copy of the foregoing was filed with counsel for all parties through the Court's Electronic Case Filing ("ECF") system.

                                              /s/ Natalie A. Bennett
                                              Natalie A. Bennett