UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br><br>20-CV-216-MSM-PAS |

## NOTICE OF ONE NEW ICE DETAINEE ADMISSION, AND ONE RELEASE

The Federal Respondents respectfully submit this notice to advise the Court and the parties of two changes to the number of detainees in ICE custody at the Wyatt facility. First, counsel are advised that one individual previously detained at the facility, Raul Mendoza, has been released from ICE custody in light of developments in his immigration case. Counsel have additionally been advised that new detainee has been transferred into the facility by ICE:

| A# | Name | Age | Immigration Detention Status | Final Order of Removal | Country of Citizenship |
|---|---|---|---|---|---|
| 071719621 | Omar, Omar Mohamed | 25 | 8 U.S.C. 1226(c) | No | Somalia |

1

With this filing, the Federal Respondents provide the following documents as exhibits:

A) Criminal history for detainee Omar

B) Denial of petition for habeas corpus in *Omar v. Moniz*, 20-10846-PBS (D.Mass., May 5, 2020)

C) Lewiston Police Arrest Report: 10/24/17

D) Lewiston Police Arrest Report: 7/2/18

Dated July 29, 2020

          Respectfully submitted,

          AARON L. WEISMAN
          United States Attorney

          _/s/ Zachary A. Cunha_ _____
          Zachary A. Cunha (Bar No. 7855)
          Bethany N. Wong
          Richard B. Myrus
          Assistant U.S. Attorneys
          United States Attorney's Office
          50 Kennedy Plaza, 8th Floor
          Providence, RI 02903
          401-709-5000

## CERTIFICATE OF SERVICE

I hereby certify that, on July 29, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

       By:   _/s/ Zachary A. Cunha_____
                Zachary A. Cunha
                Assistant United States Attorney