IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**OSCAR YANES**, et al.,

    Petitioners-Plaintiffs,

    v.

**DANIEL W. MARTIN**, et al.,

    Respondents-Defendants.

Civil Action No. 1:20-cv-00216

**NOTICE OF REQUEST FOR BAIL HEARING FOR CLASS MEMBERS
MAJED AL-MAYAHI AND DWAYNE COKE**

Pursuant to the Court's June 2 Order granting Petitioners-Plaintiffs' ("Petitioners") motion for expedited bail hearings (Dkt. No. 59), Petitioners hereby request bail hearings for class members Majed Al-Mayahi and Dwayne Coke, who were added to the class after the last bail hearings held by the Court.  *See* Dkt. Nos. 289, 290.

Attached to this notice are the bail applications for Mr. Al-Mayahi and Mr. Coke and supporting exhibits (other than exclusively medical exhibits), with personal medical information redacted. The unredacted versions of these attachments, as well as the entirely medical exhibits, will be filed separately under a motion to seal. The exclusively medical exhibits not attached to this notice are marked with an asterisk below. The bail application packets consist of the following documents:

**Majed Al-Mayahi**

- Bail Application
- Exh. A, Selected Wyatt Medical Records*
- Exh. B, Nat'l Inst. Health, Medline Article on Nitroglycerin
- Exh. C, Am. Heart Ass'n, "Understanding Blood Pressure"
- Exh. D, Declaration of Nick Horton

1

**Dwayne Coke**

- Bail Application
- Exh. A, Declaration of Jason Rowland
- Exh. B, Declaration of Brian Shea
- Exh. C, Declaration of Deborah S. Gonzalez
- Exh. D, Declaration of Edward Ellis
- Exh. E, Selected Wyatt Medical Records*
- Exh. F, Letter from Dr. Rafael Campo (Jan. 31, 2020)*
- Exh. G, List of Medications (Feb. 7, 2020)*
- Exh. H, Record of Non-Abuse Order

**Neither Mr. Al-Mayahi nor Mr. Coke require an interpreter.**

Dated: July 31, 2020

Respectfully Submitted,

s/ Deborah S. Gonzalez
Deborah S. Gonzalez, Esq., Bar No. 7931
Roger Williams University School of Law
Cooperating Attorneys, American Civil
Liberties Union Foundation of Rhode Island
1 Empire Street, Suite 435
Providence, RI 02903
T: 401-486-7230 (C)
dgonzalez@rwu.edu

## Certificate of Service

      I hereby certify that on July 31, 2020, I electronically filed the foregoing document with the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that all parties or their counsel of record are registered as ECF Filers and will be served by the CM/ECF system.

                                                /s/ Deborah S. Gonzalez
                                                Deborah S. Gonzalez