# City of Everett
# Police Department
45 Elm Street Everett, MA. 02149
Phone: (617) 389-2120 Fax: (617) 394-2379



**Chief of Police**
**Steven A. Mazzie**

## OFFICERS FORMAL REPORT

```
Case#:  776090
 Rpt Date: 09/04/19 13:34          Reported: WEDNESDAY   09/04/19 09:11
       Ucr: 35A  DRUG/NARCOTIC OFFENSES *
       ibr: 1:300  2:170  3:170
 Location: 0 GREEN ST  and  WYLLIS AV
     Follow Up By: (N) ONE NEEDED          Case Status:  OPEN
          Officer:                          Rpt Status:  COMPLETED
                                       Review Officer:
Comp/Vict Notify: No           Sup Review Officer: 147 SGT BAGLEY
Cir/Involve Type:
_____

Complaint: EXECUTING A SEARCH WARRANT, WYLLIS AV/GREEN
_____
Reporting Officer: 147 SGT BAGLEY          Assignment: B     Car: V-1
  Second Officer: 117 DET CONNOR          Sup/Back-Up:
_____

                        *** NAMES ***
     Type    Mast#  Name/Add                       Phone       Dob      SS#
   ======== ====== ========================================= ======== ===========
DEFENDANT 201424 RIVERA,LUIS ANTONIO      (617) 669-1565 ▇▇▇▇▇▇▇▇▇▇
                      105 WASHINGTON AV  apt: 1 CHELSEA MA 021
```

        obtn: TEVE077609001
```
SUSPECT/O 151146 RUIZ,JONATHAN R        (617) 966-9646 11/15/86 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
                 23 PIERCE AV  EVERETT MA 02149
```

