# CRIMINAL DOCKET

| DOCKET NUMBER | NO. OF COUNTS | Trial Court of Massachusetts District Court Department |
|---|---|---|
| 1950CR002112 | 4 | |

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
|---|---|---|---|
| Luis A Rivera<br>105 Washington Ave<br>Apt #1<br>Chelsea, MA 02150 | [redacted] | Male | Malden District Court<br>89 Summer Street<br>Malden, MA 02148 |
| | DATE COMPLAINT ISSUED<br>09/05/2019 | | |
| | PRECOMPLAINT ARREST DATE<br>09/04/2019 | | INTERPRETER REQUIRED<br>Spanish |

**ARREST**

## FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 265/13D/A | A&B ON POLICE OFFICER c265 §13D | 09/04/2019 |
| 2 | 94C/32E/D | COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b)  *LCF #150 taken from Bail* | 09/04/2019 |
| 3 | 94C/32E/F  10/4/19 | HEROIN/MORPHINE/OPIUM/FENTANYL, TRAFFICKING IN 36 GRAMS OR MORE, LE #107486 | 09/04/2019 |
| 4 | 94C/40  Socrates Dela Cruz  B/M/4y | CONSPIRACY TO VIOLATE DRUG LAW c94C §40  7/1/4/19 $9,150.00 ret. surety # 1246 | 09/04/2019 |

cpcs 9/11/19 $9300 Cash Bail posted by Franklin Sierra

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| McLaughlin / Vincenty | Everett | Everett PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| 9/5/19 BB | ☒ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy  $3,000 surety<br>☐ PR  ☒ Bail  $9,300 CASH<br>Terms of release set:<br>☐ See Docket for special condition<br>● PLNG<br>☐ Held (276 §58A) | 9-5-19 | Counsel Fee (211D § 2A¶2) $150  ☒ WAIVED  KB-1-13<br>Counsel Contribution (211D § 2) ☐ WAIVED<br>Default Warrant Fee (276 § 30¶1) $  ☐ WAIVED<br>Default Warrant Arrest Fee (276 § 30 ¶2) $  ☐ WAIVED |
| 9-5-19 BB | Arraigned and advised:<br>☒ Potential of bail revocation (276 §58B)  prob- a week check-in if bail is made per CBD<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 56A<br>Abuse Allegation:<br>☐ C276 § 56A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 56A found<br>☐ No allegation of abuse under C276 § 56A found | | Probation Supervision Fee (276 § 87A) $  ☐ WAIVED<br>Bail Order Forfeited<br>Advised of right to jury trial:<br>☐ Waiver of jury found after colloquy<br>☐ Does not waive<br>Advised of trial rights as pro se (Dist. Ct. Supp.R.4)<br>Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) |

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 09/05/2019 | Arraignment | ☒ Held ☐ Not Held but Event Resolved ☐ Cont'd  10-4-19 PCH (BB) | | 11:10-11:30 |
| 2 | 10/4/19 | PCH | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd  Notice of Intent to Seek... | | |
| 3 | 11/14/19 | PCH | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd  BB  Bail posted | | |
| 4 | 3/26/20 | PCH | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd  Pursuant to Standing Order 2-20 | | |
| 5 | 6/4/2020 | PCH | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd  RE COVID 19 | | |
| 6 | 9-15-20 | PCH | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK  X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 09-05-2019 10:22:29     1950CR002112     Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME Luis A Rivera | DOCKET NUMBER 1950CR002112 |
|---|---|---|

**COUNT / OFFENSE**
1  A&B ON POLICE OFFICER c265 §13D

DISPOSITION DATE AND JUDGE

**DISPOSITION METHOD**
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth  ☐ Request of Victim
  ☐ Request of Defendant  ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
   ☐ Risk/Need or OUI     ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

**FINDING**
☐ Guilty         ☐ Not Guilty
☐ Responsible    ☐ Not Responsible
☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

