| CRIMINAL DOCKET | DOCKET NUMBER | NO. OF COUNTS | Trial Court of Massachusetts |
|---|---|---|---|
| | 1905CR001001 | 7 | BMC Department |

| DEFENDANT NAME AND ADDRESS | DOB | GENDER | COURT NAME & ADDRESS |
|---|---|---|---|
| Luis A Rivera<br>105 Washington Ave<br>Apt #1<br>Chelsea, MA 02150 | | Male | BMC East Boston<br>37 Meridian Street<br>East Boston, MA 02128-2802 |
| | DATE COMPLAINT ISSUED<br>10/15/2019 | | |
| | PRECOMPLAINT ARREST DATE<br>10/12/2019 | INTERPRETER REQUIRED | |

### FIRST FIVE OFFENSE COUNTS

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 90/23/D | LICENSE SUSPENDED, OP MV WITH c90 §23 | 10/05/2019 |
| 2 | 90/25/D | STOP FOR POLICE, FAIL c90 §25 | 10/05/2019 |
| 3 | 94C/32/A | DRUG, DISTRIBUTE CLASS A c94C §32(a) | 10/05/2019 |
| 4 | 94C/32A/E | DRUG, DISTRIBUTE CLASS B c94C §32A(a) | 10/05/2019 |
| 5 | 94C/32A/G | DRUG, POSSESS TO DISTRIB CLASS B c94C §32A(a) | 10/05/2019 |

ARRESTED

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| Capone DeLaCruz  2-25-20 | Boston | Boston PD - Area A-7 |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED | |
|---|---|---|---|---|
| 10-15-19<br>McDonald | ☑ Attorney appointed (SJC R. 3:10)<br>☐ Atty denied & Deft. Advised per 211 D §2A<br>☐ Waiver of Counsel found after colloquy | 10-15-19<br>McDonald | Counsel Fee (211D § 2A¶2)<br>$ 150 | ☐ WAIVED |
| | (Posted)<br>GPS | | Counsel Contribution (211D § 2) $ | ☐ WAIVED |
| 10-15-19<br>McDonald | Terms of release set: ☐ PR  ☑ Bail $20,000 cash<br>☑ See Docket for special condition<br>☐ Held (276 §58A) | | Default Warrant Fee (276 § 30¶1) $ | ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2) $ | ☐ WAIVED |
| 10-15-19<br>McDonald | Arraigned and advised:<br>☑ Potential of bail revocation (276 §58B)<br>☐ Right to bail to review (276 §58)<br>☐ Right to drug exam (111E § 10)<br>☐ Inquiry made by Court under 276 § 56A | | Probation Supervision Fee (276 § 87A) $ | ☐ WAIVED |
| | | | Bail Order Forfeited | |
| | | | Advised of right to jury trial:<br>☐ Waiver of jury found after colloquy<br>☐ Does not waive | |
| | Abuse Allegation:<br>☐ C276 § 56A form filed by Commonwealth<br>☐ Allegation of abuse under C276 § 56A found<br>☐ No allegation of abuse under C276 § 56A found | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4)<br>Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) | |

### SCHEDULING HISTORY

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/STOP |
|---|---|---|---|---|---|
| 1 | 10/15/2019 | Arraignment | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd 11-7-19 PTH | McDonald | 12:33-12:39 |
| 2 | 11-7-19 | PTH | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd 12-2-19 C+E | McDonald | 11:11-11:14 |
| 3 | 12/2/19 | C+E | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd 1-8-20 | McDonald | 11:45 |
| 4 | | | ☑ Held ☐ Not Held but Event Resolved ☐ Cont'd C+E | | |
| 5 | 1-8-20 | C+E | ☑ Held ☐ Not Held but Event Resolved ☑ Cont'd 2-25-20 MOT SUPP<br>waives 90 days | McDonald | 10:04-10:04 |
| 6 | 2-25-20 | MOT SUPP | ☐ Held ☑ Not Held but Event Resolved ☐ Cont'd 4-9-20 C+E | McDonald | 9:45-9:54 |
| 7 | 3-26-20 | BF | ☑ Held ☐ Not Held but Event Resolved ☑ Cont'd 6-11-20 C+E 11:00 | | |
| 8 | 6-11-20 | C+E | ☐ Held ☐ Not Held but Event Resolved ☑ Cont'd 6-13-20 CTE - in person | admin | |
| 9 | 6-15-20 | BF | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd 6-15-20 JH | admin | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**
ARR = Arraignment  PTH = Pretrial hearing  DCE = Discovery compliance & jury selection  BTR = Bench trial  JTR = Jury trial  PCH = Probable cause hearing  MOT = Motion hearing  SRE = Status review
SRP = Status review of payments  FAT = First appearance in jury session  SEN = Sentencing  CWF = Continuance-without-finding scheduled to terminate  PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted  WAR = Warrant Issued  WARD = Default warrant issued  WR = Warrant or default warrant recalled  PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK  X | TOTAL NO. OF PAGES | ON (DATE) |

