Luis A. Torres Rivera

| | |
|---|---|
| Nombre: | Torres Rivera, Luis Andres |
| Dirección Residencial: | BO PUNTA SANTIAGO<br>CALLE ARAYAO PARC #327<br>PUNTA SANTIAGO, PR 00741 |
| Dirección Postal: | BO PUNTA SANTIAGO<br>CALLE ARAYAO PARC #327<br>PUNTA SANTIAGO, PR 00741 |
| Fecha de Nacimiento: | [redacted] |
| Número de Teléfono: | (787)438-0733 |

Identificación

| | |
|---|---|
| Número: | [redacted] |
| Tipo: | Seguro Social |

Tarjeta de Identificación

| | |
|---|---|
| Número: | 6935396 |
| Expiración: | 06 sep 2022 |
| Emisión: | 29 mar 2017 |

Gravámenes

*No se encontraron gravámenes.*

Memos

*No se encontraron memos.*

Datos Personales

| | | | | | |
|---|---|---|---|---|---|
| Género: | Masculino | Tez: | Negra | Tipo de Sangre: | N/A |
| Estatura: | 5'06" | Ojos: | Marrones | Donante de Organos: | N |
| Peso: | 139 lbs. | Pelo: | Gris | Lugar de Nacimiento: | Puerto Rico |