CJISWeb Printout Generated On: 09/08/2019 08:26:37
By User/Agency: HAMEL-CRAIG/US ICE - BURLINGTON

## MA Driver's License (R1)

Results For - Name: **RIVERA, LUIS**;  Date of Birth: 

⚠ STATUS: ACT/NRE; CDL: /NRE

**License Image**



**License Information**

| | |
|---|---|
| License No.: **S10377006** | Status: **ACT/NRE** |
| State: **MA** | SSN: |

**Person Information**

| | | |
|---|---|---|
| Last: **RIVERA** | First: **LUIS** | Middle: **A** |
| DOB: | Sex: **M** | Height: **5' 07"** |
| Organ Donor: | | |

**Address Information**

| | | |
|---|---|---|
| Mailing: **105 WASHINGTON AVE APT 1** | | |
| City: **CHELSEA** | State: **MA** | Zip: **02150-3932** |
| Residential: **105 WASHINGTON AVE APT 1** | | |
| City: **CHELSEA** | State: **MA** | Zip: **02150-3932** |

**Previous Names**

**Additional Data**

| | | |
|---|---|---|
| Driver's Ed.: **N** | Military: **N** | |
| Mab: | CDL: **/NRE** | CDL Endor.: |
| Type: **L** | Class: **D** | |
| Issue Date: **10/16/2012** | Exp. Date: **09/06/2022** | |
| Restrictions: | Start Time: | End Time: |

CJISWeb Printout Generated On: 09/08/2019 08:26:37
By User/Agency: HAMEL-CRAIG/US ICE - BURLINGTON