UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,

*Petitioners-Plaintiffs,*

-v.-

DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; TONY H. PHAM, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement;[1] TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,

*Respondents-Defendants.*

Civil Action No.

20-CV-216-MSM-PAS

## NOTICE OF PROPOSED EXECUTION OF ORDERS OF REMOVAL

Pursuant to this Court's Order dated May 19, 2020 (Docket No. 17), Respondents Wolf, Pham, and Lyons ("the Federal Respondents") hereby respectfully provide notice of their intent to carry out, on the schedule detailed below, the removal of the following detainees presently held at the Wyatt facility for the purpose of final removal from the United States:

| Detainee Name | Age | Date of Departure from Wyatt | Country Removed To: |
|---|---|---|---|
| Franco Lara, Cesar* | 36 | 9/29/2020 | Dom. Rep. |
| Gutierrez-Deleon, Carlos | 41 | 9/29/2020 | Guatemala |
| Pacheco Ramirez, Alvaro Dejesus | 35 | 9/29/2020 | Guatemala |
| Perez Ortega, Ramiro Abilio | 43 | 9/29/2020 | Guatemala |

---

[1] Substituted in place of former Acting Director Albence pursuant to Fed. R. Civ. P. 25(d).

1

*Mr. Franco Lara was previously noticed for removal during the week of September 21, 2020 (Docket No. 353) but his departure was delayed and has been re-scheduled.

Dated: Providence, Rhode Island
       September 23, 2020

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

By: */s/ Bethany N. Wong*
    ZACHARY A. CUNHA (Bar No. 7855)
    RICHARD B. MYRUS
    BETHANY N. WONG
    Assistant U.S. Attorneys
    United States Attorney's Office
    50 Kennedy Plaza, 8th Floor
    Providence, RI 02903
    Tel: (401) 709-5040 / Fax: (401) 709-5001
    Bethany.Wong@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on September 23, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

By:   */s/ Bethany N. Wong*
      Bethany N. Wong
      Assistant United States Attorney