**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

11/16/2020 11:45 EST             Generated By: CHRISTOPHER TAYLOR             Page 1 of 6

| REQUEST | | |
|---|---|---|
| **Request Message Detail** | **Date and Time** | **Seq** |
| FQ.MAICE01T0.MA.*NN17387108.TXT PUR/C.ATN/TAYLOR, CHRISTOPHER D.SID/MAP1806694 | 11/16/2020 11:44:55 | 17387108 |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 11/16/2020 11:44:57 | Acknowledged |

**For Official Use Only / Law Enforcement Sensitive**



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### NNSV Query Result

| 11/16/2020 11:45 EST | Generated By: CHRISTOPHER TAYLOR | Page 2 of 6 |
|---|---|---|

```
FR.MASIR0000
09:45 11/16/2020 42830
09:45 11/16/2020 08685 MAICE01T0
*NN17387108
TXT
PUR/C.ATN/TAYLOR, CHRISTOPHER D.SID/MAP1806694
THIS RECORD IS BASED ONLY ON THE PCF NUMBER IN YOUR REQUEST-
PCF/1806694



THE FOLLOWING IS NONFINGERPRINT SUPPORTED DATA BASED ON YOUR PCF REQUEST.

            *** C I V I L  R E S T R A I N I N G  O R D E R ***
--------------------------------------------------------------------------------
Defendant: LOPES, ALBERTO G             DOB:            PCF: 001806694
--------------------------------------------------------------------------------
Plaint:
Street: --                         City:                              ST:
--------------------------------------------------------------------------------
Docket:     1354RO0382   Court:  54  Order: M.G.L. Chapter 209A Section:    3
Order Date: 12/13/13  Expiration Date:  12/23/14   Status:*** CLOSE ***
            *** *** ***   Court Orders   *** *** ***
  1.X Refrain from abuse              2.X No contact stay at least  100 yds
  3.X Vacate/stay away resd     Bld   4.  Address Impounded
  5.X Stay away workplace             6.X Custody of following to plaintiff

  7.  No contact with any child named in 6 or listed below: Stay at least    yd

      Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order    9.  Support payment ordered
 10.  Personal belongings pickup w/PD 11.  Compensation ordered
 12.X Surrender guns,ammo,LIC,FID     13.  Other: See order
--------------------------------------------------------------------------------
            *** C I V I L  R E S T R A I N I N G  O R D E R ***
--------------------------------------------------------------------------------
Defendant: LOPES, ALBERTO G             DOB:            PCF: 001806694
--------------------------------------------------------------------------------
Plaint:
Street:                            City:                              ST: MA
--------------------------------------------------------------------------------
Docket:     1345RO228    Court:  45  Order: M.G.L. Chapter 209A Section:    4
Order Date: 12/13/13  Expiration Date:  12/19/13   Status:*** CLOSE ***
            *** *** ***   Court Orders   *** *** ***
  1.X Refrain from abuse              2.X No contact stay at least  100 yds
  3.X Vacate/stay away resd     Bld   4.  Address Impounded
  5.  Stay away workplace             6.  Custody of following to plaintiff

  7.  No contact with any child named in 6 or listed below: Stay at least    yd

      Stay away from school,daycare,other: (see order)
  8.  Visitation rights: See Order    9.  Support payment ordered
 10.  Personal belongings pickup w/PD 11.  Compensation ordered
 12.X Surrender guns,ammo,LIC,FID     13.  Other: See order
--------------------------------------------------------------------------------
********************************************************************************
*                                                                              *
*          ******* WARNING ******** WARNING ********                           *
*                                                                              *
*     THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.          *
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
