Providence/Bristol County Superior Court

# Case Summary

### Case No. P2-2007-3844A

| | | | |
|---|---|---|---|
| YARA CHUM | § | Location: | **Providence/Bristol County Superior Court** |
| | § | Filed on: | **11/06/2007** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| | | | | | Case Type: | Felony |
| | | | | | Case Status: **10/21/2009** | Closed |

Jurisdiction: **Cranston Police Department**

1. FELONY ASSAULT/FIREARM DEVICE — 11-5-2.1  F  07/01/2007  11/06/2007

    Offense Reports
    Agency:  Cranston Police Department
    5 Garfield Avenue
    Cranston, RI, 02920

    *Filed As:* FELONY ASSAULT
    *Original Statute:* 11-5-2(a)
    *Original Degree:* F
    *Amended Date:* 10/21/2009

2. FELONY ASSAULT/FIREARM DEVICE — 11-5-2.1  F  07/01/2007  11/06/2007

    Offense Reports
    Agency:  Cranston Police Department
    5 Garfield Avenue
    Cranston, RI, 02920

    *Filed As:* FELONY ASSAULT
    *Original Statute:* 11-5-2(a)
    *Original Degree:* F
    *Amended Date:* 10/21/2009

## Related Cases
32-2007-05043 (Related Case Number)

## Statistical Closures
10/21/2009   Disposed at Trial
10/21/2009   Disposed at Trial

## Bonds
**Property Bond**        #PS-09-014187
 06/23/2009              Posted
 Counts: 1

---

## Party Information

**Plaintiff**    **State of Rhode Island**

**Defendant**    **CHUM, YARA**                  Dion, Todd
              DOB:                              *Retained*
              SID:

**Agency**       **CRANSTON POLICE DEPARTMENT**
              SID:

PAGE 1 OF 6                                   Printed on 10/19/2020 at 3:24 PM

Providence/Bristol County Superior Court

## Case Summary

### Case No. P2-2007-3844A

---

### Dispositions

10/21/2009    **Disposition** (Judicial Officer: Judge, Unassigned)
     1. FELONY ASSAULT/FIREARM DEVICE
       Not Guilty By Jury

10/21/2009    **Disposition** (Judicial Officer: Judge, Unassigned)
     2. FELONY ASSAULT/FIREARM DEVICE
       Not Guilty By Jury

---

### Case Events

| Date | Event |
|---|---|
| 07/02/2007 | Complaint Filed |
| 07/02/2007 | Referred to Felony Screening |
| 07/02/2007 | Surety Bail Set |
| 08/30/2007 | Surety Bail Set |
| 08/30/2007 | Completed |
| 11/14/2007 | Information Filed<br>    Party: Plaintiff State of Rhode Island |
| 11/26/2007 | Case Passed for Arraignment |
| 11/26/2007 | Referred to the Public Defender |
| 12/03/2007 | Representation Problem |
| 12/03/2007 | Referred to the Public Defender |
| 12/10/2007 | Defense Not Ready |
| 12/17/2007 | Defendant Arraigned and Pleads Not Guilty |
| 12/17/2007 | Pre-Trial Notice Issued |
| 12/17/2007 | No Contact Order |
| 12/17/2007 | Surety Bail Set |
| 01/02/2008 | Entry of Appearance by Public Defender<br>    Party: Public Defender BROUSSEAU, RICHARD A. |
| 01/03/2008 | Date Deleted |
| 02/04/2008 | Defense Attorney Unavailable |
| 02/11/2008 | Pending Further Investigation |
| 02/25/2008 | Prosecutor Unavailable |
| 03/10/2008 | Pending Further Investigation |
| 03/24/2008 | Prosecutor On Trial in Other Court |
| 03/31/2008 | Pending Further Investigation |
| 04/14/2008 | Pending Further Investigation |
| 05/05/2008 | Pending Further Investigation |
| 05/12/2008 | Case Passed for Trial |
| 06/30/2008 | Passed |
| 07/28/2008 | Pending Further Investigation |
| 11/10/2008 | Passed |
| 11/14/2008 | Motion to Reduce Bail<br>    Party: Defendant CHUM, YARA |

