Providence/Bristol County Superior Court

# Case Summary

### Case No. P2-2009-3192BG

| | | | |
|---|---|---|---|
| **YARA CHUM** | § | Location: | **Providence/Bristol County Superior Court** |
| | § | Filed on: | **10/01/2009** |

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| | | | | | Case Type: | Felony - Gun Calendar |
| | | | | | Case Status: | **03/23/2010**  Closed |

Jurisdiction: **Providence Police Department**

1. FELONY ASSAULT — 11-5-2(a) — F — 02/28/2009 — 10/01/2009
   Offense Reports
   Agency:  Providence Police Department
   325 Washington Street
   Providence, RI, 02903

2. FELONY ASSAULT — 11-5-2(a) — F — 02/28/2009 — 10/01/2009
   Offense Reports
   Agency:  Providence Police Department
   325 Washington Street
   Providence, RI, 02903

3. CONSPIRACY/FELONY — 11-1-6 — F — 02/28/2009 — 10/01/2009
   Offense Reports
   Agency:  Providence Police Department
   325 Washington Street
   Providence, RI, 02903

4. CARRY FIREARM/VIOLENT CRIME — CONV — F — 02/28/2009 — 10/01/2009
   Offense Reports
   Agency:  Providence Police Department
   325 Washington Street
   Providence, RI, 02903

5. DISCHARGE FIREARM/VIOL CRIME — 11-47-3.2(a) — F — 02/28/2009 — 10/01/2009
   Offense Reports
   Agency:  Providence Police Department
   325 Washington Street
   Providence, RI, 02903

## Related Cases

62-2009-04208 (Related Case Number)
SU-11-0150 (Related Case Number)
SU-11-0254 (Related Case Number)

## Statistical Closures

03/23/2010    Disposed at Trial
03/23/2010    Disposed at Trial

## Warrants

Superior Court Warrant - CHUM, YARA (Judicial Officer: Krause, Associate Justice Robert D.)
  01/12/2010     04:00 PM     Quashed
  01/11/2010     11:06 AM     Issued
  Bond:                       $0.00

## Bonds

**Property Bond**             #PS-09-014836

Providence/Bristol County Superior Court

# Case Summary
### Case No. P2-2009-3192BG

| | | |
|---|---|---|
| 12/02/2009 Counts: 1 | Posted | |

## Party Information

**Plaintiff**  State of Rhode Island

**Defendant**  CHUM, YARA  
DOB:  
SID:  

CARON, THERESE M.  
*Court Appointed*

**Agency**  PROVIDENCE POLICE DEPARTMENT  
SID:  

## Dispositions

03/23/2010  **Disposition** (Judicial Officer: Krause, Associate Justice Robert D.)
   1. FELONY ASSAULT
     Found Guilty By Jury

03/23/2010  **Disposition** (Judicial Officer: Krause, Associate Justice Robert D.)
   2. FELONY ASSAULT
     Found Guilty By Jury

03/23/2010  **Disposition** (Judicial Officer: Krause, Associate Justice Robert D.)
   3. CONSPIRACY/FELONY
     Not Guilty By Judgment Acquittal

03/23/2010  **Disposition** (Judicial Officer: Krause, Associate Justice Robert D.)
   4. CARRY FIREARM/VIOLENT CRIME
     Dismissed 48A

03/23/2010  **Disposition** (Judicial Officer: Krause, Associate Justice Robert D.)
   5. DISCHARGE FIREARM/VIOL CRIME
     Found Guilty By Jury

06/09/2010  **Sentence** (Judicial Officer: Krause, Associate Justice Robert D.)
   1. FELONY ASSAULT
     Criminal Sentence
     Condition - Adult:
     1. Term to Serve, Judge: JUDGE KRAUSE , 10Y 06/09/2010, Active 06/09/2010
     Condition - Adult:
     1. Total Assessments, Judge: JUDGE KRAUSE $1675.00, 06/09/2010, Active 06/09/2010

06/09/2010  **Sentence** (Judicial Officer: Krause, Associate Justice Robert D.)
   2. FELONY ASSAULT
     Criminal Sentence
     Condition - Adult:
     1. Term to Serve, Judge: JUDGE KRAUSE Concurrent with count 1, 10Y 06/09/2010, Active 06/09/2010

