Kent County Superior Court

# Case Summary

### Case No. K1-2009-0739C

| | | | |
|---|---|---|---|
| **YARA CHUM** | § | Location: | **Kent County Superior Court** |
| | § | Filed on: | **12/16/2009** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| | | | | | Case Type: | Felony - Indictment |
| | | | | | Case Status: | **12/06/2010** Closed |

Jurisdiction: **Warwick Police Department**

1. CONSPIRACY/FELONY — 11-1-6 — F — 10/28/2009 — 12/16/2009
   Offense Reports
   Agency: Warwick Police Department
   99 Veterans Memorial Drive
   Warwick, RI, 02886

2. FIRST DEGREE ROBBERY — 11-39-1(a) — F — 10/28/2009 — 12/16/2009
   Offense Reports
   Agency: Warwick Police Department
   99 Veterans Memorial Drive
   Warwick, RI, 02886

3. FIRST DEGREE ROBBERY — 11-39-1(a) — F — 10/28/2009 — 12/16/2009
   Offense Reports
   Agency: Warwick Police Department
   99 Veterans Memorial Drive
   Warwick, RI, 02886

4. BURGLARY — 11-8-1 — F — 10/28/2009 — 12/16/2009
   Offense Reports
   Agency: Warwick Police Department
   99 Veterans Memorial Drive
   Warwick, RI, 02886

5. CONSPIRACY/FELONY — 11-1-6 — F — 10/28/2009 — 12/16/2009
   Offense Reports
   Agency: Warwick Police Department
   99 Veterans Memorial Drive
   Warwick, RI, 02886

6. CARRY PISTOL W/O LICENSE — 11-47-8(a) — F — 10/28/2009 — 12/16/2009
   Offense Reports
   Agency: Warwick Police Department
   99 Veterans Memorial Drive
   Warwick, RI, 02886

7. DISCHARGE FIREARM/VIOL CRIME — 11-47-3.2(a) — F — 10/28/2009 — 12/16/2009
   Offense Reports
   Agency: Warwick Police Department
   99 Veterans Memorial Drive
   Warwick, RI, 02886

8. ADW IN DWELLING — 11-5-4 — F — 10/28/2009 — 12/16/2009
   Offense Reports
   Agency: Warwick Police Department
   99 Veterans Memorial Drive
   Warwick, RI, 02886

## Related Cases

K1-2009-0739A (Co-Defendant Case)

Kent County Superior Court

## Case Summary
### Case No. K1-2009-0739C

K1-2009-0739B (Co-Defendant Case)
K1-2009-0739D (Co-Defendant Case)
K1-2009-0739E (Co-Defendant Case)

### Statistical Closures
12/06/2010   Disposed at Pre-Trial

### Warrants
Superior Court Warrant - CHUM, YARA (Judicial Officer: Gallo, Associate Justice Bennett R.)
   01/12/2010     04:04 PM     Quashed
   12/16/2009     04:44 PM     Issued
 Bond:                              $0.00

---

### Party Information

**Plaintiff**   **State of Rhode Island**

**Defendant**   **CHUM, YARA**
    DOB:
    SID:

**Agency**   **WARWICK POLICE DEPARTMENT**

---

### Dispositions

12/06/2010   **Disposition** (Judicial Officer: Clifton, Associate Justice Edward C.)
    1. CONSPIRACY/FELONY
      Plea of Nolo Contendere

12/06/2010   **Disposition** (Judicial Officer: Clifton, Associate Justice Edward C.)
    2. FIRST DEGREE ROBBERY
      Dismissed 48A

12/06/2010   **Disposition** (Judicial Officer: Clifton, Associate Justice Edward C.)
    3. FIRST DEGREE ROBBERY
      Dismissed 48A

12/06/2010   **Disposition** (Judicial Officer: Clifton, Associate Justice Edward C.)
    4. BURGLARY
      Plea of Nolo Contendere

12/06/2010   **Disposition** (Judicial Officer: Clifton, Associate Justice Edward C.)
    5. CONSPIRACY/FELONY
      Plea of Nolo Contendere

12/06/2010   **Disposition** (Judicial Officer: Clifton, Associate Justice Edward C.)
    6. CARRY PISTOL W/O LICENSE
      Dismissed 48A

12/06/2010   **Disposition** (Judicial Officer: Clifton, Associate Justice Edward C.)
    7. DISCHARGE FIREARM/VIOL CRIME
      Plea of Nolo Contendere

12/06/2010   **Disposition** (Judicial Officer: Clifton, Associate Justice Edward C.)
    8. ADW IN DWELLING
      Dismissed 48A

12/06/2010   **Sentence** (Judicial Officer: Clifton, Associate Justice Edward C.)
    1. CONSPIRACY/FELONY
      Criminal Sentence
      Condition - Adult:
        1. Suspended, Judge: JUDGE CLIFTON , 10Y 12/06/2010, Active 12/06/2010

## Case Summary
### Case No. K1-2009-0739C

    Condition - Adult:
1. Probation, Judge: JUDGE CLIFTON counts 1, 4, and 5 concurrent with each other and P2-2009-3192BG, 10Y 12/06/2010, Active 12/06/2010

