UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,

    *Petitioners-Plaintiffs,*

-v.-

DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; TONY H. PHAM, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement;[1] TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,

    *Respondents-Defendants.*

Civil Action No.

20-CV-216-MSM-PAS

## NOTICE OF PROPOSED EXECUTION OF ORDERS OF REMOVAL AND NOTICE OF ONE NEW DETAINEE ADMISSION

Pursuant to this Court's Order dated May 19, 2020 (Docket No. 17), Respondents Wolf, Pham, and Lyons ("the Federal Respondents") hereby respectfully provide notice of their intent to carry out, on the schedule detailed below, the removal of the following detainees presently held at the Wyatt facility for the purpose of final removal from the United States:

| Detainee Name | Age | Date of Departure from Wyatt | Country Removed To: |
|---|---|---|---|
| Jimon Ajqui, Israel | 35 | 12/15/2020 | Guatemala |
| Do Carmo Cauto Araujo, Jose | 58 | 12/19/2020 | Portugal |
| Nightingale Segura, Luis | 38 | 12/21/2020 | Peru |

---

[1] Substituted in place of former Acting Director Albence pursuant to Fed. R. Civ. P. 25(d).

The Federal Respondents also respectfully advise the Court and the parties that one new detainee has been transferred into the facility by ICE, as follows:

| A# | Name | Age | Immigration Detention Status | Final Order of Removal | Country of Citizenship |
|---|---|---|---|---|---|
| 209449764 | Mateo Guerrero, Francis Yohan | 32 | 8 U.S.C. § 1231 | Yes | Dominican Republic |

With this filing, the Federal Respondents provide the following documents as exhibits:

Exhibit A:   Criminal History: Mateo Guerrero

Dated: Providence, Rhode Island
December 9, 2020

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

By: */s/ Zachary A. Cunha*
ZACHARY A. CUNHA (Bar No. 7855)
RICHARD B. MYRUS
BETHANY N. WONG
Assistant U.S. Attorneys
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 709-5040 / Fax: (401) 709-5001
Zachary.Cunha@usdoj.gov

## CERTFICATE OF SERVICE

I hereby certify that, on December 9, 2020, I caused the foregoing document to be filed by means of this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rules Gen 305 and 309(b).

By:   */s/ Zachary A. Cunha*
Zachary A. Cunha
Assistant United States Attorney