# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# NNSV Query Result

12/09/2020 10:23 EST Generated By: JESSICA PARKER 

| REQUEST | | |
|---|---|---|
| **Request Message Detail** | **Date and Time** | **Seq** |
| FQ.MAICE01T0.MA.*NN89050550.TXT PUR/C.ATN/PARKER, JESSICA LYNN.SID/MAP5256849 | 12/09/2020 10:23:06 | 89050550 |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 12/09/2020 10:23:07 | Acknowledged |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
FR.MASIR0000
08:23 12/09/2020 51045
08:23 12/09/2020 08463 MAICE01T0
*NN89050550
TXT
PUR/C.ATN/PARKER, JESSICA LYNN.SID/MAP5256849
THIS RECORD IS BASED ONLY ON THE PCF NUMBER IN YOUR REQUEST-
PCF/5256849

THE FOLLOWING IS NONFINGERPRINT SUPPORTED DATA BASED ON YOUR PCF REQUEST.

              *** C I V I L  R E S T R A I N I N G  O R D E R  ***
--------------------------------------------------------------------------------
Defendant: MENDEZ-RIVERA, GERARDO        DOB: [REDACTED] PCF: 005256849
--------------------------------------------------------------------------------
Plaint: [REDACTED]
Street:                                 City:                                 ST:
--------------------------------------------------------------------------------
Docket:     1318RO1495   Court:  18  Order: M.G.L. Chapter 209A Section:   4
Order Date: 12/17/13  Expiration Date:  12/18/13   Status:*** CLOSE ***
                   *** *** ***  Court Orders  *** *** ***
 1.X Refrain from abuse                  2.X No contact stay at least  100 yds
 3.X Vacate/stay away resd     Bld       4.X Address Impounded
 5.X Stay away workplace                 6.X Custody of following to plaintiff
    [REDACTED]

 7.  No contact with any child named in 6 or listed below: Stay at least      yd

     Stay away from school,daycare,other: (see order)
 8.  Visitation rights: See Order        9.  Support payment ordered
10.X Personal belongings pickup w/PD    11.  Compensation ordered
12.X Surrender guns,ammo,LIC,FID        13.  Other: See order
------------------------------------------------------------------------------
********************************************************************************
*                                                                              *
*                   ******* WARNING ******** WARNING ********                   *
*                                                                              *
*      THIS INFORMATION IS CORI.  IT IS NOT SUPPORTED BY FINGERPRINTS.         *
*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH*
*OF THE PERSON REQUESTED.                                                      *
*                                                                              *
********************************************************************************

            **********    COMMONWEALTH OF MASSACHUSETTS    **********
               DEPARTMENT OF CRIMINAL JUSTICE INFORMATION SERVICES

                          *** PERSONS COURT SUMMARY ***

NAM: MENDEZ-RIVERA, GERARDO         FORMAL-NAM: GERARD          PCF: 00005256849
DOB: [REDACTED]  SEX: M  RAC: U       POB:                      SSN: [REDACTED]
MOM:MADELIN                POP:GERARDO MENDEZ  HGT: 510 WGT: 140 HAI: BLK EYE: BRO
ADDRESS: 15 SPRINGFIELD STREET 1ST FLOOR, LAWRENC

COMMENTS:

***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

ARRAIGNMENT: (0001)
  ARG-DATE: 09/12/17 PD: SDH COURT: BROCKTON DISTRICT       DKT#:  1715CR003262A
  OFF:  POSS CLASS B CONT SUB                              CSA POSS B
  STATUS: C   WPD:      WDT:
  DISP: C 6/22/18 DISM

ARRAIGNMENT: (0002)
  ARG-DATE: 12/29/16 PD: LAW COURT: LAWRENCE DISTRICT       DKT#:  1618CR007016B
  OFF:  OPERATING RECKLESSLY          MOTOR VEHICLE        110A
  STATUS: C   WPD:      WDT:
  DISP: C 6/7/17 CWOF 12/7/17 WAR 12/22/17 W/R $REMIT DISM

