UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OSCAR YANES, GAGIK MKRTCHIAN, and WENDELL BAEZ LOPEZ, on behalf of themselves and all those similarly situated,<br><br>*Petitioners-Plaintiffs,*<br><br>-v.-<br><br>DANIEL W. MARTIN, Warden, Donald W. Wyatt Detention Facility; CHAD F. WOLF, Acting Secretary, U.S. Department of Homeland Security; MATTHEW T. ALBENCE, Acting Director, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Field Office Director, U.S. Immigration and Customs Enforcement; and CENTRAL FALLS DETENTION FACILITY CORPORATION,<br><br>*Respondents-Defendants.* | Civil Action No.<br>20-CV-216-MSM-PAS |

### ORDER SETTING AMENDED CONDITIONS OF BAIL FOR CLASS MEMBER GARYL ALEXIS

Pursuant to, and in accordance with, this Court's findings on the record at a bail hearing held in this matter on June 17, 2020, with respect to a request for temporary release from custody at the Wyatt Detention Facility owing to COVID-19, made on behalf of ICE Detainee GARYL ALEXIS, with the parties' Joint Stipulation of February 25, 2021, agreeing to amendment of the custodian and place of residence for Mr. Alexis during his release, and with the parties' Joint Stipulation of April 2, 2021, agreeing to amendment of Mr. Alexis's home confinement conditions, the Court ORDERS that Mr. Alexis's release shall henceforth be subject to the following conditions:

A. Designated Residence:

   __100 Yarwood St, Stratford, CT 06615_____

B. Custodian:
   a. Name:        ___Ferrer J.R. Alexis_____
   b. Phone number:_ 203-556-1497_____
   c. Email:__yvlainepaul@gmail.com_____

Your release is subject to following conditions:

1) You shall not commit any offense in violation of federal, state, or local law while on release in this case;

2) If the Court orders you to surrender, you will do so at the date, time, and location set by the Court;

3) During the period of your release, you shall adhere to all applicable CDC recommended social-distancing guidelines and other orders and recommendations issued by federal, state, or local governments designed to limit the spread of COVID-19;

4) During the period of your release, you are subject to, and shall abide by, all DHS/ICE/ERO Orders of Recognizance/Supervision unless such orders conflict with the orders of this Court. Your DHS/ICE/ERO Order of Recognizance/Supervision may include, but is not limited to, electronic monitoring;

5) You shall ask for the Court's permission to change the designated place or residence unless your situation requires the immediate change of the designated place (e.g., for safety reasons). In the latter case, you shall immediately advise the Court, counsel for petitioners/plaintiffs, and the U.S. Attorney in writing;

6) You shall be subject to home, video, or telephone visits by ICE (or a contractor hired by ICE) to confirm your compliance with the terms and conditions of this bail order. You shall appear for office visits at ICE (or the ICE contractor's office) as required by ICE;

7) You shall provide to Immigration and Customs Enforcement, a valid passport or travel document and provide any assistance deemed necessary by DHS/ICE ERO in facilitating your removal from the United States, if requested to do so;

8) You shall comply with any departure plan developed by DHS/ICE/ERO;

9) Special Conditions (if any):

   a. You are not to possess a firearm at any time during the period of your release;

    b. You are not to consume marijuana during the period of your release;

    c. You are not to have contact with any victim in any criminal case in which you have been charged during the period of your release, whether or not that case remains active;

    d. You are subject to home confinement throughout the period of your release with the exception that you may leave your home if it is:

        i. Between the hours of 6 AM and 6 PM; and

        ii. With prior notice to ICE the day before, though prior approval from ICE is not required; and

        iii. Not outside the states of Connecticut, New Jersey, Massachusetts, New Hampshire, New York, or Rhode Island.

        iv. Any other release specifically approved in advance by ICE.

SO ORDERED THIS 5th DAY OF April, 2021

_____
HON. MARY S. McELROY
UNITED STATES DISTRICT JUDGE