IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **OSCAR YANES**, et al.,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>**DANIEL W. MARTIN**, et al.,<br><br>Respondents-Defendants. | Civil Action No. 1:20-cv-216 |

## ORDER APPROVING FINAL SETTLEMENT AND ENTERING STIPULATED DISMISSAL

The parties have filed a Joint Motion to Approve Final Settlement and Enter Stipulated Dismissal. The Court has carefully considered the Settlement Agreement together with the attachment thereto (ECF No. 861-1), the filings related to the settlement, the arguments of counsel, and the record in this case. The Court held a Fairness Hearing on January 7, 2025, following notice to the Class as approved by the Court's November 21, 2024 order granting preliminary approval of the Settlement Agreement (ECF No. 863).

**IT IS HEREBY ORDERED THAT:**

1. This case is dismissed with prejudice. The Parties shall bear their own attorney's fees and costs, except as provided by the Settlement Agreement.

2. The Settlement Agreement is hereby incorporated by reference in this Order, and all terms or phrases used in this Order shall have the same meaning as in the Settlement Agreement.

3. The Court grants final approval of the Settlement Agreement, finding that the terms of the Settlement Agreement are fair, reasonable, and adequate as required by Fed. Rule Civ. Proc. 23(e)(2).

4. As specified in the Settlement Agreement, any preliminary injunctions and other orders entered in this case, including all bail orders, are dissolved with the dismissal of this action.

5. As further specified in the Settlement Agreement, and notwithstanding the dismissal of this case, the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement, except as otherwise provided in the Settlement Agreement, for a term of one year from the date of this Order.

6. Neither the Settlement Agreement, nor any attachment, exhibit, document, or instrument delivered thereunder shall be construed as or be deemed to be evidence of an admission or concession by Defendants or an interpretation of any liability or wrongdoing by Defendants, or of the truth of any allegations asserted by Plaintiffs, Class Members, or any other person.

7. A portion of the fee award provided for in the Settlement Agreement will be shared with the American Civil Liberties Foundation of Rhode Island. That arrangement is in accordance with this Court's decision in *Inmates of RI Training School v. Martinez*, 465 F. Supp. 2d 131 (D.R.I. 2006), and Rhode Island Rule of Professional Conduct 5.4(a)(4).

8. The parties' Joint Motion to Approve Final Settlement and Enter Stipulated Dismissal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: January 7, 2025.

_____
Honorable Mary S. McElroy
United States District Judge