    No Image
    Available


```
   VICTIM 018171 SOCIETY,
```

_____

```
                        *** PROPERTY ***
      Prop.Type       Make        Mod/Style  Color    Ser#/Vin#
    ============ ============== ========= ====== ======================
EVIDENCE**  E  rpt'd: 09/04/19 class: 20 qty:     1.00
    MONEY  *20
    Id/Desc: $22,600                Value: $22600  Ncic:
                           201424 - LUIS RIVERA
 control #:               bin #: SAFEB/SH2     analy #:
  gen note: IN SAFE IN BEDROOM-MASON
```

```
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
      Id/Desc: $10,590              Value: $10590  Ncic:
                            201424 - LUIS RIVERA
     control #:              bin #: SAFEB/SH2     analy #:
       gen note: IN BOOT IN SHOE RACK INFRONT OF NIGHTSTAND-BUTLER
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
      Id/Desc: $2545               Value:  $2545  Ncic:
                            201424 - LUIS RIVERA
     control #:              bin #: SAFEB/SH2     analy #:
       gen note: 3RD DRAW TALL DRESSER-BUTLER
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
      Id/Desc: $49                 Value:    $49  Ncic:
                            201424 - LUIS RIVERA
     control #:              bin #: SAFEB/SH2     analy #:
       gen note: TOP DRESSER DRAW-BUTLER
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
      Id/Desc: $1247               Value:  $1247  Ncic:
                            201424 - LUIS RIVERA
     control #:              bin #: SAFEB/SH2     analy #:
       gen note: DRIVER'S DOOR OF HONDA-MASON
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
      Id/Desc: $2017               Value:  $2017  Ncic:
                            201424 - LUIS RIVERA
     control #:              bin #: SAFEB/SH2     analy #:
       gen note: FRONT LEFT PANTS POCKET-BAGLEY
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
      Id/Desc: $2000               Value:  $2000  Ncic:
                            151146 - JONATHAN RUIZ
     control #:              bin #: SAFEB/SH2     analy #:
       gen note: INSIDE SHOE IN BASEMENT CLOSET-MASON
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
      Id/Desc: $280                Value:   $280  Ncic:
                            151146 - JONATHAN RUIZ
     control #:              bin #: SAFEB/SH2     analy #:
       gen note: FRONT LEFT PANTS POCKET-BRIZUELLA
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 11 qty:    1.00
     LEDGER           NOTEBOOK              GREEN
      Id/Desc: GREEN NOTEBOOK        Value:    $0  Ncic:
                            201424 - LUIS RIVERA
     control #:              bin #:              analy #:
       gen note: IN BEDROOM SAFE-MASON
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 77 qty:    1.00
     RMV TITLE        MASSACHUSETTS
      Id/Desc:                      Value:    $0  Ncic:
                            201424 - LUIS RIVERA
     control #:              bin #:              analy #:
       gen note: SUBARU TITLE TOP DRESSER DRAWER-BUTLER
```

```
------------
EVIDENCE** E  rpt'd: 09/04/19 class: 40 qty:    3.00
     KEYS
     Id/Desc: 3 SETS OF KEYS            Value:    $0  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #:           analy #:
   gen note: 2 SETS ON PERSON-BAGLEY, 1 SET BATHROOM VANITY DRAWER-BUTLER
------------
EVIDENCE** E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
     Id/Desc: $38,300               Value: $38300  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #: SAFEB/SH2     analy #:
   gen note: 29 EVERETT ST, TOP DRAWER-BAGLEY
------------
EVIDENCE** E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
     Id/Desc: $13465               Value: $13465  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #: SAFEB/SH2     analy #:
   gen note: 29 EVERETT ST, TOP DRAW-BAGLEY
------------
EVIDENCE** E  rpt'd: 09/04/19 class: 20 qty:    1.00
     MONEY  *20
     Id/Desc: $641               Value:   $641  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #: SAFEB/SH2     analy #:
   gen note: 29 EVERETT ST, TOP DRAWER-BAGLEY
------------
EVIDENCE** E  rpt'd: 09/04/19 class: 10 qty:    6.00 DU tp: B-COCAINE(all fo
     DRUGS/NARCOTI
     Id/Desc: 6 CKPB WHITE SUBSTANCE      Value:    $0  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #:           analy #:
   gen note: 29 EVERETT ST, CROWN ROYAL BAG TOP DRAWER-BAGLEY
------------
EVIDENCE** E  rpt'd: 09/04/19 class: 10 qty:   28.00 DU tp: B-COCAINE(all fo
     DRUGS/NARCOTI
     Id/Desc: 28 CKPB WHITE SUBSTANCE     Value:    $0  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #:           analy #:
   gen note: 29 EVERETT ST, CROWN ROYAL BAG TOP DRAWER-BAGLEY
------------
EVIDENCE** E  rpt'd: 09/04/19 class: 10 qty:    6.00 DU tp: B-COCAINE(all fo
     DRUGS/NARCOTI
     Id/Desc: 6 CKPB WHITE SUBSTANCE      Value:    $0  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #:           analy #:
   gen note: 29 EVERETT ST, BLACK PLASTIC BAG TOP DRAWER-BAGLEY
------------
EVIDENCE** E  rpt'd: 09/04/19 class: 10 qty:    5.00 DU tp: D-HEROIN
     DRUGS/NARCOTI
     Id/Desc: 1 CKPB BROWN, 4 CKPB BROWN    Value:    $0  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #:           analy #:
   gen note: 29 EVERETT ST, 4TH DRAWER-BAGLEY
------------
EVIDENCE** E  rpt'd: 09/04/19 class:  P qty:    1.00
     PHOTOGRAPHS *
     Id/Desc: SIM CARD               Value:    $0  Ncic:
                              201424 - LUIS RIVERA
   control #:             bin #: SERVER       analy #:
   gen note: 29 EVERETT ST-BAGLEY
------------
```

```
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 77 qty:    1.00
     ID PAPERS
     Id/Desc: FINANCE PAPERS              Value:     $0  Ncic:
                              201424 - LUIS RIVERA
   control #:              bin #:              analy #:
     gen note: 29 EVERETT ST, NIGHTSTAND-CRUCIOTTI
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 77 qty:    1.00
     ID PAPERS
     Id/Desc: RECIEPT                     Value:     $0  Ncic:
                              151146 - JONATHAN RUIZ
   control #:              bin #:              analy #:
     gen note: 29 EVERETT ST, PLASTIC BAG ON BED-CASSIDY
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 77 qty:    1.00
     ID PAPERS
     Id/Desc: BUSINESS CARD               Value:     $0  Ncic:
                              151146 - JONATHAN RUIZ
   control #:              bin #:              analy #:
     gen note: 29 EVERETT ST, ON TOP OF DRESSER-CRUCIOTTI
------------
EVIDENCE**  E  rpt'd: 09/04/19 class:  P qty:    1.00
     PHOTOGRAPHS *
     Id/Desc: PHOTO OF JONATHAN RUIZ      Value:     $0  Ncic:
                              151146 - JONATHAN RUIZ
   control #:              bin #:              analy #:
     gen note: 29 EVERETT ST, ON WALL-MASON
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 43 qty:    1.00
     CELL PHONE /     POSH                  BLUE
     Id/Desc: FLIP PHONE                  Value:     $0  Ncic:
                              201424 - LUIS RIVERA
   control #:              bin #:              analy #:
     gen note: IN HONDA VAN-CRUCIOTTI
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 43 qty:    1.00
     CELL PHONE /     ZTE                   GREY
     Id/Desc: FLIP PHONE                  Value:     $0  Ncic:
                              201424 - LUIS RIVERA
   control #:              bin #:              analy #:
     gen note: ON PERSON-CRUCIOTTI
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 43 qty:    1.00
     CELL PHONE /     APPLE      IPHONE   BLACK
     Id/Desc:                             Value:     $0  Ncic:
                              201424 - LUIS RIVERA
   control #:              bin #:              analy #:
     gen note: ON PERSON-CRUCIOTTI
------------
EVIDENCE**  E  rpt'd: 09/04/19 class: 40 qty:    3.00
     KEYS
     Id/Desc: 3 KEYS ON RING              Value:     $0  Ncic:
                              201424 - LUIS RIVERA
   control #:              bin #: A3              analy #:
     gen note: KEYS THAT OPEN 29 EVERETT ST, RECOVERED IN HONDA VAN-BAGLEY
------------
```