JUDGE            DATE

---

**COUNT / OFFENSE**
2  COCAINE, TRAFFICKING IN, 200 GRAMS OR MORE c94C §32E(b)

DISPOSITION DATE AND JUDGE

**DISPOSITION METHOD**
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth  ☐ Request of Victim
  ☐ Request of Defendant  ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
   ☐ Risk/Need or OUI     ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

**FINDING**
☐ Guilty         ☐ Not Guilty
☐ Responsible    ☐ Not Responsible
☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

JUDGE            DATE

---

**COUNT / OFFENSE**
3  HEROIN/MORPHINE/OPIUM/ FENTANYL, TRAFFICKING IN 36 GRAMS OR MORE, LESS THAN 100 GRAMS c94C §32E(c)

DISPOSITION DATE AND JUDGE

**DISPOSITION METHOD**
☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12
☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth  ☐ Request of Victim
  ☐ Request of Defendant  ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
   ☐ Risk/Need or OUI     ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

**FINDING**
☐ Guilty         ☐ Not Guilty
☐ Responsible    ☐ Not Responsible
☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged
☐ Sentence or disposition revoked (see cont'd page)

JUDGE            DATE

---

Date/Time Printed: 09-05-2019 10:22:29    1950CR002112    Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Luis A Rivera | DOCKET NUMBER<br>1950CR002112 |
|---|---|---|

**COUNT / OFFENSE**
4. CONSPIRACY TO VIOLATE DRUG LAW c94C §40

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
  ☐ Risk/Need or OUI    ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated; defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
  ☐ Risk/Need or OUI    ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated; defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

☐ Bench Trial
☐ Jury Trial
☐ Dismissed upon:
  ☐ Request of Commonwealth ☐ Request of Victim
  ☐ Request of Defendant ☐ Failure to prosecute
  ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
  ☐ Risk/Need or OUI    ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated; defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME Luis A Rivera | DOCKET NUMBER 1950CR002112 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 10/15/19 | Comm. (M) to Revoke - Allowed by East Boston District Court McDonald, J - Deft is Held without bail expires 1-13-2020 c. 11-14-19 PCH (McDonald, J) - MITT TO ISSUE - faxed + mailed |
| ~~10-30-19~~ | ~~BRT FUD/JOH~~ |
| 11-14-19 | + c. PCH 12/12/19 (GC) same rec - Held without bail mitt to issue expires 1-13-2020 (GC) |
| 1-13-20 | PCH - Held without Bail (expires 1-13-20) (Green Sulfur Rgrd) |
| 1/13/20 | $5,000 CASH BAIL per (CRB) Reduced per (CRB) 3/26/20 - new bail prev. bail returned to the surety - $5,000 CASH BAIL MITT TO ISSUE 3/26/20 PROB. CAUSE HRG (CRB) "30 days waived" - $5000.00 BAIL POSTED BY SURETY - LCF WAIVED/PVT COUNSEL RB |
| 3/25/2020 | Pursuant to Standing Order 2-20, Case Continued to June 4, 2020 for PCH |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing

Date/Time Printed: 09-05-2019 10:22:29      1950CR002112      Revised: 07/16

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) 1950CR2112 | PAGE 1 of 2 | Trial Court Of Massachusetts District Court Department |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused HAS NOT BEEN ARRESTED and the charges involve:
- ☐ ONLY MISDEMEANORS(S), I request a hearing ☐ WITHOUT NOTICE because of an imminent threat of
- ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ WITH NOTICE to accused.
- ☐ ONE OR MORE FELONIES, I request a hearing ☐ WITHOUT NOTICE ☐ WITH NOTICE to accused.
- ☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