Date/Time Printed: 10-15-2019 09:56:36    1905CR001001    Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Luis A Rivera | DOCKET NUMBER<br>1905CR001001 |
|---|---|---|

### COUNT / OFFENSE
**1  LICENSE SUSPENDED, OP MV WITH c90 §23**

DISPOSITION DATE AND JUDGE

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

**DISPOSITION METHOD (cont.)**
- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty   ☐ Not Guilty<br>☐ Responsible   ☐ Not Responsible<br>☐ Probable Cause   ☐ No Probable Cause | ☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated: defendant discharged<br>☐ Sentence or disposition revoked (see cont'd page) | | |

### COUNT / OFFENSE
**2  STOP FOR POLICE, FAIL c90 §25**

DISPOSITION DATE AND JUDGE

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
  - ☐ Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty   ☐ Not Guilty<br>☐ Responsible   ☐ Not Responsible<br>☐ Probable Cause   ☐ No Probable Cause | ☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated: defendant discharged<br>☐ Sentence or disposition revoked (see cont'd page) | | |

### COUNT / OFFENSE
**3  DRUG, DISTRIBUTE CLASS A c94C §32(a)**

DISPOSITION DATE AND JUDGE

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |

- ☐ Dismissed upon:
  - ☐ Request of Commonwealth  ☐ Request of Victim
  - ☐ Request of Defendant  ☐ Failure to prosecute
  - Other:
- ☐ Filed with Defendant's consent
- ☐ Nolle Prosequi
- ☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
- ☐ Sufficient facts found but continued without a finding until:
- ☐ Defendant placed on probation until:
  - ☐ Risk/Need or OUI   ☐ Administrative Supervision
- ☐ Defendant placed on pretrial probation (276 §87) until:
- ☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty   ☐ Not Guilty<br>☐ Responsible   ☐ Not Responsible<br>☐ Probable Cause   ☐ No Probable Cause | ☐ Dismissed on recommendation of Probation Dept.<br>☐ Probation terminated: defendant discharged<br>☐ Sentence or disposition revoked (see cont'd page) | | |

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Luis A Rivera | DOCKET NUMBER<br>1905CR001001 |
|---|---|---|

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| 4   DRUG, DISTRIBUTE CLASS B c94C §32A(a) | |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |
| ☐ Dismissed upon: | SENTENCE OR OTHER DISPOSITION |
| ☐ Request of Commonwealth ☐ Request of Victim | ☐ Sufficient facts found but continued without a finding until: |
| ☐ Request of Defendant ☐ Failure to prosecute | ☐ Defendant placed on probation until: |
| | ☐ Risk/Need or OUI   ☐ Administrative Supervision |
| ☐ Other: | ☐ Defendant placed on pretrial probation (276 §87) until: |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: |
| ☐ Nolle Prosequi | |
| ☐ Decriminalized (277 §70 C) | |

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| 5   DRUG, POSSESS TO DISTRIB CLASS B c94C §32A(a) | |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |
| ☐ Dismissed upon: | SENTENCE OR OTHER DISPOSITION |
| ☐ Request of Commonwealth ☐ Request of Victim | ☐ Sufficient facts found but continued without a finding until: |
| ☐ Request of Defendant ☐ Failure to prosecute | ☐ Defendant placed on probation until: |
| | ☐ Risk/Need or OUI   ☐ Administrative Supervision |
| ☐ Other: | ☐ Defendant placed on pretrial probation (276 §87) until: |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: |
| ☐ Nolle Prosequi | |
| ☐ Decriminalized (277 §70 C) | |

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| 6   SPEEDING RATE OF SPEED GREATER THAN WAS REASONABLE AND PROPER c90 §17 | |

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| ☐ Bench Trial | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Jury Trial | | | | | |
| ☐ Dismissed upon: | SENTENCE OR OTHER DISPOSITION |
| ☐ Request of Commonwealth ☐ Request of Victim | ☐ Sufficient facts found but continued without a finding until: |
| ☐ Request of Defendant ☐ Failure to prosecute | ☐ Defendant placed on probation until: |
| | ☐ Risk/Need or OUI   ☐ Administrative Supervision |
| Other: | ☐ Defendant placed on pretrial probation (276 §87) until: |
| ☐ Filed with Defendant's consent | ☐ To be dismissed if court costs / restitution paid by: |
| ☐ Nolle Prosequi | |
| ☐ Decriminalized (277 §70 C) | |

| FINDING | | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|---|
| ☐ Guilty | ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible | ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause | ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

Date/Time Printed: 10-15-2019 09:56:36       1905CR001001       Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Luis A Rivera | DOCKET NUMBER<br>1905CR001001 |
|---|---|---|

**COUNT / OFFENSE**
7  SIGNAL, FAIL TO * c90 §14B

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |
| ☐ Jury Trial | | | | | |

☐ Dismissed upon:
   ☐ Request of Commonwealth  ☐ Request of Victim
   ☐ Request of Defendant     ☐ Failure to prosecute
   ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
   ☐ Risk/Need or OUI    ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty      ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |
| ☐ Jury Trial | | | | | |