*OF THE PERSON REQUESTED.                                                      *
*                                                                              *
********************************************************************************

            **********   COMMONWEALTH OF MASSACHUSETTS    **********
                    DEPARTMENT OF CRIMINAL JUSTICE INFORMATION SERVICES

                    *** PERSONS COURT SUMMARY ***

NAM: LOPES, ALBERTO G          FORMAL-NAM: ALBERT        PCF: 00001806694
DOB:             SEX: M  RAC: U     POB:               SSN:
MOM:GAUDINA LOPES       POP:ALIRIO LOPES    HGT: 510 WGT: 200 HAI: BLK EYE: BLK
ADDRESS: 497 COLUMBIA ROAD APT.3, DORCHESTER, MA

COMMENTS:
```

```
***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

ARRAIGNMENT: (0001)
  ARG-DATE: 12/02/14 PD: BOS COURT: WEST ROXBURY DISTRICT   DKT#:  1406CR002267A
  OFF:  POSS TO DISTRIBUTE CLASS D                          CSA POSS DIST D
  STATUS: C    WPD:        WDT:
  DISP: % C 5/19/15 C 7/17/15 CC PD DISM

ARRAIGNMENT: (0002)
  ARG-DATE: 12/02/14 PD: BOS COURT: WEST ROXBURY DISTRICT   DKT#:  1406CR002267B
  OFF:  CONTROL SUBSTANCE SCHOOL                            CSA SCHOOL
  STATUS: C    WPD:        WDT:
  DISP: % C 5/19/15 DISM

ARRAIGNMENT: (0003)
  ARG-DATE: 07/02/14 PD: BOS COURT: BOSTON DISTRICT         DKT#:  1401CR002328A
  OFF:  CRIME OF (SPECIFY IN FULL)     FLS MV INSR CERT     CRIME OF
  STATUS: C    WPD:        WDT:
  DISP: C 8/6/14 DISM

ARRAIGNMENT: (0004)
  ARG-DATE: 07/02/14 PD: BOS COURT: BOSTON DISTRICT         DKT#:  1401CR002328B
  OFF:  OPERATING AFTER                                     114B
  STATUS: C    WPD:        WDT:
  DISP: C 8/6/14 DISM

ARRAIGNMENT: (0005)
  ARG-DATE: 07/02/14 PD: BOS COURT: BOSTON DISTRICT         DKT#:  1401CR002328C
  OFF:  OPERATING AFTER SUSPEND REG                         114C-SUS
  STATUS: C    WPD:        WDT:
  DISP: C 8/6/14 DISM

ARRAIGNMENT: (0006)
  ARG-DATE: 09/05/13 PD: BOS COURT: SUFFOLK SUPERIOR        DKT#:  1384CR10753A
  OFF:  DISTRIBUTE/DISPENSE CLASS B    DRUG                 CSA DIST B
  STATUS: C    WPD:        WDT:
  DISP: C 2/3/17 G 2/13/17 12-12YR 1DA CMTD 11/13/20 VERDICT SET ASIDE VAC 2-3YR
        CMTD

ARRAIGNMENT: (0007)
  ARG-DATE: 09/05/13 PD: BOS COURT: SUFFOLK SUPERIOR        DKT#:  1384CR10753B
  OFF:  DISTRIBUTING CONT SUB          COCAINE              CSA DIST
  STATUS: C    WPD:        WDT:
  DISP: C 2/3/17 JT NG

ARRAIGNMENT: (0008)
  ARG-DATE: 09/05/13 PD: BOS COURT: SUFFOLK SUPERIOR        DKT#:  1384CR10753C
  OFF:  DISTRIBUTING CONT SUB          COCAINE              CSA DIST
  STATUS: C    WPD:        WDT:
  DISP: C 2/3/17 JT NG

ARRAIGNMENT: (0009)
  ARG-DATE: 05/10/13 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:  1307CR001886A
  OFF:  DISTRIBUTE/DISPENSE CLASS B                         CSA DIST B
  STATUS: C    WPD:        WDT:
  DISP: % C 7/31/13 DISM TO INDICT

ARRAIGNMENT: (0010)
  ARG-DATE: 05/10/13 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:  1307CR001886B
  OFF:  POSS TO DISTRIBUTE CLASS D                          CSA POSS DIST D
  STATUS: C    WPD:        WDT:
  DISP: % C 7/31/13 DISM TO INDICT

ARRAIGNMENT: (0011)
  ARG-DATE: 05/10/13 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:  1307CR001886C
  OFF:  OPERATING AFTER                                     114B
  STATUS: C    WPD:        WDT:
  DISP: % C 7/31/13 DISM TO INDICT

ARRAIGNMENT: (0012)
  ARG-DATE: 05/10/13 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:  1307CR001886D
  OFF:  TRAFFICKING CONT SUB                                CSA TRAFF
  STATUS: C    WPD:        WDT:
  DISP: % C 7/31/13 DISM TO INDICT

ARRAIGNMENT: (0013)
  ARG-DATE: 10/23/07 PD: SI6 COURT: DORCHESTER DISTRICT     DKT#:  0707CR006958B
  OFF:  POSS TO DISTRIBUTE CLASS D     MARIJUANA            CSA POSS DIST D
  STATUS: C    WPD:        WDT:
  DISP: C 2/15/08 JT G 18MO SS 2/12/10 VWF TERM
```