Providence/Bristol County Superior Court

## Case Summary

### Case No. P2-2007-3844A

| | | |
|---|---|---|
| 11/17/2008 | Motion to Dismiss | |
| | Party: | Defendant CHUM, YARA |
| 11/20/2008 | Motion Withdrawn | |
| 11/20/2008 | Payment Applied | |
| 12/04/2008 | Bail Posted - Cash | |
| 12/04/2008 | Recognizance Filed | |
| 02/16/2009 | Passed | |
| 03/26/2009 | Presented as a Violator | |
| 03/26/2009 | Defendant Held Without Bail | |
| 03/26/2009 | Violation Report | |
| | Party: | Plaintiff State of Rhode Island |
| 04/09/2009 | Pending Further Investigation | |
| 04/24/2009 | Defense Attorney on Trial Other Calendar | |
| 05/07/2009 | Defense Attorney On Other Calendar | |
| 05/22/2009 | Pending Further Investigation | |
| 06/08/2009 | Entry of Appearance | |
| | Party: | Private Attorney Dion, Todd |
| 06/08/2009 | Date Deleted | |
| 06/09/2009 | Add to Ready Trial Calendar | |
| 06/12/2009 | Pending Further Investigation | |
| 06/16/2009 | Consideration of Disposition | |
| 06/17/2009 | Motion for Discovery and Inspection | |
| | Party: | Defendant CHUM, YARA |
| 06/22/2009 | Admits/Declared to be a Violator | |
| 06/22/2009 | Declared to be a Violator | |
| 06/22/2009 | Surety Bail Set | |
| 06/22/2009 | Recognizance Filed | |
| | Party: | Defendant CHUM, YARA |
| 06/23/2009 | Bail Posted/Surety Real Estate | |
| 06/23/2009 | Affidavit of Bail Filed | |
| 06/24/2009 | Cash Bail is Released | |
| 06/29/2009 | Check Issued | |
| | Party: | Defendant CHUM, YARA |
| 06/30/2009 | Motion to Furnish Evidence Favorable to the Accused | |
| | Party: | Defendant CHUM, YARA |
| 06/30/2009 | Motion to Suppress Evidence | |
| | Party: | Defendant CHUM, YARA |
| 06/30/2009 | Motion to Suppress | |
| | Party: | Defendant CHUM, YARA |
| 06/30/2009 | Motion to Suppress Statements | |
| | Party: | Defendant CHUM, YARA |
| 07/15/2009 | Date Vacated by Judge | |
| 07/22/2009 | Answer to Defendant Motion Evidence Favor Accused | |
| | Party: | Plaintiff State of Rhode Island |
| 07/22/2009 | Response to Defendant's Request for Discovery and Inspection | |
| | Party: | Plaintiff State of Rhode Island |

Providence/Bristol County Superior Court

## Case Summary
### Case No. P2-2007-3844A

| Date | Event |
|---|---|
| 07/22/2009 | Request for Discovery and Alibi<br>    Party:   Plaintiff State of Rhode Island |
| 09/08/2009 | Add to Ready Trial Calendar |
| 10/14/2009 | Violation Report |
| 10/14/2009 | Defendant Held Without Bail |
| 10/19/2009 | Case Opens to Jury/Trial Proceeds |
| 10/21/2009 | Passed |
| 10/21/2009 | Trial Proceeds and Concludes |
| 10/21/2009 | By Consent, Charge is Amended |
| 10/21/2009 | Other Document |
| 10/21/2009 | Exhibits Withdrawn |
| 10/21/2009 | Disposed at Trial<br>    Party:   Defendant CHUM, YARA |
| 11/12/2009 | Charge, Disposition Changes |
| 11/12/2009 | Charge, Disposition Changes |

---

### Hearings

11/26/2007  **Pre-Arraignment Conference**  (9:00 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
*Case Passed for Arraignment*

12/03/2007  **Arraignment**  (9:00 AM)   (Judicial Officer: McAtee (Retired), Associate Justice William J.)
*Representation Problem*

12/10/2007  **Arraignment**  (9:00 AM)   (Judicial Officer: McAtee (Retired), Associate Justice William J.)
*Defense Not Ready*