06/09/2010  **Sentence** (Judicial Officer: Krause, Associate Justice Robert D.)
   5. DISCHARGE FIREARM/VIOL CRIME
     Criminal Sentence
     Condition - Adult:
     1. Full Sentence, Judge: JUDGE KRAUSE , 10Y 06/09/2010, Active 06/09/2010
     Condition - Adult:
     1. Term to Serve, Judge: JUDGE KRAUSE Consecutive to counts 1 & 2, 5Y 06/09/2010, Active 06/09/2010
     Condition - Adult:
     1. Suspended, Judge: JUDGE KRAUSE , 5Y 06/09/2010, Active 06/09/2010
     Condition - Adult:
     1. Probation, Judge: JUDGE KRAUSE NON-PAROLABLE, 5Y 06/09/2010, Active 06/09/2010

Providence/Bristol County Superior Court

## Case Summary

### Case No. P2-2009-3192BG

---

### Case Events

| | |
|---|---|
| 03/26/2009 | Initial Case Data Entry |
| 03/26/2009 | Felony Initial Appearance |
| 03/26/2009 | Complaint Filed |
| 03/26/2009 | Referred to the Public Defender |
| 03/26/2009 | Surety Bail Set |
| 03/26/2009 | Want of Bail Defendant is Committed |
| 07/01/2009 | Notice of Property Lien Filed |
| 10/01/2009 | Initial Case Data Entry |
| 10/22/2009 | Charge, Disposition Changes |
| 10/27/2009 | Information Filed<br>      Party:   Plaintiff State of Rhode Island |
| 11/12/2009 | Case Passed for Arraignment |
| 11/19/2009 | Defendant Arraigned and Pleads Not Guilty |
| 11/19/2009 | Arraignment Event |
| 11/19/2009 | Pre-Trial Notice Issued |
| 11/19/2009 | Surety Bail Set |
| 11/20/2009 | Entry of Appearance<br>      Party:   Court Appointed Attorney Dion, Todd |
| 11/20/2009 | No Contact Order |
| 11/20/2009 | Affidavit of Bail Filed<br>      Party:   Defendant CHUM, YARA |
| 11/20/2009 | Recognizance Filed<br>      Party:   Defendant CHUM, YARA |
| 11/25/2009 | Court Appointed Attorney Letter Sent |
| 11/27/2009 | Letter Court Appoints Attorney |
| 12/02/2009 | Personal Recognizance Set |
| 12/07/2009 | Motion for Discovery and Inspection<br>      Party:   Defendant CHUM, YARA |
| 01/07/2010 | Defendant Does Not Appear |
| 01/11/2010 | Warrant Issued |
| 01/12/2010 | Bench Warrant Cancelled |
| 01/12/2010 | Defendant Held Without Bail |
| 01/12/2010 | Bench Warrant Cancelled |
| 01/14/2010 | Motion for Statement of Promises, Rewards and Inducements<br>      Party:   Defendant CHUM, YARA |
| 01/14/2010 | Motion for Discovery and Inspection<br>      Party:   Defendant CHUM, YARA |
| 01/14/2010 | Motion for Exculpatory Evidence<br>      Party:   Defendant CHUM, YARA |
| 01/14/2010 | Motion to Furnish Evidence Favorable to the Accused<br>      Party:   Defendant CHUM, YARA |