    Condition - Adult:
1. Total Assessments, Judge: JUDGE CLIFTON $1450.00, 12/06/2010, Active 12/06/2010

12/06/2010 **Sentence** (Judicial Officer: Clifton, Associate Justice Edward C.)
    4. BURGLARY
    Criminal Sentence
    Condition - Adult:
1. Full Sentence, Judge: JUDGE CLIFTON , 33Y 12/06/2010, Active 12/06/2010

    Condition - Adult:
1. Term to Serve, Judge: JUDGE CLIFTON retro 1/12/10, 270M 12/06/2010, Active 12/06/2010

    Condition - Adult:
1. Suspended, Judge: JUDGE CLIFTON , 126M 12/06/2010, Active 12/06/2010

    Condition - Adult:
1. Probation, Judge: JUDGE CLIFTON , 126M 12/06/2010, Active 12/06/2010

    Condition - Adult:
1. No Contact with Victim, Judge: JUDGE CLIFTON two filed, 12/06/2010, Active 12/06/2010

12/06/2010 **Sentence** (Judicial Officer: Clifton, Associate Justice Edward C.)
    5. CONSPIRACY/FELONY
    Criminal Sentence
    Condition - Adult:
1. Suspended, Judge: JUDGE CLIFTON , 10Y 12/06/2010, Active 12/06/2010

    Condition - Adult:
1. Probation, Judge: JUDGE CLIFTON , 10Y 12/06/2010, Active 12/06/2010

12/06/2010 **Sentence** (Judicial Officer: Clifton, Associate Justice Edward C.)
    7. DISCHARGE FIREARM/VIOL CRIME
    Criminal Sentence
    Condition - Adult:
1. Suspended, Judge: JUDGE CLIFTON , 20Y 12/06/2010, Active 12/06/2010

    Condition - Adult:
1. Probation, Judge: JUDGE CLIFTON consecutive to counts 1, 4, and 5, 20Y 12/06/2010, Active 12/06/2010

    Condition - Adult:
1. Assessment Waived, Judge: JUDGE CLIFTON count 7 only, 12/06/2010, Active 12/06/2010

## Case Events

| Date | Event |
|---|---|
| 12/16/2009 | Indictment Filed<br>    Party: Plaintiff State of Rhode Island |
| 12/16/2009 | Warrant Issued |
| 01/08/2010 | Order For Grand Jury Tapes |
| 01/12/2010 | Bench Warrant Cancelled |
| 01/12/2010 | Arraignment Event |
| 01/12/2010 | Defendant Arraigned and Pleads Not Guilty |
| 01/12/2010 | Defendant Held Without Bail |
| 01/12/2010 | Entry of Appearance |
| 01/12/2010 | Notice of Intention<br>    Party: Plaintiff State of Rhode Island |
| 01/12/2010 | Bench Warrant Cancelled |
| 01/14/2010 | Motion for Discovery and Inspection |
| 01/20/2010 | Receipt for Grand Jury Tapes |

Kent County Superior Court

## Case Summary

### Case No. K1-2009-0739C

| | | |
|---|---|---|
| 01/22/2010 | Objection Filed | |
| | Party: | Plaintiff State of Rhode Island |
| 01/22/2010 | Response to Defendant's Request for Discovery | |
| | Party: | Plaintiff State of Rhode Island |
| 01/22/2010 | Objection Filed | |
| | Party: | Plaintiff State of Rhode Island |
| 01/22/2010 | Objection Filed | |
| | Party: | Plaintiff State of Rhode Island |
| 01/22/2010 | Request for Discovery and Alibi | |
| | Party: | Plaintiff State of Rhode Island |
| 01/25/2010 | Response | |
| | Party: | Plaintiff State of Rhode Island |
| 01/28/2010 | Pending Further Investigation | |
| 01/28/2010 | Entry of Appearance | |
| | Party: | Private Attorney DILIBERO, STEVEN D. |
| 02/23/2010 | Defense Attorney on Trial Other Calendar | |
| 03/09/2010 | Pending Further Investigation | |
| 03/25/2010 | Answer Filed | |
| | Party: | Plaintiff State of Rhode Island |
| 03/30/2010 | Completed | |
| 03/30/2010 | Pending Further Investigation | |
| 04/16/2010 | Entry of Appearance | |
| | Party: | Private Attorney ZARRELLA, MICHAEL J. |
| 04/20/2010 | Defense Not Ready | |
| 04/20/2010 | Motion to Withdraw | |
| | Party: | Private Attorney DILIBERO, STEVEN D. |
| 05/04/2010 | Pending Further Investigation | |
| 05/14/2010 | Answer Filed | |
| | Party: | Plaintiff State of Rhode Island |
| 05/19/2010 | Co-defendant Continued | |
| 06/15/2010 | Co-defendant Continued | |
| 07/08/2010 | Case Passed for Trial | |
| 07/21/2010 | Answer Filed | |
| | Party: | Plaintiff State of Rhode Island |
| 07/22/2010 | Pending Further Investigation | |
| 07/28/2010 | Pending Further Investigation | |
| 07/29/2010 | Pending Further Investigation | |
| 08/16/2010 | Pending Further Investigation | |
| 09/21/2010 | Continued For Further Hearing | |
| 09/28/2010 | Case Passed for Trial | |
| 10/13/2010 | Pending Further Investigation | |
| 10/15/2010 | Motion to Compel | |
| | Party: | Plaintiff State of Rhode Island |
| 11/10/2010 | Defense Attorney on Trial Other Calendar | |
| 11/10/2010 | Defense Attorney on Trial Other Calendar | |
| 11/17/2010 | Answer Filed | |
| | Party: | Defendant CHUM, YARA |