ARRAIGNMENT: (0003)
  ARG-DATE: 05/23/16 PD: HAE COURT: HAVERHILL DISTRICT      DKT#:  1638CR000956A
  OFF:                                                     A&B FAM/HSE MEM
  STATUS: C   WPD:      WDT:
  DISP: 5/26/16 PTP JT 9/13/16 DISM

ARRAIGNMENT: (0004)
  ARG-DATE: 05/23/16 PD: HAE COURT: HAVERHILL DISTRICT      DKT#:  1638CR000956B
```

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
  OFF:  INTIMIDATION                      WITNESS            INTIM
  STATUS: C   WPD:      WDT:
  DISP: 5/26/16 PTP JT 9/13/16 DISM

ARRAIGNMENT: (0005)
  ARG-DATE: 05/23/16 PD: HAE COURT: HAVERHILL DISTRICT      DKT#:  1638CR000956C
  OFF:  MAL DESTRUCTION OF PROPERTY                         PROP MAL DES
  STATUS: C   WPD:      WDT:
  DISP: 5/26/16 PTP JT 9/13/16 DISM

ARRAIGNMENT: (0006)
  ARG-DATE: 03/04/15 PD: MET COURT: LAWRENCE DISTRICT       DKT#:  1518CR000668B
  OFF:  NUM PLT OBSCR/NOT DISP/CONC ID                      MV OBSCR/CONC PL
  STATUS: C   WPD:      WDT:
  DISP: C 8/4/15 CWOF 2/4/16 3/16/16 PD DISM

ARRAIGNMENT: (0007)
  ARG-DATE: 03/04/15 PD: MET COURT: LAWRENCE DISTRICT       DKT#:  1518CR000668C
  OFF:  COMPULSORY INSURANCE VIOLATION                      118A
  STATUS: C   WPD:      WDT:
  DISP: C 8/4/15 CWOF 2/4/16 3/16/16 PD DISM

ARRAIGNMENT: (0008)
  ARG-DATE: 09/24/14 PD: MET COURT: LAWRENCE DISTRICT       DKT#:  1318CR007778A
  OFF:  ASSAULT AND BATTERY                                 A&B
  STATUS: C   WPD:      WDT:
  DISP: % C 11/20/14 DF D/R C 1/13/15 DF 1/14/15 D/R JT 5/ 13/15 DISM

ARRAIGNMENT: (0009)
  ARG-DATE: 09/24/14 PD: MET COURT: LAWRENCE DISTRICT       DKT#:  1318CR007778B
  OFF:  ASSAULT DANGEROUS WEAPON                            ASLT DW
  STATUS: C   WPD:      WDT:
  DISP: C 11/20/14 DF D/R C 1/13/15 DF 1/14/15 D/R JT 5/13 /15 DISM

ARRAIGNMENT: (0010)
  ARG-DATE: 10/21/13 PD: LAW COURT: LAWRENCE DISTRICT       DKT#:  1318CR006396A
  OFF:  POSS CLASS B CONT SUB                               CSA POSS B
  STATUS: C   WPD:      WDT:
  DISP: C 4/22/14 DF D/R DF D/R C 1/13/15 WAR 1/14/15 WAR/ WD C 1/19/16 CC
        3/18/16 6/1/16 WAR 6/6/16 WARWD 7/6/16 WAR 8/1/16 WARWD PD DISM

ARRAIGNMENT: (0011)
  ARG-DATE: 03/13/13 PD: MET COURT: LAWRENCE DISTRICT       DKT#:  1318CR000285A
  OFF:  OPERATING AFTER                                     114B
  STATUS: C   WPD:      WDT:
  DISP: % DF D/R C 1/21/14 CWOF 4/22/14 DF D/R VN DF DR DF 1/14/15 D/R  VN
        11/4/15 VN/WD DISM

***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

REQUESTED BY: PARKER, JESSICA LYN
COMPLETED BY: PARKER, JESSICA LYN
      AGENCY:
   * * * END OF RECORD * * *
```