_____

**\*\*\* NARRATIVE \*\*\***

The following report is submitted by: SGT SEAN BAGLEY

ON FRIDAY AUGUST 30TH DETECTIVE CONNOR OF THE EVERETT POLICE NARCOTICS UNIT
APPLIED FOR AND WAS GRANTED BY THE MALDEN DISTRICT COURT A SEARCH WARRANT FOR
THE PERSON OF LUIS RIVERA ▓▓▓▓▓▓ AND HIS RESIDENCE OF 23 PIERCE AVE/2ND FLOOR
IN EVERETT (DOCKET #1950SE80) AS WELL AS A SEARCH WARRANT FOR A HONDA ODYSSEY
VAN WITH MASSACHUSETTS REGISTRATION 9XH964 REGISTERED TO RIVERA (DOCKET
#1950SW79).  THIS WARRANT WAS GRANTED BASED ON AN ONGOING DRUG INVESTIGATION
THAT WAS FOCUSED AROUND RIVERA SELLING NARCOTICS TO A CONFIDENTIAL INFORMANT ON
SEVERAL OCCASIONS.

TODAY, SEPTEMBER 4TH, 2019 AT 0830 EVERETT POLICE DETECTIVES AND OFFICERS
CONSISTING OF SGT. PANZINI, SGT. O'DONNELL, OFFICERS RIZZA, RAMUNNO, CASSIDY,
CRUCIOTTI, AND I, SGT BAGLEY OF THE NARCOTICS UNIT, ALONG WITH CHELSEA POLICE
NARCOTICS UNIT MEMBERS LT BAUER AND SGT BRIZUELA MET TO REVIEW A PLAN OF
EXECUTION FOR THE ABOVE REFERENCED WARRANTS.  WHILE THE BRIEFING WAS GOING ON
EVERETT NARCOTICS DETECTIVES MASON AND BUTLER WERE KEEPING SURVEILLANCE ON 23
PEIRCE AVE.

AT APPROXIMATELY 0855 WHILE OFFICERS WERE STILL IN THE BRIEFING REGARDING THE
EXECUTION OF THE WARRANT DETECTIVE BUTLER NOTIFIED ME VIA A SECURE RADIO
CHANNEL THAT RIVERA HAD JUST EXITED FROM THE BACK OF 23 PEIRCE AVE AND WAS
WALKING IN THE DIRECTION OF HIS VEHICLE.  RIVERA'S VEHICLE WAS PARKED SEVERAL
BLOCKS FROM HIS HOUSE ON GREEN STREET ON THE EVERETT/MALDEN LINE.  THOSE
INVOLVED IN THE INVESTIGATION LEADING UP TO THE WARRANT INCLUDING MYSELF WERE
AWARE OF RIVERA'S  DAILY ROUTINE WHICH WAS THAT HE WOULD LEAVE PIERCE AVE
(USUALLY LATER THAN 0900) AND MAKE THE 7-10 MINUTE WALK TO HIS VEHICLE WHICH HE
WOULD PARK OVER NIGHT ON GREEN STREET OR IN THAT IMMEDIATE AREA.

DETECTIVES MASON AND BUTLER COORDINATED A PLAN TO STOP RIVERA BEFORE HE MADE
HIS TO HIS CAR WHILE OTHER UNITS MADE THEIR WAY TO THE AREA.  RIVERA TURNED
FROM WYLLIS AVE ONTO GREEN STREET ON FOOT AS BUTLER PULLED UP ON THE OPPOSITE
SIDE OF THE ROAD IN HIS UNMARKED POLICE VEHICLE.  DETECTIVE MASON
SIMULTANEOUSLY EXITED  HIS UNMARKED VEHICLE IN PLAIN CLOTHES AND BEGAN TO WALK
TOWARD RIVERA.  UNITS WERE FAMILIAR WITH A PAST INCIDENT INVOLVING RIVERA WHERE
DETECTIVE AND CONNOR AND I STRUGGLED WITH RIVERA AS HE ATTEMPTED TO SWALLOW
NARCOTICS WHEN HE WAS APPROACHED AFTER MAKING NARCOTICS SALES.

DETECTIVE MASON BEGAN TO CALL OUT TO A FEMALE WHO WAS WALKING A DOG IN THE AREA
 AS A DISTRACTION IN ORDER TO ALLOW HIM TO GET CLOSER TO RIVERA BEFORE
IDENTIFYING HIMSELF AS A POLICE OFFICER AND SHOWING HIS POLICE BADGE. WHEN
DETECTIVE MASON GOT CLOSE TO RIVERA HE LIFTED HIS SHIRT SHOWING HIS POLICE
BADGE AND STATED "POLICE WE HAVE A SEARCH WARRANT FOR YOU."  UPON HEARING THIS
RIVERA  BLADED HIS BODY WHILE PUNCHING DETECTIVE MASON IN THE CHEST.  RIVERA
THEN TURNED WHILE REACHING IN THE AREA OF HIS REAR WASTE BAND.  DETECTIVE MASON
THEN STEPPED BACK AND REMOVED HIS FIREARM IN FEAR THAT RIVERA WAS REACHING FOR
A GUN.  RIVERA THEN BROUGHT HIS HAND BACK IN VIEW AND HAD A CLOSED FIST THAT HE
PUT UP TO HIS MOUTH AND APPEARED TO PUT WHAT WAS IN HIS HAND AT THAT TIME INTO
HIS MOUTH. DETECTIVE MASON STATED HE COULD NOT SEE EXACTLY WHAT WAS IN RIVERA'S
HAND BUT COULD SEE PLASTIC PACKAGING THAT HE BELIEVED TO BE CONSISTENT WITH
PACKAGED NARCOTICS.