MALDEN DISTRICT COURT
89 SUMMER STREET
MALDEN, MA 02148

ARREST STATUS OF ACCUSED
☑ HAS ☐ HAS NOT been arrested

### INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS
201424    776090    ADULT

LUIS ANTONIO RIVERA
105 WASHINGTON AV apt 1
CHELSEA, MA 02150

BIRTH DATE: [redacted]
SOCIAL SECURITY NUMBER: [redacted]
PCF NO. 00005335194
MARITAL STATUS: SINGLE
DRIVERS LICENSE NO. S10377006
STATE:
GENDER: MALE  HEIGHT: 505  WEIGHT: 150  EYES: BRN
HAIR: BRN  RACE: HISP  COMPLEXION: DRK  SCARS/MARKS/TATTOOS:
BIRTH STATE OR COUNTRY: PUERTO RICO
DAY PHONE:
EMPLOYER/SCHOOL: SELF
MOTHER'S MAIDEN NAME (FIRST MI LAST): JULIA
FATHER'S NAME (FIRST MI LAST): ANTONIO

### CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): RICHARD JR E CONNOR
COMPLAINT TYPE: ☑ POLICE ☐ CITIZEN ☐ OTHER
PD: EVE
ADDRESS: 045923  117
45 ELM ST
EVERETT, MA 02149
PLACE OF OFFENSE: EVERETT
INCIDENT REPORT NO. 776090
OBTN: TEVE077609001
CITATION NO(S).:

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 265/13D/A-0 | A&B ON POLICE OFFICER c265 s | 09/04/2019 |
|   | VARIABLES: VICTIM IS DETECTIVE JAMES MASON EVERETT POLICE | | |
| 2 | 94C/32E/D-2 | COCAINE, TRAFFICKING IN, 200 | 09/04/2019 |
|   | VARIABLES: Approx. 487 Grams | | |
| 3 | 94C/32E/F-1 | HEROIN/MORPHINE/OPIUM, TRAFF | 09/04/2019 |
|   | VARIABLES: Approx. 94 Grams | | |

REMARKS:
COMPLAINANT'S SIGNATURE: X [signature]
DATE FILED: 09/04/2019

A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON _____ (DATE OF HEARING) AT _____ (TIME OF HEARING).

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
HEARING CONTINUED TO:
APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
- ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED
- ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
- ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK DISCRETION

### COMPLAINT TO ISSUE

9/5/19
☑ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S)
NO(S). ☑ 1. ☐ 2. ☑ 3. BASED ON
☑ FACTS SET FORTH IN ATTACHED STATEMENT(S)
☐ TESTIMONY RECORDED; TAPE NO. _____ START NO. _____ END NO. _____
☐ WARRANT ☐ SUMMONS TO ISSUE
ARRAIGNMENT DATE: 9-5-19

### COMPLAINT DENIED

☐ NO PROBABLE CAUSE FOUND
☐ REQUEST OF COMPLAINANT
☐ FAILURE TO PROSECUTE
☐ AGREEMENT OF BOTH PARTIES
☐ OTHER
COMMENT:

COURT COPY

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) | PAGE 2 of 2 | Trial Court Of Massachusetts District Court Department |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:
- [ ] ONLY MISDEMEANORS(S), I request a hearing [ ] **WITHOUT NOTICE** because of an imminent threat of [ ] BODILY INJURY [ ] COMMISSION OF A CRIME [ ] FLIGHT [ ] **WITH NOTICE** to accused.
- [ ] ONE OR MORE FELONIES, I request a hearing [ ] **WITHOUT NOTICE** [ ] **WITH NOTICE** to accused.
- [ ] WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

MALDEN DISTRICT COURT
89 SUMMER STREET
MALDEN, MA 02148

ARREST STATUS OF ACCUSED
[✓] HAS   [ ] HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS
201424   776090   ADULT

LUIS ANTONIO RIVERA
105 WASHINGTON AV apt 1
CHELSEA, MA 02150

BIRTH DATE: [redacted]
SOCIAL SECURITY NUMBER: [redacted]
PCF NO.: 00005335194
MARITAL STATUS: SINGLE
DRIVERS LICENSE NO.: S10377006
STATE:
GENDER: MALE
HEIGHT: 505
WEIGHT: 150
EYES: BRN
HAIR: BRN
RACE: HISP
COMPLEXION: DRK
SCARS/MARKS/TATTOOS:
BIRTH STATE OR COUNTRY: PUERTO RICO
DAY PHONE:
EMPLOYER/SCHOOL: SELF
MOTHER'S MAIDEN NAME (FIRST MI LAST): JULIA
FATHER'S NAME (FIRST MI LAST): ANTONIO