☐ Dismissed upon:
   ☐ Request of Commonwealth  ☐ Request of Victim
   ☐ Request of Defendant     ☐ Failure to prosecute
   ☐ Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
   ☐ Risk/Need or OUI    ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty      ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

**COUNT / OFFENSE**

**DISPOSITION DATE AND JUDGE**

| DISPOSITION METHOD | FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|---|
| ☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12 | | | | | |
| | HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |
| ☐ Bench Trial | | | | | |
| ☐ Jury Trial | | | | | |

☐ Dismissed upon:
   ☐ Request of Commonwealth  ☐ Request of Victim
   ☐ Request of Defendant     ☐ Failure to prosecute
   Other:
☐ Filed with Defendant's consent
☐ Nolle Prosequi
☐ Decriminalized (277 §70 C)

**SENTENCE OR OTHER DISPOSITION**
☐ Sufficient facts found but continued without a finding until:
☐ Defendant placed on probation until:
   ☐ Risk/Need or OUI    ☐ Administrative Supervision
☐ Defendant placed on pretrial probation (276 §87) until:
☐ To be dismissed if court costs / restitution paid by:

| FINDING | FINAL DISPOSITION | JUDGE | DATE |
|---|---|---|---|
| ☐ Guilty      ☐ Not Guilty | ☐ Dismissed on recommendation of Probation Dept. | | |
| ☐ Responsible ☐ Not Responsible | ☐ Probation terminated: defendant discharged | | |
| ☐ Probable Cause ☐ No Probable Cause | ☐ Sentence or disposition revoked (see cont'd page) | | |

| CRIMINAL DOCKET DOCKET ENTRIES | DEFENDANT NAME: Luis A Rivera | DOCKET NUMBER: 1905CR001001 |
|---|---|---|

| DATE | DOCKET ENTRIES |
|---|---|
| 10-15-19 | Date of offense corrected to 10-7-19. |
| 10-15-19 | Deft posted $10,000.00 cash at time of arrest - needs to post an additional $10,000.00 cash to be released for a total of $20,000.00 cash - GPS + surrender passport prior to release - Home Confinement without prejudice. McDonald J. |
| 10-15-19 | Commonwealth files motion to revoke bail in Malden court case 1950CR2112 - heard and allowed - McDonald J. - bail revoked for ninety days to expire 1-13-2020. McDonald J. |
| 10-25-19 | Habe iss'd Nashua St Jail ret'bl 10-25-19 |
| 10-25-19 | BF - surety to address court regarding bail - 10-25-19 JH - adm. |
| 10/25/19 | $10,000 cash posted ret'd to Surety - McDonald J. |
| 11-7-19 | Comm files Notice of Intention to Call Expert witness - |
| 12/2/19 | Deft. being held $20,000 CASH - GPS prior to release - (posted) |
| 2-25-20 | Atty DeLa Cruz files notice of appearance - deft's in court appearance waived - Deft makes oral motion to modify conditions of release - heard + Allowed over objection of Commonwealth. curfew 5pm - 8am monday thru Saturday - Home Confinement on Sunday - Inclusion zone for GPS during curfew @ work place * |

APPROVED ABBREVIATIONS
ARR = Arraignment   PTH = Pretrial hearing   DCE = Discovery compliance & jury selection   BTR = Bench trial   JTR = Jury trial   PCH = Probable cause hearing   MOT = Motion hearing   SRE = Status review
SRP = Status review of payments   FAT = First appearance in jury session   SEN = Sentencing   CWF = Continuance-without-finding scheduled to terminate   PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant Issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PVH = probation revocation hearing.

(over)

Date/Time Printed: 10-15-2019 09:56:36         1905CR001001         Revised: 07/16

2-25-20 (cont) Deft released today for 3 hours to retrieve belongings from Nashua St Jail.

✗ Passport condition VACATED - see affidavit of deft

15-20 - 9:45 - 9:54     McDonald, Q

3-26-20  BF  Per BMCD Standing Order 1-20, Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus (COVID)

6-15-20  BF - to address conditions of release
6-15-20 - JH ves admin

6-15-20  JH held - conditions of Home Confinement modified for hospital stay upon verification
15-20 - 12:18     McDonald Q

7-9-20  BF - violation of conditions of release
7-9-20  JH - admin

7-9-20 - JH - no action taken - Cont. 8/13/20 C+E

Lyons /JH/

| APPLICATION FOR CRIMINAL COMPLAINT | APPLICATION NO. (COURT USE ONLY) TBOS190031307 | PAGE 1 of 3 | Trial Court of Massachusetts EAST BOSTON COURT - BMC |
|---|---|---|---|

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☐ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE**, because of an imminent threat of
   ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused
☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused

☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

bailed $10,000

ARREST STATUS OF ACCUSED
☒ HAS   ☐ HAS NOT been arrested

### INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS: RIVERA, LUIS / 105 WASHINGTON AVE / CHELSEA, MA 02150

BIRTH DATE: [redacted]
PCF NO.: 5335194
DRIVERS LICENSE NO.: S-10377006   STATE: MA
GENDER: MALE   HEIGHT: 505   WEIGHT: 150   EYES: BROWN
HAIR: BLACK   RACE: BLACK   COMPLEXION: DARK

### CASE INFORMATION

COMPLAINANT NAME: SGT. DET. BLAS. PO'S FONTANEZ, SLAMIN, DCU A-7
COMPLAINANT TYPE: ☒ POLICE
PD: BOSTON POLI
ADDRESS: 69 PARIS ST, E.BOSTON, MA 02128
PLACE OF OFFENSE: BOARDMAN ST & ASHLEY ST, BOSTON MA 02128
INCIDENT REPORT NO.: 192082662
OBTN: TBOS1901031307
CITATION NO(S): T-1186925, T-1186925, T-1186925, T-1186927, na,

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | /23/D-2 | LICENSE SUSPENDED, OP MV WITH c90 §23 | 10/05/2019  10/12/19 |
|   | VARIABLES: /05/2019 (DATE OF OFFENSE) citation T1186925 | | |
| 2 | /25/D-0 | STOP FOR POLICE, FAIL c90 §25 | 10/05/2019 |
|   | VARIABLES: /05/2019 (DATE OF OFFENSE) citation T1186925 | | |
| 3 | /17/E-0 | SPEEDING RATE OF SPEED GREATER THAN WAS REASONABLE AND PROPER c90 §1 | 10/05/2019 |
|   | VARIABLES: /05/2019 (OFFENSE DATE) citation T1186925 | | |

REMARKS:
COMPLAINANT'S SIGNATURE: X [signature]
DATE FILED: 10/15/19

COURT USE ONLY: A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
DATE OF HEARING:   TIME OF HEARING:   AT

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
HEARING CONTINUED TO:
APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
  ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED
  ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
  ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION

### COMPLAINT TO ISSUE

10/15/19

☒ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S): ☒ 1. ☐ 2. ☒ 3. BASED ON
☒ FACTS SET FORTH IN ATTACHED STATEMENT(S)
☐ TESTIMONY RECORDED: TAPE NO. _____ START NO. _____ END NO. _____
☐ WARRANT ☐ SUMMONS TO ISSUE
ARRAIGNMENT DATE: _____

☐ NO PROBABLE CAUSE FOUND
☐ REQUEST OF COMPLAINANT
☐ FAILURE TO PROSECUTE
☐ AGREEMENT OF BOTH PARTIES
☐ OTHER:
COMMENT

CLERK/JUDGE: [signature]

over →

# APPLICATION FOR CRIMINAL COMPLAINT

APPLICATION NO. (COURT USE ONLY): TBOS190031307

PAGE 2 of 3

Trial Court - Massachusetts District Court - BMC

The undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

- ANY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE**, because of an imminent threat of BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused
- ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused

WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

ARREST STATUS OF ACCUSED: ☒ HAS / HAS NOT been arrested

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS:
RIVERA, LUIS
105 WASHINGTON AVE
CHELSEA, MA 02150

BIRTH DATE: [redacted]
SOCIAL SECURITY NUMBER: [redacted]
PCF NO.: 
MARITAL STATUS: 
DRIVERS LICENSE #: S-10377006
STATE: MA
GENDER: MALE
HEIGHT: 505
WEIGHT: 150
EYES: BROWN
RACE: BLACK
COMPLEXION: DARK
SCARS/MARKS/TATTOOS:
BIRTH STATE OR COUNTRY:
DAY PHONE:
EMPLOYER/SCHOOL:
MOTHER'S MAIDEN NAME (FIRST MI LAST):
FATHER'S NAME (FIRST MI LAST):

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): SGT. DET. BLAS. PO'S FONTANEZ, SLAMIN, DCU A-7
COMPLAINANT TYPE: POLICE
ADDRESS: 69 PARIS ST, E.BOSTON, MA 02128
PLACE OF OFFENSE: BOARDMAN ST & ASHLEY ST, BOSTON MA 02128
INCIDENT REPORT NO: 192082662 / 190819-031307
CITATION NO(S): T-1186925, T-11??25, ??3??2, T-118??27, ??,

| OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|
| 14B-0 | SIGNAL, FAIL TO * c90 §14B | 10/05/2019 |

VARIABLES: 10/05/2019 (DATE OF OFFENSE)

Citation T 1186927

| OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|
| 32/A-1 | DRUG, DISTRIBUTE CLASS A c94C §32(a) | 10/05/2019 |

VARIABLES: 10/05/2019 (DATE OF OFFENSE), HEROIN (TYPE OF CLASS A DRUG)

| OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|
| 32A/E-1 | DRUG, DISTRIBUTE CLASS B c94C §32A(a) | 10/05/2019 |

VARIABLES: 10/05/2019 (DATE OF OFFENSE), COCAINE (TYPE OF CLASS B DRUG)