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

11/16/2020 11:45 EST　　　　　Generated By: CHRISTOPHER TAYLOR　　　　　Page 4 of 6

```
ARRAIGNMENT: (0014)
    ARG-DATE: 10/23/07 PD: SI6 COURT: DORCHESTER DISTRICT    DKT#:   0707CR006958C
    OFF:   CONTROL SUBSTANCE SCHOOL       PARK               CSA SCHOOL
    STATUS: C    WPD:       WDT:
    DISP: C 2/15/08 JT DISM

ARRAIGNMENT: (0015)
    ARG-DATE: 02/04/04 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   0407CR0136A
    OFF:   POSS TO DISTRIBUTE CLASS D                        CSA POSS DIST D
    STATUS: C    WPD:       WDT:
    DISP: C 2/28/05 JT DISM

ARRAIGNMENT: (0016)
    ARG-DATE: 09/16/03 PD: SEH COURT: NATICK DISTRICT        DKT#:   0387CR0667A
    OFF:   OPERATING AFTER SUSPEND LIC                       114B-SUS
    STATUS: C    WPD:       WDT:
    DISP: C 10/21/03 DFDR 10/28/03 G $300 FINE VWF 4/27/04 PD

ARRAIGNMENT: (0017)
    ARG-DATE: 08/21/03 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   0307CR4838A
    OFF:   MAL DESTRUCTION OF PROPERTY                       PROP MAL DES
    STATUS: C    WPD:       WDT:
    DISP: C 2/25/04 JT(@1) 0307JC7797A DISM

ARRAIGNMENT: (0018)
    ARG-DATE: 08/21/03 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   0307CR4838B
    OFF:   ATTEMPT TO COMMIT CRIME                           ATT COM CRIME
    STATUS: C    WPD:       WDT:
    DISP: C 2/25/04 JT(@1) 0307JC7797B DISM

ARRAIGNMENT: (0019)
    ARG-DATE: 07/08/02 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   0207CR4496A
    OFF:   POSS CLASS D CONT SUB                             CSA POSS D
    STATUS: C    WPD:       WDT:
    DISP: C 9/10/02 G $500 FINE C VN 1/24/03 DF 7/11/03 D/R C 7/25/03 CC PD TERM

ARRAIGNMENT: (0020)
    ARG-DATE: 07/08/02 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   0207CR4496C
    OFF:   COMPULSORY INSURANCE VIOLATION                    118A
    STATUS: C    WPD:       WDT:
    DISP: C 9/10/02 DISM

ARRAIGNMENT: (0021)
    ARG-DATE: 07/08/02 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   0207CR4496D
    OFF:   OPERATING AFTER SUSPEND LIC                       114B-SUS
    STATUS: C    WPD:       WDT:
    DISP: C 9/10/02 G $500 FINE C VN 1/24/03 DF 7/11/03 D/R C 7/25/03 CC PD TERM

ARRAIGNMENT: (0022)
    ARG-DATE: 07/08/02 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   0207CR4496E
    OFF:   CONSPIRACY TO VIO CONT SUB ACT                    CSA CONSP
    STATUS: C    WPD:       WDT:
    DISP: C 9/10/02 DISM

ARRAIGNMENT: (0023)
    ARG-DATE: 10/02/01 PD: 664 COURT: ROXBURY DISTRICT       DKT#:   0102CR004543A
    OFF:   POSS CLASS D CONT SUB                             CSA POSS D
    STATUS: C    WPD:       WDT:
    DISP: DFW 7/19/02 DR C 8/16/02 DFW 8/16/02 DR C 10/3/2 CWOF7/9/04VWFC
          2/5/04VN3/16/04 8/10/04 DISM

ARRAIGNMENT: (0024)
    ARG-DATE: 02/10/00 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   0007CR0614B
    OFF:   OPERATING AFTER SUSPEND LIC                       114B-SUS
    STATUS: C    WPD:       WDT:
    DISP: DF 6/19/00 D/R C 7/18/00 CC 8/9/00 PROB EXT 9/8/00 WAR 7/8/02 D/R PD
          DISM

ARRAIGNMENT: (0025)
    ARG-DATE: 03/10/99 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   9907CR1646A
    OFF:   POSS CLASS B CONT SUB       W/I DIST              CSA POSS B
    STATUS: C    WPD:       WDT:
    DISP: C 10/5/99 JT DF 10/6/99 D/R C 2/4/00 JT DISM

ARRAIGNMENT: (0026)
    ARG-DATE: 03/10/99 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   9907CR1646B
    OFF:   POSS CLASS D CONT SUB                             CSA POSS D
    STATUS: C    WPD:       WDT:
    DISP: C 10/5/99 JT DF 10/6/99 D/R C 2/4/00 JT DISM

ARRAIGNMENT: (0027)