12/17/2007  **Arraignment**  (9:00 AM)   (Judicial Officer: McAtee (Retired), Associate Justice William J.)
*Defendant Appears, Is Arraigned and Pleads Not Guilty*

01/08/2008  **Determination of Attorney**  (9:30 AM)   (Judicial Officer: Keough (Retired), Magistrate Joseph A.)
*Date Deleted*

02/04/2008  **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Defense Attorney Unavailable*

02/11/2008  **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Pending Further Investigation*

02/25/2008  **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Prosecutor Unavailable*

03/10/2008  **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Pending Further Investigation*

03/24/2008  **Pre Trial Conference**  (6:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Occurred*

03/31/2008  **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Pending Further Investigation*

04/14/2008  **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Indeglia, Gilbert V.)
*Pending Further Investigation*

05/05/2008  **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Pending Further Investigation*

05/12/2008  **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Case Passed for Trial*

06/30/2008  **Trial**  (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark)
*Hearing Passed*

Providence/Bristol County Superior Court

## Case Summary

### Case No. P2-2007-3844A

| | | |
|---|---|---|
| 07/28/2008 | **Trial**   (9:30 AM)   (Judicial Officer: Pfeiffer (Retired), Associate Justice Mark) | |
| | *Pending Further Investigation* | |
| 11/10/2008 | **Trial**   (9:30 AM)   (Judicial Officer: Keough (Retired), Magistrate Joseph A.) | |
| | *Hearing Passed* | |
| 11/20/2008 | **Hearing on Motion to Reduce Bail**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Motion Withdrawn* | |
| 11/20/2008 | **Hearing on Pro Se Motion**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Occurred* | |
| 02/16/2009 | **Trial**   (9:30 AM)   (Judicial Officer: Procaccini, Associate Justice Daniel A.) | |
| | *Hearing Passed* | |
| 04/09/2009 | **Violation of Bail**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Pending Further Investigation* | |
| 04/23/2009 | **Violation of Bail**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Defense Attorney on Other Calendar* | |
| 05/07/2009 | **Violation of Bail**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Defense Attorney on Other Calendar* | |
| 05/22/2009 | **Violation of Bail**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Pending Further Investigation* | |
| 06/08/2009 | **Trial**   (9:30 AM)   (Judicial Officer: McAtee (Retired), Associate Justice William J.) | |
| | *Case Passed for Trial* | |
| 06/11/2009 | **Violation of Bail**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Date Deleted* | |
| 06/12/2009 | **Violation of Bail**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Pending Further Investigation* | |
| 06/16/2009 | **Violation of Bail**   (9:00 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Consideration of Disposition* | |
| 06/22/2009 | **Violation of Bail**   (9:30 AM)   (Judicial Officer: Carnes, Associate Justice William E., Jr.) | |
| | *Admits/Declared to be a Violator* | |
| 07/20/2009 | **Trial**   (9:30 AM)   (Judicial Officer: McAtee (Retired), Associate Justice William J.) | |
| | *Date Vacated by Judge* | |
| 09/07/2009 | **Trial**   (9:30 AM)   (Judicial Officer: McAtee (Retired), Associate Justice William J.) | |
| | *Case Passed for Trial* | |
| 10/12/2009 | **Trial**   (9:30 AM)   (Judicial Officer: McAtee (Retired), Associate Justice William J.) | |
| | *Occurred* | |
| 10/19/2009 | **Bail Hearing**   (9:30 AM)   (Judicial Officer: Savage (Retired), Associate Justice Judith C.) | |
| | *Hearing Passed* | |
| 10/19/2009 | **Trial**   (9:30 AM)   (Judicial Officer: Savage (Retired), Associate Justice Judith C.) | |
| | *Case Opens to Jury / Trial Proceeds* | |

---

### Bond Settings

| | | |
|---|---|---|
| 07/02/2007 | **Bond Setting** | |
| | Surety $0.00 | |
| 08/30/2007 | **Bond Setting** | |
| | Surety $0.00 | |
| 12/17/2007 | **Bond Setting** | |
| | Surety $0.00 | |
| 03/26/2009 | **Bond Setting** | |
| | Held Without Bail | |