Providence/Bristol County Superior Court

## Case Summary

### Case No. P2-2009-3192BG

| | | |
|---|---|---|
| 01/14/2010 | Motion to Suppress | |
| | Party: | Defendant CHUM, YARA |
| 01/14/2010 | Motion to Suppress Statements | |
| | Party: | Defendant CHUM, YARA |
| 01/19/2010 | Response to Defendant's Request for Discovery and Inspection | |
| | Party: | Plaintiff State of Rhode Island |
| 01/19/2010 | Date Deleted | |
| 01/19/2010 | Request for Discovery and Alibi | |
| | Party: | Plaintiff State of Rhode Island |
| 01/21/2010 | Defense Not Ready | |
| 01/27/2010 | State's Supp Response to Motion for Discovery & Inspection | |
| | Party: | Plaintiff State of Rhode Island |
| 01/28/2010 | Pending Further Investigation | |
| 02/16/2010 | Case Passed for Trial | |
| 03/05/2010 | Motion to Suppress | |
| | Party: | Defendant CHUM, YARA |
| 03/05/2010 | Motion to Furnish Evidence Favorable to the Accused | |
| | Party: | Defendant CHUM, YARA |
| 03/09/2010 | Response to State's Request for Discovery and Alibi | |
| | Party: | Defendant CHUM, YARA |
| 03/09/2010 | Motion to Compel | |
| | Party: | Defendant CHUM, YARA |
| 03/10/2010 | State's Supp Response to Motion for Discovery & Inspection | |
| | Party: | Plaintiff State of Rhode Island |
| 03/10/2010 | State's Supp Response to Motion for Discovery & Inspection | |
| | Party: | Plaintiff State of Rhode Island |
| 03/15/2010 | State's Supp Response to Motion for Discovery & Inspection | |
| | Party: | Plaintiff State of Rhode Island |
| 03/17/2010 | Case Opens to Jury/Trial Proceeds | |
| 03/23/2010 | Trial Proceeds and Concludes | |
| 03/23/2010 | Jury Returns Verdict | |
| 03/23/2010 | Remanded to the Adult Correctional Institution | |
| | Party: | Defendant CHUM, YARA |
| 03/23/2010 | Exhibits Filed with Clerks Office | |
| 03/23/2010 | 48A Dismissal Filed | |
| | Party: | Plaintiff State of Rhode Island |
| 03/23/2010 | Other Document | |
| 03/23/2010 | Disposed at Trial | |
| 03/26/2010 | Charge, Disposition Changes | |
| 03/26/2010 | Charge, Disposition Changes | |
| 04/16/2010 | Memorandum Filed | |
| | Party: | Defendant CHUM, YARA |
| 05/26/2010 | Order Withdraw Exhibits/Transcripts | |
| 06/02/2010 | Motion Subpoena Duces Tecum | |
| | Party: | Plaintiff State of Rhode Island |
| 06/04/2010 | Granted | |
| 06/04/2010 | Order Entered | |

Providence/Bristol County Superior Court
## Case Summary
### Case No. P2-2009-3192BG

| | | |
|---|---|---|
| 06/09/2010 | Completed | |
| 06/11/2010 | Notice of Appeal Supreme Court | |
| 09/30/2010 | Motion to Proceed in Forma Pauperis<br>    Party:   Defendant CHUM, YARA | |
| 09/30/2010 | Motion<br>    Party:   Defendant CHUM, YARA | |
| 10/08/2010 | Granted | |
| 06/15/2011 | Motion for Transcript<br>    Party:   Defendant CHUM, YARA | |
| 06/15/2011 | Entry of Appearance<br>    Party:   Private Attorney ESSINGTON, KATHERINE C. | |
| 06/20/2011 | Other Document | |
| 06/20/2011 | Order for Transcript<br>    Party:   Plaintiff State of Rhode Island | |
| 06/20/2011 | Order for Transcript<br>    Party:   Defendant CHUM, YARA | |
| 07/21/2011 | Transcript Filed | |
| 07/22/2011 | Letter, Transcript Sent to Supreme Court | |
| 08/03/2011 | Case Appealed to Supreme Court | |
| 09/28/2011 | Other Document | |
| 12/04/2012 | Case Received from Supreme Court | |
| 12/18/2012 | Completed | |
| 04/30/2013 | Other Document | |
| 05/13/2013 | Completed | |
| 05/28/2013 | Representation Problem | |
| 06/12/2013 | Representation Problem | |
| 06/14/2013 | Court Appointed Attorney Letter Sent | |
| 06/14/2013 | Court Appointed Attorney Letter Sent | |
| 06/24/2013 | Representation Problem | |
| 06/25/2013 | Letter Court Appoints Attorney<br>        Party:   Court Appointed Attorney CARON, THERESE M. | |
| 07/02/2013 | Order Withdraw Exhibits/Transcripts | |
| 07/08/2013 | Defense Attorney To Enter | |
| 09/17/2013 | Defense Not Ready | |
| 11/07/2013 | Date Vacated by Judge | |
| 11/18/2013 | Date Vacated by Judge | |
| 02/03/2014 | Entry of Appearance by Attorney General<br>        Party:   Prosecutor MCCONAGHY, JEANINE P. | |
| 02/05/2014 | No Court Sessions | |
| 02/07/2014 | No Court Sessions | |
| 02/25/2014 | Pending Further Investigation | |
| 04/24/2014 | Pending Further Investigation | |
| 07/16/2014 | Pending Further Investigation | |
| 09/09/2014 | Pending Further Investigation | |
| 10/10/2014 | Prosecutor Unavailable | |