Kent County Superior Court

## Case Summary

### Case No. K1-2009-0739C

| | | |
|---|---|---|
| 11/17/2010 | Pending Further Investigation | |
| 11/17/2010 | Passed | |
| 12/01/2010 | Consideration of Disposition | |
| 12/01/2010 | Answer Filed<br>    Party:   Plaintiff State of Rhode Island | |
| 12/01/2010 | Motion in Limine<br>    Party:   Plaintiff State of Rhode Island | |
| 12/06/2010 | Defendant Retracts Not Guilty Plea | |
| 12/06/2010 | Pre-Sentence Report Waived | |
| 12/06/2010 | 48A Dismissal Filed<br>    Party:   Plaintiff State of Rhode Island | |
| 12/06/2010 | No Contact Order | |
| 12/06/2010 | No Contact Order | |
| 12/06/2010 | Certificate of Judge | |
| 12/06/2010 | Judgment of Conviction Entered | |
| 12/06/2010 | Disposed at Pre-Trial | |
| 12/07/2010 | Charge, Disposition Changes | |
| 03/01/2016 | Notice of Delinquency | |
| 07/14/2016 | Delinquency Letter Returned Undeliverable | |

---

### Hearings

01/28/2010   **Bail Hearing**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Pending Further Investigation*

02/23/2010   **Bail Hearing**   (9:30 AM)   (Judicial Officer: Gallo, Associate Justice Bennett R.)
    *Defense Attorney on Other Calendar*

03/09/2010   **Bail Hearing**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Pending Further Investigation*

03/09/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Occurred*

03/30/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Pending Further Investigation*

03/30/2010   **Bail Hearing**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Completed*

04/20/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Defense Not Ready*

05/04/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Gallo, Associate Justice Bennett R.)
    *Pending Further Investigation*

05/19/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Co-Defendant Continued*

06/15/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Co-Defendant Continued*

07/08/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Kenny (Retired), Magistrate Susan L.)
    *Case Passed for Trial*

07/22/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Clifton, Associate Justice Edward C.)
    *Pending Further Investigation*

07/28/2010   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Procaccini, Associate Justice Daniel A.)

Kent County Superior Court

## Case Summary
### Case No. K1-2009-0739C

|  |  |
|---|---|
|  | *Pending Further Investigation* |
| 08/16/2010 | **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Procaccini, Associate Justice Daniel A.) |
|  | *Pending Further Investigation* |
| 09/21/2010 | **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Procaccini, Associate Justice Daniel A.) |
|  | *Continued for Further Hearing* |
| 09/28/2010 | **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Procaccini, Associate Justice Daniel A.) |
|  | *Case Passed for Trial* |
| 10/13/2010 | **Trial Calendar Call**   (9:30 AM)   (Judicial Officer: Clifton, Associate Justice Edward C.) |
|  | *Pending Further Investigation* |
| 11/10/2010 | **Trial Calendar Call**   (9:30 AM)   (Judicial Officer: Clifton, Associate Justice Edward C.) |
|  | *Defense Attorney on Other Calendar* |
| 11/10/2010 | **State's Motion to Compel**   (9:30 AM)   (Judicial Officer: Clifton, Associate Justice Edward C.) |
|  | *Defense Attorney on Other Calendar* |
| 11/17/2010 | **Hearing on Motion to Compel**   (9:30 AM)   (Judicial Officer: Clifton, Associate Justice Edward C.) |
|  | *Hearing Passed* |
| 11/17/2010 | **Trial Calendar Call**   (9:30 AM)   (Judicial Officer: Clifton, Associate Justice Edward C.) |
|  | *Pending Further Investigation* |
| 12/01/2010 | **Trial Calendar Call**   (9:30 AM)   (Judicial Officer: Clifton, Associate Justice Edward C.) |
|  | *Consideration of Disposition* |
| 12/06/2010 | **Trial Date Certain**   (9:30 AM)   (Judicial Officer: Clifton, Associate Justice Edward C.) |
|  | *Defendant Retracts Plea of Not Guilty* |

---

### Bond Settings

| | |
|---|---|
| 01/12/2010 | **Bond Setting** |
|  | Held Without Bail |

---

### Financial Information

| | | |
|---|---|---:|
| **Defendant**   CHUM, YARA | | |
| Total Financial Assessment | | 1,450.00 |
| Total Payments and Credits | | 0.00 |
| **Balance Due as of 10/19/2020** | | **1,450.00** |
| 12/07/2010 | Transaction Assessment | 1,450.00 |