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# NNSV Query Result

| REQUEST | | |
|---|---|---|
| **Request Message Detail** | **Date and Time** | **Seq** |
| 2L01NN89025119.QR.MAICE01T0.FBI/821261WD3.PUR/J.ATN/PARKER, JESSICA LYNN | 12/09/2020 10:17:48 | 89025119 |

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| III | 12/09/2020 10:17:49 | Unacknowledged |

```
FL01NN89025119
MAICE01T0
THIS INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
RECORD REQUEST FOR FBI/821261WD3. INDIVIDUAL'S RECORD WILL BE
COMPLETE WHEN ALL RESPONSES ARE RECEIVED FROM THE FOLLOWING SOURCES:
 FBI            - FBI/821261WD3
 MASSACHUSETTS  - STATE ID/MA21002626
END
```

| RESPONSE | | |
|---|---|---|
| **Source** | **Date and Time** | **Status** |
| Nlets | 12/09/2020 10:17:51 | Unacknowledged |



```
CR.MAIII0000
08:17 12/09/2020 50984
08:17 12/09/2020 08332 MAICE01T0
*NN89025119
TXT
HDR/2L01NN89025119
ATN/PARKER, JESSICA LYNN
**********************  CRIMINAL HISTORY RECORD  ***********************

Data As Of                2020-12-09

****************************  Introduction  ****************************

This rap sheet was produced in response to the following request:

FBI Number                821261WD3
State Id Number           MA21002626 ()
Purpose Code              J
Attention                 PARKER, JESSICA LYNN

The information in this rap sheet is subject to the following caveats:

***************************  IDENTIFICATION  **************************

Subject Name(s)

MENDEZ-RIVERA, GERARDO
MENDEZ-RIVERA, GERARDO  (AKA)
MENDEZ-RIVERA, GERARDO  (AKA)
MENDEZ-RIVERA, GERARDO  (AKA)
MENDEZ-RIVERA, GERARDO  (AKA)
MENDEZ-RIVERA, GERARDO  (AKA)
MATEO GUERRERO, FRANCIS YOHAN  (AKA)

Subject Description

                          State Id Number
                          MA21002626 (MA)
                          MA21002626 (MA)
                          MA21002626 (MA)
                          MA21002626 (MA)
                          MA21002626 (MA)
                          MA21002626 (MA)

Social Security Number
[REDACTED]

Sex                       Race
Male                      Black
Male                      Unknown
Male                      Unknown
Male                      White
Male                      Black
Male                      White

Height                    Weight                    Date of Birth
5'06" (2013-10-21)        140 (2013-10-21)          [REDACTED]
5'06" (2015-01-14)        140 (2015-01-14)
5'06" (2016-05-22)        140 (2016-05-22)
5'10" (2016-05-22)        145 (2016-05-22)
5'06" (2016-12-27)        140 (2016-12-27)
5'06" (2018-07-17)        140 (2018-07-17)

Hair Color                Eye Color
Black (2013-10-21)        Brown (2013-10-21)
Black (2015-01-14)        Brown (2015-01-14)
Black (2016-05-22)        Brown (2016-05-22)
Black (2016-05-22)        Black (2016-05-22)
Black (2016-12-27)        Brown (2016-12-27)
Black (2018-07-17)        Brown (2018-07-17)

Scars, Marks, and Tattoos
Code                      Description, Comments, and Images
Unknown Code              TAT L ARM,

Place of Birth            Citizenship
```



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
Puerto Rico             United States of America (USA)* (2015-01-14)
Puerto Rico
Puerto Rico
Puerto Rico
Puerto Rico
Dominican Republic

Employment
Employment as of        2016-05-22
Occupation              PAINTER
Employer                UNEMPLOYEED
Residence
Residence as of         2013-10-21
                        51, 50 Hancock ST, LAWRENCE, MA, US