RIVERA THEN REMOVED HIS HAND FROM HIS MOUTH AND BROUGHT HIS RIGHT HAND BACK
WITH A CLOSED FIST AS IF HE WAS GETTING READY TO THROW A PUNCH.  IT WAS AT THIS
TIME  DETECTIVE BUTLER STRUCK RIVERA IN THE FACE WHICH DISTRACTED RIVERA ENOUGH
TO ALLOW DETECTIVES MASON AND BUTLER TO GET RIVERA ON THE GROUND AND SECURED.

DETECTIVE BUTLER THOUGHT RIVERA MAY HAVE HAD NARCOTICS IN HIS MOUTH BUT IT WAS DETERMINED THAT WHAT RIVERA HAD PUT IN HIS MOUTH HAD ALREADY BEEN SWALLOWED.

RIVERA WAS SECURED AND BROUGHT TO HIS FEET.  DETECTIVE CONNOR AND I, ALONG WITH SEVERAL OTHER UNITS, ARRIVED ON SCENE JUST AFTER RIVERA WAS SECURED.  RIVERA SPOKE SOME ENGLISH BUT IT WAS CLEAR HE UNDERSTOOD SPANISH BETTER.  DETECTIVE CONNOR HANDED OFFICER FLORES, WHO IS FLUENT IN SPANISH, HIS MIRANDA RIGHTS CARD WHICH WAS READ TO RIVERA BY FLORES IN SPANISH.  RIVERA STATED THAT HE UNDERSTOOD HIS RIGHTS.

DETECTIVE CONNOR THEN EXPLAINED TO RIVERA THAT WE HAD A SEARCH WARRANT FOR HIS VEHICLE AND HIS RESIDENCE AT 23 PEIRCE AVE AS WELL AS HIS PERSON.  I THEN ASKED RIVERA WHO WAS HOME AS WE DID NOT WANT ANYONE TO GET HURT WHEN WE MADE ENTRY. WE WERE ALSO AWARE THAT RIVERA'S WIFE/GIRLFRIEND HAD A DAYCARE BUSINESS AT 23 PEIRCE AND WE WANTED TO DETERMINE IF THERE WERE ANY YOUNG CHILDREN ON THE PREMISES.  RIVERA STATED THAT THERE WAS A MALE AT THE RESIDENCE.  DETECTIVE CONNOR ASKED IF THE MALE WAS JONATHAN (WE WERE FAMILIAR FROM THE INVESTIGATION THAT JONATHAN RUIZ WAS THE SON OF RIVERA'S WIFE/GIRLFRIEND) AND RIVERA STATED IT WAS. I THEN ASKED RIVERA TO SHOW ME WHAT KEYS OPENED THE DOORS TO 23 PEIRCE AND  HE SHOWED ME 2 KEYS ON HIS KEY RING THAT HE STATED WOULD LET US IN THE FRONT DOOR AND SECOND FLOOR APARTMENT DOOR TO 23 PEIRCE.  THE CONVERSATION WITH RIVERA WAS ALL IN SPANISH TRANSLATED WITH ASSISTANCE OF OFFICER FLORES.

THE INVESTIGATION LEADING UP TO THIS WARRANT EXECUTION INVOLVED A SECOND ADDRESS LOCATED AT 29 EVERETT STREET.  MANY TIMES DURING SURVEILLANCE MEMBERS OF THE EVERETT NARCOTICS UNIT HAD OBSERVED RIVERA, ALONG WITH JONATHAN RUIZ, ENTER AND  EXIT 29 EVERETT STREET.  IT APPEARED BASED ON OUR TRAINING AND EXPERIENCE THAT THE NARCOTICS WERE BEING STORED AT THAT ADDRESS (STASH HOUSE). DETECTIVE CONNOR ASKED RIVERA IF HE HAD AN APARTMENT ON EVERETT STREET AND HE SAID HE DID NOT KNOW ANYTHING ABOUT THE ADDRESS OF 29 EVERETT STREET.  WHEN DETECTIVE CONNOR STATED THAT WE OBSERVED HIM COMING AND GOING FROM THAT ADDRESS ON SEVERAL OCCASIONS HE THEN STATED IT WAS HIS FRIENDS HOUSE AND HE HADN'T BEEN THERE IN A  WEEK.  DETECTIVE CONNOR THEN EXPLAINED THAT HE WAS OBSERVED GOING TO THAT ADDRESS YESTERDAY USING A KEY HE STATED NO HE DIDN'T GO THERE. RIVERA STATED THAT HIS FRIEND GAVE HIM A KEY TO STAY THERE A COUPLE OF NIGHTS BUT HE HAD SINCE GIVEN THE KEYS BACK TO HIS FRIEND AND NO LONGER HAD ACCESS TO THE APARTMENT.