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): RICHARD JR E CONNOR
COMPLAINT TYPE: [✓] POLICE [ ] CITIZEN [ ] OTHER
PD: EVE
ADDRESS: 045523   117
45 ELM ST
EVERETT, MA 02149
PLACE OF OFFENSE: EVERETT
INCIDENT REPORT NO.: 776090
OBTN: TEVE077609001
CITATION NO(S).:

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 94C/40-0 | CONSPIRACY TO VIOLATE DRUG L | 09/04/2019 |
|  | VARIABLES: CONSPIRED WITH JONATHAN RUIZ | | |
| 2 | | | |
|  | VARIABLES | | |
| 3 | | | |
|  | VARIABLES | | |

REMARKS:
COMPLAINANT'S SIGNATURE: X [signature]
DATE FILED: 09/04/2019

COURT USE ONLY: A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON _____ (DATE OF HEARING) AT _____ (TIME OF HEARING).

## PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
HEARING CONTINUED TO:
APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
- [ ] IMMINENT THREAT OF [ ] BODILY INJURY [ ] CRIME [ ] FLIGHT BY ACCUSED
- [ ] FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
- [ ] FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK DISCRETION

## COMPLAINT TO ISSUE

9/5/19
[✓] PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). [✓] 1. [ ] 2. [ ] 3. BASED ON
[✓] FACTS SET FORTH IN ATTACHED STATEMENT(S)
[ ] TESTIMONY RECORDED: TAPE NO. ____ START NO. ____ END NO. ____
[ ] WARRANT [ ] SUMMONS TO ISSUE
ARRAIGNMENT DATE: 9-5-19

## COMPLAINT DENIED
- [ ] NO PROBABLE CAUSE FOUND
- [ ] REQUEST OF COMPLAINANT
- [ ] FAILURE TO PROSECUTE
- [ ] AGREEMENT OF BOTH PARTIES
- [ ] OTHER

COMMENT:

COURT COPY

# City of Everett
## Police Department
45 Elm Street Everett, MA. 02149
Phone: (617) 389-2120 Fax: (617) 394-2379



Chief of Police
Steven A. Mazzie

BAIL 100,040
1 $

PAID

## BOOKING REPORT

Master# 201424
RIVERA, LUIS ANTONIO

Case# 776090

**** ADULT ARREST ****



faxed

| Arrest Location: | PIERCE AV | | | | |
|---|---|---|---|---|---|
| Cell# | Depository # | | | **Warning** A | |
| Time: 12:30 | RIVERA, LUIS ANTONIO | | | DoB: | Age: 58 |
| Date: 09/04/19 | 105 WASHINGTON AV Apt 1 | | | SS#: | |
| Case#: 776090 | CHELSEA, MA 02150 | | | Lic#: S10377006 | |
| Born: PUERTO RICO | Eth: H | | | Race: H | Sex: M |
| Alias: | Hgt: 505 | Wgt: 150 | | Hair: BRN | Eye: BRN |
| Occ: CONSTRUCTION WORKER | Bld: MED | Cmp: DRK | | Dep: 0 Marital: S | |
| Emp: SELF | Mrks: | | | Whr: | |
| H Ph: - | W Ph: - | | | C Ph: (617)669-1565 | |
| Father: ANTONIO | Mthr: JULIA | | | Spse: | |
| Maiden: | | | | | |
| Prints(Date/Serial#): 09/04/19 | | | | FID: (N) FID#: | |
| Photo(Date/Serial#): 09/04/19 20142403 | | | | Iss: | |
| L. to Carry:(N) Lic#: | Iss: | | | Exp: | |
| Reason: | Exp: | | | Why: | |

```
                              **CHARGES**                              Warrant#
 -Date-  -Case#-  -OBTN--------  -Code-  -Statute----  -Charge---------------------
 09/04/19  776090  TEVE077609001  121090  265/13D/A-0  A&B ON POLICE OFFICER c26
```

```
 Log Entry Complaint: EXECUTING A SEARCH WARRANT, WYLLIS AV/GREEN
 Arrested by Officers:  76 DET MASON           147 SGT BAGLEY
      Booking Officer: 125 LT HANNON    Search:  62 PTL P YOUNG
```

```
                    ARRESTEE PERSONAL PROPERTY
              Ln#  Prop Desc
              ---  ------------------------------------------------
              001  BELT, SNEAKERS, $1.78 IN CHANGE

        I agree with the listed property, and acknowledge that I retained
        possession of $___0___.00 Cash. Personal Property left in the care
        of the police department and unclaimed for more than 30 days will be
        considered abandoned and disposed of in accordance with MGL c135 s8.
                                  X_____Detainee Signature

        **********RETURNED PROPERTY TO ARRESTEE _____
                                                    Prisoner's Signature
```

```
        PRISONER MADE CALL TO THIS PHONE NUMBER: 617 749 8958
                                                 Record Phone Number Here

        **VIDEOTAPE: _____   start: _____   stop: _____
        **CAUTION**   Prisoner combative ( )  Prisoner suicidal ( )   times
         PHONE CALL: Prisoner made call (X)  Prisoner refused call( )  _____
        BREATH TEST: Prisoner took test (Y/N) ( )      BAC _____
        PROTECTIVE CUSTODY: Prisoner Refused Detox ( )    Taken to Detox ( )
                            Detox refused prisoner ( )    No bed available ( )
        BOARD OF PROBATION: Rcd chk for prior OUIL ( ) Prisoner Crim Rcd ck(X)
        REGISTRY: Notified for OUIL arrest ( ) Prisoner Lic data confirmed ( )
                    Certified copy of revocation or suspension request ( )
        LEAPS/NCIC:There are NO wants/warrants (X) There ARE wants/warrants( )
                            Suicide Check (-) ayes
        ***RELEASE:====>>> Cash Bail set at: _____   Surety:_____
                 Bailed/Released by: _____   Date/Time: _____

                   FOR ARRESTED FOREIGN NATIONALS / NON US CITIZENS
        MANDATORY NOTIFICATION COUNTRY:    Yes ( )   No ( )
        CONSULAR NOTIFICATION MADE:        Yes ( )   No ( )

        OTHER COMMENTS: Translator used from translator line
                       #25573/
```

```
                              PRISONER'S RIGHTS

                              MIRANDA WARNINGS
        Before asking you any questions, it is my duty to advise you of your
        rights:
        1. You have the right to remain silent.
        2. Anything you say can and will be used against you in a court of law
        3. You have the right to talk to a lawyer and have him/her present
           with you while you are being questioned.
        4. If you cannot afford to hire a lawyer one will be appointed to rep-
           resent you before any questioning, if you wish one.
        5. If you decide to answer questions you may stop answering at
           any time.
        6. Do you understand each of these rights I have explained to you ?
        7. Having these rights in mind, do you wish to talk us without a
           lawyer being present ?
                              Prisoner's signature: _____
```

Fax Server        7/20/2020 11:27:07 AM   PAGE 11/027    Fax Server
Case 1:20-cv-00216-MSM-PAS   Document 339-2   Filed 08/07/20   Page 9 of 10 PageID #: 16020

3/3

RIGHTS TO USE THE TELEPHONE
Chapter 276, Section 33a: The Police Official in charge of the Police station, shall permit use of the telephone within one hour.
Prisoner's signature: _____