REMARKS:
COMPLAINANT'S SIGNATURE: X [signature]
DATE FILED: 10/15/19

COURT USE ONLY: A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON
DATE OF HEARING: 
PLACE OF HEARING:
AT:

## PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY) CLERK/JUDGE

- NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
- NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
- HEARING CONTINUED TO:
- APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
  - ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED
  - ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
  - ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION

## COMPLAINT TO ISSUE

10/15/19

☒ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S) ☒ 1. ☒ 2. ☒ 3. BASED ON
☒ FACTS SET FORTH IN ATTACHED STATEMENT(S)
☐ TESTIMONY RECORDED: TAPE NO. _____ START NO. _____ END NO. _____
☐ WARRANT ☐ SUMMONS TO ISSUE
ARRAIGNMENT DATE: _____

☐ NO PROBABLE CAUSE FOUND
☐ REQUEST OF COMPLAINANT
☐ FAILURE TO PROSECUTE
☐ AGREEMENT OF BOTH PARTIES
☐ OTHER:
COMMENT:

CLERK/JUDGE: [signature] an

over →

# APPLICATION FOR CRIMINAL COMPLAINT

APPLICATION NO. (COURT USE ONLY): TB0S190031307

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

- ☐ ONLY MISDEMEANOR(S), I request a hearing ☐ **WITHOUT NOTICE**, because of an imminent threat of BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused
- ☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused
- ☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

## INFORMATION ABOUT ACCUSED

NAME (FIRST MI LAST) AND ADDRESS:
RIVERA, LUIS
105 WASHINGTON AVE
CHELSEA, MA 02150

DRIVERS LICENSE NO: 10277105

HEIGHT: 505
WEIGHT: 150
GENDER: MALE

HAIR: Black
RACE: BLACK
COMPLEXION: DARK

## CASE INFORMATION

COMPLAINANT NAME (FIRST MI LAST): SGT. DET. BLAS. PO'S FONTANEZ, SLAMIN, DCU A-7

ADDRESS: 69 PARIS ST, E.BOSTON, MA 02128

INCIDENT REPORT NO: 192182662
BTN: TB0S19031307

| # | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 732A/G-1 | DRUG, POSSESS TO DISTRIB CLASS B c94C §32A(a) | 10/0_/__ |

VARIABLES: 05/2019 (DATE OF OFFENSE), COCAINE (TYPE OF CLASS B DRUG)

| 2 | | | |
| 3 | | | |

COMPLAINANT'S SIGNATURE: X [signature]
DATE: 10/15/19

A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON ___ AT ___

### PROCESSING OF NON-ARREST APPLICATION

- NOTICE SENT OF CLERK'S HEARING SCHEDULED ON:
- NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON:
- HEARING CONTINUED TO:
- APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE:
  - ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED
  - ☐ FELONY CHARGED AND POLICE DO NOT REQUEST NOTICE
  - ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION

### COMPLAINT TO ISSUE

DATE: 10/15/19

☑ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S) ☑ 1. ☐ 2. ☐ 3. BASED ON
☑ FACTS SET FORTH IN ATTACHED STATEMENT(S)
☐ TESTIMONY RECORDED: TAPE NO. ___ START NO. ___ END NO. ___
☐ WARRANT ☐ SUMMONS TO ISSUE
ARRAIGNMENT DATE: ___

☐ NO PROBABLE CAUSE FOUND
☐ REQUEST OF COMPLAINANT
☐ FAILURE TO PROSECUTE
☐ AGREEMENT OF BOTH PARTIES
☐ OTHER:
COMMENT:

[Judge's signature: am]

# Boston Police Department
## Arrest Booking Form

**Report Date:** 10/12/2019 19:48
**Booking Status:** Verified
**Printed By:** Fontanez, Peter

**District:** 07   **UCR Code:** 1841
**OBTN:** TBOS190031307
**Court of Appearance:** East Boston District Court
**Master Name:** RIVERA, Luis A   **Age:** 59
**Location of Arrest:** Ashley St & Boardman St, East Boston

**Booking Name:** RIVERA, Luis A
**Alias:**
**Address:** 105 Wasshington Ave, CHELSEA MA 02150 US



**Charges:**
Distribution of Class A, Drugs (94C-32)
Distribution of Class B, Drugs (94C-32A)
Operating after Revocation or Suspension (90-23)
Failure to Stop for a Police Officer (90-25)
Possession W/I to Distribute, Class A, Drugs (94C-32)

**Booking #:** 19-00313-07   **Incident #:** 192082662   **CR Number:** 502446-19
**Booking Date:** 10/12/2019 13:22   **Arrest Date:** 10/12/2019 13:15   **RA Number:**

| | | |
|---|---|---|
| **Sex:** Male | **Height:** 5'05 | **Occupation:** |
| **Race:** Black Hispanic | **Weight:** 150 lbs | **Employer/School:** |
| **Date of Birth:** | **Build:** Medium | **Emp/School Addr:** MA US |
| **Place of Birth:** PUERTO RICO US | **Eyes Color:** Brown | **Social Sec. Number:** |
| **Marital Status:** | **Hair Color:** Black | **Operators License:** S10377006 |
| **Mother's Name:** | **Complexion:** Medium Brown | **State:** MA |
| **Father's Name:** | | |