    ARG-DATE: 07/14/98 PD: BOS COURT: DORCHESTER DISTRICT    DKT#:   9807CR4916A
```

```
    OFF:  USE WITHOUT AUTHORITY                             114A
    STATUS: C    WPD:         WDT:
    DISP: G PROB 2/8/99 C 2/8/99 VOP DF 2/17/99 D/R TERM

ARRAIGNMENT: (0028)
    ARG-DATE: 07/14/98 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:    9807CR4916B
    OFF:  OPERATING AFTER SUSPEND LIC                        114B-SUS
    STATUS: C    WPD:         WDT:
    DISP: C 8/7/98 DISM

ARRAIGNMENT: (0029)
    ARG-DATE: 05/07/98 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:    9807CR3298A
    OFF:  POSS CLASS D CONT SUB         MARIJUANA            CSA POSS D
    STATUS: C    WPD:         WDT:
    DISP: C 7/1/98 DF 7/14/98 D/R C 8/7/98 G DISM

ARRAIGNMENT: (0030)
    ARG-DATE: 05/07/98 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:    9807CR3298B
    OFF:  POSS CLASS D CONT SUB         MARIJUANA            CSA POSS D
    STATUS: C    WPD:         WDT:
    DISP: C 7/1/98 DF 7/14/98 D/R 8/7/98 G PROB 2/8/99 VWF C 2/8/99 VOP DF 2/17/99
          D/R C 2/26/99 TERM

ARRAIGNMENT: (0031)
    ARG-DATE: 09/22/97 PD: EAT COURT: EAST BROOKFIELD DISTRICTDKT#:    9769CR1235A
    OFF:  USE WITHOUT AUTHORITY                             114A
    STATUS: C    WPD:         WDT:
    DISP: C 12/15/97 CWOF 6/14/98 VWF PD REST VN 5/29/98 DF D/R DF D/R 8/6/98 DISM

ARRAIGNMENT: (0032)
    ARG-DATE: 10/09/96 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:    9607CR7315A
    OFF:  ASSAULT AND BATTERY           FAMILY ABUSE         A&B
    STATUS: C    WPD:         WDT:
    DISP: C 12/26/96 DISM

ARRAIGNMENT: (0033)
    ARG-DATE: 10/09/96 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:    9607CR7315B
    OFF:  ASSAULT DANGEROUS WEAPON                           ASLT DW
    STATUS: C    WPD:         WDT:
    DISP: C 12/26/96 DISM

ARRAIGNMENT: (0034)
    ARG-DATE: 11/05/93 PD: BOS COURT: DORCHESTER JURY OF SIX  DKT#:    9307JC0963A
    OFF:  POSS TO DISTRIBUTE CLASS B                         CSA POSS DIST B
    STATUS: C    WPD:         WDT:
    DISP: C 1/19/94 CWOF 1/19/96 (@7 7251) C 1/24/96 DISM 9/10/12 MOTION ALLOWED
          VACATE FINDING AND DISM

ARRAIGNMENT: (0035)
    ARG-DATE: 10/14/93 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:    9307CR007251A
    OFF:  POSS TO DISTRIBUTE CLASS B                         CSA POSS DIST B
    STATUS: C    WPD:         WDT:
    DISP: C 11/5/93 G PROG 5/5/95 APP 9/10/12 MOTION ALLOWED DISM

ARRAIGNMENT: (0036)
    ARG-DATE: 06/05/91 PD: 663 COURT: DORCHESTER DISTRICT     DKT#:   9107CR004091A
    OFF:  CONTROL SUBSTANCE SCHOOL                           CSA SCHOOL
    STATUS: C    WPD:         WDT:
    DISP: C 6/18/91 DISM

ARRAIGNMENT: (0037)
    ARG-DATE: 06/05/91 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:   9107CR004091B
    OFF:  DISTRIBUTE/DISPENSE CLASS B                        CSA DIST B
    STATUS: C    WPD:         WDT:
    DISP: C 6/18/91 CWOF 6/17/92 VWF DISM 8/26/13 MOTION TO VACATE ALLOW C 12/2/13
          DISM

ARRAIGNMENT: (0038)
    ARG-DATE: 06/05/91 PD: 663 COURT: DORCHESTER DISTRICT     DKT#:   9107CR004091C
    OFF:  CONTROL SUBSTANCE SCHOOL                           CSA SCHOOL
    STATUS: C    WPD:         WDT:
    DISP: C 6/18/91 DISM

ARRAIGNMENT: (0039)
    ARG-DATE: 06/05/91 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:   9107CR004091D
    OFF:  POSS TO DISTRIBUTE CLASS B                         CSA POSS DIST B
    STATUS: C    WPD:         WDT:
    DISP: C 6/18/91 CWOF 6/17/92 DISM 8/26/13 MOTION TO VACA TE ALLOWED C 12/2/13
          DISM

ARRAIGNMENT: (0040)
    ARG-DATE: 06/05/91 PD: BOS COURT: DORCHESTER DISTRICT     DKT#:   9107CR004091E
```