Providence/Bristol County Superior Court

## Case Summary

### Case No. P2-2007-3844A

| | | |
|---|---|---|
| 06/22/2009 | **Bond Setting** | |
| | Surety $0.00 | |
| 10/14/2009 | **Bond Setting** | |
| | Held Without Bail | |



**Cranston Police Department**               Page: 1
**Arrest Report**                            10/19/2020

Arrest #: 07-36259-AR
Call #: 07-36259

**NOT FOR PUBLIC RELEASE**

```
Date/Time Reported: 07/01/2007 @ 2022
  Arrest Date/Time: 07/01/2007 @ 2025
 Booking Date/Time: 07/01/2007 @ 2200
          Involves: Juveniles, Gangs

             Court: PROVIDENCE SUPERIOR COURT
        Court Date: 11/06/2007 @ 0900
 Reporting Officer: Lieutenant SEAN PARKER
 Approving Officer: Major ROBERT QUIRK

         Signature: _____
```



```
Bail For Court: 3RD DISTRICT COURT            Set: 07/02/2007 @ 0900
                Surety Bail Set 25000.00
                Surety Bail Set on new charge. HWOB on bail violation and ICE detainer. Non
                Domestic NCO's with both victims.
   Bail Set By: Judge Erickson
   Bail Unpaid:

         Signature: _____
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | CHUM, YARA YA | M | A | 18 | | |

```
   1 WEST HARRY ST Apt. #2ND
   CRANSTON RI

           HEIGHT: 506        WEIGHT: 155         HAIR: BLACK    EYES: BROWN
             BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
              DOB:                      PLACE OF BIRTH: TAILAND
         STATE ID: 10158323                     FBI ID:
   LICENSE NUMBER: RI 2691730               ETHNICITY: NOT HISPANIC
         LOCAL ID: J - 10281
```

_____[CONTACT INFORMATION]_____

          Home Phone        (Primary)      401-573-8844

_____[APPEARANCE]_____

          GLASSES WORN: NO

_____ALIAS LAST NAME____FIRST NAME____MIDDLE NAME____SSN_____DOB_____
                  CHUM                YA                             NOT AVAIL   08/30/1988
                  PIRUMUTHERFUCKER                                   NOT AVAIL   NOT AVAIL

# Cranston Police Department
## Arrest Report

Page: 2
10/19/2020

**Arrest #: 07-36259-AR**
**Call #: 07-36259**

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

_____[FAMILY/EMPLOYMENT INFORMATION]_____

```
              MARITAL STATUS: SINGLE

               FATHER'S NAME: CHUM, SOCHANNA
               MOTHER'S NAME: PANG, SOKHA

             EMPLOYER/SCHOOL: CHARTER SCHOOL
                              4 SHARPE DR
                              CRANSTON RI 02920

                  OCCUPATION: STUDENT
```

_____[RIGHTS/BOOKING CHECKS]_____

```
        RIGHTS ADVISED BY: Captain SEAN M PARKER           DATE/TIME:  07/01/2007 @ 2025
              PHONE USED: Y          PHONED DATE/TIME: 07/01/2007 @ 2220
        ARRESTEE SECURED: Y   07/01/2007   2200
        ARRESTEE CELL #: 2

            FINGERPRINTED: Y
            PHOTOGRAPHED: Y
            SUICIDE CHECK: Performed
                  PERSONS: State&Federal
     NCIC VEHICLE CHECK: Not Performed
        INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|

```
    LOCATION TYPE:  Residence/Home/Apt./Condo    Zone: 24, BEAT 8
    204 MAPLEWOOD AVE
    CRANSTON RI
```

| 1 | **FELONY ASSAULT/ DANG. WEAPON OR SUBSTANCE** | N | Felony |
|---|---|---|---|

```
    11-5-2                  11-5      2
                OCCURRED: 07/01/2007   2022
       WEAPON/FORCED USED: Firearm (Unspecfied)
     AGGR. ASSAULT/HOMICIDE: Gangland
```

Arrest #: 07-36259-AR
Call #: 07-36259

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | | M | W | 15 | NOT AVAIL | |