Providence/Bristol County Superior Court

# Case Summary
### Case No. P2-2009-3192BG

| Date | Event |
|---|---|
| 10/16/2014 | Pending Further Investigation |
| 10/29/2014 | Pending Further Investigation |
| 08/20/2015 | Case Transmitted to Supreme Court |
| 01/19/2016 | Order for Transcript  Party: Defendant CHUM, YARA |
| 03/01/2016 | Notice of Delinquency |
| 03/03/2016 | Transcript Filed |
| 03/03/2016 | Letter, Transcript Sent to Supreme Court |
| 03/09/2016 | Case/Exhibits Transferred to Supreme Court |
| 07/27/2016 | Delinquency Letter Returned Undeliverable |
| 06/05/2017 | Case Received from Supreme Court |
| 06/05/2017 | Transcript Filed in Vault |
| 06/05/2017 | Transcript Filed in Vault |
| 01/24/2018 | File Received From Record Center |
| 02/26/2018 | File Transferred to Records Center |
| 09/29/2020 | File Received From Record Center |

---

## Hearings

11/12/2009  **Pre-Arraignment Conference**  (9:00 AM)  (Judicial Officer: Burke, Magistrate Patrick T.)
*Case Passed for Arraignment*

11/19/2009  **Arraignment**  (9:00 AM)  (Judicial Officer: Burke, Magistrate Patrick T.)
*Defendant Appears, Is Arraigned and Pleads Not Guilty*

01/07/2010  **Pre Trial Conference**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Defendant Does Not Appear*

01/21/2010  **Pre Trial Conference**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Defense Not Ready*

01/26/2010  **Pre Trial Conference**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Date Deleted*

01/28/2010  **Pre Trial Conference**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Pending Further Investigation*

02/16/2010  **Pre Trial Conference**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Case Passed for Trial*

03/15/2010  **Trial**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Occurred*

06/04/2010  **State's Motion**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Heard and Granted*

06/09/2010  **Sentencing**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Completed*

10/08/2010  **Motions**  (9:30 AM)  (Judicial Officer: Carnes, Associate Justice William E., Jr.)
*Heard and Granted*

12/18/2012  **Advisement Supreme Court Decision**  (9:30 AM)  (Judicial Officer: McBurney, Magistrate John F., III)
*Completed*

05/13/2013  **Status Conference**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Completed*

05/28/2013  **Determination of Attorney**  (9:30 AM)  (Judicial Officer: Krause, Associate Justice Robert D.)
*Representation Problem*

Providence/Bristol County Superior Court

## Case Summary

**Case No. P2-2009-3192BG**

| | | | |
|---|---|---|---|
| 06/12/2013 | **Determination of Attorney** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Representation Problem* | | |
| 06/24/2013 | **Determination of Attorney** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Representation Problem* | | |
| 07/08/2013 | **Determination of Attorney** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Defense Attorney to Enter* | | |
| 09/17/2013 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Defense Not Ready* | | |
| 11/18/2013 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Date Vacated by Judge* | | |
| 12/03/2013 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Date Vacated by Judge* | | |
| 02/05/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *No Court Sessions* | | |
| 02/25/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Pending Further Investigation* | | |
| 04/24/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Pending Further Investigation* | | |
| 05/21/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Occurred* | | |
| 07/16/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Pending Further Investigation* | | |
| 09/09/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Pending Further Investigation* | | |
| 10/10/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Prosecutor Unavailable* | | |
| 10/16/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Pending Further Investigation* | | |
| 10/29/2014 | **Status Conference** (9:30 AM) | (Judicial Officer: Krause, Associate Justice Robert D.) | |
| | *Pending Further Investigation* | | |

---

### Bond Settings

| | |
|---|---|
| 03/26/2009 | **Bond Setting** |
| | Surety $0.00 |
| 11/19/2009 | **Bond Setting** |
| | Surety $0.00 |
| 12/02/2009 | **Bond Setting** |
| | Personal Recognizance $0.00 |
| 01/12/2010 | **Bond Setting** |
| | Held Without Bail |