Residence as of         2015-01-14
                        125 BROOKFIC ST,LAWRENCE,MA,01840

Residence as of         2016-05-22
                        1 LINCOLN ST.,HAVERHILL,MA,01830

Residence as of         2016-05-22
                        1 LINCOLN STREET 3,HAVERHILL,MA,01830

Residence as of         2016-12-27
                        1 LINCOLN ST 3,HAVERHILL,MA,01830

Residence as of         2018-07-17
                        15 SPRINGFIELD APT 1,LAWRENCE,MA,01841

Photo Images
Available Image               Mugshot
Capture Date                    2015-01-14
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2015-01-14
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2015-01-14
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2016-05-22
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2016-05-22
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2016-05-22
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2016-05-22
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2016-12-27
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2016-12-27
(No Photo Image Transmitted
Comment:Face - Front)
Available Image               Mugshot
Capture Date                    2018-07-17
(Transmitted Image Suppressed:
  Type: Format: Size:K  Comment:Face - Front)

**************************  CRIMINAL HISTORY  **************************

=============================== Cycle 001 ==============================
Earliest Event Date     2013-10-21
------------------------------------------------------------------------
Arrest Date             2013-10-21
Arresting Agency         LAWRENCE PD
Subject's Name          MENDEZ-RIVERA, GERARDO
```



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
        Charge Literal  OPERATING AFTER REVOCATION/SUSPENSION OF LICENSE
              Severity  Unknown

------------------------------------------------------------------------
Court Disposition       (Cycle 001)
        Charge Literal  DRUG, POSSESS CLASS B C94C S34
              Severity  Unknown
           Disposition  (DISMISSED)
=============================== Cycle 002 ==============================
Earliest Event Date     2015-01-14
------------------------------------------------------------------------
Arrest Date             2015-01-14
Arresting Agency         ESSEX COUNTY SD MIDDLETON
Subject's Name          MENDEZ-RIVERA, GERARDO
        Charge Literal  A&B C265 S13A
              Severity  Unknown
=============================== Cycle 003 ==============================
Earliest Event Date     2016-05-22
------------------------------------------------------------------------
Arrest Date             2016-05-22
Arresting Agency         ESSEX COUNTY SD MIDDLETON
Subject's Name          MENDEZ-RIVERA, GERARDO
        Charge Literal  DESTRUCTION OF PROPERTY
              Severity  Unknown
=============================== Cycle 004 ==============================
Earliest Event Date     2016-05-22
------------------------------------------------------------------------
Arrest Date             2016-05-22
Arresting Agency         HAVERHILL PD
Subject's Name          MENDEZ-RIVERA, GERARDO
        Charge Literal  A&B ON FAMILY/HOUSEHOLD MEMBER C265 S13M(A)
              Severity  Unknown
        Charge Literal  WITNESS, INTIMIDATE C268 S13B
              Severity  Unknown
        Charge Literal  DEFACE PROPERTY C266 S126
              Severity  Unknown

------------------------------------------------------------------------
Court Disposition       (Cycle 004)
        Charge Literal  WITNESS/JUROR/POLICE/COURT OFFICIAL, INTIMIDAT
              Severity  Unknown
           Disposition  (DISMISSED - LACK OF PROSECUTION)
        Charge Literal  DESTRUCTION OF PROPERTY +$250, MALICIOUS C266
              Severity  Unknown
           Disposition  (DISMISSED - LACK OF PROSECUTION)
        Charge Literal  A&B ON FAMILY / HOUSEHOLD MEMBER C265 S13M(A)
              Severity  Unknown
           Disposition  (DISMISSED - LACK OF PROSECUTION)
=============================== Cycle 005 ==============================
Earliest Event Date     2016-12-27
------------------------------------------------------------------------
Arrest Date             2016-12-27
Arresting Agency         LAWRENCE PD
Subject's Name          MENDEZ-RIVERA, GERARDO
        Charge Literal  UNLICENSED OPERATION OF MV C90 S10
              Severity  Unknown
        Charge Literal  RECKLESS OPERATION OF MOTOR VEHICLE C90 S24
              Severity  Unknown

------------------------------------------------------------------------
Court Disposition       (Cycle 005)
        Charge Literal  UNLICENSED OPERATION OF MV C90 S10
              Severity  Unknown
           Disposition  (DISMISSED - AFTER CONTINUANCE WITHOUT A
                        FINDING)
        Charge Literal  RECKLESS OPERATION OF MOTOR VEHICLE C90 S24(2)
              Severity  Unknown
           Disposition  (DISMISSED - AFTER CONTINUANCE WITHOUT A
                        FINDING)
=============================== Cycle 006 ==============================
Earliest Event Date     2018-07-17
------------------------------------------------------------------------
Arrest Date             2018-07-17
Arresting Agency         PLYMOUTH COUNTY SD JAIL HOC
Subject's Name          MATEO GUERRERO, FRANCIS YOHAN
        Charge Literal  IMMIGRATION HOLD
              Severity  Unknown
*************************  INDEX OF AGENCIES  **************************

Agency                  LAWRENCE PD; ;

------------------------------------------------------------------------
```