I CONDUCTED A SEARCH OF RIVERA'S PERSON WHICH RESULTED IN $2,017 CASH  BEING REMOVED FROM HIS FRONT RIGHTS PANTS POCKET ALONG WITH 2 SETS OF KEYS ONE OF WHICH WE LATER USED TO OPEN THE DOORS AT 23 PEIRCE.  ALSO ON RIVERA'S PERSON WERE 2 CELL PHONES (IPHONE/ZTE) AND HIS WALLET WITH LICENSE THAT WERE SECURED BY OFFICER CRUCIOTTI.

RIVERA WAS TRANSPORTED TO EVERETT POLICE HEADQUARTERS WHERE HE WAS CHARGED WITH ASSAULT AND BATTERY OF A POLICE OFFICER FOR HIS ASSAULT ON DETECTIVE MASON WHILE OTHER CHARGES WERE PENDING RESULTS OF SEARCH WARRANTS.

PRIOR TO EXECUTING A SEARCH OF RIVERA'S RESIDENCE ON PEIRCE AVE HIS VAN WAS SEARCHED AND THE FOLLOWING WAS FOUND

1. $1,247.00 CASH FOUND BY SGT BAGLEY AND OFFICER CRUCIOTTI

2. SET OF KEYS IN CENTER CONSOLE FOUND BY SGT BAGLEY - ***THESE 3 KEYS WOULD

LATER BE USED TO        1 TO OPEN FRONT DOOR AND 1 TO OPEN APARTMENT DOOR TO 23
EVERETT STREET AND 1 TO OPEN THE FRONT BEDROOM.

3. 1 POSH CELL PHONE


SGT PANZINI USED HIS K-9 TO CONDUCT A FURTHER SEARCH OF RIVERA'S VAN AND
NOTHING FURTHER WAS DISCOVERED.  THE VEHICLE WAS TOWED TO EVERETT POLICE TO BE
HELD PENDING FORFEITURE.


ONCE THE VAN AND RIVERA WERE CLEARED FROM THE SCENE UNITS REGROUPED TO MAKE
ENTRY TO 23 PEIRCE AVE/2ND FLOOR.  I USED THE KEY PROVIDED TO ME BE RIVERA TO
OPEN THE OUTER FRONT DOOR WHICH LET US INTO THE COMMON HALLWAY.  DETECTIVES
CONNOR, MASON, BUTLER, BRIZUELA, OFFICER SANTIAGO, AND I THEN MADE OUR WAY UP
TO THE 2ND FLOOR APARTMENT DOOR.  I INSERTED THE KEY PROVIDED TO ME BY RIVERA
AND THEN KNOCKED AND ANNOUNCED "POLICE SEARCH WARRANT."  I DID THIS A SECOND
TIME AND THEN OPENED THE 2ND FLOOR APARTMENT DOOR USING THE KEY PROVIDED TO ME
BY RIVERA.  UPON ENTRY UNITS FOUND JONATHAN IN THE RIGHT BEDROOM WHERE HE WAS
THEN  SECURED FOR SAFETY PURPOSES WHILE THE REST OF THE APARTMENT WAS DEEMED
SAFE.


JONATHAN WAS PLACED IN A CHAIR IN THE DINING ROOM AND WAS EXPLAINED THE SEARCH
WARRANT AND READ HIS RIGHTS BY SGT BRIZUELA IN SPANISH ALTHOUGH JONATHAN SEEMED
 TO UNDERSTAND AND SPEAK ENGLISH WITHOUT ANY ISSUES.  JONATHAN WAS TOLD HE WAS
NOT THE SUBJECT OF THE INVESTIGATION AND WAS NOT UNDER ARREST BUT WAS BEING
HELD FOR SAFETY WHILE WE SECURED THE APARTMENT.  JONATHAN WAS INFORMED THAT WE
HAD JUST OBSERVED LUIS RIVERA LEAVE THE APARTMENT AND ASKED JONATHAN IF HE KNEW
LUIS AND HE STATED HE DID NOT.  WE FURTHER EXPLAINED THAT LUIS STATED THAT HE
RENTS A ROOM FROM JONATHAN'S MOTHER, ADALISA AND WHEN JONATHAN WAS ASKED WHICH
ROOM WAS  LUIS' HE AGAIN STATED HE DID NOT KNOW.  WHEN JONATHAN WAS SHOWN A
PICTURE OF LUIS HE STARED AT IT FOR APPROXIMATELY 30 SECONDS AND THEN STATED
THAT (LUIS) WAS HIS FRIEND.