INJURIES/ILLNESS (DESCRIPTION & PHOTOGRAPHS REQUIRED)
Injuries (describe): _____

Hospital: YES / (NO) Circle One    Name: _____

SUICIDE PREVENTION GUIDELINES

1. HOW DO YOU FEEL? — OK
2. ARE YOU PRESENTLY UNDER MEDICAL CARE? — Yes
3. ARE YOU TAKING ANY MEDICATION? — Yes  Metformin w/ Symbestatin
   WHAT KIND?
4. ARE YOU UNDER PSYCHIATRIC CARE? — No
   NAME/ADDRESS/TELEPHONE NUMBER OF PSYCHIATRIST.
5. ARE YOU THINKING ABOUT SUICIDE? — No
6. ARE YOU THINKING ABOUT HARMING YOURSELF IN ANY WAY? — No
7. HOW WOULD YOU DO IT?
8. WHEN WOULD YOU DO IT?
9. HAVE YOU MADE ANY PREVIOUS ATTEMPTS AT SUICIDE OR TO INJURE YOURSELF? — No
   WHEN?
   WHERE?
   HOW?
10. HAS ANYONE CLOSE TO YOU EVER COMMITTED SUICIDE — No
11. I HAVE BEEN UNABLE TO COMMUNICATE WITH THIS DETAINEE TO COMPLETE THIS QUESTIONNAIRE, BECAUSE: _____

## DERECHOS DE DEFENSIVO

### LA ADVERTENCIA MIRANDA

1. ANTES DE HECERLE CUALQUIER PREGUNTA, ES MI OBLIGACION AVISARLE DE SUS DERECHOS.
2. USTED TIENE EL DERECHO DE GUARDAR SILENCIO.
3. SI USTED ELIGE HABLAR, CUALQUIER COSA QUE USTED DIGA PUEDE SER USADA CONTRA USTED EN UNA CORTE U OTRO TRAMITE.
4. USTED TIENE EL DERECHO DE CONSULTAR CON UN ABOGADO ANTES DE CONTESTAR CUALQIER PREGUNTA Y PUEDE TENERLO PRESENTE DURANTE LA INTERROGACION.
5. SI USTED NO PUEDE CONTRATAR UN ABOGADO Y QUIERE UNO, EL ESTADO LE ASIGNARA UNO SIN GASTO A USTED.
6. USTED TAMBIEN PUEDE RENUNCIAR EL DERECHO A UN ABOGADO Y SU DERECHO DE GUARDAR SILENCIO Y PUEDE CONTESTAR CUALQUIER PREGUNTA O HACER CUALQUIER DECLARACION QUE DESEE. SI DECIDE CONTESTAR PREGUNTAS, PUEDE PARAR A CUALQUIER TIEMPO PARA CONSULTAR CON UN ABOGADO.
7. COMPRENDE LO QUE LE HE DICHO?
8. TENIENDO ESTOS DERECHOS EN MENTE, USTED DESEA HABLAR AHORA CONMIGO?

### DERECHO AL USO DE EL TELEFONO

CAPITULO 276 SECTION 33a ASI ENMENDADO; EL OFICIAL DE POLICIA ENCARGADO DE TAL ESTACION O SITIO DE DETENCION TENIENDO UN TELEFONO DONDE UNA PERSONA ES DETENIDA EN CUSTODIA, EL PERMISO DEL USO DEL TELEFONO, A COSTA DE LA PERSONA ARRESTADA, PARA EL PROPOSITO DE PERMITIR QUE LA PERSONA ARRESTADA SE PUEDA COMUNICAR CON SU FAMILIA, AMISTADES, O PARA ARREGLAR SU FIANZA, O PARA CONTRATAR LOS SERVICIOS DE UN ABOGADO CUALQUIERA SEMEJANTE PERSONA TIENE QUE SER INFORMADO DE SU DERECHO HACIA EL USO DE EL TELEFONO INMEDIATAMENTE TRAS DE SER INSCRITO, Y TAL USO TIENE QUE SER PERMITIDO DENTRO DE UNA HORA DESPUES DE ESO.

X _____
FIRMA DEL DEFENSIVO

_____
OFICIAL DANDO DERECHOS
(OFFICER IN CHARGE SIGNATURE)