**Phone Used:** No   **Scars/Marks/Tattoos:**
**Examined at Hospital:** No   **Clothing Desc:** green hoody, blue jeans, white t shirt
**Breathalyzer Used:** No
**Examined by EMS:** No

| | | | | |
|---|---|---|---|---|
| **Arresting Officer:** | BPD | 09282 | Fontanez, Peter | **Cell Number:** 3 |
| **Booking Officer:** | BPD | 10890 | McSorley, Joseph | **Partner's #:** 80411 |
| **Informed of Rights:** | BPD | 11982 | SLAMIN, Richard | **Unit #:** V132 |
| **Placed in Cell By:** | BPD | 10890 | McSorley, Joseph | **Trans Unit #:** G415D |
| **Searched By:** | BPD | 11982 | SLAMIN, Richard | |

**Cautions:**   **Booking Comments:**   **Visible Injuries:** na

**JUVENILE INFORMATION**
**Person Notified:**   **Relationship:**   **Phone:**
**Address:**   **Juv. Prob. Officer:**
**Notified By:**   **Notified Date/Time:**

**Bail Set By:**   I Selected the Bail Comm.
**Bailed By:**
**Amount:**
_Signature of Prisoner_

| **BOP Check:** | BPD | 10890 | McSorley, Joseph |
| **Suicide Check:** | | | |
| **BOP Warrant:** | | | |
| **BOP Court:** | | | |

_Signature of Duty Supervisor_

**BostonPolice**
DEPARTMENT
1 SCHROEDER PLAZA | BOSTON, MA 02120

Boston Police Department

## I# 192082662 - Offense/Incident Report Cover Sheet

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Oct 12, 2019 16:55 | A7 / G411 | Oct 12, 2019 13:10 |

### OFFENSE-1

**OFFENSE CODE**
DRUGS - POSSESSION/ SALE/ MANUFACTURING/ USE

| OFFENSE LOCATION | OCCURRED FROM DATE/TIME |
|---|---|
| 525 WILLIAM F MCCLELLAN HWY, WALDEMAR AVE & DEAD END, EAST BOSTON, MA 02151 | Oct 12, 2019 13:15 |

### OFFENSE-2

**OFFENSE CODE**
DRUGS - POSSESSION/ SALE/ MANUFACTURING/ USE

| OFFENSE LOCATION | OCCURRED FROM DATE/TIME |
|---|---|
| ASHLEY ST & BOARDMAN ST, BOSTON, MA 02128 | Oct 12, 2019 13:15 |

### OFFENSE-3

**OFFENSE CODE**
VAL - OPERATING AFTER REV/SUSP.

| OFFENSE LOCATION | OCCURRED FROM DATE/TIME |
|---|---|
| ASHLEY ST & BOARDMAN ST, BOSTON, MA 02128 | Oct 12, 2019 13:10 |

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| S-3 | Carmen Quintin | 241 BRANDYWYNE DR, EAST BOSTON, MA 02128 | | Other | Female |
| S-1 | Urbano Meola | 231 COURT RD, WINTHROP, MA 02152 | | White | Male |
| S-2 | Luis A Rivera | 105 WASSHINGTON AVE, CHELSEA, MA 02150 | | Black | Male |

### INVOLVED ORGANIZATIONS

| INVOLVEMENT | NAME | ADDRESS |
|---|---|---|
| V-2 | City of Boston | |
| V-1, R-1 | Commonwealth of Massachusetts | |

### INVOLVED PROPERTY

| STATUS | ITEM CATEGORY | DESCRIPTION |
|---|---|---|
| Impounded/Seized | Heroin | 1 p/b |
| Impounded/Seized | Cell Phone | Apple Iphone |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| RICHARD SLAMIN #011982  Oct 12, 2019 22:43 (e-signature) | MANUEL BLAS #080411  Oct 12, 2019 22:44 (e-signature) |
| PRINT NAME | PRINT NAME |
| RICHARD SLAMIN #011982 | MANUEL BLAS #080411 |

| STATUS | ITEM CATEGORY | DESCRIPTION |
|---|---|---|
| Impounded/Seized | US Currency/ Coins | US Currency |
| STATUS | ITEM CATEGORY | DESCRIPTION |
| Impounded/Seized | Cell Phone | Damaged AT&T flip cell phone |
| STATUS | ITEM CATEGORY | DESCRIPTION |
| Impounded/Seized | Cocaine | 1 p/b Cocaine |
| STATUS | ITEM CATEGORY | DESCRIPTION |
| Impounded/Seized | Documents/ Personal Or Business | RMV Documents |
| STATUS | ITEM CATEGORY | DESCRIPTION |
| Impounded/Seized | Documents/ Personal Or Business | Western Union Money Transfer Receipts |
| STATUS | ITEM CATEGORY | DESCRIPTION |
| Impounded/Seized | Drug/ Narcotic Equipment | Empty Sandwich Baggies |
| STATUS | ITEM CATEGORY | DESCRIPTION |
| Impounded/Seized | Cocaine | p/b |
| STATUS | ITEM CATEGORY | DESCRIPTION |
| Impounded/Seized | Cell Phone | Apple Iphone |