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

11/16/2020 11:45 EST	Generated By: CHRISTOPHER TAYLOR	Page 6 of 6

```
 OFF:  CONSPIRACY TO VIO CONT SUB ACT                CSA CONSP
 STATUS: C   WPD:      WDT:
 DISP: C 6/18/91 CWOF 6/17/92 DISM MOTION TO VACATE ALLOW ED C 12/2/13 DISM

***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

REQUESTED BY: TAYLOR, CHRISTOPHER
COMPLETED BY: TAYLOR, CHRISTOPHER
      AGENCY:
   * * * END OF RECORD * * *
```

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

11/16/2020 11:40 EST　　　　　Generated By: CHRISTOPHER TAYLOR　　　　　Page 1 of 5

| REQUEST | | |
|---|---|---|
| **Request Message Detail** | **Date and Time** | **Seq** |
| 2L01NN17366595.QR.MAICE01T0.FBI/806184CB3.PUR/C.ATN/TAYLOR, CHRISTOPHER D | 11/16/2020 11:40:07 | 17366595 |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| III | 11/16/2020 11:40:07 | Unacknowledged |

```
FL01NN17366595
MAICE01T0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/806184CB3. THE FOLLOWING WILL RESPOND TO YOUR
AGENCY:
 FBI           - FBI/806184CB3
END
```

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 11/16/2020 11:40:12 | Acknowledged |