DOB:
EMPLOYER: STUDENT CHSE  ·
INJURIES: None
ETHNICITY: Hispanic
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: CHUM YARA                    Acquaintance
CONTACT INFORMATION:
Home Phone           (Primary)

| # | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 2 | | M | W | 22 | NOT AVAIL | |

DOB:
EMPLOYER: CLASSIC CAR WASH  ·
INJURIES: None
ETHNICITY: Hispanic
RESIDENT STATUS: Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: CHUM YARA                    Acquaintance
CONTACT INFORMATION:
Home Phone           (Primary)

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | **HERNANDEZ, ANA M**<br>204 MAPLEWOOD AVE<br>CRANSTON RI<br>DOB: | PARENT | F | W | 42 | | |
| 2 | **VUTHY, SARATH**<br>27 CUTTING AVE Apt. #2<br>CRANSTON RI<br>DOB: | PARTICIPANT | M | A | 21 | | |
| 3 | | PARTICIPANT | M | A | 16 | | |
| 4 | **CHUM, SOCHANNA**<br>1 WEST HARRY ST Apt. #2ND<br>CRANSTON RI 02920<br>DOB: | PARENT | M | A | 46 | | |

Case 1:20-cv-00216-MSM-PAS Document 106-1 Filed 11/23/20 Page 9 of 18 PageID #: 17525

# Cranston Police Department
## Arrest Report

Page: 4
10/15/2020

**Arrest #:** 07-36259-AR
**Call #:** 07-36259

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | CDR DISC DISPATCH 7/1/07 204 MAPLEWOOD<br>QUANTITY: 1   VALUE: $1.00<br>SERIAL #: N148NE192D801332E2<br>DATE: 10/13/2009 | 09-5175-PR | Evidence (Not Nibrs Reportable) |
| 2 | DISPATCH CALL LOG 7/1/07 07-36259<br>QUANTITY: 1   VALUE: $1.00<br>SERIAL #: NOT AVAIL<br>DATE: 10/13/2009 | 09-5176-PR | Evidence (Not Nibrs Reportable) |

**Cranston Police Department**     Page: 1
NARRATIVE FOR OFFICER SEAN M PARKER     10/19/2020
Ref: 07-36259-AR

Case 1:20-cv-00216-MSM-PAS   Document 406-1   Filed 11/23/20   Page 11 of 18 PageID #: 17527

| | |
|---|---|
| Entered: 07/01/2007 @ 2238 | Entry ID: 417 |
| Modified: 07/01/2007 @ 2343 | Modified ID: 417 |
| Approved: 07/02/2007 @ 0724 | Approval ID: 281 |

On 7/1/07 at approximately 2022 hours, dispatch issued a broadcast stating two subjects just had a firearm pointed at them from a vehicle in the area of 204 Maplewood Ave. Dispatch went on to say the suspect was driving by the residence in RI Reg IM881, on a red Honda sedan, when an unknown suspect pointed a handgun at two victims. RI Reg IM881 came back to an address of 1 West Harry Street on a 1991 Honda. I have had several contacts in the past with this vehicle and am familiar with a subject named Yara Chum who usually operates this vehicle and resides at 1 West Harry Street. Officer Boucher and I immediately responded to 1 West Harry Street and as we arrived, I observed several subjects in the rear yard of the residence. As I approached the subjects, I identified one of the subjects as being Yara Chum and he was with two other subjects later identified as ▉▉▉▉ and Sarath Vuthy. I also observed RI Reg IM881 parked in the rear yard of the residence. Yara, ▉▉▉▉ and Sarath were all detained and taken away from the scene and a perimeter was established around the residence. ▉▉▉▉ stated there were several subjects still inside the residence and he was not sure who they were. While continuing to establish a perimeter, I observed several subjects moving around inside the residence and looking out the windows at us.