---

### Financial Information

**Defendant**    CHUM, YARA
Total Financial Assessment                                                                                         1,675.00
Total Payments and Credits                                                                                              0.00
**Balance Due as of 10/19/2020**                                                                                **1,675.00**

06/09/2010   Transaction Assessment                                                                             1,675.00

**Providence/Bristol County Superior Court**

**Case Summary**

**Case No. P2-2009-3192BG**

# Providence Incident Report

## Summary

| | | | |
|---|---|---|---|
| **Print Date/Time:** | 10/19/2020 14:32 | | Providence Police Department |
| **Login ID:** | lprete | **ORI Number:** | RI0040900 |
| **Case Number:** | 2009-00020984 | | |

### Case

| | | | |
|---|---|---|---|
| **Case Number:** | 2009-00020984 | **Incident Type:** | Assault,Felony |
| **Location:** | 33 PEACH AVE 1 | **Occurred From:** | 03/01/2009 17:25 |
| | Providence, RI 02906 | **Occurred Thru:** | 03/01/2009 17:26 |
| **Reporting Officer ID:** | 10048 - Richards | **Disposition:** | |
| | | **Disposition Date:** | |
| | | **Reported Date:** | 03/01/2009 17:29 Sunday |

### Offenses

| No. | Group/ORI | Crime Code | Statute | Description | Counts |
|---|---|---|---|---|---|
| 1 | State | 13A | 11-5-2 | FELONY ASSAULT/ DANG. WEAPON OR SUBSTANCE | 1 |

### Subjects

| Type | No. | Name | Address | Phone | Race | Sex | DOB/Age |
|---|---|---|---|---|---|---|---|
| Suspect | 1 | PETERSON, ERIN | 83 CHESTNUT AVE CRANSTON, RI | | White | Female | 21 |
| Suspect | 2 | Tep, Samnang | 757 DYER AVE LEFT Cranston, RI 02910 | | Asian | Male | 23 |
| Suspect | 3 | CHUM, YARA | 220 STERLING AVE 3 Providence, RI 02909 | (401)431-3329 | White | Male | 20 |
| Victim | 1 | | | | White | Male | 42 |
| Victim | 2 | | | | White | Male | 34 |
| Victim | 3 | | | | White | Male | 27 |

### Arrests

| Arrest No. | Name | Address | Date/Time | Type | Age |
|---|---|---|---|---|---|
| 3327 J | | | 03/25/2009 00:00 | | 17 |
| 34583 A | PETERSON, ERIN | | 03/27/2009 06:30 | Turned Self In | 21 |
| 34836 A | Tep, Samnang | RISP BARRACKS wickford, RI | 04/05/2009 13:00 | Warrant/Capias | 23 |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|
| 03/01/2009 | Evidence (not drugs/Non-IBR) | Other | | | one projectile | 11902 | 1 |

### Vehicles

| No. | Role | Vehicle Type | Year | Make | Model | Color | License Plate | State |
|---|---|---|---|---|---|---|---|---|

Page: 1 of 3

OfficerID: Jrichards

On 03/01/09 at approximately 17:31 hours police responded to 33 Peach Ave for shots fired. Upon arrival police spoke with the victims James Mcardle DOB ▮▮▮▮ Lawrence Saraceno DOB ▮▮▮▮ and James Montiero DOB ▮▮▮▮ who all stated they were standing in front of 33 Peach Ave and 2 Asians males approached them stating your boy Frank smashed my boys windows last night. The victims described the 2 male subjects one wearing a shiny blue baseball jacket and the other one as wearing a gray hooded sweatshirt. The victims stated the male subject with the shiny jacket said shoot these punks. The other male subject with the gray hoodie pulled a gun from his waistband a shot one round at the victims. The victims ran into 33 Peach Ave apt 1. The bullet went through the railing on the front porch then striking the front door. Police located a spent round on the floor as you entered the apartment. Car 280 Sgt. Ziegalmayer was notified and responded to the scene. Detective Otrando and Detective Riley responded to the scene. Detective Masse from BCI responded to the scene and took photos of the scene and seized the spent round. The victims responded to Central Station to give a formal statement to detectives.

## BCI supplement

On 3-1-09 at approx. 18:05 hrs. BCI Det. Masse responded to the aforementioned location. Upon arrival photographs were taken of the scene. A projectile was seized from the floor near the front door. All photographs taken were downloaded into secured images. The projectile seized was forwarded to property for safekeeping.