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
Agency                    ESSEX COUNTY SD MIDDLETON; ;

------------------------------------------------------------------------
Agency                    ESSEX COUNTY SD MIDDLETON; ;

------------------------------------------------------------------------
Agency                    HAVERHILL PD; ;

------------------------------------------------------------------------
Agency                    LAWRENCE PD; ;

------------------------------------------------------------------------
Agency                    PLYMOUTH COUNTY SD JAIL HOC; ;

    * * * END OF RECORD * * *
   * * * END OF RECORD * * *
```

**RESPONSE**

| Source | Date and Time | Status |
|---|---|---|
| Nlets | 12/09/2020 10:17:51 | Unacknowledged |

**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
CR.WVFBINF00
08:17 12/09/2020 87544
08:17 12/09/2020 08331 MAICE01T0
*NN89025119
TXT
HDR/2L01NN89025119
ATN/PARKER, JESSICA LYNN
**********************  CRIMINAL HISTORY RECORD  ***********************

****************************  Introduction  ****************************

This rap sheet was produced in response to the following request:

FBI Number               821261WD3
Request Id               NN89025119
Purpose Code             J
Attention                PARKER, JESSICA LYNN

The information in this rap sheet is subject to the following caveats:

This record is based only on the FBI number in your request-UCN:
821261WD3 Because additions or deletions may be made at any time, a new
copy should be requested when needed for subsequent use.(US;
2020-12-09)

THIS RECORD IS SUBJECT TO THE FOLLOWING USE AND DISSEMINATION
RESTRICTIONS UNDER PROVISIONS SET FORTH IN TITLE 28, CODE OF FEDERAL
REGULATIONS (CFR), SECTION 50.12, BOTH GOVERNMENTAL AND NONGOVERNMENTAL
ENTITIES AUTHORIZED TO SUBMIT FINGERPRINTS AND RECEIVE FBI
IDENTIFICATION RECORDS MUST NOTIFY THE INDIVIDUALS FINGERPRINTED THAT
THE FINGERPRINTS WILL BE USED TO CHECK THE CRIMINAL HISTORY RECORDS OF
THE FBI. IDENTIFICATION RECORDS OBTAINED FROM THE FBI MAY BE USED
SOLELY FOR THE PURPOSE REQUESTED AND MAY NOT BE DISSEMINATED OUTSIDE
THE RECEIVING DEPARTMENT, RELATED AGENCY OR OTHER AUTHORIZED ENTITY. IF
THE INFORMATION ON THE RECORD IS USED TO DISQUALIFY AN APPLICANT, THE
OFFICIAL MAKING THE DETERMINATION OF SUITABILITY FOR LICENSING OR
EMPLOYMENT SHALL PROVIDE THE APPLICANT THE OPPORTUNITY TO COMPLETE, OR
CHALLENGE THE ACCURACY OF, THE INFORMATION CONTAINED IN THE FBI
IDENTIFICATION RECORD. THE DECIDING OFFICIAL SHOULD NOT DENY THE
LICENSE OR EMPLOYMENT BASED ON THE INFORMATION IN THE RECORD UNTIL THE
APPLICANT HAS BEEN AFFORDED A REASONABLE TIME TO CORRECT OR COMPLETE
THE INFORMATION, OR HAS DECLINED TO DO SO. AN INDIVIDUAL SHOULD BE
PRESUMED NOT GUILTY OF ANY CHARGE/ARREST FOR WHICH THERE IS NO FINAL
DISPOSITION STATED ON THE RECORD OR OTHERWISE DETERMINED. IF THE
APPLICANT WISHES TO CORRECT THE RECORD AS IT APPEARS IN THE FBI's CJIS
DIVISION RECORDS SYSTEM, THE APPLICANT SHOULD BE ADVISED THAT THE
PROCEDURES TO CHANGE, CORRECT OR UPDATE THE RECORD ARE SET FORTH IN
TITLE 28, CFR, SECTION 16.34.(US; 2020-12-09)

All entries contained in this FBI record are based on fingerprint
comparisons and pertain to the same individual.(US; 2020-12-09)

The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested.(US;
2020-12-09)

***************************  IDENTIFICATION  ***************************

Subject Name(s)

MENDEZ-RIVERA, GERARDO
MATEO GUERREO, FRANCIS YOHAN  (AKA)