I ASKED JONATHAN IF HE LIVED AT 29 EVERETT STREET OR WAS STAYING AT 23 PEIRCE
WITH HIS MOTHER. JONATHAN STATED HE WAS JUST STAYING AT PEIRCE AVE WHILE HIS
MOTHER WAS VACATIONING IN THE DOMINICAN REPUBLIC.  WHEN I ASKED ABOUT HIM
STAYING AT 29 EVERETT STREET HE DENIED KNOWLEDGE.  I THEN EXPLAINED TO JONATHAN
 THAT I HAD PERSONALLY OBSERVED HIM COMING AND GOING FROM THAT ADDRESS ON
SEVERAL OCCASIONS IN THE RECENT PAST.  HE THEN STATED THAT IT WAS HIS FRIENDS
APARTMENT.  I EXPLAINED THAT WE INTENDED ON GOING TO 29 EVERETT STREET TO
POSSIBLY SECURE THE ADDRESS PENDING THE SIGNING OF A SEARCH WARRANT AND WE WERE
CONCERNED WITH SAFETY AND I WANTED TO ASCERTAIN IF HE KNEW OF ANYONE THAT MAY
BE CURRENTLY WITHIN THE APARTMENT AT 29 EVERETT STREET.  I ASKED WHAT FLOOR THE
APARTMENT WAS ON AND HE HESITATED AND THEN STATED FIRST FLOOR. BASED ON OUR
SURVEILLANCE WE BELIEVED IT TO BE THE SECOND FLOOR.


ON THE TABLE IN THE KITCHEN OF 23 PEIRCE WAS THE KEEP TO A JEEP.  I EXPLAINED
TO JONATHAN THAT I HAD OBSERVED HIM ENTER THE JEEP PARKED AT THE BOTTOM OF
PEIRCE AVE (MASSACHUSETTS REGISTRATION 46S710) ON MULTIPLE OCCASIONS.  HE
STATED IT WAS HIS JEEP BUT WOULD LATER SAY THAT IT IS HIS FRIENDS JEEP BUT HE
DRIVES IT SOMETIMES.  JONATHAN COULD ONLY REMEMBER THE FIRST NAME OF THE OWNER
OF THE JEEP THAT HE WAS USING.  SGT PANZINI USED HIS NARCOTICS TRAINED K-9 TO
DO THE EXTERIOR OF THE JEEP WHERE IT ALERTED FOR NARCOTICS ON THE FRONT GRILL
AREA.  THIS VEHICLE WAS TOWED TO EVERETT POLICE HEAD QUARTERS WHERE IT WILL BE
HELD PENDING THE ISSUANCE OF A SEARCH WARRANT.  JONATHAN WAS INFORMED THAT THE
OWNER  MAY PICK UP THE JEEP PENDING RESULTS OF THE SEARCH WARRANT.

WHILE OFFICERS WERE SECURING 23 PEIRCE AND BEGINNING THE SEARCH DETECTIVE
CONNOR ALONG WITH OFFICER CRUCIOTTI, FLORES, CASSIDY, AND I PROCEEDED TO 29
EVERETT STREET.  ONCE AT EVERETT STREET I USED THE KEYS THAT WERE FOUND IN THE
VEHICLE OF RIVERA TO OPEN THE FRONT DEADBOLT.  THIS LEAD US INTO A SECOND FLOOR
APARTMENT THAT APPEARED TO BE ILLEGALLY RENTING INDIVIDUAL ROOMS.  WE ANNOUNCED
 OUR PRESENCE AND MADE OUR WAY UP THE STAIRS.  THERE WERE TWO SEPARATE LOCKED
ROOMS THAT APPEARED TO BE BEDROOMS.  WE KNOCKED ON BOTH DOORS AND A MR. JOSE
PLEITEZ-VIDAL ANSWERED ONE OF THE DOORS.  JOSE STATED HE STAYED THERE WITH HIS
WIFE AND THAT THE BEDROOM AT THE FRONT OF THE HOUSE WAS RENTED TO A MALE BUT HE
 DIDN'T KNOW HIS NAME. WHEN SHOWN A PHOTO OF LUIS RIVERA BY DETECTIVE CONNOR
MR.  PLEITEZ-VIDAL POINTED TO THE LOCKED FRONT BEDROOM.  WE PROCEEDED TO THE
FRONT BEDROOM WHERE AFTER KNOCKING AND NOT RECEIVING A RESPONSE WE CHECKED THE
KEYS IN HAND THAT WERE REMOVED FROM RIVERA'S HONDA VAN AND ONE OF THE KEYS
UNLOCKED THE  FRONT BEDROOM ON THE SECOND FLOOR OF 29 EVERETT STREET.  WE
OPENED THE DOOR AND  OBSERVED A VERY SMALL BEDROOM WITH AN AIR MATTRESS AND
SMALL REFRIGERATOR.  AT THIS TIME I REQUESTED OFFICERS CRUCIOTTI AND CASSIDY TO
STAND BY AND SECURE THE  PREMISES WHILE DETECTIVE CONNOR TYPE AFFIDAVIT
REQUESTING A SEARCH WARRANT BE ISSUED FOR THE ROOM.