## INVOLVED VEHICLES

| STATUS | ITEM CATEGORY | MAKE / MODEL / PRIMARY COLOR |
|---|---|---|
| Towed | Passenger Car/ Automobile | Audi: Audi / A6 / Black |

## NARRATIVE

About 13:10 PM on Saturday, 10/12/2019 members of the A7/DCU under the direction of Sgt Det Blas conducted a drug investigation in the Orient Heights section of East Boston. Specifically the Orient Heights MBTA train station which is known to officers for an abundance of drug related activities and where officers have effected numerous drug arrests in the past.

Officers while conducting the investigation observed MA Reg 1RHW58 (2008 Audi A6) pull up and park on the inbound side on Bennington Street parallel to the Orient Heights MBTA station. Officer Fontanez observed the operator (later identified as Luis Rivera) as the car was parked to be scanning the immediate area intently while utilizing a cell phone. Seconds later, Officer Fontanez observed a male (later identified as Urbano Meola) walking from the Saratoga Street / Bennington Street intersection on the same side as the vehicle walking towards Rivera while also utilizing a cellphone. Meola appeared to terminate his call and seconds after entered the vehicle via the front passenger side door. Officer Fontanez notified additional DCU to which Sgt Det Blas and Officer Slamin responded.

Once Meola was in the vehicle, it proceeded inbound on Bennington Street, took a right on to Breed Street, proceeded past Ford Street and then took a left on to Ashley Street. Just before the intersection of Ashley Street / Boardman Street, the vehicle pulled over to the right and Meola then exited and proceeded to walk inbound on Boardman Street (towards location originally picked up) as Rivera proceeded outbound towards McLellan Highway. Due to the actions of both parties accompanied by officers training and experience, officers made attempts to conduct inquiries of both parties. Officer Fontanez approached Meola as Sgt Det Blas and Officer Slamin followed Rivera.

Officer Fontanez with badge displayed on his outer most garment approached Meola, announced his office and advised him of officers prior observations. Officer Fontanez then asked Meola if he possessed any items that he shouldn't to which Meola stated, " Yes, I have some in my pocket and I just bought from the guy in the car" who Meola later identifies as "Papi". Officer Fontanez did recovery two individually wrapped p/b's of both a brown and white powder like substance believed to be Class A Heroin and Class B Cocaine. Simultaneous to this conversation, Sgt Det Blas and Officer Slamin (in separate vehicles) were attempting to catch up to Rivera who took a right onto McLellan

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| RICHARD SLAMIN #011982   Oct 12, 2019 22:43 (e-signature) | MANUEL BLAS #080411   Oct 12, 2019 22:44 (e-signature) |
| PRINT NAME | PRINT NAME |
| RICHARD SLAMIN #011982 | MANUEL BLAS #080411 |

Highway outbound towards Revere. Rivera was observed by Sgt Det Blas and Officer Slamin to be operating his vehicle at a high rate of speed. Sgt Det Blas with both emergency lights and sirens applied had to accelerate to speeds approximately 60 to 65 mph to catch up to vehicle Rivera was operating. Once directly behind the vehicle, Rivera proceeded to make multiple improper lane changes as Sgt Det Blas continued to attempt a stop. At that point, Officer Fontanez advised DCU members of the recovery of drugs from Meola.

Officer Slamin notified operations of Sgt Det Blas's attempts to make a traffic stop as Rivera then began to exit on to Revere Rt 16 exit. During this time, Sgt Det Blas observed Rivera to have his left hand on the steering wheel while operating the vehicle. Rivera was further observed to bend his upper body forward towards the driver side floor board and return to an upright position. Once in that position, Sgt Det Blas observed Rivera take his right hand and place it to his mouth area. Rivera repeated this action multiple times. When Rivera terminated those actions he then took and immediate left (U-turn) and initially proceeded to return to McLellan Highway. When the U turn was completed, Rivera then took an immediate right on to Railroad Street in Revere, began to operate the vehicle at a slow speed and finally park in front of a commercial business (146 Railroad Street). Both Sgt Det Blas and Officer Slamin exited their vehicle and made multiple verbal commands to see Rivera's hands. Officer Slamin on approach observed Rivera then appear to break a cell phone and make a tossing motion underneath his seat. Rivera then exited the vehicle and was taken into custody. Note Sgt Det Blas did recover from initial search of Rivera's person two separate bill folds of multiple denominations ($441.00 Left front pants pocket, $220.00 Right front pants pocket and within wallet left rear pocket $324.00) for a total of $985.00 US Currency. An additional $73.00 US Currency was also seized within the vehicle and total seized was $1058.00 from Rivera.