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

11/16/2020 11:40 EST             Generated By: CHRISTOPHER TAYLOR             Page 2 of 5

```
CR.WVFBINF00
09:40 11/16/2020 48373
09:40 11/16/2020 08561 MAICE01T0
*NN17366595
TXT
HDR/2L01NN17366595
ATN/TAYLOR, CHRISTOPHER D
**********************  CRIMINAL HISTORY RECORD   **********************

**************************  Introduction  **************************

This rap sheet was produced in response to the following request:

FBI Number              806184CB3
Request Id              NN17366595
Purpose Code            C
Attention               TAYLOR, CHRISTOPHER D

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
806184CB3 Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2020-11-16)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2020-11-16)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2020-11-16)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
* FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR * * * * DNA NOT IN
CODIS - COLLECT DNA * * * - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - -(US; 2020-11-16)


**************************  IDENTIFICATION  **************************

Subject Name(s)

LOPES, ALBERTO G
LOPES, AL   (AKA)
LOPES, ALBERTO   (AKA)
LOPES, ALBERTO GALVAO   (AKA)
LOPES, ALBERTO NMI   (AKA)

Subject Description

FBI Number
806184CB3

Social Security Number



Miscellaneous Numbers
1083340629                              FN
A035291399                              AR
035291399                               AR

Sex                     Race
Male                    White

Height                  Weight                  Date of Birth
5'10"                   165



Hair Color              Eye Color               Fingerprint Pattern
Black                   Brown                   PO1109CO12DI04111714 (FPC)

Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
TAT CHEST                 , TATTOO ON CHEST


Place of Birth          Citizenship
```

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

11/16/2020 11:40 EST           Generated By: CHRISTOPHER TAYLOR           Page 3 of 5

```
Massachusetts          Unknown
                       United States
                       Cape Verde Islands

Fingerprint Images

Palmprint Images
(No Palmprint Image Transmitted  )
(No Palmprint Image Transmitted  )
(No Palmprint Image Transmitted  )

Photo Images
Photo Image Available
Capture Date                   1996-10-08
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2000-06-17
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2001-10-02
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2002-07-06
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2013-05-09
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2013-05-09
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2014-12-01
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2014-12-01
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2016-06-08
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2016-06-08
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2017-02-13
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                   2020-11-13
(No Photo Image Transmitted  )


************************  CRIMINAL HISTORY  ************************

=============================== Cycle 001 ==============================
Earliest Event Date    1996-10-08
------------------------------------------------------------------------
Arrest Date            1996-10-08
Arrest Case Number     93147036
Arresting Agency       MA0130100 POLICE DEPARTMENT BOSTON
Charge                 1
       Charge Literal  ASSAULT BY MEANS
             Severity  Unknown
=============================== Cycle 002 ==============================
Earliest Event Date    1996-10-08
------------------------------------------------------------------------
Arrest Date            1996-10-08
Arrest Case Number     960510319
Arresting Agency       MA0130100 POLICE DEPARTMENT BOSTON
Charge                 1
       Charge Literal  DOMESTIC VIOLENCE; OTHER
             Severity  Unknown
=============================== Cycle 003 ==============================
Earliest Event Date    2000-06-17
------------------------------------------------------------------------
Arrest Date            2000-06-17
Arrest Case Number     1993147036
Arresting Agency       MA0130100 POLICE DEPARTMENT BOSTON
Charge                 1
       Charge Literal  OPERATING AFTER REVOCATION OR SUSPENSION
             Severity  Unknown
=============================== Cycle 004 ==============================
Earliest Event Date    2001-10-02
------------------------------------------------------------------------
```