Sgt. Carmody and Sgt. Brooks along with multiple other patrol units arrived on scene to assist. All of the residents were requested to exit the residence and in order to secure the safety of the scene, the interior of the residence was checked and no other subjects were located inside. While on scene I was notified the victims, a female identified as Rene Hernandez and a male juvenile identified as ▉▉▉▉ knew the suspect as Yara Chum from past problems they have had with him. Rene and ▉▉▉▉ stated Yara was the one who pointed a handgun at them, they could identified him, and they wanted charges pressed. A show-up was conducted at the scene and Rene and ▉▉▉▉ positively identified Yara as the person who pointed a handgun at them (Refer to Officer Cannon's supplement).

Yara was taken into custody, read his rights, and secured in my patrol vehicle. I transported Yara to headquarters where he was processed, given use of the telephone, and secured in cell 3. Yara completed a rights form and a property form which were secured in the sheriff's office. RI Reg IM881 and Yara's bedroom who searched attempting to locate the firearm without success (Refer to Officer Boucher and Officer Josephson's supplements). Yara is charged with one count of Assault with a Dangerous Weapon.

**Cranston Police Department**     Page: 1
SUPPLEMENTAL NARRATIVE FOR DETECTIVE KEVIN J. GRANT     10/15/2020
Ref: 07-36259-AR

Case 1:20-cv-00216-MSM-PAS Document 406-1 Filed 11/23/20 Page 12 of 18 PageID #: 17528

Entered: 07/09/2007 @ 1251     Entry ID: 865
Modified: 07/09/2007 @ 1338     Modified ID: 865

Detective Supplemental Report
07-36259-AR
Det. Grant, #289
Date & Time of Report: 070507/1512 07/09/2007 1252 sc

I was made aware of a gang member by the name of Yarachum ? who was arrested under this AR with regards to him pointing a gun at two individuals over on Maplewood Avenue. The individuals that he had pointed the gun at is OCG (original crypt gang) who are rival members of the young bloods. These individuals who live at 204 Maplewood Avenue are the Hernandez known to me as OCG members. However there was a gun pointed at them, they positively identified Garachum who was in the vehicle of IM-888 a red Honda, and they stated that they did positively identify him pointing the gun at them. It should be noted that that vehicle IM-888 comes back to Samnang Tep d.o.b. [redacted], he is usually the one operating that vehicle, however a fellow gang member of his Yarachum who was arrested under this report was arrested under this report lives at 1 West Harry on the 2nd floor, which may be listed as 3 West Harry. He was apprehended by Off. Sean Parker and taken into custody after he was positively identified and charged. He was held without bail and charged with ADW.

I did go into the report and check off the prompt which indicated gangs due to the fact that this is a gang matter and one of the reports is in order. A follow up was done and completed on 7/2/07 and my report was called into today the 5th of July.

```
                      Cranston Police Department                     Page: 1
           SUPPLEMENTAL NARRATIVE FOR DETECTIVE WARREN HENSELER         10/15/2020
                   Ref: 07-36259-AR

        Entered: 10/13/2009 @ 1925        Entry ID: 353
        Modified: 10/13/2009 @ 2211       Modified ID: 353
```
Case 1:20-cv-00216-MSM-PAS Document 406-1 Filed 11/23/20 Page 13 of 18 PageID #: 17529

On 7/1/07 at approximately 2020 hrs. I was contacted at home via my personal cell phone ▇▇▇▇▇▇ by ▇▇▇▇▇▇▇▇, a person known to me through my duties as a City of Cranston Police Officer and resident of ▇▇▇▇▇▇▇▇ Cranston, RI. ▇▇▇▇ stated to me that a person whom he knows as Yara Chum just pointed a handgun at himself and his brother Renee as they were in the driveway area of their residence, 204 Maplewood Ave., Cranston. ▇▇▇▇ went on to say that Yara Chum was driving a red Honda Accord and left traveling Everly St. toward Maplewood Ave. Upon asking ▇▇▇▇ if he was positive that Yara Chum was the person who pointed the gun at he and his brother; ▇▇▇▇ stated that he was. After this brief conversation with ▇▇▇▇ I contacted CPD dispatch via telephone and relayed the nature of ▇▇▇▇ complaint and the information that he gave to me. In addition to giving them the name of the vehicle operator (Yara Chum), the presence of a firearm, and the general description of the vehicle, I advised the dispatcher that Yara Chum is known to drive a red Honda Accord, RI registration IM-881. I also told the dispatcher that Yara Chum presently resides at 1 West Harry St., that the vehicle, IM-881, is currently registered to the parent of Yara's friend, Samnang Tep (also residing at ▇▇▇▇▇▇▇▇) and that this address was a possible location for the car. After hanging up with dispatch, I called ▇▇▇▇ back and told him, along with his brother, to file reports with CPD officers detailing the incident.