## Detective Otrando

On 3-1-09 Detectives responded to 33 Peach Street for a report of shots fired. Upon arrival Detective located two victims and one witness to this shooting, all of which responded to Detectives and filed a formal statements identifying Yara Chum and Samnang Tep as being responsible for the shooting. One victim states that he also seen a young chubby white male who he knows as ▮▮▮▮ After further investigation police learned that these two asian males were members of the Young Blood Street Gang and were approached by Erin Murray ▮▮▮▮ who asked them to confront Frank Meseck who she believed smashed the windows to her home.. It was learned that Erins Husband Scott Peterson, also a Young Blood gang member was incarcerated at the Donald Wyatt Detention Center for unrelated charges. Detectives obtained phone records from Donald Wyatt and were able to monitor conversations with his wife Erin Murray Peterson and Erins mother Barbara Murray. In these conversations Detectives monitored Scott directing Erin to call Yara Chum and that he would take care of it. Detectives also monitored Barbara Murray conversing with Scott Peterson stating "we know what to do you trained us well" Barbara Murray also stated that they would take care of it on their end. During this investigation officers learned that Frank Meseck had an active warrant out of Cranston for malicious damage on the Murray home from the previous night (2-28-09). Meseck was interviewed and gave the following account. Meseck states that he was robbed by ▮▮▮▮ and another unknown male, Meseck states that after he was robbed he went to the Murray Home where he knows ▮▮▮▮ to stay. Meseck denies breaking the window to the home. Meseck reports that on 3-1-09 at approximately 11:30am he was contacted by ▮▮▮▮ who stated that he was on his way to Mesecks house and he was going to kick in the door with a .44 Meseck states that this term is known to him as a weapon. Arrest warrants were issued for the following subjects. Yara Chum, conspiracy and 2 counts of ADW, Samnang Tep for conspiracy, 2 counts of ADW and 1 count possession of a firearm while commiting a crime of violence, Erin Murray aka Peterson for conspiracy and 2 counts of ADW and Barbara Murray for conspiracy and 2 counts of ADW. On 3-25-09 ▮▮▮▮ was apprehended and turned over to YSB. Barbara Murray was located and arrested at her home in Cranston and Yara Chum was located by the Gang Unit on Sterling Ave in Providence. Chum and Murray were held for the next session of 6th district court. Erin Murray and Samanang Tep have not been located at this time. Investigation Continues....

## GANG UNIT SUPPLEMENT

On march 25, 2009 at approximately 8:30 pm, members of the Gang Unit to include patrolman M. Rawnsley and Detective Peter Chabot of the Rhode Island State Police were advised that members of the Providence Police Department Detective Division obtained an Affidavit and Arrest Warrant for a known and self admitted member of the Young Blood Street Gang (Y.B.) YARA CHUM ▮▮▮▮ OF 220 STERLING AVE, PROVIDENCE RI for assault with a deadly weapon and possession of a firearm. Based on this active affidavit and arrest warrant, Police set up a stationary post at Chum's residence.

At approximately 9:54 pm, Police observed Chum exit 220 Sterling Ave and enter a black 2003 Acura two door hatch back bearing Rhode Island registration QK-983. As Chum drove away from the residence, Police activated their emergency equipment, ultimately stopping him at the intersection of Webster Ave and Clarence Street. After confirming the operator was Chum through his Rhode Island license, he was advised of the warrant and placed in custody without incident. Patrolman Gamio who arrived on scene later

transported Chum to central station where he was held until the next court session. Chum's vehicle was removed from the scene by Grasso's towing.

### YSB SUP DET McCarthy

After an investigation respondent, ▮▮▮▮▮▮▮▮ was charged with two counts of ADW. And one count of Conspiracy and one count of Phone Threats. Respondent was ordered held at RITS per order of Judge D'Ambra.

### Detective suppl. Det. Riley

3-27-09: Erin Murry Peterson turned herself in to Police at approx. 0630hrs for an active warrant for two counts of ADW (gun) and one count of conspiracy. Erin Murry Peterson refused to speak with Detectives about the incident.

### Det. O'Connell

On April 5, 2009 RISP apprehended Samnag Tep (DOB ▮▮▮▮) tep was turned over to Providence police and held for next session of court.