MATEO GUERRERO, FRANCIS  (AKA)
MATEO GUERRERO, FRANCIS Y  (AKA)
MATEO GUERRERO, FRANCIS YOHAN  (AKA)
MENEDEZ-RIVERA, GERARDO  (AKA)

Subject Description

FBI Number               State Id Number
821261WD3                MA21002626 (MA)

Social Security Number

Miscellaneous Numbers
1257706211                                     FN
209449764                                      AR
A209449764                                     AR
```



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# NNSV Query Result

```
Sex                     Race
Male                    Black

Height                  Weight                  Date of Birth
5'06"                   140

Hair Color              Eye Color               Fingerprint Pattern
Black                   Brown                   LSLSLSLSLSLSLSLSLSLS (Other)

Scars, Marks, and Tattoos
Code                    Description, Comments, and Images
TAT R SHLD              , TATTOO ON RIGHT SHOULDER
TAT L ARM               , TATTOO ON LEFT ARM
TAT RF ARM              , TATTOO ON RIGHT FOREARM
TAT UL ARM              , TATTOO ON UPPER LEFT ARM

Place of Birth          Citizenship
Puerto Rico             Unknown
                        Dominican Rep
                        United States

Fingerprint Images

Photo Images
Photo Image Available
Capture Date                    2018-08-22
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                    2018-08-22
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                    2018-08-22
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                    2018-08-22
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                    2018-11-19
(No Photo Image Transmitted  )
Photo Image Available
Capture Date                    2020-12-08
(No Photo Image Transmitted  )

**************************  CRIMINAL HISTORY  **************************

=============================== Cycle 001 ==============================
Earliest Event Date     2018-07-17
------------------------------------------------------------------------
Arrest Date             2018-07-17
Arrest Case Number      176840692
Arresting Agency        MAICE0200 ICE-OFC OF INV/SAC BOSTON
Subject's Name          MATEO GUERRERO,FRANCIS YOHAN
                        MENDEZ-RIVERA,GERARDO
Charge                  1
        Charge Literal  ALIEN PRESENT WITHOUT ADMISSION OR PAROLE -
                        (PWAS)
              Severity  Unknown
Charge                  2
        Charge Literal  IMMIGRANT WITHOUT AN IMMIGRANT VISA
              Severity  Unknown
Charge                  3
        Charge Literal  MISUSE OF A SOCIAL SECURITY NUMBER
              Severity  Unknown
=============================== Cycle 002 ==============================
Earliest Event Date     2018-08-22
------------------------------------------------------------------------
Arrest Date             2018-08-22
Arrest Case Number      4996820826
Arresting Agency        MAICE0200 ICE-OFC OF INV/SAC BOSTON
Subject's Name          MATEO GUERRERO,FRANCIS YOHAN
                        MENDEZ-RIVERA,GERARDO
Charge                  1
        Charge Literal  2018-08-22 18 USC 1001 GENERAL FRAUD/MAKING
                        FALSE STATEMENT
              Severity  Unknown
=============================== Cycle 003 ==============================
Earliest Event Date     2018-08-22
------------------------------------------------------------------------
Arrest Date             2018-08-22
```