I THEN PROCEEDED BACK TO 23 PEIRCE AVE WHERE UNITS WERE IN THE MIDST OF
SEARCHING THE APARTMENT AND HAD LOCATED A SIGNIFICANT AMOUNT OF MONEY BUT NO
PACKAGED NARCOTICS.  I EXPLAINED TO JONATHAN THAT WE WERE GOING TO CONTINUE THE
 SEARCH AND THAT HE COULD STAY IF HE CHOSE TO OR IF HE WANTED TO LEAVE HE COULD
AS THERE WERE NO CHARGES AGAINST HIM AT THIS POINT. JONATHAN STATED THAT HE
WOULD STAY UNTIL WE WERE FINISHED.

LOCATED AT 23 PEIRCE WAS THE FOLLOWING:


1. $22,600 CASH LOCATED IN SAFE IN CLOSET OR RIVERA BEDROOM FOUND BY SGT BAGLEY

  2. $10,590 CASH IN BOOT IN SHOE RACK IN RIVERA BEDROOM BY BUTLER

3. $2,545 IN TALL DRESSER 3RD DRAWER IN RIVERA BEDROOM BY BUTLER

4. GREEN NOTEBOOK WITH VARIOUS AMOUNTS APPEARED TO BE A LEDGER IN SAFE BY SGT
BAGLEY

5. PASSPORT/ S.S. CARD OF JONATHAN RUIZ IN SAFE (PHOTOGRAPHED AND LEFT AT
RESIDENCE)

6. $2,000 CASH IN BASEMENT CLOSET IN SHOE THAT JONATHAN STATED WAS HIS

7. $280 CASH ON TABLE THAT JONATHAN SAID WAS HIS AND HAD BEEN IN HIS POCKET


UPON ADMITTING THE $2,280 IN CASH ADMITTING WAS HIS (JONATHAN'S) I ASKED
JONATHAN IF HE WORKED AND HE STATED HE WAS A PAINTER.


PEIRCE AVE WAS CLEARED AND A COPY OF THE SEARCH WARRANT WITH ADDENDUMS A & B
ATTACHED WAS LEFT BEHIND ON THE DINING ROOM TABLE AND JONATHAN WAS STILL ON
SCENE WHEN WE LEFT. THE MONIES WERE TAKEN AT THIS TIME TO BE HELD PENDING
POSSIBLE FORFEITURE BASED ON THE NARCOTICS SALES PRIOR TO THE EXECUTION OF THE
SEARCH WARRANT AND THE OUTCOME OF THE INVESTIGATION.


DETECTIVE CONNOR APPLIED FOR AND WAS GRANTED A SEARCH WARRANT FOR THE 2ND FLOOR

OF 29 EVERETT STREET FROM THE MALDEN DISTRICT COURT (1950SW81).  AT 1553 HOURS
NARCOTICS DETECTIVES CONNOR, KELLEY, MASON, AND I, ALONG WITH OFFICERS CASSIDY,
 FLORES, AND CRUCIOTTI MET AT 29 EVERETT TO CONDUCT THE SEARCH OF THE ROOM.
THE  FOLLOWING WAS LOCATED IN THE ROOM AT 23 EVERETT:


1. $38,030 IN SOCK IN TOP DRAWER DRESSER RECOVERED BY SGT BAGLEY


2. $13,465 IN TOP DRAWER OF DRESSER WITHIN PLASTIC BAG BY SGT BAGLEY


3. $641 CASH IN TOP DRAWER OF DRESSER WITHIN PLASTIC BAG BY SGT BAGLEY


4. 6 SANDWICH BAGS WHITE POWDER AND 28 INDIVIDUAL KNOTTED PLASTIC BAGS WHITE
POWDER WITHIN   CROWN ROYAL BAG IN TOP DRESSER DRAWER BY SGT BAGLEY - TOTAL
WEIGHT WITH PACKAGING    APPROXIMATELY 294 GRAMS.


5. BLACK PLASTIC BAG CONTAINING 6 BAGS WHITE POWDER IN TOP DRAWER OF DRESSER
RECOVERED BY SGT BAGLEY - WEIGHING APPROXIMATELY 193 GRAMS WITH PACKAGING.


6. SANDWICH BAG CONTAINING 4 SMALLER BAGS BROWNISH HARD POWDER AND 1 LARGE
BRICK LIKE PIECE BROWN POWDER LOCATED IN 4TH DRAWER OF DRESSER BY SGT BAGLEY -
TOTAL WEIGHT OF BROWN WITH PACKAGING APPROXIMATELY 92.6 GRAMS.