Officers requested a transport to which Officer Sullivan responded and transported Rivera to Area A7. Officer Slamin on scene did observe multiple cellphones (one being damaged) and (4) medium sized empty sandwich baggies underneath the driver side seat. During the initial search of vehicle, in between the driver seat and the center console was observed to be an individually wrapped p/b of a white powder like substance believed to be Class B Cocaine. Note: the suspected Cocaine recovered from the vehicle was consistent in shape, color and size as the suspected Cocaine that was recovered from Meola. The vehicle was brought back to Area A7 for further search.

The drugs were seized and logged into Area A7 Drug Log Book #42, Page #121 and placed into District Drug Safe. Pursuant to drug Laws, Rivera's Cellphone (Red IPhone, Gray IPhone, and damaged Black At&t flip phone) and US Currency $1058.00 were seized, seized money form completed and transported to BPD Headquarters Money Safe. The multiple empty sandwich baggies, Western Union money transfer receipts, copy of registration and copy of document pertaining to true mileage of the vehicle in name of Rivera were also seized and held as evidence. The vehicle was towed by Todisco Tow, Claim #10846, Form 2012 completed and tow line notified spoke with Richtberg. Officer Slamin did process the vehicle and take photos of all evidence seized. With respect to the damaged AT&T flip phone, it should be noted that although the upper portion (Screen) was inoperable, the bottom portion continued to function and rang multiple times while in police custody.

At booking Post Miranda, Officer Slamin advised Rivera of prior observation of Rivera possibly ingesting harmful contraband during the attempted stop of the vehicle. Officers asked Rivera if he ingested drugs to which he initially denied. Sgt Det Blas notified the Duty Supervisor (Sgt Buckley) of officers prior observation and for the safety of Rivera, EMS was requested to the station. Rivera while on the phone prior to transport to hospital advised unknown person that he was placed under arrest for having no drivers license and the police found some things in the car. Rivera further stated he was now being taken to the hospital for having swallowed some things. The aforementioned statements were made in the presence of Sgt Det Blas. Suspect Rivera was transported, evaluated and discharged from Mass General Hospital, then transported back to Area A7. It should be noted that medical staff at the hospital advised Rivera of the risks of death and serious bodily harm that the ingested drugs posed. In spite of this, Rivera declined further medical treatment and signed paperwork which acknowledged this.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| RICHARD SLAMIN #011982   Oct 12, 2019 22:43 (e-signature) | MANUEL BLAS #080411   Oct 12, 2019 22:44 (e-signature) |
| PRINT NAME | PRINT NAME |
| RICHARD SLAMIN #011982 | MANUEL BLAS #080411 |

Suspect Rivera charged with the following:

CH 94c-32 Distribution of Class A Substance

CH 94c-32A Distribution of Class B Substance

CH 94c-32A Possession W/I to Distribute Class B Substance

CH 90/23 Operating M/v after Suspension / Revocation

CH 90/25 Fail to Stop for Police Officer

Suspect Meola to be summonsed to East Boston District Court for CH 94c-34 Possession of Class A Substance and CH 94c-34 Possession of Class B Substance.

Suspect Rivera issued Ma Uniform Citation's #T1186925 and I1186927 for additonal violations of the auto laws.

The registered owner of the vehicle Ms. Carmen Quintin was also summonsed to East Boston District Court for CH 90/12 Allowing improper Person to operate m/v and issued MA Uniform Citation #T1186926 for same auto law violation.

ADA Goheen was notified of this incident.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| RICHARD SLAMIN #011982   Oct 12, 2019 22:43 (e-signature) | MANUEL BLAS #080411   Oct 12, 2019 22:44 (e-signature) |
| PRINT NAME | PRINT NAME |
| RICHARD SLAMIN #011982 | MANUEL BLAS #080411 |

# Massachusetts Uniform Citation (Violator Copy)

| Field | Value |
|---|---|
| Date Written (MM/DD/YY) | 10/12/19 |
| Agency Code | DWA? |
| Officer I.D. Number | 9252 |
| Court Code | 05 |
| Type of Citation | Operator (X) |
| Citation No. | T116821 |

**Motor Vehicle License No. of Violator:** S-10377006

**Violator Name (Last):** Rivera **(First):** Luis

**Address:** 10 S Washington Av #1

**City/Town:** Chelsea **State:** MA **Zip:** 02150

**Plate Type / Vehicle Registration No.:** 1PBZ1 **State:** MA **Year:** 08 **Make and Type:** AUDI 4D **Color:** BLU

**Offense Date (MM/DD/YY):** SAME

**Location of Offense:** 12T1 A

**Chap/Sec/Sub:**
- (O) 90 / 14b
- (F) 90 / 17 — CIVIL — D. SPEEDING
- (F) 90 / 18 — CIVIL

**Description of Offense:** IMPROPER LANE CHANGE

☒ Arrest

**Court Address:**
EB Court
37 Hendion St
E. Boston, MA
02128

SPEEDING ASSESSMENTS INCLUDE A $50 HEAD INJURY SURCHARGE