**For Official Use Only / Law Enforcement Sensitive**



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

11/16/2020 11:40 EST             Generated By: CHRISTOPHER TAYLOR             Page 4 of 5

```
Arrest Date            2001-10-02
Arrest Case Number     1993147036
Arresting Agency       MA0130100 POLICE DEPARTMENT BOSTON
Charge                 1
        Charge Literal POSSESSION OF CLASS D
             Severity  Unknown
=============================== Cycle 005 ===============================
Earliest Event Date    2002-07-06
-------------------------------------------------------------------------
Arrest Date            2002-07-06
Arrest Case Number     1993147036
Arresting Agency       MA0130100 POLICE DEPARTMENT BOSTON
Charge                 1
        Charge Literal POSSESSION OF CLASS D
             Severity  Unknown
Charge                 2
        Charge Literal POSSESSION OF CLASS D
             Severity  Unknown
Charge                 3
        Charge Literal OPERATING AFTER REVOCATION OR SUSPENSION
             Severity  Unknown
Charge                 4
        Charge Literal CONSPIRACY TO VIOLATE DRUG LAWS
             Severity  Unknown
=============================== Cycle 006 ===============================
Earliest Event Date    2013-05-09
-------------------------------------------------------------------------
Arrest Date            2013-05-09
Arrest Case Number     1993147036
Arresting Agency       MA0130100 POLICE DEPARTMENT BOSTON
Charge                 1
        Charge Literal OPERATING AFTER REVOCATION OR SUSPENSION
             Severity  Unknown
Charge                 2
        Charge Literal OP AFTER SUSPENSION 4TH OFFENSE
             Severity  Unknown
Charge                 3
        Charge Literal POSSESSION W/I TO DISTRIBUTE, CLASS B, DRUGS
             Severity  Unknown
=============================== Cycle 007 ===============================
Earliest Event Date    2014-12-01
-------------------------------------------------------------------------
Arrest Date            2014-12-01
Arrest Case Number     1993147036
Arresting Agency       MA0130100 POLICE DEPARTMENT BOSTON
Subject's Name         LOPES,ALBERTO G
                       LOPES,ALBERTO
Charge                 1
        Charge Literal POSSESSION W/I TO DISTRIBUTE, CLASS E, DRUGS
             Severity  Unknown
=============================== Cycle 008 ===============================
Earliest Event Date    2016-06-08
-------------------------------------------------------------------------
Arrest Date            2016-06-08
Arrest Case Number     1059422
Arresting Agency       MA0110000 SHERIFF'S OFFICE DEDHAM
Subject's Name         LOPES,ALBERTO NMI
Charge                 1
        Charge Literal CONTEMPT
             Severity  Unknown
=============================== Cycle 009 ===============================
Earliest Event Date    2017-02-13
-------------------------------------------------------------------------
Arrest Date            2017-02-13
Arrest Case Number     W109203
Arresting Agency       MA011925C MCI-CEDAR JCT SOUTH WALPOLE
Subject's Name         LOPES,ALBERTO G
Charge                 1
        Charge Literal COCAINE, TRAFFICKING IN C94C S32E(B)
             Severity  Unknown
-------------------------------------------------------------------------
Court Disposition      (Cycle 009)
Court Case Number
Final Disposition Date 2017-02-13
Court Agency
Charge                 1
        Charge Literal COCAINE, TRAFFICKING IN 18 GRAMS OR MORE, LESS
                       THAN 36 GRAMS   C94C  S32E
          Disposition  ( 2017-02-13;  NOT MORE THAN 12 YEARS AND 1 DAY
                       AND NOT LESS THAN 12 YEARS)
=============================== Cycle 010 ===============================
Earliest Event Date    2020-11-13
```

**For Official Use Only / Law Enforcement Sensitive**

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

11/16/2020 11:40 EST          Generated By: CHRISTOPHER TAYLOR          Page 5 of 5

```
------------------------------------------------------------------------
Arrest Date               2020-11-13
Arrest Case Number        6808886552
Arresting Agency          MAICE0400 ICE/ERO BOSTON FLD O BURLINGTON
Subject's Name            LOPES,ALBERTO GALVAO
                          LOPES,ALBERTO G
                          LOPES,AL
Charge                    1
        Charge Literal    2009-09-19 212A2AIII CONTROLLED SUBSTANCE
                          CONVICTION
              Severity    Unknown
************************   INDEX OF AGENCIES   *************************

Agency                    POLICE DEPARTMENT; MA0130100;
Agency Email Address
Address                             ROOM 149-SOUTH
                          1 SCHROEDER PLAZA
                          BOSTON, MA 021202014

------------------------------------------------------------------------
Agency                    SHERIFF'S OFFICE; MA0110000;
Agency Email Address
Address                             200 WEST ST
                          PO BOX 149
                          DEDHAM, MA 020265528

------------------------------------------------------------------------
Agency                    MCI-CEDAR JCT; MA011925C;
Agency Email Address
Address
                          2405 MAIN ST RT 1A
                          SOUTH WALPOLE, MA 02071

------------------------------------------------------------------------
Agency                    ICE/ERO BOSTON FLD O; MAICE0400;
Agency Email Address
Address
                          10 NEW ENGLAND EXEC PARK
                          BURLINGTON, MA 018035214


       * * * END OF RECORD * * * </NLETS>
```

**For Official Use Only / Law Enforcement Sensitive**