It should be noted that Yara Chum is known to me through many contacts with him during my duties as a Police Officer and that while performing these duties I have seen Yara Chum operating the above vehicle, IM-881. Also, several recent incidents have occurred involving Yara Chum, his friends and associates, and the Hernandez family.

**Cranston Police Department** Page: 1
SUPPLEMENTAL NARRATIVE FOR DETECTIVE WARREN HENSELER 10/15/2020
Ref: 07-36259-AR

Case 1:20-cv-00216-MSM-PAS Document 406-1 Filed 11/23/20 Page 14 of 18 PageID #: 17530

Entered: 10/13/2009 @ 2233     Entry ID: 353
Modified: 10/13/2009 @ 2246    Modified ID: 353

On 10/13/2009 Capt. Patalano provided me with a compact disc of the CPD dispatch broadcast that was given over the main radio channel (channel 1) to CPD Patrol units working on 7/1/2007 at approximately 2022 hrs. The broadcast dealt with information regarding the threatening of the Hernandez brothers with a handgun by Yara Chum at 204 Maplewood Ave., Cranston and details regarding the suspect, suspect vehicle, and possible location of same.

The CD, along with a printed dispatch call sheet pertaining to the above incident, was logged into evidence.

**Cranston Police Department**                                          Page: 1
**SUPPLEMENTAL NARRATIVE FOR OFFICER DAVID M BOUCHER**                  10/19/2020
**Ref: 07-36259-AR**

```
Entered:  07/01/2007 @ 2237     Entry ID:    431
Modified: 07/01/2007 @ 2335     Modified ID: 431
Approved: 07/02/2007 @ 0724     Approval ID: 281
```

On 07/01/07 at 2022hrs dispatch put out a broadcast over channel #1 regarding an ADW with a gun that just occured on Maplewood Ave this city. The suspect involved in the incident was identified as Yara Chum. Chum was suppose to be operating a red honda bearing RI reg. IM881. Chum resides at 1 West Harry Street, so I responded to this location and arrived within a minute of the call. Upon arrival I located the vehicle in the driveway unoccupied. I notified dispatch and waited for back up. Officer Parker arrived on scene as I was notifying dispatch that I located the vehicle. Officer Parker and I were setting up a perimeter of the house when Chum, who I am familiar with from past experience, and two other males who were later identified as Sarath Vuthy and ▆▆▆▆▆▆ came walking out from the back of the house towards Officer Parker and I. All three subjects were held at gunpoint until additional units arrived. Once the perimeter was secured all three subjects were taken into custody and the house was cleared. The Honda was searched by Officer Fuoroli and I for a hand gun with negative results.

Note: While securing the perimeter of the house I was posted immediately adjacent to the red Honda that Chum was allegedly driving during the ADW. The hood of the vehicle was very hot to the touch and the engine was still making a pinging noise as if the engine had just been turned off.

```
                    Cranston Police Department                        Page: 1
                SUPPLEMENTAL NARRATIVE FOR OFFICER KRISTINA CANNON    10/19/2020
                             Ref: 07-36259-AR

     Entered:  07/01/2007 @ 2242        Entry ID:    429
     Modified: 07/01/2007 @ 2336        Modified ID: 429
     Approved: 07/02/2007 @ 0724        Approval ID: 281
```

On 07/01/2007 at approx 2022 hrs, I heard a broadcast involving an ADW that had just occurred involving a firearm. The suspect in the ADW was dispatched as Yara Chum, operating RI IM-881, with a possible destination of 1 West Harry St.

Officer Boucher called out at that location advising that he had the vehicle in the driveway. Upon arrival, I stood by with the suspect Yara Chum whom was seated in the rear of patrol car 122. After the house was secured, I was advised by Sgt. Carmody to respond to the home of the complainant , located at 204 Maplewood Ave.