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**NNSV Query Result**

```
Arrest Case Number
Arresting Agency        MAICE0100 ICE/ERO BOSTON SUB O BURLINGTON
Subject's Name          MATEO GUERREO,FRANCIS YOHAN
                        MENEDEZ-RIVERA,GERARDO
Charge                  1
        Charge Literal  2607-FRAUD - FALSE STATEMENT
              Severity  Unknown
------------------------------------------------------------------------
Court Disposition       (Cycle 003)
Court Case Number
Court Agency
Charge                  1
        Charge Literal  DSPE/2607-FRAUD - FALSE STATEMENT
           Disposition  (OTHER DSPE/SUBJECT REMOVED FROM THE UNITED
                        STATES ON OR ABOUT 03/06/2019)
=============================== Cycle 004 ==============================
Earliest Event Date     2018-11-19
------------------------------------------------------------------------
Arrest Date             2018-11-19
Arrest Case Number      5261135568
Arresting Agency        MAICE0400 ICE/ERO BOSTON FLD O BURLINGTON
Subject's Name          MATEO GUERRERO,FRANCIS YOHAN
                        MENDEZ-RIVERA,GERARDO
Charge                  1
        Charge Literal  2018-11-19 8 USC 1227 DEPORTABLE ALIEN
              Severity  Unknown
=============================== Cycle 005 ==============================
Earliest Event Date     2020-12-08
------------------------------------------------------------------------
Arrest Date             2020-12-08
Arrest Case Number      6835760198
Arresting Agency        MAICE0400 ICE/ERO BOSTON FLD O BURLINGTON
Subject's Name          MATEO GUERRERO,FRANCIS YOHAN
                        MENDEZ-RIVERA,GERARDO
Charge                  1
        Charge Literal  2020-12-08 8 USC 1326(A) RE-ENTRY AFTER
                        DEPORTATION
              Severity  Unknown
Charge                  2
        Charge Literal  2020-12-08 212A6AI ALIEN PRESENT WITHOUT
                        ADMISSION OR PAROLE - (PWAS)
              Severity  Unknown
*************************  INDEX OF AGENCIES  **************************

Agency                  ICE-OFC OF INV/SAC; MAICE0200;
Agency Email Address    MICHAEL.RILEY@ICE.DHS.GOV
Address                        RM 722
                        10 CAUSEWAY ST
                        BOSTON, MA 022221054

------------------------------------------------------------------------
Agency                  ICE/ERO BOSTON SUB O; MAICE0100;
Agency Email Address    MARC.MCGEE@ICE.DHS.GOV
Address

                        10 NW ENGLD EXECUTIVE PRK
                        BURLINGTON, MA 01803

------------------------------------------------------------------------
Agency                  ICE/ERO BOSTON FLD O; MAICE0400;
Agency Email Address
Address

                        10 NEW ENGLAND EXEC PARK
                        BURLINGTON, MA 018035214

    * * * END OF RECORD * * * </NLETS>
```