7. A RECEIPT WITH NAME "JONATHAN RUIZ" IN PLASTIC BAG ON BED LOCATED BY OFFICER
 CASSIDY


8. FINANCE PAPERWORK WITH NAME "LUIS RIVERA" IN NIGHTSTAND BY OFFICER CRUCIOTTI


9. CARD WITH EMAIL ADDRESS ON IT APPEARED BE EMAIL OF JONATHAN RUIZ


10. PHOTO FROM WALL OF JONATHAN RUIZ AND UNKNOWN MALE


11. KEYS TO APARTMENT OF 29 EVERETT STREET 2ND FLOOR


12. CAMERA CARD OF PHOTOS OF 29 EVERETT



THE FOLLOWING WAS ALSO LOCATED WITHIN THE ROOM AND WAS PHOTOGRAPHED BUT NOT
KEPT:


1. LARGE TRASH BAG FILLED WITH DISCARDED PACKAGING


2. CONTAINERS OF CREATINE (CUTTING AGENT)

3. SEVERAL WORKING DIGITAL SCALES

4. TYVEK SUIT WITH 2 VENTILATION MASKS   16010

5. 2 ROLLS PLASTIC PACKAGING MATERIAL


A COPY OF THE SEARCH WARRANT ALONG WITH ADDENDUMS A & B ATTACHED WAS LEFT IN
THE ROOM ON TOP OF THE BUREAU AND DETECTIVE CONNOR SECURED THE DOORS WITH THE
KEYS FROM RIVERA.


BASED ON THE APPROXIMATE 487 GRAMS OF WHITE POWDER BELIEVED TO BE COCAINE AND
THE APPROXIMATE 92 GRAMS OF BROWN POWDER BELIEVED TO BE COCAINE RIVERA WILL BE
CHARGED WITH THE FOLLOWING NARCOTICS CHARGES AND A WARRANT WILL BE SOUGHT FOR
CHARGING JONATHAN RUIZ FOR THE SAME.

1. TRAFFICKING OVER 200 GRAMS COCAINE

2. TRAFFICKING OVER 36 GRAMS HEROIN

3. CONSPIRACY VIOLATE CONTROLLED SUBSTANCE LAWS - CONSPIRED WITH JONATHAN RUIZ



IT SHOULD BE NOTED THAT OFFICER RIZZA SPOKE TO A NEIGHBORING RESIDENT OF 29
EVERETT STREET AND ASKED IF THEY WERE AWARE OF WHO WAS STAYING ON THE SECOND
FLOOR.  THIS PERSON WHO IDENTIFIED HIMSELF TO OFFICER RIZZA WAS SHOWN REGISTRY
PHOTOS OF LUIS RIVERA AND JONATHAN RUIZ WITH NO NAMES ATTACHED.  THIS
INDIVIDUAL STATED THAT IT SEES RUIZ LEAVE EARLY IN THE MORNING AND RETURN LATE
AT NIGHT AND BELIEVES HIM TO BE RENTING A ROOM ON THE SECOND FLOOR.  IT ALSO
STATED THAT ALTHOUGH IT DOES NOT BELIEVE RUIZ RESIDES THERE IT HAS SEEN RUIZ ON
MULTIPLE OCCASIONS AT DIFFERENT TIMES THROUGHOUT THE DAY ENTERING AND GOING UP
TO THE SECOND FLOOR APARTMENT.  THESE STATEMENTS OBTAINED BY OFFICER RIZZA WERE
CONSISTENT WITH OUR OBSERVATIONS DURING SURVEILLANCE.


TODAY, 9/5/19, DETECTIVE CONNOR WAS GRANTED A SEARCH WARRANT FOR THE JEEP
CHEROKEE WITH MASSACHUSETTS REGISTRATION 46S710.  THIS IS THE JEEP REFERENCED
ABOVE THAT I HAVE OBSERVED JONATHAN RUIZ OPERATE ON SEVERAL OCCASIONS AFTER
LEAVING 29 EVERETT STREET. THIS WAS ALSO THE JEEP THAT SGT PANZINI'S NARCOTICS
K-9 ALERTED ON THE FRONT GRILL AREA OF THE OUTSIDE OF THE VEHICLE YESTERDAY
WHILE IT WAS PARKED ON PEIRCE AVE.  A SEARCH OF THE VEHICLE RESULTED IN



        ==================================================================
        CASE STATUS : OPEN ( )  SUSPENDED ( )  UNFOUNDED ( ) CLOSED ( )
        CLOSED BY : ARREST MADE ( ) CRIM COMP APP ( ) ARR WARR APP ( )
        REF FOR PRIV COMP ( ) REF TO OTHER AGENCY ( )
        FURTHER ACTION REQUIRED? ( )YES ( )NO  TO WHOM: _____
        OTHER: DOMESTIC ( ) CHILD ABUSE/NEGLECT ( ) HATE CRIME ( )
        ALCOHOL ( ) DRUG/NARCOTICS ( ) GANG RELATED ( )

        _____    _____
        REPORTING OFF'S SIG. DATE/TIME    OIC SIGNATURE          DATE/TIME

_____     _____
SUP. OFF'S SIG.     DATE/TIME     OIC SIGNATURE          DATE/TIME

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE PURSUANT TO SECTION
269 13A OF THE MASSACHUSETTS STATE CRIMINAL LAW.

_____
VICTIM/REPORTING PERSON     DATE/TIME