Prior to leaving the scene, Yara's sister Manny stated that Yara told her that her that he was just going for a ride to the store.

Once at that location, I observed a small house party on the north side of the home, in the driveway. Several children and adults were cooking out on the rear deck . They pointed me in the direction of the complainants, whom were inside the duplex, on the left side. I initially spoke to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in the presence of his mother Ana Hernandez. He gave the following account of the incident: He stated that on today's date, at approx 2208 hrs, he and his brother were out on the rear patio of their home, sitting down, facing Whipple Ave. He saw a male whom he identified as "Yara" slowly roll up in a red Honda . The vehicle then came to a stop and the operator displayed a black handgun, pointing it at them. He said that Yara held the gun with his left hand, while his right hand was on the steering wheel. He also said that Yara was wearing a red shirt.

His brother Renee Hernandez ▓▓▓▓ 1984, was sitting on the porch with ▓▓▓▓▓▓. He gave the same recollection of the incident. Both males were transported to the location, 1 West Harry St as advised by the supervisor for a show up. On scene, both males positively identified him as being the suspect whom pointed the gun at them, and stated that he was the only one in the vehicle at the time of the incident.

The witnesses described the vehicle as traveling southbound on Whipple Ave, approaching Maplewood Av when he stopped parallel to their home. As soon as the complaints saw the handgun they ran into the house and did not see his direction of travel.

Complainants both advised that they know of Yara from incidents that have occurred at school.

Ana Hernandez was contacted and did respond into HQ for written statements. Both ▓▓▓▓▓▓ and Renee did give statements indicating that they wish to pursue charges.

It should be noted that I have had previous contacts with Yara Chum, specifically on 05/20/2005. Yara Chum was the suspect in a case involving three charges with a firearm. The firearm in this case was not recovered. Please refer to 05-22724-OF/AR.

```
                    Cranston Police Department                        Page: 1
            SUPPLEMENTAL NARRATIVE FOR OFFICER MATTHEW JOSEFSON         10/15/2020
                         Ref: 07-36259-AR

        Entered:  07/01/2007 @ 2305      Entry ID:    441
        Modified: 07/01/2007 @ 2327      Modified ID: 441
        Approved: 07/02/2007 @ 0724      Approval ID: 281
```

Supplemental Narrative for Officer Josefson #441

On 7-1-07 at approximately 2022 hrs. I was dispatched to 1 West Harry St. to assist in setting up a perimeter of the house.  I arrived and set up on the east side of the house.  After Sgt. Carmody informed me that we no longer needed to hold the perimeter.  I then got a consent to search form signed by Sochanna Chum, who is Yara's father and the owner of the residence.  He stated that he would let us search Yara's room only for the hand gun.  I searched the room and did not locate the firearm.

I then proceeded outside and photographed Yara's vehicle that was reportedly used during the incident on Maplewood Ave.

```
Entered: 07/02/2007 @ 0226      Entry ID: 444
Modified: 07/02/2007 @ 0241     Modified ID: 444
Approved: 07/02/2007 @ 0724     Approval ID: 281
```

**OFFICERS SUPPLEMETAL REPORT**
**07-36259-AR**
**OFFICER REBEKAH WILLIAMS, # 444**
**07/02/2007 0227**
================================================================================

On 07/01/07 responded to 1 West Harry St. to assist other units who were with a vehicle which had reportedly been occupied by male who displayed a handgun a few minutes prior.

Prior to my arrival on scene, Officers Boucher and Parker informed units responding that they had a few individuals at gun point at that location. Officer Parker requested that a unit cover the rear of the residence. I advised that I was out at the location and would be covering the rear of the building. I covered the rear of the building until Sgt. Carmody requested that I assist with covering the front of the residence, while other units cleared the inside of the residence.

Once the residence was clear, Sgt.Carmody requested that Officer Josefson and myself keep everyone out of the suspects room. I remained posted at the suspects room, until Sgt. Brooks arrived in the apartment. I assisted Officer Josefson with a search of the suspects room for the handgun. The handgun was not located. I cleared from the scene.

NFTR